FI FD

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2004 JAN 30 AM 10: 52

CL... ....  .... ... .:URT
MIDDLE DIS. ...-OT OF FLORIDA
FT. MYERS, FLORIDA

WHITNEY INFORMATION NETWORK, INC.
and RUSS WHITNEY,

　　　　　　　　　Plaintiffs,

v.                                                              Case No.  2:04-cv-47-FtM-29SPC

XCENTRIC VENTURES, LLC;
BADBUSINESSBUREAU.ORG; and ED
MAGEDSON,

　　　　　　　　　Defendants.

_____

INTERESTED PERSONS ORDER
FOR CIVIL CASES

　　　　This Court makes an active effort to screen every case in order to identify parties and

interested corporations in which any assigned judge may be a shareholder, as well as for other

matters that might require consideration of recusal.  It is therefore

　　　　ORDERED that, within **eleven** days[1] from the date of this order (or from the date of

subsequent first appearance[2] in this action), each party, *pro se* party, governmental party, intervenor,

non-party movant, and Rule 69 garnishee **shall file and serve** a CERTIFICATE OF INTERESTED

PERSONS AND CORPORATE DISCLOSURE STATEMENT in the following form:

_____

[1]Intermediate Saturdays, Sundays, and specified legal holidays are *in*cluded in the computation of periods of eleven days
or more.  *See* Fed.R.Civ.P. 6(a); Local Rule 4.20. If this order was served by mail, add three days to the prescribed period.
Fed.R. Civ.P 6(e); Local Rule 4.20(a)(2). Service by facsimile constitutes a method of hand delivery for the purpose of
computing the time within which any response is required. Local Rule 1.07(c).

[2]Every pleading or paper filed constitutes a general appearance of the party unless otherwise specified. Local Rule 2.03(a).

Dockets.Justia.com


<u>CERTIFICATE OF INTERESTED PERSONS</u>
<u>AND CORPORATE DISCLOSURE STATEMENT</u>

I hereby disclose the following pursuant to this Court's interested persons order:

1.)     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

        [insert list]

2.)     the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        [insert list]

3.)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

        [insert list]

4.)     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

        [insert list]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

[Date]

                                    _____
                                    [Counsel of Record or *Pro Se* Party]
                                    [Address and Telephone]

[Certificate of Service]

It is **FURTHER ORDERED** that no party may seek discovery from any source before filing and serving a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT. A motion, memorandum, response, or other paper — including emergency motion — may be denied or stricken unless the filing party has previously filed and served its CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.

**FURTHER ORDERED** that each party has a continuing obligation to file and serve an amended CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT within eleven days of 1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or 2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some non-judicial interest.

**FURTHER ORDERED** that, in order to assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case — including the names of all parties and intervenors — on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed.R.Civ.P. 10(a); Local Rule 1.05(b) ("*et al.*" discouraged).

_____***JOHN E. STEELE***_____
John E. Steele
United States District Judge

January 30, 2004

Copies to: Counsel of Record/*Pro Se* Parties, Magistrate Judge Courtroom Deputy

F I L E   C O P Y

Date Printed: 02/03/2004


Notice sent to:

      ___   Scott W. Rothstein, Esq.
              Rothstein, Rosenfeldt, Dolin & Pancier, P.A.
              300 Las Olas Place, Suite 860
              300 S.E. 2nd St.
              Ft. Lauderdale, FL  33301

              2:04-cv-00047   lap

      ___   Christina Marie Kitterman, Esq.
              Rothstein, Rosenfeldt, Dolin & Pancier, P.A.
              300 Las Olas Place, Suite 860
              300 S.E. 2nd St.
              Ft. Lauderdale, FL  33301

              2:04-cv-00047   lap