FILED
2004 FEB 13  PM 1: 26
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:04-cv-47-FtM-29 SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

    Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

Plaintiffs, WHITNEY INFORMATION NETWORK and RUSS WHITNEY, by and through their undersigned counsel, in accordance with Local Rule 1.04(c), certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Case No. 2:04-cv-47-FtM-29 SPC

Dated: February 12, 2004

Respectfully submitted,

Rothstein, Rosenfeldt, Dolin & Pancier, P.A.
**Counsel for Plaintiffs**
300 Las Olas Place, Suite 860
300 S.E. Second Street
Fort Lauderdale, Florida 33301
Tele: 954/522-3456
Fax: 954/527-8663
E-Mail: srothstein@rrdplaw.com

By: _____
Scott W. Rothstein, Esq.
FBN: 765880
Alana D. Cappello, Esq.
FBN: 0467847
Christina M. Kitterman, Esq.
FBN: 595381