FILED

2004 FEB 13 PM 1:26

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:04-cv-47-FtM-29 SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

      Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

      Defendants.

_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

      I hereby disclose the following pursuant to this Court's interested persons order dated January 30, 2004:[1]

      1)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    Whitney Information Network, Inc. (Plaintiff)
    b.    Russ Whitney (Plaintiff)
    c.    Whitney United Kingdom, Ltd. (Plaintiff's subsidiary)

---

[1] Plaintiffs have not yet served Defendants with process in the instant matter and are therefore unable to fully identify all interested parties to this action. Plaintiffs will supplement their Certificate of Interested Parties if and when they determine that any others should be named.


Dockets.Justia.com

Case No. 2:04-cv-47-FtM-29 SPC

      d.      Whitney Canada, Inc. (Plaintiff's subsidiary)
      e.      Whitney Education Group, Inc. (Plaintiff's subsidiary)
      f.      Whitney Consulting Services, Inc. (Plaintiff's subsidiary)
      g.      Scott W. Rothstein, Esq. (Counsel for Plaintiffs)
      h.      Christina M. Kitterman, Esq. (Counsel for Plaintiffs)
      i.      Alana D. Cappello, Esq. (Counsel for Plaintiffs)
      j.      Rothstein, Rosenfeldt, Dolin & Pancier, P.A. (counsel for Plaintiffs)
      k.      Xcentric Ventures, LLC. (Defendant)
      l.      Badbusinessbureau.org (Defendant)
      m.      Ed Magedson (Defendant)

2)      the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Whitney Information Network, Inc.

3)      the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      a.      Whitney Information Network, Inc.
      b.      Whitney United Kingdom, Ltd.
      c.      Whitney Canada, Inc.
      d.      Whitney Education Group, Inc.; and
      e.      Whitney Consulting Services, Inc.

4)      the name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      a.      Russell A. Whitney
      b.      Whitney Information Network, Inc.; and
      c.      Whitney Education Group, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Case No. 2:04-cv-47-FtM-29 SPC

Dated: February 12, 2004

Respectfully submitted,

Rothstein, Rosenfeldt, Dolin & Pancier, P.A.
**Counsel for Plaintiffs**
300 Las Olas Place, Suite 860
300 S.E. Second Street
Fort Lauderdale, Florida 33301
Tele: 954/522-3456
Fax: 954/527-8663
E-Mail: srothstein@rrdplaw.com

By: *[signature]*

Scott W. Rothstein, Esq.
FBN: 765880
Alana D. Cappello, Esq.
FBN: 0467847
Christina M. Kitterman, Esq.
FBN: 595381