UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

RECEIVED
'1TER HOUR? DROP BOX

2004 JUN 28 PM 4: 01

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS FLORIDA

WHITNEY INFORMATION NETWORK,
INC., a Colorado corporation, and RUSS
WHITNEY, an individual,                          CASE NO. 2:04-cv-47-FtM-29-SPC

        Plaintiffs,

vs.

XCENTRIC VENTURES, LLC, an Arizona
limited liability company;
BADBUSINESSBUREAU.ORG, an Arizona
limited liability company; and ED
MAGEDSON, an individual,

        Defendants.

_____/

## DEFENDANTS'S NOTICE OF FILING
## AFFIDAVIT OF ED MAGEDSON IN SUPPORT OF
## DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF
## PERSONAL JURISDICTION WITH SUPPORTING MEMORANDUM OF LAW

Defendants XCENTRIC VENTURES, LLC, an Arizona limited liability company

("Xcentric"), BADBUSINESSBUREAU.ORG, an Arizona limited liability company

("badbusinessbureau.org"), and ED MAGEDSON ("Magedson"), through their

undersigned counsel, hereby give notice of filing the Affidavit of Ed Magedson in

Support of Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction


Dockets.Justia.com

with Supporting Memorandum of Law.

Dated:  June 28, 2004.

Of Counsel:

**JABURG & WILK PC**

Maria Crimi Speth, Esq.
Arizona Bar No. 012574
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Telephone:  602.248.1000
Facsimile: 602.248.0522
E-mail  mcs@jaburgwilk.com

Jonathan P. Ibsen
7047 East Greenway Parkway
Suite 140
Scottsdale, AZ  85254
Telephone: 480.624.2777
Facsimile: 480.607.9483
E-mail: jpi@jaburgwilk.com

Attorneys for Defendants
Xcentric Ventures, LLC, ,
badbusinessbureau.org, and
Ed Magedson

**DUANE MORRIS LLP**

By:_____

James A. Weinkle
Florida Bar No. 710891
Trial Counsel
Wachovia Financial Center, Suite 3400
200 South Biscayne Boulevard
Miami, Florida 33131-5323
Telephone:  305.960-2200
Facsimile:   305.960-2201
E-Mail:  JAWeinkle@duanemorris.com

Attorneys for Defendants
Xcentric Ventures, LLC,
badbusinessbureau.org, and
Ed Magedson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing and attached

affidavit was served by facsimile and United States Mail on June 28, 2004 upon:

Scott W. Rothstein, Esq.
Alan D. Cappello, Esq.
Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN &
PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida 33301

Telephone: 954.522.3456
Facsimile:   954.527.8663

By: _____
James A. Weinkle

MIA\131758.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

WHITNEY INFORMATION NETWORK, INC.; a Colorado corporation; and RUSS WHITNEY, an individual,

        Plaintiffs,

v.

XCENTRIC VENTURES, LLC, an Arizona limited liability company; BADBUSINESSBUREAU.ORG, an Arizona limited liability company; and ED MAGEDSON, an individual,

        Defendants.

Case No: 2:04-CV-47-fim-29-SPC

**AFFIDAVIT OF EDWARD MAGEDSON**

State of Arizona    )
             ) ss.
County of Maricopa  )

I, Edward Magedson, declare under penalty of perjury as follows:

1.    I am a resident of the State of Arizona.

2.    I neither reside, nor have I ever resided in the State of Florida.

3.    The only time I spent in the State of the Florida was in or about the years 1972 and 1973 for vacation and operating a flower business.

4.    I do not own any assets in the State of Florida. I sold my flower business in or about 1974. I have not owned any assets in Florida since that time.

5.    I have not been to the State of Florida since 1973.

6.   I am personally familiar with the policies and the practices of Xcentric Ventures and Badbusinessbureau.org.

7.   Xcentric is an Arizona limited liability company which neither transacts any business, has any agents, nor maintains any offices in Florida.

8.   Xcentric merely operates a website which allows consumers the ability to post complaints against companies with which they have done business.

9.   The website contains over 90,000 reports and the operators of the website cannot monitor all of these reports.

10.  Badbusinessbureau.org was an Arizona Corporation that never even published Articles of Incorporation and was administratively dissolved. It has no involvement in the website at issue and it has never transacted business anywhere, including in the state of Florida.

Edward Magedson

6-26-04

Date:

2