UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**WHITNEY INFORMATION NETWORK, INC.**, a Colorado corporation, and **RUSS WHITNEY**, an individual,

      Plaintiffs,

vs.

**XCENTRIC VENTURES, LLC**, an Arizona limited liability company; **BADBUSINESSBUREAU.ORG**, an Arizona limited liability company; and **ED MAGEDSON**, an individual,

      Defendants.
_____/

CASE NO. 2:04-cv-47-FtM-29-SPC

### DEFENDANTS XCENTRIC VENTURES, LLC'S AND BADBUSINESSBUREAU.ORG'S RULE 7.1 DISCLOSURE STATEMENT

Defendants XCENTRIC VENTURES, LLC, an Arizona limited liability company ("Xcentric") and BADBUSINESSBUREAU.ORG, an Arizona limited liability company ("badbusinessbureau.org"), through their undersigned counsel, hereby provide the following Rule 7.1 Disclosure Statement:

    1. XCENTRIC VENTURES, LLC. states that its parent corporation is Creative Business Investment Concepts, Inc., a closely held company. Xcentric Ventures, LLC has no affiliations with any publicly held corporation.

    2. BADBUSINESSBUREAU.ORG, Inc. is not an active corporation. Linda Koziba was its incorporator, but it has never had any owners since it was a non-profit



corporation.

Dated: June 28, 2004.

| | |
|---|---|
| Of Counsel:<br>**JABURG & WILK PC**<br><br>Maria Crimi Speth, Esq.<br>Arizona Bar No. 012574<br>3200 North Central Avenue<br>Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: 602.248.1000<br>Facsimile: 602.248.0522<br>E-mail mcs@jaburgwilk.com<br><br>Jonathan P. Ibsen<br>7047 East Greenway Parkway<br>Suite 140<br>Scottsdale, AZ 85254<br>Telephone: 480.624.2777<br>Facsimile: 480.607.9483<br>E-mail: jpi@jaburgwilk.com<br><br>Attorneys for Defendants<br>Xcentric Ventures, LLC, ,<br>badbusinessbureau.org, and<br>Ed Magedson | **DUANE MORRIS LLP**<br><br>By: _/s/ James A. Weinkle_____<br>James A. Weinkle<br>Florida Bar No. 710891<br>Trial Counsel<br>Wachovia Financial Center, Suite 3400<br>200 South Biscayne Boulevard<br>Miami, Florida 33131-5323<br>Telephone: 305.960-2200<br>Facsimile: 305.960-2201<br>E-Mail: JAWeinkle@duanemorris.com<br><br>Attorneys for Defendants<br>Xcentric Ventures, LLC,<br>badbusinessbureau.org, and<br>Ed Magedson |

CASE NO. **2:04-cv-47-FtM-29-SPC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile and United States Mail on June 28, 2004 upon:

Scott W. Rothstein, Esq.
Alan D. Cappello, Esq.
Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN &
PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida  33301

Telephone: 954.522.3456
Facsimile:   954.527.8663

By: _____
James A. Weinkle

MIA\131414.1