FILED

2004 JUN 30 AM 10:37

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

WHITNEY INFORMATION NETWORK,
INC., a Colorado corporation, and RUSS
WHITNEY, an individual,

CASE NO. 2:04-cv-47-FtM-29-SPC

    Plaintiffs,

vs.

XCENTRIC VENTURES, LLC, an Arizona
limited liability company;
BADBUSINESSBUREAU.ORG, an Arizona
limited liability company; and ED
MAGEDSON, an individual,

    Defendants.
_____/

### DEFENDANTS'S NOTICE OF FILING ORIGINAL AFFIDAVIT OF ED MAGEDSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION WITH SUPPORTING MEMORANDUM OF LAW

Defendants XCENTRIC VENTURES, LLC, an Arizona limited liability company ("Xcentric"), BADBUSINESSBUREAU.ORG, an Arizona limited liability company ("badbusinessbureau.org"), and ED MAGEDSON ("Magedson"), through their undersigned counsel, hereby give notice of filing the Original Affidavit of Ed Magedson in Support of Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction

with Supporting Memorandum of Law.

Dated: June 28, 2004.

| Of Counsel: | **DUANE MORRIS LLP** |

**JABURG & WILK PC**

By: _____
James A. Weinkle
Florida Bar No. 710891
Trial Counsel
Wachovia Financial Center, Suite 3400
200 South Biscayne Boulevard
Miami, Florida 33131-5323
Telephone: 305.960-2200
Facsimile: 305.960-2201
E-Mail: JAWeinkle@duanemorris.com

Maria Crimi Speth, Esq.
Arizona Bar No. 012574
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Telephone: 602.248.1000
Facsimile: 602.248.0522
E-mail mcs@jaburgwilk.com

Attorneys for Defendants
Xcentric Ventures, LLC,
badbusinessbureau.org, and
Ed Magedson

Jonathan P. Ibsen
7047 East Greenway Parkway
Suite 140
Scottsdale, AZ 85254
Telephone: 480.624.2777
Facsimile: 480.607.9483
E-mail: jpi@jaburgwilk.com

Attorneys for Defendants
Xcentric Ventures, LLC, ,
badbusinessbureau.org, and
Ed Magedson

CASE NO. 2:04-cv-47-FtM-29-SPC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing and attached affidavit was served by United States Mail on June 29, 2004 upon:

Scott W. Rothstein, Esq.
Alan D. Cappello, Esq.
Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN &
PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida  33301

Telephone:  954.522.3456
Facsimile:   954.527.8663

By: _____
James A. Weinkle

MIA\131875.1