FILED
Date 06/30/04   Time 10:37
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WHITNEY INFORMATION NETWORK, INC.; a Colorado corporation; and RUSS WHITNEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona limited liability company; BADBUSINESSBUREAU.ORG, an Arizona limited liability company; and ED MAGEDSON, an individual,<br><br>Defendants. | Case No: 2:04-CV-47-ftm-29-SPC<br><br>**AFFIDAVIT OF EDWARD MAGEDSON** |

State of Arizona   )
                   )ss.
County of Maricopa )

I, Edward Magedson, declare under penalty of perjury as follows:

1. I am a resident of the State of Arizona.

2. I neither reside, nor have I ever resided in the State of Florida.

3. The only time I spent in the State of the Florida was in or about the years 1972 and 1973 for vacation and operating a flower business.

4. I do not own any assets in the State of Florida. I sold my flower business in or about 1974. I have not owned any assets in Florida since that time.

5. I have not been to the State of Florida since 1973.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
7047 E. GREENWAY PARKWAY - SUITE 140
SCOTTSDALE, ARIZONA 85254
(480) 624-2777

1   6.   I am personally familiar with the policies and the practices of Xcentric
2        Ventures and Badbusinessbureau.org.
3   7.   Xcentric is an Arizona limited liability company which neither transacts any
4        business, has any agents, nor maintains any offices in Florida.
5   8.   Xcentric merely operates a website which allows consumers the ability to
6        post complaints against companies with which they have done business.
7   9.   The website contains over 90,000 reports and the operators of the website
8        cannot monitor all of these reports.
9   10.  Badbusinessbureau.org was an Arizona Corporation that never even
10       published Articles of Incorporation and was administratively dissolved. It
11       has no involvement in the website at issue and it has never transacted
12       business anywhere, including in the state of Florida.

_____
Edward Magedson

Date: 6-26-04

JABURG & WILK, P.C.
ATTORNEYS AT LAW
7047 E. GREENWAY PARKWAY - SUITE 140
SCOTTSDALE, ARIZONA 85254
(480) 624-2777

2