UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC.
and RUSS WHITNEY,

           Plaintiffs,

vs.                                    Case No. 2:04-cv-47-FtM-29SPC

XCENTRIC VENTURES, LLC;
BADBUSINESSBUREAU.ORG; and ED
MAGEDSON,

           Defendants.
_____

**ORDER**

    This matter comes before the Court on plaintiffs' Unopposed Motion for an Enlargement of Time to Respond to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction (Doc. #12), filed on July 15, 2004. Plaintiffs seek an extension of time until June 30, 2004. The Court will assume that this simply a typographical error and allow the extension of time until July 30, 2004. Plaintiffs certify that the motion is unopposed and the Court finds good cause to allow the extension.

    Accordingly, it is now

**ORDERED**:

Plaintiffs' Unopposed Motion for an Enlargement of Time to Respond to Defendants' Motion to Dismiss Complaint for Lack of

Personal Jurisdiction (Doc. #12) is **GRANTED**.  Plaintiffs shall file a response **on or before July 30, 2004.**

   **DONE AND ORDERED** at Fort Myers, Florida, this __16__ day of July, 2004.

                                        _____
                                        JOHN E. STEELE
                                        United States District Judge