UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**WHITNEY INFORMATION NETWORK, INC.**, a Colorado corporation, and **RUSS WHITNEY**, an individual,

    Plaintiffs,

CASE NO. 2:04-cv-47-FtM-29-SPC

vs.

**XCENTRIC VENTURES, LLC**, an Arizona limited liability company; **BADBUSINESSBUREAU.ORG**, an Arizona limited liability company; and **ED MAGEDSON**, an individual,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF FILING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants XCENTRIC VENTURES, LLC, an Arizona limited liability company ("Xcentric"), BADBUSINESSBUREAU.ORG, an Arizona limited liability company ("badbusinessbureau.org"), and ED MAGEDSON ("Magedson"), through their counsel, hereby give notice of filing their Certificate of Interested Persons and Corporate

CASE NO. **2:04-cv-47-FtM-29-SPC**

-2-

Disclosure Statement in the form articulated in this Court's Interested Persons Order for Civil Cases.

Dated: July 20, 2004.

Of Counsel:

| | |
|---|---|
| **JABURG & WILK PC** | /s James A. Weinkle |
| | James A. Weinkle |
| Maria Crimi Speth, Esq. | Florida Bar No. 710891 |
| Arizona Bar No. 012574 | DUANE MORRIS LLP |
| 3200 North Central Avenue | Wachovia Financial Center, Suite 3400 |
| Suite 2000 | 200 South Biscayne Blvd. |
| Phoenix, Arizona 85012 | Miami, Florida 33131 |
| Telephone: 602.248.1000 | Telephone: 305.960-2200 |
| Facsimile: 602.248.0522 | Facsimile: 305.960-2201 |
| E-mail mcs@jaburgwilk.com | JAWeinkle@duanemorris.com |
| | |
| Jonathan P. Ibsen | Attorneys for Defendants |
| 7047 East Greenway Parkway | Xcentric Ventures, LLC, |
| Suite 140 | badbusinessbureau.org, and |
| Scottsdale, AZ 85254 | Ed Magedson |
| Telephone: 480.624.2777 | |
| Facsimile: 480.607.9483 | |
| E-mail: jpi@jaburgwilk.com | |

Attorneys for Defendants
Xcentric Ventures, LLC, ,
badbusinessbureau.org, and
Ed Magedson

CASE NO. **2:04-cv-47-FtM-29-SPC**

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

Scott W. Rothstein, Esq.
Alan D. Cappello, Esq.
Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN & PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida  33301

Telephone:  954.522.3456
Facsimile:   954.527.8663

By:    s/James A. Weinkle
         James A. Weinkle

MIA\133143.1