# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

(1.) Ed Magedson, a person, (2.) Xcentric Ventures LLC, an Arizona LLC, (3.) its sole member, Creative Business Investment Concepts, Inc., a Nevada Corporation, (4.) BADBUSINESSBUREAU.ORG, a website, and (5.) *Ripoffreport.com*, a website.

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and embers of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

N/A

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge

P:\Magedson. Ed\Corp-ripoffreport.com\Certificate of Interested Persons and Corporate Disclosure Statement - 7-19-04.wpdsc

Dockets.Justia.com

assigned to this case, and will immediately notify the Court in writing on learning of any such conflict:

Date: 7/17/04

John F. Goodson

JOHN F. GOODSON
(Printed Name of Individual)

Date: 7/17/04

Maria Speth by John F. Goodson, Co-Counsel for Defendants

JOHN F. GOODSON
(Printed Name of Individual)

Counselor Maria Speth
Jaburg & Wilk, P.C.
3200 North Central Avenue
Suite 2000
Phoenix, AZ 85012-2440
(602)248-1089  Direct Line
(602)686-3115  Mobile Phone
(602)248-0522  Office Fax
mcs@jaburgwilk.com

Attorney's for Xcentric Ventures LLC, BADBUSINESS.ORG, and Ed Magedson