UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:04-cv-47-FtM-29 SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

      Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

      Defendants.

_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR A THREE-DAY ENLARGEMENT
OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS
<u>COMPLAINT FOR LACK OF PERSONAL JURISDICTION</u>**

      Plaintiffs, WHITNEY INFORMATION NETWORK, INC. and RUSS WHITNEY, by and through their undersigned counsel, file this, their Unopposed Motion for a Three-Day Enlargement of Time to respond to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction, and state:

      1.    Plaintiffs respectfully request an enlargement of time up through and including August 4, 2004, to file their response to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction with Supporting Memorandum of Law.

      2.    On or about June 28, 2004, Defendants served their Motion to Dismiss Complaint for Lack of Personal Jurisdiction, rendering a response due on or about July 15, 2004.

3. This Court recently granted Plaintiffs' an extension up through and including July 30, 2004, to respond to Defendants' Motion.

4. However, Plaintiffs require three more days to compile jurisdictional affidavits and exhibits from Plaintiffs, as well as other witnesses, to rebut the affidavits filed by Defendants and support this Court's exercise of personal jurisdiction over Defendants, and Plaintiffs have yet been able to obtain them.

5. Further, Plaintiffs require three more days to respond to the numerous novel and complicated issues of law and fact in Defendants' Motion challenging this Court's jurisdiction over the Defendants.

6. Plaintiffs certify that their counsel, Christina M. Kitterman, has conferred with Defendants' counsel and they are not opposed to this Court granting the requested enlargement.

7. This Motion is filed in good faith, for good cause, and the requested relief is not sought for the purposes of delay.

WHEREFORE, based upon the foregoing, Plaintiffs, WHITNEY INFORMATION NETWORK, INC. and RUSS WHITNEY, respectfully request that this Court enter an Order Granting Plaintiffs' Unopposed Motion for a Three-Day Enlargement of Time to respond to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction and grant Plaintiffs up through and including June 30, 2004, to respond to same.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court "for cause shown may at any time in its discretion" enlarge the time permitted by the Rules for

Case No. 2:04-cv-47-FtM-29 SPC

Plaintiffs to reply to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction. Plaintiffs' Unopposed Motion for a Three-Day Enlargement of Time clearly sets forth a good faith basis for granting the requested enlargement. Plaintiffs are not engaging in any type of delay tactic that would warrant denial of this Motion. Plaintiffs respectfully request that the Court exercise its discretion and permit the requested enlargement for the good cause stated herein.

WHEREFORE, based upon the foregoing, Plaintiffs, WHITNEY INFORMATION NETWORK, INC. and RUSS WHITNEY, respectfully request that this Court enter an Order Granting Plaintiffs' Unopposed Motion for a Three-Day Enlargement of Time to respond to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction and grant Plaintiffs up through and including August 4, 2004, to respond to same.

Dated: July 30, 2004                                    Respectfully submitted,

                                                        By:  /s/ Christina M. Kitterman
                                                             Scott W. Rothstein, Esq.
                                                             FBN: 765880
                                                             Michael A. Pancier, Esq.
                                                             FBN: 958484
                                                             Christina M. Kitterman, Esq.
                                                             FBN: 595381
                                                             ROTHSTEIN ROSENFELDT
                                                             **Counsel for Plaintiffs**
                                                             300 Las Olas Place, Suite 860
                                                             300 S.E. Second Street
                                                             Fort Lauderdale, Florida 33301
                                                             Tele: 954/522-3456
                                                             Fax:  954/527-8663
                                                             E-Mail: srothstein@rrdplaw.com

Case No. 2:04-cv-47-FtM-29 SPC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by mail, this 30th day of July, 2004, to: James A. Weinkle, Wachovia Financial Center, Suite 3400, 200 South Biscayne Boulevard, Miami, FL 33131-5323; Maria Crimi Speth, Esq. 3200 North Central Avenue, Suite 2000, Phoenix, AZ 85012; Jonathan P. Ibsen 7047 East Greenway Parkway, Suite 140, Scottsdale, AZ 85254.

ROTHSTEIN ROSENFELDT

By: /s/ Christina M. Kitterman
     Scott W. Rothstein, Esq.
     Michael A. Pancier, Esq.
     Christina M. Kitterman, Esq.

H:\swrdocs\03-8471\motion.enlargement2.doc

Case No. 2:04-cv-47-FtM-29 SPC

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No. 2:04-cv-47-FtM-29 SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

    Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.

_____/

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR A THREE-DAY ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Motion for a Three-Day Enlargement of Time to respond to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction, and the Court has carefully considered the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that Plaintiffs' Unopposed Motion for a Three-Day Enlargement of Time to respond to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction is hereby **GRANTED**. Plaintiffs will have three (3) days up through and including August 4, 2004, to respond to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction.

Case No. 2:04-cv-47-FtM-29 SPC

**DONE AND ORDERED**, in Chambers at Fort Myers, Lee County, Florida, this

_____ day of _____, 2004.

_____
U.S. DISTRICT COURT JUDGE

<u>Copies Furnished To:</u>
Scott W. Rothstein, Esq.
James A. Weinkle, Esq.


H:\swrdocs\03-8471\Order enlargement2.doc

Case No. 2:04-cv-47-FtM-29 SPC

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No. 2:04-cv-47-FtM-29 SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

    Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.

_____/

## FAX SERVICE LIST

Scott W. Rothstein, Esq.
Christina M. Kitterman, Esq.
ROTHSTEIN ROSENFELDT
**Counsel for Plaintiffs**
300 Las Olas Place, Suite 860
300 S.E. Second Street
Fort Lauderdale, Florida 33301
Tele: 954/522-3456
Fax: 954/527-8663
E-Mail: srothstein@rrdplaw.com

James A. Weinkle
Wachovia Financial Center, Suite 3400
200 South Biscayne Boulevard
Miami, FL 33131-5323
Tele: 305/960-2200
Fax: 305/960-2201
E-mail: JAWeinkle@duanemorris.com