UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC.
and RUSS WHITNEY,

      Plaintiffs,

vs.          Case No. 2:04-cv-47-FtM-29SPC

XCENTRIC VENTURES, LLC;
BADBUSINESSBUREAU.ORG; and ED
MAGEDSON,

      Defendants.
_____

**ORDER**

   This matter comes before the Court on plaintiffs' Unopposed Motion for a Three-Day Enlargement of Time to Respond to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction (Doc. #15), filed on July 30, 2004. Plaintiffs request a brief enlargement of time and certify that the motion is unopposed. Finding the request reasonable, the Court will grant the motion.

   Accordingly, it is now

   **ORDERED**:

   Plaintiffs' Unopposed Motion for a Three-Day Enlargement of Time to Respond to Defendants' Motion to Dismiss Complaint for Lack

of Personal Jurisdiction (Doc. #15) is **GRANTED**.  Plaintiffs shall file a response **on or before August 4, 2004.**

   **DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of July, 2004.

_____<br>
JOHN E. STEELE<br>
United States District Judge