# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL CASE**

CASE NO.: 2:04-cv-47-FtM-29SPC

WHITNEY INFORMATION NETWORK, INC.,
a Colorado corporation, and RUSS WHITNEY,
an individual,

      Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an Arizona limited
liability company; BADBUSINESSBUREAU.ORG,
an Arizona limited liability company; and ED
MAGEDSON, an individual,

      Defendants.

_____/

**TO:**     **XCENTRIC VENTURES, LLC., an Arizona limited liability company**

**By Serving:** ~~Brad Smith, Registered Agent~~
~~3541 East Beck Lane~~
~~Phoenix, Arizona 850332 "or"~~

~~Ed Magedson~~
~~Phoenix, Arizona~~

REGISTERED AGENT:

JOHN F. GOODSON
2025 N. THIRD ST.
Suite 200
PHOENIX, AZ 85004

(602) 252-5110

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney,

Scott W. Rothstein, Esq.
Rothstein, Rosenfeldt, Dolin & Pancier, P.A.
300 Las Olas Place, Suite 860
300 Southeast Second Street
Fort Lauderdale, Florida 33301
TEL: (954) 522-3456/ FAX: (954) 527-8663

an Answer to the Complaint, which is herewith served upon you, within **20** days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, Judgment by Default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.

**SHERYL L. LOESCH**

CLERK

(BY) DEPUTY CLERK

DATE 1/27/04

Whitney Information, et al v. Xcentric Ventures, et al      Doc. 17

# RETURN OF SERVICE

FILED

| Service of Summons and Complaint was made by me[1] | DATE 6/08/04 |
|---|---|

04 AUG -3 PM 12: 16

| NAME OF SERVER (Print) Kandy Renninger | TITLE Licensed process server |
|---|---|

Check one box to indicate appropriate method of service

[XX] Served personally upon the defendant. Place where served: 2025 N. 3rd St. Ste. 200, Phoenix, AZ 85004

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on
Date   6/08/04

Signature of Server  *Kandy Renninger*

Address of Server
3431 W. Thunderbird
Phoenix, AZ 85053

---

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.