

*bad*businessbureau.com

- File Report
- Update Report
- Search Reports
- Picture Reports
- Editorials
- Thank you!
- Volunteer
- Rip-off Reporters
- Link to Us
- Lawsuits
- Revenge Guide
- Donate
- About Us
- FAQ

If we've helped you in some way, please don't forget about us.

# We need your help!



## What Donations are used for?

### THE HIGH COST OF PROVIDING THIS SERVICE

The *bad*businessbureau.com and the Rip-off Report are comprised of more than 62,000 web pages, which grows every hour, every day. We host a web site with an extensive search engine with sophisticated placement capabilities and a dedicated database server. Also, we have enhanced firewall security, due to the nature of the Rip-Off Report, to guard against continuing attempts to intrude and commit sabotage against the site. The system is backed up, monitored and managed constantly. Many new costly additions are projected for the web site, including your pictures, to be featured weekly on our front page, soon to be added. (Send us your photos now so they may be added to your Rip-off Report!)

The Rip-Off Report also needs equipment ranging from cameras, recorders, computers, office supplies, to high-speed Internet services, which we constantly upgrade, to include the support of our state-of-the-art investigations. In pursuit of the .bad guys,. we also need to pay volunteers' expenses, technicians and traveling costs to investigate rip-off businesses... so you won.t become a victim too.
We ask for your support so we can be there for you when you need us in the future. $1.00, $5.00, $10.00, $20.00... or whatever you can give us, would go a long way to help with these expenses.

We take pride in our ability to get the best results for our readers and would appreciate any financial support you can offer to assist us in maintaining our unprecedented results.

## Why donations are needed?



EXHIBIT

"D"

Dockets.Justia.com

## TOGETHER, WE ARE
## A CONSUMER-REPORTING NEWS AGENCY,
## BY CONSUMERS, FOR CONSMERS.

The Rip-Off Report and *bad*businessbureau.com work very hard on behalf of consumers, to help preserve civil and human rights, the goal of consumer advocacy. In response to reports placed on the website, we research abuses and help individuals defend their rights. Since our inception, we have helped consumers collect well over a million dollars to date, and prevented the loss of untold millions more for our readers. Additionally, thousands of consumers have thanked us for forewarning them about disreputable businesses through the Rip-Off Reports.

*The badbusinessbureau.com/ Rip-off Report is not funded by the businesses they monitor and report on as does the Better Business Bureau. Consequently, never informing the public about the actual nature of the complaints. We need funding from consumers to maintain your database of complaints, so others won't be victimized... Together, we are a consumer-reporting news agency, by consumers, for consumers.*

The Rip-Off Report and *bad*businessbureau.com can give you the information you need! In order to do this job well, - offering consumers the best help and the most comprehensive information available - we need YOUR help. We need assistance from the general public to generate the funds needed to continue to offer this service nationwide and beyond. The more funds we raise, the more consumers we can help on a daily basis. Alternatively, if you can help with our needs list, please contact us by e-mail donations@ripoffreport.com and we will be glad to let you know what we most urgently need.

## How to *make a Non-Tax Deductible Donation...*



We need your support so we can continue this valuable service; $1.00, $5.00, $10.00, $20.00... or whatever you can give. With your permission, we would also like to add your name to a list of contributors on our website, so visitors to the Rip-Off Report can see who has contributed. You may also contribute anonymously.

You can either send donations by snail mail to our US Post Office Box below, or click below to contribute by credit or debit card (a secure site).

**If we've helped you in some way, please don't forget about**

**us.**

We always encourage your valuable feedback!

Don't let them get away with it™! Make sure they make the Rip-off Report.

Thank you for your support!

Sincerely,

Staff & volunteers
*bad*businessbureau.com

Your NON-tax deductible donation can be sent to our volunteers, by snail mail:
*bad*businessbureau.com
P.O. Box 310 Tempe, Arizona 85280
The above address is for donations only.

**click here to use our secure payment method with a credit or debit card below**

click here to use our secure payment method with a credit or debit card below



| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us

http://www.ripoffreport.com/donations.asp                                    10/14/2003





Add pictures
to your
Rip-off Report

### Search Results
# Criteria: *russ whitney*, in All Reports:
### 9 Entries Found, Showing 1 - 9

LEGEND:

(NEW) Within last 7 days   (UPDATE) More info from user   (REBUTTAL) Rebuttal from comany or devotee   (PHOTOS) Photos contained with the report.

| Date | Title | State |
|---|---|---|
| 1. 9/24/2003 10:34:00 PM | Russ Whitney Lied about the 3 day seminar ripoff Cape Coral Florida | |
| | *Financial Services:* **Russ Whitney Education** *Nationwide* | **Author:** Scottsdale, Arizona |
| 2. 9/17/2003 3:37:00 AM | Russ Whitney ripoff Cape Coral Florida | |
| | *Financial Services:* **Russ Whitney** *Florida* | **Author:** Phoenix, Arizona |
| 3. 9/10/2003 10:58:22 PM (REBUTTAL) | Russ Whitney - Scam Alert - Whitney Education Group Cape Coral Florida *Consumer Comment ..Whitney supporters or employees | |
| | *False TV Advertisments:* **Whitney Education Group Inc** *Florida* | **Author:** |
| 4. 8/31/2003 9:55:15 PM (REBUTTAL) | Russ Whitney Of Whitney Education Group, Inc. High pressure sales tactics. Seminars "we pay for" are actually infomercials.Keep you on the phone until you upgrade your package. Cape Coral Florida *Consumer Comment ..also Ripped of & sucked in by the fast talking Russ Whitney | |
| | *Corrupt Companies:* **Russ Whitney** *Florida* | **Author:** Renton, Washington |
| 5. 8/14/2003 12:14:18 AM (REBUTTAL) | Teach Me To Trade, Russ Whitney, W I N, Teach Me To Trade, Russ Whitney, Wealth Information Network deceptive company, slime-balls - watch out for these guys Florida Nationwide *Consumer Comment ..Teach Me To Trade Seminar | |
| | *Home based business:* **Teach Me To Trade** *Nationwide* | **Author:** San Diego, CA |
| 6. 5/21/2003 10:46:39 PM (UPDATE) | Russ Whitney ripoff, dishonest, fraudulent, no service. ripped off and scammed screwed others too ripped off and scammed Cape Coral Florida *UPDATE ..russ whitney the scam continues | |

EXHIBIT

"G"

| | | |
|---|---|---|
| | *Corrupt Companies:* **Russ Whitney**<br>*Florida* | **Author:** medicine hat, Alberta |
| 7. 1/31/2003<br>11:35:54 PM | Russ Whitney Deceptive Business Practices Cape Coral Florida<br><br>*False TV Advertisments:* **Russ Whitney**<br>*Florida* | **Author:** Evergreen, Colorado |
| 8. 10/16/2002<br>12:26:48 PM | LeaseComm, Russ Whitney,Inc, EquityCorp, CreditCards, Com.E-Commerce, MPAP Program, Bait & Switch Operation, Unfair, Unethical Business Practices, Corrupt, Greatest Rip-Off Scheme Ever, Unbelievable That They Are Able to Continue This Deception, Western Regional Office: Newark California<br><br>*Multi Level Marketing:* **LeaseComm. Russ Whitney,Inc. EquityCorp. CreditCards.Com.E-Commerce.MPAP Program.** *Massachusetts* | **Author:** Merced, CA |
| 9. 4/21/2002<br>12:16:29 PM | E Commerce Exchange, Russ Whitney Inc., Dot-Com Solutions/Independent Marketing, Inc.Leasecomm,E Com high pressure rip-offs; deceptive information; illegal judgment Woburn, Ma.;Irvine, Ca.; Cape Coral, Fl; Sandy, Ut; Draper, Ut.<br><br>*Internet Marketing Companies:* **Leasecomm,E Commerce Exchange, Russ Whitney Inc., Dot-Com Solutions/Independent Marketing, Inc.** *Massachusetts* | **Author:** manhattan beach, CA |

