UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC.
and RUSS WHITNEY,

                Plaintiffs,

vs.                                    Case No. 2:04-cv-47-FtM-29SPC

XCENTRIC VENTURES, LLC;
BADBUSINESSBUREAU.ORG; and ED
MAGEDSON,

                Defendants.
_____

### ORDER

This matter comes before the Court on Defendants' Unopposed Motion for Leave to File Reply to Plaintiffs' Opposition Response to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Doc. #19), filed on August 17, 2004.

Accordingly, it is now

**ORDERED**:

Defendants' Unopposed Motion for Leave to File Reply to Plaintiffs' Opposition Response to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. (Doc. #19) is **GRANTED.**

Defendants may file a Reply not to exceed **five pages** within ten days.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of August, 2004.

_____
JOHN E. STEELE
United States District Judge