FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2004 AUG 16 PM 1:50

Case No. 2:04-cv-47-FtM-29 SPC

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

   Plaintiffs,
v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

   Defendants.
_____/

### NOTICE OF FILING

  Plaintiffs, WHITNEY INFORMATION NETWORK, INC. and RUSS WHITNEY, by and through their undersigned counsel, hereby give notice of the filing of the Original Affidavit of Scott Durkin in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction.

              Respectfully submitted,

              By: _____
              Scott W. Rothstein, Esq.
              FBN: 765880
              Christina M. Kitterman, Esq.
              FBN: 595381
              ROTHSTEIN ROSENFELDT
              **Counsel for Plaintiffs**
              300 Las Olas Place, Suite 860
              300 S.E. Second Street
              Fort Lauderdale, Florida 33301
              Tele: 954/522-3456
              Fax: 954/527-8663
              E-Mail: srothstein@rrdplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by mail and facsimile, this 12th day of August, 2004, to: James A. Weinkle, Defendants' Trial Counsel, Wachovia Financial Center, Suite 3400, 200 South Biscayne Boulevard, Miami, Florida, 33131-5323, Maria Crimi Speth, Defendants' of counsel, Jaburg & Wilk PC, 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012, Jonathan P. Ibsen, 7047 East Greenway Parkway, Suite 140, Scottsdale, Arizona 85254.

ROTHSTEIN ROSENFELDT

By: _____
Scott W. Rothstein, Esq.
Christina M. Kitterman, Esq.