# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

**WHITNEY INFORMATION NETWORK, INC.**, a Colorado corporation, and **RUSS WHITNEY**, an individual,

    Plaintiffs,

vs.                                                                                          CASE NO. 2:04-cv-47-FtM-29-SPC

**XCENTRIC VENTURES, LLC**, an Arizona limited liability company; **BADBUSINESSBUREAU.ORG**, an Arizona limited liability company; and **ED MAGEDSON**, an individual,

    Defendants.

_____/

## NOTICE OF ERRATA

Counsel undersigned hereby files this Notice of Errata for the reason that D*efendants' Second Motion to Dismiss - Failure to State a Claim With Supporting Memorandum of Law* filed on September 21, 2004, docket number 26, was improperly titled *Defendants' Second Motion to Dismiss Complaint for Lack of Personal Jurisdiction With Supporting Memorandum of Law.*

While the motion, in fact, is the first Motion to Dismiss for Failure to State a Claim, it is titled "Second" to comport with the naming conventions of the ECF System. Further, the title erroneously referenced "Personal Jurisdiction" because that was the title of the previous motion that had been filed in the case.

1

10297-001/JPI/JPI/405750

Accordingly, undersigned requests that the document be re-titled on the docket, and that the annexed Motion reflecting the appropriate name be substituted in its place.

RESPECTFULLY SUBMITTED this 27th day of September, 2004.

| Of Counsel:<br>**JABURG & WILK PC** | **DUANE MORRIS LLP** |
|---|---|
| Maria Crimi Speth, Esq.<br>Arizona Bar No. 012574<br>3200 North Central Avenue<br>Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: 602.248.1000<br>Facsimile: 602.248.0522<br>E-mail  mcs@jaburgwilk.com | By:   /s Tina M. Talarchyk<br>     Tina M. Talarchyk<br>     Florida Bar No. 794872<br>     James A. Weinkle<br>     Florida Bar No. 710891<br>     Trial Counsel<br>     Wachovia Financial Center, Suite 3400<br>     200 South Biscayne Boulevard<br>     Miami, Florida 33131-5323<br>     Telephone:  305.960-2200<br>     Facsimile:    305.960-2201<br>     E-Mail:  TMTalarchyk@duanemorris.com<br>             JAWeinkle@duanemorris.com |
| Jonathan P. Ibsen<br>7047 East Greenway Parkway<br>Suite 140<br>Scottsdale, AZ  85254<br>Telephone: 480.624.2777<br>Facsimile: 480.607.9483<br>E-mail:  jpi@jaburgwilk.com | |
| Attorneys for Defendants<br>Xcentric Ventures, LLC, ,<br>badbusinessbureau.org, and Ed Magedson | Attorneys for Defendants<br>Xcentric Ventures, LLC,<br>badbusinessbureau.org, and<br>Ed Magedson |

10297-001/JPI/JPI/405750

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants::

Scott W. Rothstein, Esq.
Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN &
PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida  33301

Telephone:  954.522.3456
Facsimile:   954.527.8663

By:   s/James A. Weinkle
         James A. Weinkle

I further certify that on September 28, 2004, I mailed the foregoing document and notice of electronic filing to the foregoing attorneys.

Scott W. Rothstein, Esq.
Alana D. Cappello, Esq.
Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN & PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida  33301

Telephone:  954.522.3456
Facsimile:   954.527.8663

By:   s/Tina M. Talarchyk
         Tina M. Talarchyk

10297-001/JPI/JPI/405750