UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**WHITNEY INFORMATION NETWORK, INC.**, a Colorado corporation, and **RUSS WHITNEY**, an individual,

      Plaintiffs,                              CASE NO. 2:04-cv-47-FtM-29-SPC

vs.

**XCENTRIC VENTURES, LLC**, an Arizona limited liability company; **BADBUSINESSBUREAU.ORG**, an Arizona limited liability company; and **ED MAGEDSON**, an individual,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF SUBSTITUTION OF LOCAL COUNSEL

Defendants XCENTRIC VENTURES, LLC, an Arizona limited liability company ("Xcentric"), BADBUSINESSBUREAU.ORG, an Arizona limited liability company ("badbusinessbureau.org"), and ED MAGEDSON ("Magedson"), hereby file this their NOTICE OF SUBSTITUTION OF LOCAL COUNSEL as follows:

Please note that TINA M. TALARCHYK, ESQUIRE, DUANE MORRIS, LLP shall be substituted for JAMES A. WEINKLE, ESQUIRE, DUANE MORRIS, LLP as Local Counsel in this matter and that all further matters, pleadings and notices be directed to the attention of TINA M. TALARCHYK of DUANE MORRIS LLP.

DATED this 26th day of October, 2004.

| | |
|---|---|
| **DUANE MORRIS, LLP**<br>200 South Biscayne Boulevard, Suite 3400<br>Miami, Florida 33131<br>Telephone: 305.960.2200<br>Facsimile: 305.960.2201<br><br>By: s/ James A. Weinkle<br>    James A. Weinkle<br>jaweinkle@duanemorris.com<br>Florida Bar No.: 710891 | **DUANE MORRIS, LLP**<br>200 South Biscayne Boulevard, Suite 3400<br>Miami, Florida 33131<br>Telephone: 305.960.2261<br>Facsimile: 305.960.2201<br><br>By: s/ Tina M. Talarchyk<br>    Tina M. Talarchyk<br>tmtalarchyk@duanemorris.com<br>Florida Bar No.: 794872 |

Of Counsel:

**JABURG & WILK PC**

Maria Crimi Speth, Esq.
Arizona Bar No. 012574
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Telephone:  602.248.1000
Facsimile: 602.248.0522
E-mail   mcs@jaburgwilk.com

Jonathan P. Ibsen
7047 East Greenway Parkway
Suite 140
Scottsdale, AZ  85254
Telephone: 480.624.2777
Facsimile: 480.607.9483
E-mail:  jpi@jaburgwilk.com

Attorneys for Defendants
Xcentric Ventures, LLC, ,
badbusinessbureau.org, and
Ed Magedson

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN & PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida  33301

Telephone:  954.522.3456
Facsimile:   954.527.8663

I further certify that on October 26, 2004, I mailed the foregoing document and notice of electronic filing to the foregoing attorneys.

Scott W. Rothstein, Esq.
Alana D. Cappello, Esq.
Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN & PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida  33301

Telephone:  954.522.3456
Facsimile:   954.527.8663

By:     s/Tina M. Talarchyk
             Tina M. Talarchyk