FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2004 NOV -1 PM 2: 23

Case No. 2:04-cv-47-FtM-33SPC (LAG)

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

  Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

  Defendants.

_____/

## NOTICE OF UNAVAILABILITY

**NOTICE IS HEREBY GIVEN** that the undersigned will be absent from the jurisdiction from February 28, 2005 through March 4, 2004, and respectfully requests that no hearings, depositions, trials or other matters be set during that time.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by mail, this __ day of October, 2004, to: Tina M. Talarchyk, Defendants' Trial Counsel, Wachovia Financial Center, Suite 3400, 200 South Biscayne Boulevard, Miami, Florida, 33131-5323, Maria Crimi Speth, Defendants' of counsel, Jaburg & Wilk PC, 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012, Jonathan P. Ibsen, 7047 East Greenway Parkway, Suite 140, Scottsdale, Arizona 85254.

1

ROTHSTEIN ROSENFELDT
300 Las Olas Place, 300 SE 2nd Street, Suite 860, Fort Lauderdale, Florida 33301

Dockets.Justia.com

Respectfully submitted,

ROTHSTEIN ROSENFELDT
**Counsel for Plaintiffs**
300 Las Olas Place, Suite 860
300 S.E. Second Street
Fort Lauderdale, Florida 33301
Tele: 954/522-3456
Fax: 954/527-8663
E-Mail: srothstein@rrdplaw.com

By: _____
Christina M. Kitterman, Esq.
FBN: 595381

H:\swrdocs\03-8471\Notice Unavailability CMK.doc

2