Whitney Information, et al v. Xcentric Ventures, et al Doc. 35


**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**WHITNEY INFORMATION NETWORK, INC., a Colorado corporation, and RUSS WHITNEY, an individual,**

**Plaintiffs,**

**vs.**

**CASE NO. 2:04-cv-47-FtM-29-SPC**

**XCENTRIC VENTURES, LLC, an Arizona limited liability company; BADBUSINESSBUREAU.ORG, an Arizona limited liability company; and ED MAGEDSON, an individual,**

**Defendants.**

**_________________________________/**

## NOTICE OF UNAVAILABILITY OF COUNSEL

Please take notice that the undersigned, Tina M. Talarchyk, will be unavailable, from November 23, 2004 through November 26, 2004 and December 23, 2004 through December 31, 2004. Therefore, it is requested that no depositions, hearings or any other activity take place in the above referenced lawsuit within that time frame.

Of Counsel:

**JABURG & WILK PC**

Maria Crimi Speth, Esq.
Arizona Bar No. 012574
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Telephone: 602.248.1000
Facsimile: 602.248.0522
E-mail mcs@jaburgwilk.com

Jonathan P. Ibsen
7047 East Greenway Parkway
Suite 140
Scottsdale, AZ 85254

/s Tina M. Talrchyk
Tina M. Talarchyk
Florida Bar No. 794872
DUANE MORRIS LLP
Wachovia Financial Center, Suite 3400
200 South Biscayne Blvd.
Miami, Florida 33131
Telephone: 305.960-2200
Facsimile: 305.960-2201
TMTalarchyk@duanemorris.com

Attorneys for Defendants
Xcentric Ventures, LLC,

Dockets.Justia.com

Telephone: 480.624.2777
Facsimile: 480.607.9483
E-mail: jpi@jaburgwilk.com

Attorneys for Defendants
Xcentric Ventures, LLC, ,
badbusinessbureau.org, and
Ed Magedson

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN & PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida 33301
Telephone: 954.522.3456
Facsimile: 954.527.8663

I further certify that on November 19, 2004, I mailed the foregoing document and notice of electronic filing to the foregoing attorneys.

Scott W. Rothstein, Esq.
Alana D. Cappello, Esq.
Christina M. Kitterman, Esq.
ROTHSTEIN, ROSENFELDT, DOLIN & PANCIER, P.A.
300 Las Olas Place
300 S.E. 2nd Street
Suite 860
Ft. Lauderdale, Florida 33301

Telephone: 954.522.3456
Facsimile: 954.527.8663

By: s/Tina M. Talarchyk
Tina M. Talarchyk