# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC.
and RUSS WHITNEY,
                Plaintiffs,

vs.                                                        Case No. 2:04-cv-47-FtM-33SPC

XCENTRIC VENTURES, LLC;
BADBUSINESSBUREAU.ORG; and ED
MAGEDSON,
                Defendants.
_____

## ORDER

This matter comes before the Court on the Plaintiff's First Motion for Permission to Conduct the Case Management Report Meeting Telephonically (Doc. #36), filed January 18, 2005. Counsel for parties are located in different cities and have agreed to meet telephonically. As the use of telephonic hearings and conference is encouraged, the Court will grant the motion. See Local Rule 3.01(I). Accordingly, it is now

**ORDERED:**

The Plaintiff's First Motion for Permission to Conduct the Case Management Report Meeting Telephonically (Doc. #36) is **GRANTED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of January, 2005.

*[signed]* Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of Record