UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

WHITNEY INFORMATION
NETWORK, INC., a Colorado
Corporation, and RUSS WHITNEY,
an individual,

    Plaintiffs,                    Case No.: 2:04-cv-00047-FtM-VMC-SPC

v.

XCENTRIC VENTURES, LLC, an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG., an
Arizona limited liability company, and
ED MAGEDSON, an individual,

    Defendants.
_____/

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS

**COMES NOW** undersigned counsel and the law firm of **SHUTTS & BOWEN LLP** and give notice of their appearance in the above captioned proceeding on behalf of the Defendants, **XCENTRIC VENTURES, LLC, BADBUSINESSBUREAU.ORG.,** and **ED MAGEDSON.**

Dated this 4th day of February, 2005.

                                      **SHUTTS & BOWEN LLP**
                                      Attorneys for Plaintiff
                                      300 S. Orange Ave., Suite 1000
                                      Orlando, Florida 32801-3373
**Mailing Address:**      **Post Office Box 4956**
                                      **Orlando, Florida 32802-4956**
                                      Telephone: (407) 423-3200
                                      Facsimile: (407) 425-8316

                                      By:/s/ *Michael L. Gore*
                                        Michael L. Gore, Esq.
                                        Florida Bar No. 441252

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th of February, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Scott W. Rothstein, Esquire
Christina Marie Kitterman, Esquire
Rothstein, Rosenfeldt, Dolin & Pancier, P.A.
300 Las Olas Place, Suite 860
300 S.E. 2nd Street
Ft. Lauderdale, Florida 33301

/s/ *Michael L. Gore*
Of counsel

ORLDOCS 10297280 1