UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION
NETWORK, INC. a Colorado
Corporation, and RUSS WHITNEY,
an individual

vs.  CASE NO: 2:04-cv-47-FtM-VMC-SPC

XCENTRIC VENTURES, LLC an
Arizona limited liability company;
BADBUSINESS BUREAU.ORG., an
Arizona limited liability company;
ED MAGEDSON, an individual

_____

**ORDER**

This matter comes before the Court on the Defendant's, Unopposed Motion for Substitution of Counsel (Doc. #39) filed on February 4, 2005. Pursuant to Local Rule 2.03(b), the Defendants, through Counsel, seek to substitute the current Counsel of Record, Tara Talarchyk and the law firm of Duane Morris LLP of 200 South Biscayne Boulevard, Suite 3400, Miami, Florida, 33131 for Michael Gore and the law firm of Shutts & Bowen LLP, P.O. Box 4956, Orlando, Florida 32802. Counsel for the Defendants have conferred with opposing Counsel and advise the Court that there is no objection to the relief requested. The Court, having reviewed the Motion, finds good cause and will grant the motion.

Accordingly, it is now

**ORDERED**:

The Defendants Unopposed Motion for Substitution of Counsel (Doc. #39) is hereby **GRANTED.** Tara Talarchyk, Esq., and the law firm of Duane Morris LLP shall be relieved of any further obligation and all correspondence shall be forwarded to Michael Gore and the law

firm of Shutts & Bowen LLP, of P.O. Box 4956, Orlando, Florida as counsel of record.

**DONE** and **ORDERED** in Chambers, Fort Myers, Florida, this __4th__ day of February, 2005.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of Record
 DCCD