UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC.
and RUSS WHITNEY,

                Plaintiffs,

-vs-                            Case No. 2:04-cv-47-FtM-33SPC

XCENTRIC VENTURES, LLC;
BADBUSINESSBUREAU.ORG; and ED
MAGEDSON,

                Defendants.
_____

## ORDER

      This matter comes before the Court on an Unopposed Motion of Maria Crimi Speth and Jonathan P. Ibsen to Appear Pro Hac Vice (Doc. #43) filed on March 19, 2005. Maria Crimi Speth, Esq., of the law firm Jaburg & Wilk PC, 3200 North Central Ave., Ste. 2000, Phoenix, Arizona 85012 and Jonathan P. Ibsen, Esq., of the law firm Jaburg & Wilk, PC, 7047 East Greenway Pkwy., Ste. 140, Scottsdale, Arizona 85254, seek permission to appear on behalf of the Defendants pro hac vice.

      Attorney Speth appears to be a member in good standing with the Bar for the State of Arizona and New York. She is licensed to practice in the United States District Court for the District

of Arizona, Southern and Eastern Districts of New York, the Second and Ninth Circuit Courts of Appeal and the United States Supreme Court.

Attorney Ibsen appears to be a member in good standing with the Bar for the State of New York and the United States District Court for the Southern District of New York.

Further, Michael L. Gore, Esq., of the law firm Shutts & Bowen LLP, 300 South Orange Ave., Ste. 100, Orlando, Florida, who is licenced to practice in the Middle District of Florida has agreed to act as local Counsel in this matter. The Court, having reviewed the motion, finds good cause and will grant the motion

Accordingly, it is now

**ORDERED:**

1. The Unopposed Motion of Maria Crimi Speth and Jonathan P. Ibsen to Appear Pro Hac Vice (Doc. #43) is **GRANTED**.

2. Maria Crimi Speth, Esq., of the law firm Jaburg & Wilk PC, 3200 North Central Ave., Ste. 2000, Phoenix, Arizona 85012, is admitted to appear on behalf of the Defendants pro hac vice in this matter.

3. Jonathan P. Ibsen, Esq., of the law firm Jaburg & Wilk, PC, 7047 East Greenway Pkwy., Ste. 140, Scottsdale, Arizona 85254, is admitted to appear on behalf of the Defendants pro hac vice in this matter.

4. Michael L. Gore, Esq., of the law firm Shutts & Bowen LLP, 300 South Orange Ave., Ste. 100, Orlando, Florida shall be designated local counsel.

5. If Counsel has not already done so, within **eleven (11) days** from the date of the Order Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

**DONE AND ORDERED** at Fort Myers, Florida, this __21st__ day of March, 2005.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of record
Bette Jo Herren, Courtroom Deputy