UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:04-cv-47-FtM-33SPC (LAG)

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

      Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

      Defendants.
_____/

## NOTICE OF UNAVAILABILITY

**NOTICE IS HEREBY GIVEN** that the undersigned will be absent from the jurisdiction from May 23, 2005 through May 25, 2005; June 16, 2005 and June 17, 2005, respectfully requests that no hearings, depositions, trials or other matters be set during that time.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by mail, this 24th day of March, 2005, to: Michael L. Gore, Esq., Shutts & Bowen LLP, Defendant's Counsel, P.O. Box 4956, Orlando, FL 32802-4956, Maria Crimi Speth, Defendants' of counsel, Jaburg & Wilk PC, 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012, Jonathan P. Ibsen, 7047 East Greenway Parkway, Suite 140, Scottsdale, Arizona 85254.

      Respectfully submitted,
      ROTHSTEIN ROSENFELDT ADLER
      **Counsel for Plaintiffs**
      300 Las Olas Place, Suite 860
      300 S.E. Second Street
      Fort Lauderdale, Florida 33301
      Tele: 954/522-3456   Fax: 954/527-8663

By: _____
    Christina M. Kitterman, Esq.
    FBN: 595381

H:\swrdocs\03-8471\notice.unavailability.doc

1