UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  2:04-cv-47-FtM-33SPC (LAG)

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

      Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

      Defendants.

_____/

## NOTICE OF SELECTION OF MEDIATOR

NOTICE IS HEREBY GIVEN, pursuant to this Court's Case Management and Scheduling Order dated March 17, 2005, ordering the parties to mediation the parties agree to utilize the services of the following mediator in this cause:

Weinstein, Scott William
Weinstein Bavly & Moon, PA
2400 First St - Ste 303
Ft. Myers, FL 33901
Office: 239-334-8844
Fax: 239-334-1289

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by mail, this 27th day of April, 2005, to:  Michael L. Gore, Esq., Shutts & Bowen LLP, Defendant's Counsel, P.O. Box 4956, Orlando, FL  32802-4956, Maria Crimi Speth, Defendants' of counsel, Jaburg & Wilk PC, 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012, Jonathan P. Ibsen, 7047 East Greenway Parkway, Suite 140, Scottsdale, Arizona 85254.

Respectfully submitted,

ROTHSTEIN ROSENFELDT ADLER
**Counsel for Plaintiffs**
300 Las Olas Place, Suite 860
300 S.E. Second Street
Fort Lauderdale, Florida 33301
Tele:  954/522-3456
Fax:   954/527-8663
E-Mail: srothstein@rrdplaw.com


By:   /s/ Christina M. Kitterman
        Scott W. Rothstein, Esq.
        FBN:  765880
        Christina M. Kitterman, Esq.
        FBN:  595381