**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No. 2:04-cv-47-FtM-33SPC (LAG)

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

      Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

      Defendants.

_____/

### NOTICE OF UNAVAILABILITY

**NOTICE IS HEREBY GIVEN** that the undersigned will be absent from the jurisdiction from July 15, 2005 through August 1, 2005, and respectfully requests that no hearings, depositions, trials or other matters be set during that time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by mail, this ____ day of July, 2005, to: Michael L. Gore, Esq., Shutts & Bowen LLP, Defendant's Counsel, P.O. Box 4956, Orlando, FL 32802-4956, Maria Crimi Speth, Defendants' of counsel, Jaburg & Wilk PC, 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012, Jonathan P. Ibsen, 7047 East Greenway Parkway, Suite 140, Scottsdale, Arizona 85254.

1

ROTHSTEIN ROSENFELDT ADLER
300 Las Olas Place, 300 SE 2nd Street, Suite 860, Fort Lauderdale, Florida 33301

          Respectfully submitted,

By: *[signature]*
Scott W. Rothstein, Esq.
Florida Bar Number: 765880
ROTHSTEIN ROSENFELDT ADLER
300 Las Olas Place
300 SE 2nd Street, Suite 860
Fort Lauderdale, Florida 33301
Tel:    954-522-3456
Fax:   954-527-8663

H:\swrdocs\03-8471\notice.unavailability SWR.doc