# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Case No.  2:04-cv-47-FtM-29 SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

      Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

      Defendants.

_____/

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR A TEN-DAY ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion for Ten Day Enlargement of Time to File Amended Complaint, it is hereby:

**ORDERED and ADJUDGED** that Plaintiffs' Unopposed Motion for a Ten Day Enlargement of Time to file Amended Complaint is hereby **GRANTED**.  Plaintiffs will have ten (10) days up through and including August 27, 2004, to file the Amended Complaint.

**DONE AND ORDERED**, in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2005.

                                  _____
                                  U.S. DISTRICT COURT JUDGE

Dockets.Justia.com

Case No.  2:04-cv-47-FtM-29 SPC

Copies Furnished To:
Scott W. Rothstein, Esq.
James A. Weinkle, Esq.


H:\swrdocs\03-8471\Order enlargement.amended complaint.doc