UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC.
and RUSS WHITNEY,

                Plaintiffs,

-vs-                                            Case No. 2:04-cv-47-FtM-33SPC

XCENTRIC VENTURES, LLC;
BADBUSINESSBUREAU.ORG; and ED
MAGEDSON,

                Defendants.
_____

## ORDER

      This matter comes before the Court on the Plaintiff's Corrected Unopposed Motion for Enlargement of Time to File Its Amended Complaint (Doc. #54) filed on August 22, 2005. On August 3, 2005, the Court issued an Order allowing the Plaintiff the opportunity to file an Amended Complaint. (See Order Doc. #52). The Plaintiff seeks additional time to file the amended complaint due to several computer delays and errors from a newly implemented computer system. Pursuant to Local Rule 3.01, Counsel has conferred with opposing Counsel and advises that no objection exists to the relief requested. The Court, having reviewed the motion, finds good cause and will grant the extension.

    Accordingly, it is now

    **ORDERED:**

The Plaintiff's Corrected Unopposed Motion for Enlargement of Time to File Its Amended Complaint (Doc. #54) is **GRANTED**. The Plaintiff shall have up to and including **SEPTEMBER 27, 2005** to file the amended complaint.

**DONE AND ORDERED** at Fort Myers, Florida, this __24th__ day of August, 2005.

                                                SHERI POLSTER CHAPPELL
                                                UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record