# EXHIBIT B

<div align="center">Arizona Corporation Commission</div>

10/20/2005    <div align="center">State of Arizona Public Access System</div>    8:50 AM

| Corporate Inquiry |
|---|
| File Number: -1034883-4    AD-DISSOLVED-PUB/FILE AFFIDAVIT 09/30/2003 |
| Corp. Name: BADBUSINESSBUREAU.ORG |

### Domestic Address

| |
|---|
| PO BOX 310 |
| TEMPE, AZ 85280 |

### Statutory Agent Information

| |
|---|
| Agent Name: |
| Agent Address: |
| Agent Status: 04/14/2004 |

### Additional Corporate Information

| | |
|---|---|
| | Corporation Type: NON-PROFIT |
| Incorporation Date: 06/14/2002 | Corporate Life Period: PERPETUAL |
| Domicile: ARIZONA | County: MARICOPA |
| Approval Date: 08/14/2002 | Original Publish Date: |
| Status: AD-DISSOLVED-PUB/FILE AFFIDAVIT | Status Date: 09/30/2003 |

### Annual Reports

| Next Annual Report Due: 10/14/2003 | FORMS For Annual Reports To Be Printed And Filed  << Click Here |
|---|---|

No Annual Reports on File

### Scanned Documents
(Click on gray button to view document)

| | |
|---|---|
| | |

| Document Number | Description | Date Received |
|---|---|---|
| 00914878 | AGENT RESIGNATION | 04/14/2004 |

## Notices of Pending Administrative Dissolution

(For Last Three Years Only)

(Click on gray button - if present - to view notice)

| Date | Reason |
|---|---|
| 04/22/2003 | DELINQUENT PUBLICATION |

## Administrative Dissolutions and Reinstatements

(Click on gray button - if present - to view notice)

| Administrative Dissolution Date | Administrative Dissolution Reason | Reinstatement Date |
|---|---|---|
| 09/30/2003 | AD-DISSOLVED - PUB/FILE AFFIDAVIT | |

## Microfilm

| Location | Date Received | Description |
|---|---|---|
| 1-1543-014-016 | 06/14/2002 | ARTICLES |
| 3-1736-005-520 | 04/22/2003 | NOTICE OF PENDING ADMINISTRATIVE DISSOLUTION |
| 1-1586-002-018 | 05/05/2003 | DELINQUENT NOTICE/MAIL RETURNED |
| 3-1776-003-514 | 09/30/2003 | CERTIFICATE OF DISSOLUTION |
| 1-1623-010-008 | 10/14/2003 | CERT OF DISSOLUTION/MAIL RETURNED |
| 3-1794-002-668 | 04/14/2004 | AGENT RESIGNATION |

- Corporate Name Search Instructions
- General Web Site Usage Instructions
- Return to STARPAS Main Menu
- Return to A.C.C. Corporations Division Main Page
- Return to Arizona Corporation Commission Home Page