# **EXHIBIT C**



# WHITNEY EDUCATION GROUP, INC.®

home · live training · student tools · success stories · store



**FREE Real Estate Investment Training**

What You'll Learn:
- Secret Techniques Used By Our Students To Generate Wealth Quickly
- Methods For Any Region or Market

PLUS Attend & Receive The Millionaire Mentor™ Entrepreneur Start Up Kit For FREE ($195.00 Value)

About Russ Whitney

FREE REAL ESTATE TRAINING      SIGN UP

**FREE Millionaire Mentor Ezine Subscription**

Learn More About The Free Training · Hotel Information · FAQ

**REGISTER FOR FREE REAL ESTATE TRAINING BY CLICKING A DATE BELOW**

| | |
|---|---|
| Oct 17-Oct 20 | King of Prussia, Philadelphia, Cherry Hill, Wilmington |
| Oct 18-Oct 20 | San Diego, La Jolla, Carlsbad |
| Oct 18-Oct 20 | Toledo, Toledo, Fort Wayne |
| Oct 24-Oct 27 | Concord, Union City, San Jose, Burlingame |
| Oct 25-Oct 27 | Beachwood, Westlake, Akron |
| Oct 25-Oct 27 | West Palm Beach, Delray Beach, Boca Raton |
| Oct 25-Oct 27 | Monroe, Shreveport, Alexandria |
| Oct 25-Oct 27 | Santa Rosa, Berkeley, San Rafael |

**No Cost · No Obligation · Seating Is Limited!**

 **International**
Click

**Ask Questions - Get**
Online Discussion Bo
saad7861 asks:
How do I create a bu database, if I am jus and don't have conta experience??

Join this discussion...
View other discussion
Register and start yo

A MUST-HAVE FOR REAL ESTATE INVESTORS!
**Best-Selling Author Russ Whitney's Powerful New Book!**
Reserve a signed copy today!

**Special Offer**

Million
Estate
Russ W

A Top-1
· The Wa
· Amazo
· Busine

Click Here - S

**Success Story**
**Arlene McCormack :** to show you the chec after our first fix and Colm and I were so e our names on the ch [$41,045.93]. Let me it felt really good to t the bank..

Read More

Investor Relations | Contact Us | Careers | Sitemap | Privacy Statement | Request Info

http://www.russwhitney.com/                              10/20/2005

© 2000-2005 Whitney Education Group, Inc. All rights reserved.



# WHITNEY EDUCATION GROUP,

### Welcome To The World Of Real Estate Inves

You are taking your first steps on the time-tested and proven path to wealth prosperity. No matter where you live, a career in real estate ownership and management can provide you and your family with life-long comfort and se

Our international expansion into Canada and the United Kingdom is succee beyond our expectations. The entrepreneur enthusiasm of our Canadian an students reinforces our belief that people share the common desire to becc wealthy.

**International Real Estate Training Systems**

Our successful Real Estate Investment Training in the United States to develop specialized training for international markets.

To learn more about our real estate investment system in your count when our next **FREE training session** will be held in your area, sele appropriate country below.

**Canadian Real Estate Investment Training**    **United Kingdom Propert Investment Training**

© 2005 Whitney Education Group, Inc.® • All Rights Reserved



# WHITNEY EDUCATION GROUP, INC.

live training   student tools   success stories   store



About Russ Whitney

## FREE Real Estate Investment Training

**What You'll Learn:**
- Secret Techniques Used By Our Students To Generate Wealth Quickly
- Methods For ANY Region Or Market

**PLUS Attend & Receive the Millionaire Mentor™ Entrepreneur Startup Kit For FREE! ($195.00 Value)**



Internati
Cli

Ask Questions. Get Ar
**Online Discussion E**

kellychaffee asks: *I d go [to Vegas '04 Con information is availab attending this for free discussion...*

View other discussion
Register and start you


**FREE PREVIEW TRAINING** CLICK HERE TO SIGN UP NOW

**CLICK HERE** to receive an e-alert when we are in your area.
Learn More About The Free Training · Hotel Information · FAQ

