# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No.  2:04-cv-47-FtM-29 SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,

       Plaintiff,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

       Defendants.

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT
## OF TIME TO RESPOND TO MOTION TO DISMISS

      Plaintiff, WHITNEY INFORMATION NETWORK, INC., ("WHITNEY"), by and through its undersigned counsel, moves for an enlargement of time, until and including November 18, 2005, to respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction, and states the following:

      1.     Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction was electronically filed and served on counsel for Plaintiff on October 21, 2005.  However, due to Hurricane Wilma, the undersigned's Fort Lauderdale office was closed the entire week of October 24, 2005.  As a result of the office closure, the undersigned did not receive the Motion to Dismiss until Monday, October 31, 2005.

      2.     Plaintiff's response to the Motion to Dismiss is otherwise due to be served or about November 9, 2005.  However, due to the one week office closure, and the

resulting backlog of deadlines on other matters caused by the hurricane, Plaintiff seeks an enlargement of time to serve the response, until and including Friday, November 18, 2005.

    3.    This motion is made in good faith and not for purposes of delay.

    4.    None of the parties will be prejudiced by the granting of the relief sought herein, and  Plaintiff will be unfairly prejudiced should this motion be denied.

    5.    Plaintiff's undersigned counsel certifies that Counsel for Defendant has been contacted and does not oppose this motion for enlargement of time.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court "for cause shown may at any time in its discretion" enlarge the time permitted by the Rules for the parties to file their Amended Complaint.  Plaintiff's Motion clearly sets forth a good faith basis for granting this enlargement.  Plaintiff is not engaging in any type of delay tactic that would warrant denial of this Motion.  Plaintiff respectfully requests that the Court exercise its discretion and permit the requested enlargement for the good cause stated herein.

**WHEREFORE**, Plaintiff, WHITNEY INFORMATION NETWORK, INC, respectfully requests that this Court grant this unopposed motion and enter an Order enlarging the time to respond to Defendants' Motion to Dismiss.

Respectfully submitted,

By:  /s/ Michael A. Pancier
   for    Scott W. Rothstein, Esq.
        FBN:  765880
        Christopher C. Sharp, Esq.
        FBN:  996858
        ROTHSTEINROSENFELDT ADLER
        **Counsel for Plaintiffs**
        300 Las Olas Place, Suite 860
        300 S.E. Second Street
        Fort Lauderdale, Florida 33301
        Tele:  954/522-3456

Dated: November 9, 2005

Fax:  954/527-8663
E-Mail: srothstein@rrdplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by mail, this 9th day of November, 2005, to: Maria Crimi Speth, Esq., Jaburg & Wilk, P.C., Counsel for Defendants, 3200 North Central Avenue, Suite 2000, Phoenix, AZ 85012.

ROTHSTEIN ROSENFELDT ADLER

By:  /s/ Michael A. Pancier
    for   Scott W. Rothstein, Esq.
          Christopher C. Sharp, Esq.

H:\swrdocs\03-8471\Motion to Enlarge.Motion to Dismiss Amended Complaint.doc