# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**WHITNEY INFORMATION NETWORK, INC.**, a
Colorado corporation,

          **Plaintiff,**

**-vs-**                                                              Case No. 2:04-cv-47-FtM-33SPC

**XCENTRIC VENTURES, LLC.**, an Arizona
limited liability company;
**BADBUSINESSBUREAU.ORG**, an Arizona
limited liability company and **ED MAGEDSON**,
an individual,

          **Defendants.**

_____

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the Joint Motion to Amend Case Management and Scheduling Order and the amended case management report prepared by the parties, *see* Fed.R.Civ.P. 26(f) and Local Rule 3.05(c), the Court enters this amended case management and scheduling order:

| | |
|---|---|
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form | AUGUST 11, 2006 |
| Final Pretrial Conference    Date:<br>Time:<br>Judge: | SEPTEMBER 11, 2006<br>9:30 A.M.<br>Judge Virginia M. Hernandez Covington |
| Trial Term Begins<br>[Trials Before Magistrate Judges Begin on Date Certain] | OCTOBER 02, 2006<br>9:00 A.M.<br>Judge Virginia M. Hernandez Covington |
| Jury/Non Jury | Jury |

All other provisions of the Case Management and Scheduling Order continue to apply.

**DONE** and **ORDERED** this <u>6th</u> day of February, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies : All Parties of Record

**Note: An exhibit list, exhibit tags, and a Consent to Proceed before a U.S. Magistrate form can be found on Judge Steele's website at *http://www.flmd.uscourts.gov/calendars***