## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Case No. 2:04-cv-47-FtM-29 SPC

RUSS WHITNEY and WHITNEY
INFORMATION NETWORK, INC.,
a Colorado corporation,

      Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

      Defendants.

_____/

### NOTICE OF CHANGE OF ADDRESS

The undersigned hereby notifies of the change of the firm address effective February 13, 2006, and requests that all future pleadings be provided accordingly:

**ROTHSTEIN ROSENFELDT ADLER**
**Las Olas City Centre**
**401 East Las Olas Boulevard, Suite 1650**
**Fort Lauderdale, Florida 33301**

The firm's telephone numbers, fax numbers, e-mail addresses and web site address remain the same.

Dated: February 13, 2006

Respectfully submitted,

ROTHSTEIN ROSENFELDT ADLER
**Counsel for Plaintiff**
Las Olas City Center
401 East Las Olas Blvd. Suite 1650
Fort Lauderdale, Florida 33301
Tele: 954/522-3456
Fax: 954/527-8663
E-Mail: srothstein@rra-law.com


By: /s/ Christopher C. Sharp
   Scott W. Rothstein, Esq.
   FBN: 765880
   Christopher C. Sharp, Esq.
   FBN: 996858


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by mail, this 13th day of February, 2006 to: Maria Crimi Speth, Esq., Jaburg & Wilk, P.C., Counsel for DEFENDANTS, 3200 North Central Avenue, Suite 2000, Phoenix, AZ 85012.

ROTHSTEIN ROSENFELDT ADLER


By: /s/ Christopher C. Sharp
   Scott W. Rothstein, Esq.
   Christopher C. Sharp, Esq.

H:\swrdocs\03-8471\Notice of Change of Address.doc