Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Defendants

FILED

2006 FEB 17 PM 12: 31

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WHITNEY INFORMATION NETWORK, INC.; a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona limited liability company; BADBUSINESSBUREAU.ORG, an Arizona limited liability company; and ED MAGEDSON, an individual,<br><br>Defendants. | Case No: 2:04-CV-47-ftm-29<br><br>**NOTICE OF FILING EXHIBIT D TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |

Xentric Ventures, LLC, ("Xcentric"), Badbusinessbureau.org ("BBB"), and Ed Magedson ("Magedson") (collectively, the "Defendants"), by their attorneys Jaburg & Wilk, P.C., by Maria Crimi Speth, hereby give notice that they have filed Exhibit D to their Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction. Said Motion was E-filed on October 21, 2005. Counsel was unable to file Exhibit D to the Motion because it was too large to be filed electronically.

10297-1/MCS/DAG/516274_v1

DATED this \_\_14\_\_ day of February, 2006.

JABURG & WILK, P.C.

_____
Maria Crimi Speth, Esq.
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the \_\_14\_\_ day of February, 2006, a copy of the foregoing was mailed by U. S. Mail to the following:

Christopher C. Sharp, Esq.
Scott W. Rothstein, Esq.
Rothstein, Rosenfeldt, Adler
Las Olas City Centre
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida  33301
Attorneys for Plaintiffs

Brian J. Stack
Stack Fernandez Anderson & Harris, P.A.
1200 Brickell Avenue
Suite 950
Miami, Florida  33131
Attorneys for Defendants

_____

10297-1/MCS/DAG/516274_v1



# ATTACHMENT(S)

# NOT

# SCANNED

___. Exceeds scanner's page limits
___ Physical exhibit prevents scanning
_X_ Other: _Exhibits_____

# **PLEASE REFER TO COURT FILE**