Whitney Information, et al v. Xcentric Ventures, et al — Doc. 72 Att. 2
Case 2:04-cv-00047-MMH-SPC   Document 72-3   Filed 03/16/2006   Page 1 of 1
Case 2:04-cv-00047-VMC-SPC   Document 70   Filed 02/16/2006   Page 1 of 3

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**WHITNEY INFORMATION NETWORK, INC.**, a Colorado corporation,

Plaintiff,

-vs-

Case No. 2:04-cv-47-FtM-33SPC

**XCENTRIC VENTURES, LLC.**, an Arizona limited liability company; **BADBUSINESSBUREAU.ORG**, an Arizona limited liability company and **ED MAGEDSON**, an individual,

Defendants.

## JUDGMENT IN A CIVIL CASE

Decision by Court.

**IT IS ORDERED AND ADJUDGED**

That pursuant to the Order entered February 15, 2006, this matter is dismissed with prejudice.

Date: February 16, 2006

SHERYL L. LOESCH, CLERK

By: /s/ Sherry Upshaw, Deputy Clerk

c: All parties and counsel of record