## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

United States Courthouse and Federal Building
Office of the Clerk
2110 First Street
Fort Myers, Florida 33901
(239) 461-2000
www.flmd.uscourts.gov

Sheryl L. Loesch  
Clerk

Leslie Stoddard  
Division Manager

April 28, 2006

**WHITNEY INFORMATION NETWORK, INC.,**

   **Plaintiff,**

-vs-              **Case No. 2:04-cv-47-FtM-33SPC**

**XCENTRIC VENTURES, LLC.,**

   **Defendants.**

_____

### CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S.C.A. Case Number:**  **06-11888EE**

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

  Complete Record on Appeal:

  •  3  Volume(s) of Pleadings

            SHERYL L. LOESCH, CLERK

           By: /s/Kimberly Arnett, Deputy Clerk