UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC., a
Colorado corporation,

           Plaintiff,

vs.                              Case No.   2:04-cv-47-FtM-33SPC

XCENTRIC VENTURES, LLC., an Arizona
limited liability company;
BADBUSINESSBUREAU.ORG, an Arizona
limited liability company and ED
MAGEDSON, an individual,

           Defendants.
_____

## ORDER

     This matter comes before the Court on a remand from the Eleventh Circuit Court of Appeals (Doc. #74), issued as mandate on August 30, 2006, vacating the Judgment and finding that the issue on whether the exercise of personal jurisdiction over defendants would violate due process was not addressed.

    Accordingly, it is now

**ORDERED**:

    1.   Pursuant to the mandate, the Judgment (Doc. #70) is **vacated**. Additionally, the underlying Order (Doc. #69) dismissing the case is **vacated**.

    2.   The Clerk shall reopen the case and the following new deadlines shall apply to the case:

| JOINT FINAL PRETRIAL STATEMENT | March 16, 2007 |

| FINAL PRETRIAL CONFERENCE | March 26, 2007, at 9:00 A.M. before Judge Unassigned Judge |
|---|---|
| TRIAL TERM BEGINS | April 2, 2007 |
| JURY/NON-JURY | JURY |

3.  The Clerk shall **reopen** defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction (Doc. #58), which shall be addressed in due course.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of November, 2006.

_____
JOHN E. STEELE
United States District Judge


Copies:
Counsel of record