UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

## APRIL 2007 TRIAL CALENDAR

The following cases are set for trial during the **April 2, 2007** through **April 30, 2007** trial term in the United States Courthouse, 2110 First Street, Fort Myers, Florida (Courtroom to be assigned and subject to change based on availability) before the HONORABLE JUDGE PAUL A. MAGNUSON, UNITED STATES SENIOR DISTRICT JUDGE, DISTRICT OF MINNESOTA, pursuant to an inter-circuit assignment.

All Final Pretrial Conferences currently set in the month of March 2007 before the undersigned are hereby CANCELLED. Judge Magnuson will conduct pretrial conferences by video conference for ALL cases on Wednesday, March 21, 2007. Separate Notices will issue at a later date with the specifics, including the location in the Fort Myers United States Courthouse.

The cases are listed in the order in which they will be tried, unless otherwise noted, although experience indicates that at times, cases may be called out of order. For the convenience of counsel, the names of all counsel are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own.

EXHIBIT AND WITNESS LISTS (THREE COPIES) SHALL BE FILED WITH THE COURTROOM DEPUTY ON THE FIRST DAY OF TRIAL. All exhibits are to be PREMARKED in accordance with the instructions contained in M.D. Fla. Local Rule 3.07. Plaintiffs shall use a numerical system to mark exhibits, i.e., 1, 2, 3, etc. Defendants shall use an alphabetical system to mark exhibits, i.e., A, B, C, etc. Unless otherwise specified by the Court.

Counsel, if yours is a jury trial, **NO LATER THAN ONE (1) WEEK** prior to the **trial term**, PROPOSED VOIR DIRE, JURY INSTRUCTIONS, and VERDICT FORM are to be filed electronically or with the Clerk's Office. Counsel shall also provide courtesy copies **NO LATER THAN ONE (1) WEEK** prior to the **trial term** to Judge Magnuson's Chambers at 730 Federal Building, 316 North Robert Street, St. Paul, MN 55101.

Counsel in civil cases are reminded of their obligation to file <u>separate</u> Witness and Exhibit lists (apart from those witnesses and exhibits identified in the Pretrial Statement).

Counsel and pro se parties <u>must advise</u> Judge Magnuson's deputy clerk

<u>immediately</u> of any development which would in any way affect the trial of the case. Deputy Clerk Suzanne Ruiz may be contacted at (651) 848-1156.

Failure to advise the court of any circumstances which result in unnecessary jury costs may, at the Court's discretion, result in such expenses being assessed as a sanction against the offending party and/or counsel.

Counsel are strongly encouraged to participate in the Electronic Filing and Case Management system adopted by the Middle District of Florida. In addition, the courtroom is equipped with evidence presentation equipment and counsel are invited to preview a demonstration of this equipment prior to trial by calling Patrick Totushek, Automation Specialist, at (239) 461-2066.

If you have questions regarding any cases on this calendar, please contact Suzanne Ruiz, Deputy Clerk, at (651) 848-1156 or Libby Figgers, Deputy Clerk, at (239) 461-2005.

*/s/ John E. Steele*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

February 8, 2007


Distribution:
Senior District Judge Paul A. Magnuson
District Judge John E. Steele
Magistrate Judge Douglas N. Frazier
Magistrate Judge Sheri Polster Chappell
All Counsel of Record listed herein
U.S. Marshal
Interpreter Coordinator
Jury Clerk
L. Figgers
B. Alexander

## CASE NO. 1

| | |
|---|---|
| 2:05-cv-90-FtM-99SPC | BENCH TRIAL |
| DANIEL W. MCMAHON | PRO SE<br>239-353-3794 |
| v. | |
| HEALTH MGMT. ASSOCS., INC. | JOSEPH DEE STEWART<br>239-775-4450, EXT. 1<br>WILLIAM A. DONOVAN<br>239-793-0013 |

## CASE NO. 2

| | |
|---|---|
| 2:05-cv-231-FtM-99SPC | BENCH TRIAL |
| RALPH SEPULVEDA, SR., as personal representative of the Estate of Patricia E. Sepulveda, deceased | GEORGE CHESTER BEDELL, III<br>727-823-9100 |
| v. | |
| UNITED STATES OF AMERICA | JOHN F. RUDY, III, AUSA<br>813-274-6319<br>SCOTT DRIGGS<br>TANGLA L. FUDGE-BERNAL |

## CASE NO. 3

| | |
|---|---|
| 2:05-cv-256-FtM-99SPC | JURY TRIAL |
| NAMON EMBLER, JAMES EMBLER | RICHARD B. CELLAR/KELLY AMRITT<br>954-318-0268 |
| v. | |
| WALKER ELEC. SYS. OF FLA., INC., and JAMES WALKER | ROGER G. McMORROW<br>239-434-6500 EXT. 202 |

## CASE NO. 4

| | |
|---|---|
| 2:05-cv-263-FtM-29SPC | JURY TRIAL |
| ALEX ZIVOJINOVICH, ET AL. | MICHAEL McDONNELL<br>239-434-7711 |
| v. | |
| FRANK BARNER, ET AL. | JUDITH M. MERCIER<br>REBECCA J. MARTEL<br>407-425-8500<br><br>JASON LEE SCARBERRY<br>KARMA DICKENS<br>RICHARD A. GIUFFREDA<br>954-462-3200 |