LEGEND:

**NEW** Within last 7 days  **UPDATE** More info from user  **REBUTTAL** Rebuttal from comany or devotee  **PHOTOS** Photos contained with the report.

| |
|---|
| Showing page 1. |

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us



**Don't let them get away wit**
**Make sure they make the Rip-off**

Home    |    File    |    Search

*bad*businessbureau.com

Submitted:
**2/21/2002**
Modified: **9/10/2003**
**10:58:22 PM**

Category:
**False TV Advertisements**

# Russ Whitney - Scam Alert - Whitney Education Group Cape Coral Florida *Consumer Suggestion ..Stop the Russ Whitney Rip Off

Company
# Whitney Education Group Inc
Address:
**4010 Corronado Parkway**
**Cape Coral Florida**
**U.S.A.**
Phone:
**1-800-741-7877**

**STAY AWAY FROM RUSS WHITNEY - THIS GUY IS CROOKED....**

**What ever this guy is selling [fraudlently pushing], stay away,**
**he makes his money mostly by trying to act like an expert,with no college education.**
**His website is wonderful, you would think he was an expert. He is good at promising**
**people a money making real estate system that does not work. He walks off with the**
**cash, and you loose your money....He tries to sell you more...It happened to me...his**
**acting like an expert is only part the course! And as for the OTC stock update on his**
**company, how about Russ....STOP ROBBING PEOPLE, and be a decent person and**
**give people their money back!!! Then your stock would be valued at nothing!**

**Company Search**

**If you would like to see more Rip-off Reports™ on Whitney Education Group**
**Inc, please use the search box below**

| Whitney Education Group Inc | Search |

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

<u>Click here</u> to go to our *advanced search* page.

# Rebuttal Consumer Suggestion
Submitted: 4/18/2003 6:28:06 AM
Modified: 4/18/2003 11:49:18 PM

## Stop the Russ Whitney Rip Off

I went to a free seminar given by Whitney and saw several people giving away lots of money to become realestate millionaires.

I'm thinking there should be a way for some organization, like ripoffreport, to contact all the attorney generals in each state to give them the heads up regarding dishonest business practices of guys like Russ Whitney.

Thanks for letting me say my two cents worth.

**John - St. Louis, Missouri
U.S.A.**

# Rebuttal Consumer Comment
Submitted: 6/26/2003 6:38:39 AM
Modified: 6/26/2003 10:09:16 PM

## In today's society, you must be careful in any dealings with ANY person or persons claiming to have "the answer" to your financial woes.

You cannot take it for granted that ANYONE'S plan for their financial deliverance is the answer which will work for you.

You must remember that when you attend any of the free seminars designed to inform you of a way to "relieve your financial burdens", they already know that your mind is open to learning an "easier" way to make money. Therefore, you are opening the doors to these people, allowing them access to your soul.

STOP going to the seminars, cut down their audience, and these types of individuals will dissappear on their own. Without an audience, they are dead in the water.

Make sense?

**Sande - Fort Myers, Florida
U.S.A.**

Rip-off-Report.com - oadbusinesspureau.com
Page 3 of 5
Case 2:04-cv-00047-MMH-SPC    Document 18-2    Filed 08/05/2004    Page 8 of 47

# Rebuttal REBUTTAL employee

**Submitted: 7/22/2003 1:03:49 PM**
**Modified: 7/22/2003 11:42:51 PM**

## this is not a get rich quick scheme!!

I get so tired of people looking to get rich quick and then when they find something that requires, which you are told about from the very beginning, hard work and lots of sweat they freak out and say it is a rip-off. i have been in the mortgage industry for over 15 years and this is JUST ANOTHER TOOL TO USE in your desire to be self-employed. they tell you if you work it you can make money, they also tell you if you DON'T work it you won't. GEE, WHAT A CONCEPT!!!

just using the knowledge i learned in the free seminar, i have found in two days of working the system 3 properties. all are motivated and we will bring in a net income of around 3-3,500 per month for the 3!! we figured to keep living at the same income we are at now we need to have 15 rentals bringing a net income of $731 per month per property. that does not include what we will make off of wholesale,etc. and this is only from the information from the first seminar!!

we bought a package deal which includes wholesale, foreclosures and manufactured homes. comes with the millionare u and the mentoring program comes with it. sure it was a lot of money but this is a business and this is tax deductiable for your business so what have you lost? sure they try and sell you more, but after all we are adults and it is OUR decision to say yes or no. but remember this, when you go to school to be a doctor you can't stop at an assoc. degree(2yrs) and say oh great now they want more schooling to be a Dr.think about it. way to much crying and whinning. maybe those that do are the ones who won't make it and then there will be more for us! what a wonderful thought!have a great day!! :-)

**Carol - Missoula, Montana**
**U.S.A.**

# Rebuttal Consumer Comment

**Submitted: 9/1/2003 12:53:23 PM**
**Modified: 9/1/2003 10:07:52 PM**

## Whitney supporters or employees

I have a friend that is a former Whitney employee. His job was to surf the internet and post favorable information about Mr. Whitney's programs on sites that contain complaints about Mr. Whitney.

If you look at any site on which there is a rebuttal to a Whitney complaint the pro-whitney posters all use very similar scenarios. They all found 3-4 properties 3-5 days after attending his seminar and all will generate a profit of approx $1000 each. Many use the Dr. analogy and many use the "same phone number for the last 20 years line" and often call those making the report "whiners" or accuse them of "killing others

dreams".

My friend had a "cue card" of information that he used the same info on every site. Interestingly he was told to post 75% of the time as a woman as it made the post "more empowering".

I think sites like this are great for consumers and don't like to see the good info thrown off by bogus support claims.

David - Cape Coral, Florida
U.S.A.

# Rebuttal Consumer Comment
Submitted: 9/10/2003 9:34:39 AM
Modified: 9/10/2003 10:58:22 PM

## A Shill Of A Hun

To Carol from Missoula, Montana: Spoken like a true "Shill Of A Hun." You support everything that David said about his friend, a former employee of Russ Whitney. I take it that you've taken over his responsibilities of posting favorable comments for Russ Whitney's system. Isn't it funny how most of the "Shills" always state that they have purchased 3 or for properties after just 3 - 5 days of attending Mr. Whitney's seminar. As a matter of fact, there was a report done about a few years ago regarding Mr. Whitney's $5,000 - $7,000 note purchasing course that stated that a LARGE percentage of Mr. Whitney's students failed. These students did everything that the course instructed them to do and then some. Even those students who were on Mr. Whitney's 30 minute informercial who claimed to make a substantial profit, actually barely made back the money they invested in the course.

To David from Cape Coral, Florida: I agree with you 100% about people posting positive feedback on rip-off scams. It is quite evident that they're paid shills in order to get more pigeons for the coop. It's a shame that people would falsify the success of a product, when in fact they know that product isn't worth the cost of air from the outdoors, just to get more people sucked in to a scam.

To Sande from Fort Meyers, Florida: Stopping the seminars sounds easier said than done. The best thing we could do for the general public is educate them of the scams that are out there and steer them to a site like The Rip-Off Report. You can lead a horse to water, but you can't make them drink. I've heard many stories of how people would hear that different programs were a scam, but they still went ahead and ordered the plan anyway, stating that: "Oh, Mr. So and So just didn't work hard enough with the plan." They went in with their eyes wide open and got ripped off. By the way, I almost ordered a plan from The Zaken Company, but I happened to do a general search on AOL and stumbled upon The Rip-Off Report and read all of the negative complaints of all that were ripped off by "Mr. Zaken" -- I owe many, many thanx to The Rip Off Report, because I would've been ripped off, had I not stumbled onto this site.