### Upcoming Dates and Locations:

| | |
|---|---|
| July 6-8, 2004 | **Racine, Milwaukee, Brookfield** |
| July 6-8, 2004 | **Roanoke , Greensburg, Pittsburgh** |
| July 6-8, 2004 | **Beaumont, West Lake, Lafayette** |
| July 6-8, 2004 | **Bangor, Freeport , South Portland** |
| July 6-8, 2004 | **Manitowoc, Green Bay, Appleton** |
| July 12-15, 2004 | **Concord , Union City , San Jose, San Frnacisco** |
| July 12-15, 2004 | **El Paso, Las Cruces, Santa Fe, Albuquerque** |
| July 12-15, 2004 | **Santa Rosa , Emeryville, Burlingame, San Rafael** |
| July 13-15, 2004 | **Walla Walla, Kennewick, Spokane** |
| July 13-15, 2004 | **Grand Junction, Colorado Springs, Colorado Springs** |
| July 19-22, 2004 | **Southfield, Romulus, Sterling Heights, Dearborn** |
| July 20-22, 2004 | **Wilkes-Barre, York, Harrisburg** |
| July 20-22, 2004 | **Alexandria, West Monroe, Shreveport** |
| July 20-22, 2004 | **Idaho Falls , Burley, Boise** |

Russ Whitney's
**VEGAS**
Building Wealt

Attend the confer
Call 1-866-6
Or Click Here I

**SPECIAL OFFER**


MILLIONAIRE REAL ESTATE MENTOR

Millio
Estat
Russ

**A Top**
- The
- Ama
- Busi

**Click Here -**

## No Cost · No Obligation · Seating Is Limited!



**FREE Millionaire M**

Sign up to receive the in to generating wealth qu **OFFERS** available only 1 wait! You could earn tho contained in our next is:

Case 2:04-cv-00047-MMH-SPC   Document 58-4   Filed 10/21/2005   Page 6 of 12

E-mail

**Success Story**

**Eric and Jessica B.,**
We did our first deal one
day training. We will pro
when we sell it. The nex

**Investor Relations** | **Contact Us** | **Jobs** | **Privacy Statement**

© 2000-2004 Whitney Education Group, Inc. All rights reserved.



# WHITNEY EDUCATION GROUP, INC.

live training    student tools    success stories    store

## FREE Real Estate Investment Training

**What You'll Learn:**
- Secret Techniques Used By Our Students To Generate Wealth Quickly
- Methods For ANY Region Or Market

**PLUS Attend & Receive the Millionaire Mentor™ Entrepreneur Startup Kit For FREE! ($195.00 Value)**



About Russ Whitney



FREE PREVIEW TRAINING - CLICK HERE TO SIGN UP NOW

**CLICK HERE** to receive an e-alert when we are in your area.
Learn More About The Free Training  •  Hotel Information  •  FAQ

### Upcoming Dates and Locations:

| | |
|---|---|
| May 17-20, 2004 | **East Elmhurst, New York, Elizabeth, New York** |
| May 17-20, 2004 | **Islandia, Melville, Stamford , Woodcliff Lake** |
| May 17-20, 2004 | **Markham, Mississauga, Etobicoke, North York** |
| May 18-20, 2004 | **Eugene, Portland, Portland** |
| May 18-20, 2004 | **Austin, College Station, Austin** |
| May 18-20, 2004 | **Panama City Beach, Valdosta, Tallahassee** |
| May 24-27, 2004 | **Danvers, Nashua , Boston, Braintree** |
| May 24-27, 2004 | **Hyannis, Worcester, Portsmouth , Fitchburg** |
| May 25-27, 2004 | **Salt Lake City, Ogden, Salt Lake City** |
| May 25-27, 2004 | **Henderson, Las Vegas, Las Vegas** |
| May 25-27, 2004 | **Monterey, Fresno, Visalia** |

**No Cost · No Obligation · Seating Is Limited!**



Internati
Cli

Ask Questions. Get Ar
**Online Discussion B**

kellychaffee asks: I d
go [to Vegas '04 Con
information is availab
attending this for free
discussion...

View other discussion
Register and start you

Russ Whitney's
VEGAS
Building Wealt

Attend the confer
Call 1-866-6
Or Click Here

SPECIAL OFFER



Millic
Estat
Russ

**A Top**
- The
- Ama
- Busi

Click Here -

**FREE Millionaire M**

Sign up to receive the ii
to generating wealth qu
**OFFERS** available only
wait! You could earn thc
contained in our next is:

E-mail

**Success Story**



**Lou Fa**
The Prop
(training
GREAT,
covered
Read M

**Investor Relations | Contact Us | Jobs | Privacy Statement**

© 2000-2004 Whitney Education Group, Inc. All rights reserved.