## CASE NO. 5 ***PROTECTED APRIL 2-16, 2007***

| | |
|---|---|
| 2:05-cv-306-FtM-29DNF | JURY TRIAL |
| EEOC | MARIA K. BOEHRINGER<br>305-808-1790<br>NORA ELLEN CURTIN<br>305-808-1789 |
| v. | |
| STOCK BUILDING SUPPLY, INC. | A. TODD BROWN<br>JACQUELINE M. YOUNT<br>704-378-4700<br><br>JUAN C. ENJAMIO<br>305-810-2500 |

## CASE NO. 6

| | |
|---|---|
| 2:05-cv-318-FtM-29SPC | BENCH TRIAL |
| TECHTRON CORP., ET AL. | CATHY S. REIMAN<br>239-649-2729<br>DAVID J. MOLTON<br>212-209-4822<br>PAM ELLEN HUDSON |
| v. | |
| JOHN J. PIRET | BURT L. SAUNDERS<br>813-273-5000<br>MICHAEL A. SEXTON<br>404-876-2700<br>RICHARD E. MITCHELL<br>TREVOR B. ARNOLD<br>407-843-8880<br>THOMAS A. GENTILE<br>212-373-3310 |

## CASE NO. 7

| | |
|---|---|
| 2:05-cv-421-FtM-99SPC | JURY TRIAL |
| DENISE L. BLANTON | SAMUEL C. GOLD<br>239-263-2060 |
| v. | |
| UNIVERSITY OF FLORIDA | WILLIAM OGDEN KRATOCHVIL<br>239-337-7787 |

## CASE NO. 8

| | |
|---|---|
| 2:05-cv-469-FtM-29SPC | JURY TRIAL |
| NAVIX IMAGING, INC. | JEFFREY ALLAN HIRSCH<br>954-765-0500 |
| v. | |
| LEXINGTON INS. CO. | DONNA M. WILSON-SAMPSON<br>DANIEL M. McNALIS<br>561-588-3000 |

## CASE NO. 9

| | |
|---|---|
| 2:05-cv-553-FtM-29DNF | JURY TRIAL |
| PETER DAVIDSON | MICHAEL McDONNELL<br>COLLEEN J. MacALISTER<br>239-434-7711 |
| v. | |
| PAUL BOLIEK, R. STEWARD | SUMMER M. BARRANCO<br>954-462-3200, EXT. 107 |
| ESTATE OF CRAIG MARSHALL | LORNA J. SCHARLACKEN<br>239-598-2295 |

## CASE NO. 10

| | |
|---|---|
| 2:05-cv-598-FtM-99DNF | JURY TRIAL |
| GREG W. STAKEY | HUGH L. KOERNER<br>954-522-1235 |
| v. | |
| AMY STANFORD, ET AL., | RICHARD A. GIUFFREDA<br>954-462-3200, EXT. 104 |

## CASE NO. 11

2:06-cv-44-FtM-29SPC

SCOTT STRAUB

v.

CITY OF FORT MYERS BEACH

BENCH TRIAL

STEPHEN M. NITZ
954-966-2483

DENISE L. WHEELER
239-334-7892

---

## CASE NO. 12

2:06-cv-131-FtM-99DNF

BERNANDO PONCE

v.

D. STARRETT, INC.

JURY TRIAL

CARLOS V. LEACH
407-420-1414

RICHARD D. SPARKMAN
239-586-9011

---

## CASE NO. 13

2:06-cv-147-FtM-99SPC

PHILLIP WILSON & LINDA WILSON

v.

TIME INS. CO.

JURY TRIAL

EDRICK E. BARNES
JENE P. WILLIAMS-RHOADS
561-616-3333

ANTHONY HARRIS PELLE
EMMET J. SCHWARTZMAN
305-530-0050

<u>**CASE NO. 14**</u>                                    <u>**JURY TRIAL**</u>

2:06-cv-244-FtM-29DNF                       JURY TRIAL

FREDERICK BUECHEL                       BOB G. FREEMON
                                        GARY LEE MILLER
                                        813-253-3600

v.

AMERICAN HOME ASSURANCE CO.             CAROL ARMENTHA DeGRAFFENREIDT
                                        DANIEL M. McNALIS
                                        DONNA M. WILSON-SAMPSON
                                        STEVEN C. TEEBAGY
                                        561-588-3000

---

<u>**CASE NO. 15**</u>

2:04-cv-47-FtM-99SPC                    JURY TRIAL

WHITNEY INFO. NETWORK, INC.             CHRISTINA MARIE KITTERMAN
                                        954-315-7228
                                        CHRISTOPHER C. SHARP
                                        SCOTT W. ROTHSTEIN
                                        SHAWN L. BIRKEN
                                        MICHAEL A. PANCIER
                                        STUART A. ROSENFELDT
                                        SUSAN L. DOLIN
                                        954-522-3456
                                        MATTHEW S. SACKEL
                                        954-990-3816

v.

XCENTRIC VENTURES, LLC, ET AL           MICHAEL L. GORE
                                        407-835-6755
                                        BRIAN J. STACK
                                        305-371-0001

## CASE NO. 16

| | |
|---|---|
| 2:04-cv-341-FtM-99DNF | JURY TRIAL |
| ROSEMARY B. WAY | ANN T. FRANK<br>239-793-5353 |
| v. | |
| JOHN E. POTTER, POSTMASTER GENERAL<br>UNITED STATES POSTAL SERVICE | JOHN F. RUDY, III, AUSA<br>813-274-6319<br>DOUGLAS MOLLOY, AUSA<br>239-461-2200 |