Sharon - Newport News, Virginia

**U.S.A.**

---

## *REBUTTAL BOX*

### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

---

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us



Don't let them get away with
Make sure they make the Rip-off

Home   Fi[..]   Search

**Submitted:**
**6/14/2003 3:20:40**
**AM**
Modified: 8/31/2003
9:55:15 PM

Category:
**Corrupt Companies**

# Russ Whitney Of Whitney Education Group, Inc. High pressure sales tactics. Seminars "we pay for" are actually infomercials.Keep you on the phone until you upgrade your package. Cape Coral Florida *Consumer Suggestion ..Russ Whitney is Being Sued

## Russ Whitney
Address:
**1612 E.Cape Coral Parkway**
**Cape Coral Florida  33904**
**U.S.A.**
Phone:
**800-238-0741**
Fax: -

I attended one of Russ Whitney's free seminars and got hyped up enough to sign up for a weekend seminar. That cost me $1590.00 for a weekend that was basically an "overview" of all the materials you receive when you pay for the weekend. (books,cd's)

I was overwhelmed and very disappointed after discovering that they only give you enough information to give you the impression that it is vitally important to take additional "bootcamps" in order to learn what is necessary to succeed.

I again, was sucked into this salespitch because I was hungry for this information. They only feed you enough so you'll want "the rest of it". The "rest of it" cost me another $6990.00.

I got home feeling sick to my stomach but convincing myself that when I go through their bootcamps, that I will have gotten enough information to make my money back.

Not long after the 3-day weekend, I received a call from Joe Gnazza. He evidently is in charge of upgrading the package you purchased to a higher level.

Joe kept me on the phone for 1 1/2-2 hours leading me to believe he was "interviewing" me to be one of their next successful "Hall of Famers"

He used very deliberate series of questions to find out how much credit you have available.At first, he asks in such a way to see how much debt you have and then asks what your credit limit is on each credit card.

I asked "several" times how much it was going to cost me for what they were trying to sell me in addition to what I had already purchased. I never got a straight answer. They have a second person that gets on the phone with you to further wear you down. He would just tell me that it was anywhere from $5,000-$20,000.

It wasn't until they tallied up my available credit left on my cards that they hit me with "their" amount that it was going to cost me.

I was "never" given a receipt or a right to recind offer. Needless to say, I was absolutely sick over this newly incurred debt.

The phone coach that was included in this newly upgraded package was the biggest waste of money and time. She would call once a week for 10 weeks. It again, was just an overview of what I had already read and listened to on the cd's. Most weeks she just repeated the same material from the previous week.

Whew! That couldn't have gone fast enough! I even complained to her about the cost and how high pressured the phone call was. She just responded saying, "Just think of it as a Masters degree"

I attended the Millionaire U down in Cape Coral, Fl. and it was so fast paced that most of us were overwhelmed. It was also because you not only pay for the "platinum package" but you also pay for a flight,hotel,rental car and meals.

You just keep thinking that by the next "bootcamp" I'll for sure know enough to get this $20,000 paid off. Not!!!

I attended one more bootcamp the end of April 2003.Most of the students were so mad that the instructors spent so much time trying to sell us on the "note" business than teaching us about Creative Financing.

Again, you figure how much money it takes to get to one of these bootcamps. A few of their employees admitted that Whitney Education knows the percentage that will sign up from the free seminar for the 3-day. And again, the percentages that will sign up for a package and from that the percentage that will actually spend the money to go the these bootcamps.

I have talked to several people about this and I have been encouraged to get ahold of the Attorney General of Florida. I have been told that because I never received a receipt or told I had the right to recind that I could dispute this.

I also feel very strongly that what I "thought" I was going to receive (value) of the

information was a far cry from what I actually got so far.

**Leilani**
**Renton, Washington**
**U.S.A.**

## Company Search

**If you would like to see more Rip-off Reports™ on Russ Whitney, please use
the search box below**

| Russ Whitney | | Search |

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Suggestion
Submitted: 6/14/2003 11:40:09 AM
Modified: 6/14/2003 10:11:55 PM

## Russ Whitney is Being Sued

Leilani, sorry to hear of your troubles with
the Russ Whitney organization. I have attended
his free seminars, and watched his infomercial
on TV, but he always seemed a little too "slick"
for my taste, so I never bought any of his
dubious material.

There are many negative comments on Whitney
posted on numerous sites on the internet. Just
use any search engine and type in >Russ Whitney
scam< and you'll see what I mean.

One specific site I recommend is www.johntreed.com
You can read all the gory details of Whitney's
legal problems, including his lawsuit against
John Reed for posting negative information about
him.

I encourage you to follow up and try to get your
money back. Scammers like Whitney belong in the
slammer!!

Jim - Aurora, Colorado

U.S.A.

# Rebuttal Consumer Comment
Submitted: 8/31/2003 3:36:26 PM
Modified: 8/31/2003 9:55:15 PM

## also Ripped of & sucked in by the fast talking Russ Whitney

My husband and I were also sucked in by the fast talking, overwhelming, hit them so hard they cant think tactics of Russ Whitney and his henchmen. If anyone knows of strategies that have worked to allow us to get our money back on either the seminars or the Mortgage Reduction program we would appreciate it. Also if anyone knows if the State Attorney for Washingto can be of any help, please contact us. So many more at the seminar lost more than we did.

Thanks,

Christine and Jim - Benton City, Washington
U.S.A.

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

Feel free to send us suggestions and comments to our editorial staff.    Technical questions can be addressed to our webmaster.    Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.    If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.    Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us



bad**business**bureau.com    **Report**.com

Submitted: **4/8/2003**
**9:50:47 AM**
Modified: **4/8/2003**
**9:50:47 AM**

Category:
**Corrupt Companies**

# Whitney Education Group, Inc. Deceptive company leads you to believe that you can make money in realestate easily. Cape Coral Florida

## Whitney Education Group.
Address:
**4818 Coronado Parkway**
**Cape Coral Florida  33904**
**U.S.A.**
Phone:
**941-542-8999**
Fax: 941-540-6511
Email: www.russwhitney.com

We too are sitting here paying a debt of 11,000.00 on our credit card for the famous Russ Whitney program. What I want to know is how I can get my money refunded. Is there someone that can give me step by step directions without charging me for every word of advice? I see advertizements for books and instruction manuels but everyone wants to charge a fee. Can't we just help our fellow man with out making a buck?

**Carol**
**Washington C. H., Ohio**
**U.S.A.**

## Company Search

If you would like to see more Rip-off Reports™ on **Whitney Education Group.**, please use the search box below

| Whitney Education Group. | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*

- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

# *REBUTTAL BOX*
## MY COMPANY HAS BEEN REPORTED!
## HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us



Don't let them get away with
Make sure they make the Rip-off

Submitted:
**9/24/2003 10:34:14
PM**
Modified: **9/24/2003
10:34:00 PM**

Category:
**Financial Services**

# Russ Whitney Lied about the 3 day seminar ripoff Cape Coral Florida

Company
**Russ Whitney Education**
Address:
**Nationwide, U.S.A.**
Phone:
**800-741-7877**
Fax: -

On Friday, september 19th My wife and I attended a Russ whitney 3 day tranning class which turned out to be the most exspensive informercial i have ever payed for. I was promised at the first 2 hour seminar that I would have a better understanding of what to do. NOT a bunch of Bull I read his books and I will tell you the same stuff in his building wealth book for 14.95 is the same stuff you will here in his siminar and the kit for $1800.

My wife and I sat in this siminar and lesson to this guy talk about his freakin dogs and how to put your self further in debt. Here is what they do, they will tell you to call your credit card companies ask for a higher credit limit so you can use for future purchase of another product. The real deal is to sale you on the mentor program that requires you to pay rediculos amounts of money for more 3 or 4 day classes. I am here to tell you do not waste your time or money just buy the 14.95 book and you will se the same information the is repeated over and over again in the $1800 package.