# WHITNEY EDUCATION GROUP, INC.

live training   student tools   success stories   store

## FREE Real Estate Investment Training

**What You'll Learn:**
- Secret Techniques Used By Our Students To Generate Wealth Quickly
- Methods For ANY Region Or Market

**PLUS Attend & Receive the Millionaire Mentor™ Entrepreneur Startup Kit For FREE! ($195.00 Value)**



About Russ Whitney



FREE PREVIEW TRAINING  CLICK HERE TO SIGN UP NOW

**CLICK HERE** to receive an e-alert when we are in your area.
Learn More About The Free Training  ·  Hotel Information  ·  FAQ

**Upcoming Dates and Locations:**

| Date | Locations |
|---|---|
| November 29-2, 2004 | **Atlanta, Atlanta, Atlanta, Atlanta** |
| November 30-2, 2004 | **Newport News, Norfolk, Virginia Beach** |
| November 30-2, 2004 | **Waterbury, Springfield, Providence** |
| December 6-9, 2004 | **Sarasota, Palm Harbor, St. Pete Beach, Tampa** |
| December 6-9, 2004 | **London, London, Waterloo, Kitchener** |
| December 7-9, 2004 | **Lakeside, San Diego, San Diego** |
| December 7-9, 2004 | **Chattanooga, Knoxville, Alcoa** |
| December 7-9, 2004 | **Sherman, Longview, Tyler** |
| December 13-16, 2004 | **King of Prussia, Wilmington, Philadelphia, Cherry Hill** |

### No Cost · No Obligation · Seating Is Limited!



---

Internati
Cli

Ask Questions. Get Ar
**Online Discussion E**
belstar69 asks: *What have a contractor bid rehabs?* Join this disc

View other discussion
Register and start you

HIT THE FINANC
This
THE VEG
BUILDING WEALTH
1-866-60

**SPECIAL OFFER**

*Millic*
*Estat*
*Russ*

**A Top**
- *The*
- *Ama*
- *Busi*

**Click Here -**

**FREE Millionaire M**

Sign up to receive the i
to generating wealth qu
**OFFERS** available only 1
wait! You could earn the
contained in our next iss

E-mail

**Success Story**

We 'drove for dollars' ar addresses, and just like deal came from that list later. Brian & Rachel St

**Investor Relations** | **Contact Us** | **Jobs** | **Sitemap** | **Privacy Statement**

© 2000-2004 Whitney Education Group, Inc. All rights reserved.



# WHITNEY EDUCATION GROUP, INC.

live training    student tools    success stories    store

## FREE Real Estate Investment Training

**What You'll Learn:**
- Secret Techniques Used By Our Students To Generate Wealth Quickly
- Methods For ANY Region Or Market

**PLUS Attend & Receive the Millionaire Mentor™ Entrepreneur Startup Kit For FREE! ($195.00 Value)**



About Russ Whitney

**FREE PREVIEW TRAINING** CLICK HERE TO SIGN UP NOW

**CLICK HERE** to receive an e-alert when we are in your area.
Learn More About The Free Training · Hotel Information · FAQ

**Upcoming Dates and Locations:**

| Date | Location |
|---|---|
| November 1-4, 2004 | **Bloomington, Minnetonka, Brooklyn Center, Minneapolis** |
| November 2-4, 2004 | **South Bend, Indianapolis, Indianapolis** |
| November 2-4, 2004 | **Henderson, Las Vegas , Las Vegas** |
| November 2-4, 2004 | **Cornwall, Ottawa, Ottawa** |
| November 8-11, 2004 | **Braintree, Burlington, Nashua , Boston** |
| November 8-11, 2004 | **Don Mills, Markham, Oakville , Mississauga** |
| November 9-11, 2004 | **Beachwood, Cleveland, Cuyahoga Falls** |
| November 9-11, 2004 | **Seaside , Fresno, Visalia** |
| November 9-11, 2004 | **Temple, Austin, Austin** |
| November 9-11, 2004 | **Leominster, Worcester, Plymouth** |

**No Cost · No Obligation · Seating Is Limited!**



Internati
cli

Ask Questions. Get Ar
**Online Discussion E**

TSchad asks: *I would renting [mobile] hom cash flow really well. running into is that th allow rentals. Any ad appreciated.* Join this

View other discussion
Register and start yo

Russ Whitney's
**ORLAN**
Building Wealt
Feb. 10-1

**SPECIAL OFFER**



*Millic*
*Estat*
*Russ*

**A Top**
- *The*
- *Ama*
- *Busi*

**Click Here -**

**FREE Millionaire M**

Sign up to receive the i
to generating wealth qu
**OFFERS** available only
wait! You could earn the
contained in our next is

E-mail

**Success Story**

**Joe F., FL**
...With knowledge we le
foreclosure training. We
on the market – all fore
looking at least $20,000
Read More

**Investor Relations** | **Contact Us** | **Jobs** | **Sitemap** | **Privacy Statement**

© 2000-2004 Whitney Education Group, Inc. All rights reserved.