Reggie
Scottsdale, Arizona
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on Russ Whitney Education, please use the search box below

| Russ Whitney Education | | Search |

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
#### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us

Rip-off Report.com - badbusinessbureau.com
Page 1 of 2
Case 2:04-cv-00047-MMH-SPC    Document 18-2    Filed 08/05/2004    Page 19 of 47



Submitted:
**9/17/2003 3:37:06**
**AM**
Modified: **9/17/2003**
**3:37:00 AM**

Category:
**Financial Services**

# Russ Whitney ripoff Cape Coral Florida

## Russ Whitney
Address:
**www.russwhitney.com**
**Cape Coral Florida**
**U.S.A.**
Phone:

Fax: -

**Russ Whitney is a convicted violent felon. Please see web site www.johntreed.com and you will see physical empirical evidence that he is a convicted violent felon who has been in prison more than once. He has been sued numerous times. There are plenty of other real estate gurus to follow if you wanna invest in real estate**

**Bryan**
**Phoenix, Arizona**
**U.S.A.**

## Click here to read other Rip Off Reports on other Lawyers and Attorneys

**Company Search**

**If you would like to see more Rip-off Reports™ on Russ Whitney, please use the search box below**

Russ Whitney          | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

<u>Click here</u> to go to our *advanced search* page.

---

# REBUTTAL BOX

## MY COMPANY HAS BEEN REPORTED!
## HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

<u>CLICK HERE to Send us your rebuttal on this specific report only.</u>

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
<u>CLICK HERE to File your OWN Rip-Off Report</u>

---

Feel free to send us suggestions and comments to our <u>editorial staff.</u>

Technical questions can be addressed to our <u>webmaster.</u>

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our <u>Non-JavaScript form.</u>

Having trouble searching or filing a report? It may be a browser problem. See our <u>FAQ</u> for help

<u>Home</u> | <u>File</u> | <u>Update</u> | <u>Search</u> | <u>Pictures</u> | <u>Reporter</u> | Lawsuits(Coming Soon) | <u>Revenge Guide</u>
<u>Volunteers</u> | <u>Thank You!</u> | <u>Editorial</u> | <u>Donate</u> | <u>Link</u> | <u>FAQ</u> | <u>E-Mail Us</u>



Submitted:
**2/21/2002**
Modified: 9/10/2003
10:58:22 PM

Category:
**False TV Advertisments**

# Russ Whitney - Scam Alert - Whitney Education Group Cape Coral Florida *Consumer Suggestion ..Stop the Russ Whitney Rip Off

Company

## Whitney Education Group Inc

Address:
**4010 Corronado Parkway**
**Cape Coral Florida**
**U.S.A.**
Phone:
**1-800-741-7877**

**STAY AWAY FROM RUSS WHITNEY - THIS GUY IS CROOKED....**

**What ever this guy is selling [fraudlently pushing], stay away,**
**he makes his money mostly by trying to act like an expert,with no college education.**
**His website is wonderful, you would think he was an expert. He is good at promising**
**people a money making real estate system that does not work. He walks off with the**
**cash, and you loose your money....He tries to sell you more...It happened to me...his**
**acting like an expert is only part the course! And as for the OTC stock update on his**
**company, how about Russ....STOP ROBBING PEOPLE, and be a decent person and**
**give people their money back!!! Then your stock would be valued at nothing!**

**Company Search**

If you would like to see more Rip-off Reports™ on Whitney Education Group Inc, please use the search box below

| Whitney Education Group Inc | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Suggestion

Submitted: **4/18/2003 6:28:06 AM**
Modified: **4/18/2003 11:49:18 PM**

## Stop the Russ Whitney Rip Off

I went to a free seminar given by **Whitney** and saw several people giving away lots of money to become realestate millionaires.

I'm thinking there should be a way for some organization, like ripoffreport, to contact all the attorney generals in each state to give them the heads up regarding dishonest business practices of guys like Russ Whitney.

Thanks for letting me say my two cents worth.

**John - St. Louis, Missouri**
**U.S.A.**

# Rebuttal Consumer Comment

Submitted: **6/26/2003 6:38:39 AM**
Modified: **6/26/2003 10:09:16 PM**

## In today's society, you must be careful in any dealings with ANY person or persons claiming to have "the answer" to your financial woes.

You cannot take it for granted that ANYONE'S plan for their financial deliverance is the answer which will work for you.

You must remember that when you attend any of the free seminars designed to inform you of a way to "relieve your financial burdens", they already know that your mind is open to learning an "easier" way to make money. Therefore, you are opening the doors to these people, allowing them access to your soul.

STOP going to the seminars, cut down their audience, and these types of individuals will dissappear on their own. Without an audience, they are dead in the water.

Make sense?

**Sande - Fort Myers, Florida**
**U.S.A.**

# Rebuttal REBUTTAL employee

**Submitted:** 7/22/2003 1:03:49 PM
Modified: 7/22/2003 11:42:51 PM

## this is not a get rich quick scheme!!

I get so tired of people looking to get rich quick and then when they find something that requires, which you are told about from the very beginning, hard work and lots of sweat they freak out and say it is a rip-off. i have been in the mortgage industry for over 15 years and this is JUST ANOTHER TOOL TO USE in your desire to be self-employed. they tell you if you work it you can make money, they also tell you if you DON'T work it you won't. GEE, WHAT A CONCEPT!!!

just using the knowledge i learned in the free seminar, i have found in two days of working the system 3 properties. all are motivated and we will bring in a net income of around 3-3,500 per month for the 3!! we figured to keep living at the same income we are at now we need to have 15 rentals bringing a net income of $731 per month per property. that does not include what we will make off of wholesale,etc. and this is only from the information from the first seminar!!

we bought a package deal which includes wholesale, foreclosures and manufactured homes. comes with the millionare u and the mentoring program comes with it. sure it was a lot of money but this is a business and this is tax deductible for your business so what have you lost? sure they try and sell you more, but after all we are adults and it is OUR decision to say yes or no. but remember this, when you go to school to be a doctor you can't stop at an assoc. degree(2yrs) and say oh great now they want more schooling to be a Dr.think about it. way to much crying and whinning. maybe those that do are the ones who won't make it and then there will be more for us! what a wonderful thought!have a great day!! :-)

**Carol - Missoula, Montana**
**U.S.A.**

# Rebuttal Consumer Comment

**Submitted:** 9/1/2003 12:53:23 PM
Modified: 9/1/2003 10:07:52 PM

## Whitney supporters or employees

I have a friend that is a former Whitney employee. His job was to surf the internet and post favorable information about Mr. Whitney's programs on sites that contain complaints about Mr. Whitney.

If you look at any site on which there is a rebuttal to a Whitney complaint the pro-whitney posters all use very similar scenarios. They all found 3-4 properties 3-5 days after attending his seminar and all will generate a profit of approx $1000 each. Many use the Dr. analogy and many use the "same phone number for the last 20 years line" and often call those making the report "whiners" or accuse them of "killing others

dreams".

My friend had a "cue card" of information that he used the same info on every site. Interestingly he was told to post 75% of the time as a woman as it made the post "more empowering".

I think sites like this are great for consumers and don't like to see the good info thrown off by bogus support claims.

David - Cape Coral, Florida
U.S.A.

# Rebuttal Consumer Comment
Submitted: 9/10/2003 9:34:39 AM
Modified: 9/10/2003 10:58:22 PM

## A Shill Of A Hun

To Carol from Missoula, Montana: Spoken like a true "Shill Of A Hun." You support everything that David said about his friend, a former employee of Russ Whitney. I take it that you've taken over his responsibilities of posting favorable comments for Russ Whitney's system. Isn't funny how most of the "Shills" always state that they have purchased 3 or for properties after just 3 - 5 days of attending Mr. Whitney's seminar. As a matter of fact, there was a report done about a few years ago regarding Mr. Whitney's $5,000 - $7,000 note purchasing course that stated that a LARGE percentage of Mr. Whitney's students failed. These students did everything that the course instructed them to do and then some. Even those students who were on Mr. Whitney's 30 minute informercial who claimed to make a substantial profit, actually barely made back the money they invested in the course.

To David from Cape Coral, Florida: I agree with you 100% about people posting positive feedback on rip-off scams. It is quite evident that they're paid shills in order to get more pigeons for the coop. It's a shame that people would falsify the success of a product, when in fact they know that product isn't worth the cost of air from the outdoors, just to get more people sucked in to a scam.

To Sande from Fort Meyers, Florida: Stopping the seminars sounds easier said than done. The best thing we could do for the general public is educate them of the scams that are out there and steer them to a site like The Rip-Off Report. You can lead a horse to water, but you can't make them drink. I've heard many stories of how people would hear that different programs were a scam, but they still went ahead and ordered the plan anyway, stating that: "Oh, Mr. So and So just didn't work hard enough with the plan." They went in with their eyes wide open and got ripped off. By the way, I almost ordered a plan from The Zaken Company, but I happened to do a general search on AOL and stumbled upon The Rip-Off Report and read all of the negative complaints of all that were ripped off by "Mr. Zaken" -- I owe many, many thanx to The Rip Off Report, because I would've been ripped off, had I not stumbled onto this site.

Sharon - Newport News, Virginia

**U.S.A.**

---

# *REBUTTAL BOX*
## MY COMPANY HAS BEEN REPORTED!
## HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |







✉ E-mail to a Friend
🖨 Printer Friendly Version

Category:
**Corrupt Companies**

Submitted
6/14/2003 3:20:4
A
Modified: 8/31/200
9:55:15 PI

## Russ Whitney Of Whitney Education Group, Inc
## High pressure sales tactics. Seminars "we pay f
## are actually infomercials.Keep you on the phon
## until you upgrade your package. Cape Coral Flo
## *Consumer Suggestion ..Russ Whitney is Being
## Sued

## Russ Whitney
Address:
**1612 E.Cape Coral Parkway**
**Cape Coral Florida  33904**
**U.S.A.**
Phone:
**800-238-0741**
Fax: -

I attended one of Russ Whitney's free seminars and got hyped up enou
sign up for a weekend seminar. That cost me $1590.00 for a weekend th
basically an "overview" of all the materials you receive when you pay fo
weekend. (books,cd's)

I was overwhelmed and very disappointed after discovering that they o
you enough information to give you the impression that it is vitally impo
to take additional "bootcamps" in order to learn what is necessary to su

I again, was sucked into this salespitch because I was hungry for this

information. They only feed you enough so you'll want "the rest of it". T "rest of it" cost me another $6990.00.

I got home feeling sick to my stomach but convincing myself that when through their bootcamps, that I will have gotten enough information to i my money back.

Not long after the 3-day weekend, I received a call from Joe Gnazza. He evidently is in charge of upgrading the package you purchased to a hig level.

Joe kept me on the phone for 1 1/2-2 hours leading me to believe he wa "interviewing" me to be one of their next successful "Hall of Famers"

He used very deliberate series of questions to find out how much credit have available.At first, he asks in such a way to see how much debt you and then asks what your credit limit is on each credit card.

I asked "several" times how much it was going to cost me for what they trying to sell me in addition to what I had already purchased. I never go straight answer. They have a second person that gets on the phone wit to further wear you down. He would just tell me that it was anywhere fro $5,000-$20,000.

It wasn't until they tallied up my available credit left on my cards that th me with "their" amount that it was going to cost me.

I was "never" given a receipt or a right to recind offer. Needless to say, absolutely sick over this newly incurred debt.

The phone coach that was included in this newly upgraded package wa biggest waste of money and time. She would call once a week for 10 we again, was just an overview of what I had already read and listened to o cd's. Most weeks she just repeated the same material from the previous

Whew! That couldn't have gone fast enough! I even complained to her a the cost and how high pressured the phone call was. She just responde saying, "Just think of it as a Masters degree"

I attended the Millionaire U down in Cape Coral, Fl. and it was so fast pa that most of us were overwhelmed. It was also because you not only pa the "platinum package" but you also pay for a flight,hotel,rental car anc

You just keep thinking that by the next "bootcamp" I'll for sure know en to get this $20,000 paid off. Not!!!

I attended one more bootcamp the end of April 2003.Most of the studen so mad that the instructors spent so much time trying to sell us on the business than teaching us about Creative Financing.

Rip-off Report.com - badbusinessbureau.com
Page 2 of 5
Case 2:04-cv-00047-MMH-SPC    Document 18-2    Filed 08/05/2004    Page 28 of 47

Again, you figure how much money it takes to get to one of these bootc
A few of their employees admitted that Whitney Education knows the
percentage that will sign up from the free seminar for the 3-day. And ag
percentages that will sign up for a package and from that the percentag
will actually spend the money to go the these bootcamps.

I have talked to several people about this and I have been encouraged t
ahold of the Attorney General of Florida. I have been told that because I
received a receipt or told I had the right to recind that I could dispute th

I also feel very strongly that what I "thought" I was going to receive (val
the information was a far cry from what I actually got so far.

Leilani
Renton, Washington
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on Russ Whitney, pleas
the search box below

| Russ Whitney |  |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Suggestion
**Submitted: 6/14/2003 11:40:09 AM**
**Modified: 6/14/2003 10:11:55 PM**

## Russ Whitney is Being Sued

Leilani, sorry to hear of your troubles with
the Russ Whitney organization. I have attended
his free seminars, and watched his infomercial
on TV, but he always seemed a little too "slick"
for my taste, so I never bought any of his
dubious material.

There are many negative comments on Whitney
posted on numerous sites on the internet. Just
use any search engine and type in >Russ Whitney
scam< and you'll see what I mean.

**One specific site I recommend is www.johntreed.com
You can read all the gory details of Whitney's
legal problems, including his lawsuit against
John Reed for posting negative information about
him.**

**I encourage you to follow up and try to get your
money back. Scammers like Whitney belong in the
slammer!!**

**Jim - Aurora, Colorado
U.S.A.**

# Rebuttal Consumer Comment
**Submitted: 8/31/2003 3:36:26 PM
Modified: 8/31/2003 9:55:15 PM**

## also Ripped of & sucked in by the fast talking R Whitney

**My husband and I were also sucked in by the fast talking, overwhelming
them so hard they cant think tactics of Russ Whitney and his henchmen
anyone knows of strategies that have worked to allow us to get our mo
back on either the seminars or the Mortgage Reduction program we wo
appreciate it. Also if anyone knows if the State Attorney for Washingto
of any help, please contact us. So many more at the seminar lost more
we did.**

**Thanks,**

**Christine and Jim - Benton City, Washington
U.S.A.**

---

### *REBUTTAL BOX*
**MY COMPANY HAS BEEN REPORTED!
HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion on
how to resolve this problem or how to avoid it in the future? ONLY these
types of responses will be added to the filed report, and will be posted
within 24 hours of receipt. Make your voice heard. Let them know your
side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---





Feel free to send us suggestions and comments to our <u>editorial staff</u>.

Technical questions can be addressed to our <u>webmaster.</u>

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our <u>Non-JavaScript form.</u>

Having trouble searching or filing a report? It may be a browser problem. See our <u>FAQ</u> for help

<u>Home</u> | <u>File</u> | <u>Update</u> | <u>Search</u> | <u>Pictures</u> | <u>Reporter</u> | Lawsuits(Coming Soon) | <u>Revenge Guide</u>
<u>Volunteers</u> | <u>Thank You!</u> | <u>Editorial</u> | <u>Donate</u> | <u>Link</u> | <u>FAQ</u> | <u>E-Mail Us</u>

**RIP-OFF**

**Report.COM**

bad**businessbureau.com**

Don't let them get away wit
Make sure they make the Rip-of

Home      FAQ      Search

Submitted: **6/5/2003**
**2:35:09 PM**
Modified: **8/14/2003**
**12:14:18 AM**

Category:
**Home based business**

# Teach Me To Trade, Russ Whitney, W I N, Teach Me To Trade, Russ Whitney, Wealth Information Network deceptive company, slime-balls - watch out for these guys Florida Nationwide *Consumer Comment ..Teach Me To Trade Seminar

## Teach Me To Trade
Address:
**Nationwide, U.S.A.**
Phone:
**800-428-5511**
Fax: -

For the last week or so, I've been seeing spots on TV for a stock investment seminar called "teach me to trade" which is being held at three hotels in my area next week. I had considered attending one of the sessions, but first I wanted to find out a bit more about the outfit through online research. When I located their website through the search engine I used, I found out it was merged with Russ Whitney's Wealth Information Network (WIN). I have been familiar with the Rip-off Report for some time now, and remembered reading a few negative write-ups on Russ Whitney, so I saw this as a red flag.

I then reviewed a couple of the Russ Whitney write-ups on this site, and found that his company seems to go around the country milking people for all they're worth through high-pressure real estate seminars. I have reason to believe similar tactics would be used in the "teach me to trade" program, and therefore have decided not to attend. If you're considering attending this seminar, I have one word for you - DON'T!

Thank you Rip-off Report for steering me away from a potential disaster.

Chuck
San Diego, California
U.S.A.



**Company Search**

## If you would like to see more Rip-off Reports™ on Teach Me To Trade, please use the search box below

Teach Me To Trade                    [ Search ]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

<u>Click here</u> to go to our *advanced search* page.

# Rebuttal Consumer Comment

Submitted: 8/13/2003 7:09:36 PM
Modified: 8/14/2003 12:14:18 AM

## Teach Me To Trade Seminar

I have attended a Teach Me To Trade Seminar. The seminar is extremely informative and the information one is presented with is accurate and up-to-date. Of course, if you want to learn how to trade securities successfully using Teach Me To Trade and also plan on attending the corresponding 3-day workshop, then you should also be prepared to spend quite a bit of money.

I have meet with stock brokers who informed me they spent much more money on other systems of stock investing, and what they learned with Teach Me To Trade doesn't even begin to compare with them. Will one be able to make $5,000 a day, or over $10,000 in a two week period using Teach Me To Trade?

If your a new-comer to stock trading with limited resouces to invest in the market, then you would be wise to question these amounts, but if you already have a previous background in trading securities then these amounts are not unreasonable.

One should consider the money they spend on Teach Me To Trade as money you would invest with any other type of professional education. I can honestly say without that education I would never have gained the confidence to trade securites on my own. You will never lose your money becoming educated. It has been said, one pays for their ignorance but not for their education. Teach Me To Trade is truly a "one-of-a-kind" educational trading system.

Mike - Anamosa, Iowa
U.S.A.

---

### *REBUTTAL BOX*
### MY COMPANY HAS BEEN REPORTED!

---

## HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

<u>CLICK HERE to Send us your rebuttal on this specific report only.</u>

or

\*\*\*If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

<u>CLICK HERE to File your OWN Rip-Off Report</u>

Feel free to send us suggestions and comments to our <u>editorial staff.</u>

Technical questions can be addressed to our <u>webmaster.</u>

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our <u>Non-JavaScript form.</u>

Having trouble searching or filing a report? It may be a browser problem. See our <u>FAQ</u> for help

<u>Home</u> | <u>File</u> | <u>Update</u> | <u>Search</u> | <u>Pictures</u> | <u>Reporter</u> | Lawsuits(Coming Soon) | <u>Revenge Guide</u>
<u>Volunteers</u> | <u>Thank You!</u> | <u>Editorial</u> | <u>Donate</u> | <u>Link</u> | <u>FAQ</u> | <u>E-Mail Us</u>

# RIP-OFF REPORT.COM

**bad**businessbureau.com

Don't let them get away wit
Make sure they make the Rip-of

Home | File | Search | E

|  | Submitted: |
|---|---|
| | **4/15/2003 1:02:20 PM** |
| Category: | Modified: **5/21/2003** |
| **Corrupt Companies** | **10:46:39 PM** |

## Russ Whitney ripoff, dishonest, fraudulent, no service. ripped off and scammed screwed others too ripped off and scammed Cape Coral Florida *UPDATE ..russ whitney the scam continues

## Russ Whitney

Address:
**1612east Cape Coral Parkway**
**Cape Coral Florida  33904**
**U.S.A.**
Phone:
239-542-0643
Fax: 239-542-1490
Email: www.russwhitney.com

Russ Whitney took $15000+ from me.This was for a software program,3-day seminar in florida,and a mentoring program,2-day seminar in calgary.I did not recieve or havent recieved my software and my mentoring was cancelled as russ fired pmi and I was left with nothing,and after many long letters and documents has refused me a refund.Russ Whitney should be in jail for both scamming people and for taking there money and not deliveriing the products from which you the customer have paid for.I paid last may 2001 and am still fighting for my money,which I've been told will not be refunded unless I sign this statement. 3,112.01 will be refunded if: I agree by my signature that as described above and acknowledge that Whitney Education Group Inc. has handled this matter to my complete satisfaction.Furthermore,I shall keep the existence and terms of this refund settlement agreement strictly confidential. Well you might of guessed that I refuse to sign this letter as $15000 was the amount that I put in and getting only 3112.01 back when I never recieved there software,mentoring,or 3-day seminar.Is completely sad.I joined this program with great expectations and hopes and was left with nothing.

Robert
medicine hat, Alberta

Canada



If you would like to see more Rip-off Reports™ on Russ Whitney, please use
the search box below

| Russ Whitney | | Search |

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Update Submitted by the original author
Submitted: 5/21/2003 2:34:50 AM
Modified: 5/21/2003 10:46:39 PM

## russ whitney the scam continues

Well I have been fighting since I last reported. You might have guessed that I have not
recieved anything as of yet.I need a lawyer,but with most of my money tied up with
russ it's hard to hire one.My case is a guaranteed win,as russ has made to many
mistakes.

Sending me letters which he shouldn't have,and admitting that they screwed up but not
willing to refund me..Well they do say that once a criminal always a criminal.I wish that
I new about this Ripped off website and russ whitney.I could have saved alot of
headaches.

THANKS RIPPED OFF FOR LETTING THE PEOPLE BE INFORMED, AND AWARE OF
THESE TYPES OF COMPANIES AND THINGS.I'm advertising your website and my
story...take care....

Robert - medicine hat, Alberta
Canada

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion on
how to resolve this problem or how to avoid it in the future? ONLY these
types of responses will be added to the filed report, and will be posted
within 24 hours of receipt. Make your voice heard. Let them know your
side, too!

---

CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us



Don't let them get away wit
Make sure they make the Rip-of

Home    Search

Submitted:
**1/31/2003 11:35:54
PM**
Modified: **1/31/2003
11:35:54 PM**

Category:
**False TV Advertisments**

# Russ Whitney Deceptive Business Practices Cape Coral Florida

## Russ Whitney
Address:
**1612 Cape Coral Parkway
Cape Coral Florida
U.S.A.**
Phone:
**800-741-7877**
Fax: -
Email: info@russwhitney.com

On Thursday, February 28th, I was involuntarily separated from my position at the Rocky Flats Environmental Technology Site (RFETS) in Arvada, Colorado.

Soon after, I saw an infomercial on TV, claiming that I could be wealthy, beyond my wildest dreams if I would attend a free seminar at the Adams Mark hotel in Denver, Colorado.

At this first secession, a very talented presenter by the name of Rodney pontificated for several hours, relating success stories about how practitioners of these advanced techniques could produce untold wealth using real estate investment tools.

After the presentation was completed, we were then informed, to discover the "true secrets" of real estate investing, we would have to purchase an additional educational package for $1580 where we, the students, would receive the secrets of wealth accumulation. I purchased and attended this seminar, fully expecting to be taught the secrets of real estate investing that Rodney had so vividly proclaimed in the previous secession.

Instead, what we got was just another three day tickler secession where these concepts were briefly over-viewed but were told if we really wanted to learn the trade and become millionaires, the students would have to purchase an entire series of boot-

camps located across the nation.

Mr. John Gilmore, the boot-camp facilitator at the Denver, Colorado location in April of this year did an exceptional job of convincing the audience to invest anywhere from $6,900 to $32,890 for their program(s). His presentation was so effective and convincing that he actually encouraged the participants to use (max-out) every credit-card they owned, borrow money and / or use every means available to purchase this line of product(s).

I fell for this as did many others that day. Today, I am indebted to a tune of approximately $12,500 for a series of semi-related tapes, boot-camps and real estate software package(s) which are at best, only marginally to totally useless and ineffective.

The Real Estate software package which was proclaimed by Mr. Gilmore to be valued at $1995 is absolutely worthless. While attending the WholeSale Buying class in Fort Worth, Texas and the Real Estate Foreclosure class in Atlanta, Georgia, class facilitator (s), Todd Dotson and Tony Youngs urged students to ignore that software package and use the extensively abbreviated form(s) that were provided in their class-specific student work packages (see attachments). This drew immediate questions from several students as to why they were so vigorously encouraged to purchase this costly package and their response was "that's why Russ Whitney gets paid the Big Bucks". Outrageous

The Whitney organization is a high pressure sales team that sells numerous real estate "boot-camps" to potential real estate investors across the country. Their organization is extremely effective in marketing this program to unemployed, underemployed or doleful, displaced persons desperately looking for a get-rich quick scheme in the real estate market.

Out of pocket, I spent three (3) hours with a real estate attorney in Lakewood, CO, in an attempt to incorporate Russ's foreclosure techniques into the laws, as they currently exist in Colorado. The conclusion we came to was that these techniques were unworkable in Colorado, and to be successful, extensive modification to Russ's course (s) would be required, not to mention, a tremendous amount of cash.

In this age of corporate fraud and scandal, the fact that the Whitney International organization prays upon persons who may be in an precarious financial situation with visions of instant wealth and financial freedom appears disingenuous and dispiriting.

I have attached a list of students who attended the WholeSale Buying Camp in the Dallas-Fort Worth area this past summer. I have attempted to correspond to each of these persons and inquire regarding their success as a result of the seminar. Every person who choose to respond indicated this effort was at best, a marginal failure to a total waste of time and money.

All materials, tapes, study guides and software packages have been returned to the Whitney organization.

Ron

Evergreen, Colorado
U.S.A.



## Company Search

**If you would like to see more Rip-off Reports™ on Russ Whitney, please use the search box below**

Russ Whitney          [ Search ]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
#### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-off Report

---

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us



**Don't let them get away wit**
**Make sure they make the Rip-of**

Home | | Search |

Submitted:
**10/16/2002 12:26:48**
**PM**
Modified: **10/16/2002**
**12:26:48 PM**

Category:
**Multi Level Marketing**

# LeaseComm, Russ Whitney,Inc, EquityCorp, CreditCards, Com.E-Commerce, MPAP Program, Bait & Switch Operation, Unfair, Unethical Business Practices, Corrupt, Greatest Rip-Off Scheme Ever, Unbelievable That They Are Able to Continue This Deception, Western Regional Office: Newark California

## LeaseComm. Russ Whitney,Inc. EquityCorp. CreditCards.Com.E-Commerce.MPAP Program.
Address:
**10-M Commerce Way**
**Woburn Massachusetts  01801**
**U.S.A.**
Phone:
800-843-5327
Fax: 781-994-4710

I attended a Russ Whitney "FREE" Seminar for Real Estate Investment Opportunities. This whole seminar was a "Set-Up" of Bait & Switch. The Operatives of this Scheme to Deceive are Very Good at what they do. This is a Very Organized Scam Operation. Probably the FBI is the Authority to get Involved. It's just a Matter of Finding the Exact Laws that They are Breaking and Finding the Right Legal Entity to Pursue Prosecution. I for one will be more Aggressive in this Pursuit.

I have Paid on an Item that I have never Benefitted from Just To Save My Credit, but This Company Also Attempts to "Steal" and Intimidate those who Pay as per Agreement. I was sent a Notice that a direct payment from my bank was denied and then they charged me Outrageous Late Fees, Processing Fees, etc. I talked to my bank and was told that no direct debits are ever denied. The first time that Leasecomm pulled that stunt, they must have took me for over $100 and put 2 lates on my Credit Report (which is why I am so upset, the Original Rip-Off is almost Paid-Off, so I am

basically over that loss of $59.00 a month, I chaulk that off to bad experience and a never again philosophy on "Free" seminars, etc.), Leasecomm tried to pull the "PAYMENT DENIED BY BANK" again and this time, I called them up and told them point blank that they are lying and that I am in the Mortgage Industry and that I see on the Credit Reports of my clients how they rip people off and that I would pursue legal consel if necessary.

They actually backed off and I did a Visa payment over the phone, so as not to take a chance of late payment on my Credit Report. They seem to prefer Credit Card debits for some odd reason?!!

I am going to talk to the Local DA here in my town, He is Very Aggressive and has gone after a couple big companies and Won. Think Positive. It would be great if somehow we were refunded all or at least part of our monies! : )

Good Luck to Everyone and I am Sorry for All of Us that this can happen in the USA. God Bless.

Dawn
In The Central Valley, California

**Click here to read other Rip Off Reports on Leasecomm**

**Company Search**

If you would like to see more Rip-off Reports™ on LeaseComm. Russ Whitney,Inc. EquityCorp. CreditCards.Com.E-Commerce.MPAP Program., please use the search box below

| LeaseComm. Russ Whitney,Inc. EquityCorp. CreditC | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,

**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

<u>CLICK HERE to File your OWN Rip-Off Report</u>

Feel free to send us suggestions and comments to our <u>editorial staff.</u>

Technical questions can be addressed to our <u>webmaster.</u>

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our <u>Non-JavaScript form.</u>

Having trouble searching or filing a report? It may be a browser problem. See our <u>FAQ</u> for help

<u>Home</u> | <u>File</u> | <u>Update</u> | <u>Search</u> | <u>Pictures</u> | <u>Reporter</u> | Lawsuits(Coming Soon) | <u>Revenge Guide</u>
<u>Volunteers</u> | <u>Thank You!</u> | <u>Editorial</u> | <u>Donate</u> | <u>Link</u> | <u>FAQ</u> | <u>E-Mail Us</u>

**RIP-OFF REPORT.COM**

*badbusinessbureau.com*

Don't let them get away with
Make sure they make the Rip-off

Home | File | Search |

Submitted:
**4/21/2002 12:16:29 PM**
Modified: 4/21/2002
12:16:29 PM

Category:
**Internet Marketing Companies**

# E Commerce Exchange, Russ Whitney Inc., Dot-Com Solutions/Independent Marketing, Inc.Leasecomm,E Com high pressure rip-offs; deceptive information; illegal judgment Woburn, Ma.;Irvine, Ca.; Cape Coral, Fl; Sandy, Ut; Draper, Ut.

## Leasecomm,E Commerce Exchange, Russ Whitney Inc., Dot-Com Solutions/Independent Marketing, Inc.

Address:

10 M. Commerce Way, Woburn, Ma.1 Mauchly, Suite B, Irvine, CA.; 4818 Coronado Pkwy, Cape Coral, Fl. 33904; 9121 S Monroe St., Sandy, Ut. 84070/12222 S 1000 E, Suite 100, Draper, Ut. 84020
Woburn, Ma.;Irvine, Ca.; Cape Coral, Fl; Sandy, Ut; Draper, Ut. Massachusetts U.S.A.
Phone:

Fax: -

Under misleading information & extremely high-pressure, signed 4 yr. lease contract w/E-Commerce Exchange of Irvine, Ca. at Russ Whitney Real Estate seminar.

Sign it now-you have 3 days to cancel-we have to get out of here as it is late-we will send you filled in contract copy.

3 weeks later the filled in copy arrived with totally unusable equipment which I sent back and was resent equip. that was supposed to work but never got chance to use as program the lease was going to be used for was bogus; switched lease to Dot-Com Solutions, Sandy, Ut. also represented by E-Commerce Exchange of Irvine.

When huge problems surfaced with Dot-Com (more misleading seminar info) and was rudely treated when attempting to activate lease equipment I cancelled the lease, (after 5 mos. of not using it) sent unboxed equipment and letter of cancellation back to E-

Commerce Exchange.

Never heard back from ECX despite repeated attempts to contact them.

Leasecomm then began campaign of threatening letters and phone calls and eventually threatened to sue me which 2 CA. attorneys told me was illegal as it was a Ca. matter.

They sued in Ma. courts and obtained judgment against me which is on my credit report.

I have ignored them after receiving nothing but threats to my registered/return receipt letters in attempts to clear the matter up; the contract stipulates that they had to provide working, installed equip. for the contract to remain valid-something that never happened.

Now they tell me they are going to send the matter to a Ca. attorney to proceed-to which I said "good-then I will have a chance to have the truth come out"

At this point they asked me why I had not contacted them or the Ma. courts (I have a file 2" thick with proof that I did) and why I did not file a fraud affidavit (a new federal law) against them?

Leasecomm is attempting to paint themselves as an innocent bystander who got ripped off by ECX as they paid them for the 4 year lease.

So I am supposed to be the one who comes up with the money and ECX and Leasecomm get off free. What a racket!!!!

Consumer advocates from State Att. Gens to DAs of the counties these companies are in to the FTC in DC and the governors of these states have been absolutely no help.

So who is out there to protect the consumer?

Russ Whitney runs a program to steal money for "training sessions" which are high pressure sessions in which each person is taken out of the class one at a time and not let back in until they have agreed to sign up for more training running from $6,000-over $30,000.

If you can't afford it, they would finance it through a finance co. they work with.

Dot-Com Solutions promises one thing and when you try to build a web page you find out that it can't be done as they presented it; involves many times upgrading computer and internet access; and just when you are totally frustrated a telephone call comes from their "mentoring dept" which is an extremely high pressure call to get you to fork out another $8000 for their mentoring program which will assure you you will be successful. They also totally ignore calls & letters.

Their companion co., Independent Mktg., does reply with cutesy letters and no help at getting your money back.

All three of these companies are in bed with ECX of Irvine, Ca.; all 3 use fraudulent, high pressure methods to get you to sign up; all 3 make promises they can't keep, but they sure can keep your money.

Russ Whitney agreed (after having a "special" meeting) that they would return my initial investment as I felt that I had been mislead, but only under the condition I return the training materials and TELL NO ONE about it. They have hedged because they are claiming they never received the materials back, despite my FedEx airbill, and FedEx is claiming they can't trace it. More hanky panky.

Dot-Com supposedly is no longer in business but Indep. Mktg. has taken over the mentoring, etc. and they are simply refusing to acknowledge my requests for my $4650 (plus 2 year interest on my credit card and purchase of web sites which I returned to them, which comes to almost $10,000 at this point), and referred me to another company who promptly answered me with the information that they never had any dealings with Dot-Com or Ind. Mktg.
Is anyone taking control of this and working on a class action suit against Leasecomm, ECX, Russ Whitney, Dot-Com, and Ind. Mktg?

If not, why not? Who is out there to get justice for these sleazy rip off con artists?

How can people like me, a 64 yr. old single woman who has no job, no assets, and no money and is considering filing bankruptcy to relieve myself of my credit card debt I ran up the past 3 years while attempting to find a job and get these home based businesses going, get their money back?

irma
manhattan beach, California

**Click here to read other Rip Off Reports on Leasecomm**

**Click here to read other Rip Off Reports on E-Commerce, Inc**

**Company Search**

If you would like to see more Rip-off Reports™ on Leasecomm, E Commerce Exchange, Russ Whitney Inc., Dot-Com Solutions/Independent Marketing, Inc., please use the search box below

| Leasecomm, E Commerce Exchange, Russ Whitney I |  Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

### REBUTTAL BOX

## MY COMPANY HAS BEEN REPORTED!
## HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

<u>CLICK HERE to Send us your rebuttal on this specific report only.</u>

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
<u>CLICK HERE to File your OWN Rip-Off Report</u>

Feel free to send us suggestions and comments to our <u>editorial staff.</u>

Technical questions can be addressed to our <u>webmaster.</u>

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our <u>Non-JavaScript form.</u>

Having trouble searching or filing a report? It may be a browser problem. See our <u>FAQ</u> for help

<u>Home</u> | <u>File</u> | <u>Update</u> | <u>Search</u> | <u>Pictures</u> | <u>Reporter</u> | Lawsuits(Coming Soon) | <u>Revenge Guide</u>
<u>Volunteers</u> | <u>Thank You!</u> | <u>Editorial</u> | <u>Donate</u> | <u>Link</u> | <u>FAQ</u> | <u>E-Mail Us</u>

www.ripoffreport[1]

```
<script>
        setTimeout( 'openPopWin();', 30000);
        function openPopWin(){
                window.open('revengead.htm');
                self.focus();
        }
</script>

<script language='JavaScript'>

function BuildTopicID(num)
{
document.myform.categorylist.selectedIndex=0;
for(ctr=0;ctr<TopicID[num].length;ctr++)
{
document.myform.categorylist.options[ctr]=new
Option(TopicID[num][ctr],TopicID[num][ctr]);
}
document.myform.categorylist.length=TopicID[num].length;
}

function validateSearch(theForm){
        if(theForm.q5.value.length < 3){
                alert("you must enter a valid search!");
                theForm.q5.focus();
                return false;
        }
        return true;
}
</script>
<html>
<head>
<title>Rip-off Report.com - badbusinessbureau.com</title>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<meta name="keywords" content="rip-off,ripoff,rip off,Auto Dealers,Retail
Stores,news,web sites,consumer complaint,consumer report,fraud,mail
order,,politicians,civil
rights,publications,schools,gripe,Healthcare,insurance,forum,New
York,Arizona,Texas,Ohio,Florida,Home
Builder,real-estate,lemon,defect,defective,Washington,Connecticut,California,Nevada,
Iowa,Alabama,Louisiana,schools,politicians,civil rights,city government,state
government,federal government">
<meta name="description" content="Want justice! The Rip Off Report allows you a
central place to enter complaints about companies and individuals who are ripping
people off. Our reports cover every category imaginable! Submit your story on our
web site for free, for millions to see. Report everything from Auto Dealers, Retail
Stores, to Corrupt City &amp; State Governments, Politicians Police, to Funeral
Homes, Senior Citizen Homes, to any type of Retail store, service or product.">
<script src="/__utm.js" type="text/javascript"></script>
<script src="/classes/tipster.js" type="text/javascript"></script>
<script src="/includes/java.js" type="text/javascript"></script>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body leftmargin="0" topmargin="0" marginwidth="0" marginheight="0">
<table width="100%" border="0" cellpadding="0" cellspacing="0">
  <tr>
    <td width="386" rowspan="3" valign="top"><a href="/reports/"><img
src="images_v4/mast_01-02.gif" width="386" height="129" border="0"></a></td>
    <td colspan="6"><img src="images_v4/mastfile_03-08.gif" width="390"
height="85"></td>
    <td rowspan="3" background="/images_v4/header_filler_sm.gif"><a
href="images_v4/header_filler_sm.gif"><img src="/images_v4/spacer.gif" alt=""
```

Page 1

EXHIBIT

"F"

tabbies