UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

APRIL 2007 AMENDED TRIAL CALENDAR

The following cases are set for trial during the April 2, 2007 through April 30, 2007 trial term in the United States Courthouse, 2110 First Street, Fort Myers, Florida (Courtroom to be assigned and subject to change based on availability) before the HONORABLE JUDGE PAUL A. MAGNUSON, UNITED STATES SENIOR DISTRICT JUDGE, DISTRICT OF MINNESOTA, pursuant to an inter-circuit assignment.

All Final Pretrial Conferences currently set in the month of March 2007 before the undersigned are hereby CANCELLED. Judge Magnuson will conduct pretrial conferences by video conference for ALL cases on Wednesday, March 21, 2007. Separate Notices will issue at a later date with the specifics, including the location in the Fort Myers United States Courthouse.

The cases are listed in the order in which they will be tried, unless otherwise noted, although experience indicates that at times, cases may be called out of order. For the convenience of counsel, the names of all counsel are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own.

EXHIBIT AND WITNESS LISTS (THREE COPIES) SHALL BE FILED WITH THE COURTROOM DEPUTY ON THE FIRST DAY OF TRIAL. All exhibits are to be PREMARKED in accordance with the instructions contained in M.D. Fla. Local Rule 3.07. Plaintiffs shall use a numerical system to mark exhibits, i.e., 1, 2, 3, etc. Defendants shall use an alphabetical system to mark exhibits, i.e., A, B, C, etc. Unless otherwise specified by the Court.

Counsel, if yours is a jury trial, NO LATER THAN ONE (1) WEEK prior to the trial term, PROPOSED VOIR DIRE, JURY INSTRUCTIONS, and VERDICT FORM are to be filed electronically or with the Clerk's Office. Counsel shall also provide courtesy copies NO LATER THAN ONE (1) WEEK prior to the trial term to Judge Magnuson's Chambers at 730 Federal Building, 316 North Robert Street, St. Paul, MN 55101.

Counsel in civil cases are reminded of their obligation to file <u>separate</u> Witness and Exhibit lists (apart from those witnesses and exhibits identified in the Pretrial Statement).

Counsel and pro se parties <u>must advise</u> Judge Magnuson's deputy clerk

Dockets.Justia.com

<u>immediately</u> of any development which would in any way affect the trial of the case. Deputy Clerk Suzanne Ruiz may be contacted at (651) 848-1156.

Failure to advise the court of any circumstances which result in unnecessary jury costs may, at the Court's discretion, result in such expenses being assessed as a sanction against the offending party and/or counsel.

Counsel are strongly encouraged to participate in the Electronic Filing and Case Management system adopted by the Middle District of Florida. In addition, the courtroom is equipped with evidence presentation equipment and counsel are invited to preview a demonstration of this equipment prior to trial by calling Patrick Totushek, Automation Specialist, at (239) 461-2066.

If you have questions regarding any cases on this calendar, please contact Suzanne Ruiz, Deputy Clerk, at (651) 848-1156 or Libby Figgers, Deputy Clerk, at (239) 461-2005.

_____
JOHN E. STEELE
United States District Judge

February 15, 2007

Distribution:
Senior District Judge Paul A. Magnuson
District Judge John E. Steele
Magistrate Judge Douglas N. Frazier
Magistrate Judge Sheri Polster Chappell
All Counsel of Record listed herein
U.S. Marshal
Interpreter Coordinator
Jury Clerk
L. Figgers
B. Alexander
P. Totushek

2

<u>CASE NO. 1</u>

| | |
|---|---|
| 2:05-cv-256-FtM-99SPC | JURY TRIAL |
| NAMON EMBLER, JAMES EMBLER | RICHARD B. CELLAR/KELLY AMRITT<br>954-318-0268 |
| v. | |
| WALKER ELEC. SYS. OF FLA., INC.,<br>and JAMES WALKER | ROGER G. McMORROW<br>239-434-6500 EXT. 202 |

<u>CASE NO. 2</u>

| | |
|---|---|
| 2:05-cv-263-FtM-29SPC | JURY TRIAL |
| ALEX ZIVOJINOVICH, ET AL. | MICHAEL McDONNELL<br>239-434-7711 |
| v. | |
| FRANK BARNER, ET AL. | JUDITH M. MERCIER<br>REBECCA J. MARTEL<br>407-425-8500<br><br>JASON LEE SCARBERRY<br>KARMA DICKENS<br>RICHARD A. GIUFFREDA<br>954-462-3200 |

| | |
|---|---|
| <u>CASE NO. 3</u> | ***PROTECTED APRIL 2-16, 2007*** |
| 2:05-cv-306-FtM-29DNF | JURY TRIAL |
| EEOC | MARIA K. BOEHRINGER<br>305-808-1790<br>NORA ELLEN CURTIN<br>305-808-1789 |
| v. | |
| STOCK BUILDING SUPPLY, INC. | A. TODD BROWN<br>JACQUELINE M. YOUNT<br>704-378-4700 |
| | JUAN C. ENJAMIO<br>305-810-2500 |

| | |
|---|---|
| <u>CASE NO. 4</u> | |
| 2:05-cv-318-FtM-29SPC | JURY TRIAL |
| TECHTRON CORP., ET AL. | CATHY S. REIMAN<br>239-649-2729<br>DAVID J. MOLTON<br>212-209-4822<br>PAM ELLEN HUDSON |
| v. | |
| JOHN J. PIRET | BURT L. SAUNDERS<br>813-273-5000<br>MICHAEL A. SEXTON<br>404-876-2700<br>RICHARD E. MITCHELL<br>TREVOR B. ARNOLD<br>407-843-8880<br>THOMAS A. GENTILE<br>212-373-3310 |

## CASE NO. 5

2:05-cv-421-FtM-99SPC                JURY TRIAL

DENISE L. BLANTON                    SAMUEL C. GOLD
                                     239-263-2060

v.

UNIVERSITY OF FLORIDA                WILLIAM OGDEN KRATOCHVIL
                                     239-337-7787

## CASE NO. 6

2:05-cv-469-FtM-29SPC                JURY TRIAL

NAVIX IMAGING, INC.                  JEFFREY ALLAN HIRSCH
                                     954-765-0500

v.

LEXINGTON INS. CO.                   DONNA M. WILSON-SAMPSON
                                     DANIEL M. McNALIS
                                     561-588-3000

## CASE NO. 7

2:05-cv-553-FtM-29DNF                JURY TRIAL

PETER DAVIDSON                       PRO SE
                                     239-248-4689

v.

PAUL BOLIEK, R. STEWARD              SUMMER M. BARRANCO
                                     954-462-3200, EXT. 107

ESTATE OF CRAIG MARSHALL             LORNA J. SCHARLACKEN
                                     239-598-2295

CASE NO. 8

| | |
|---|---|
| 2:05-cv-598-FtM-99DNF | JURY TRIAL |
| GREG W. STAKEY | HUGH L. KOERNER<br>954-522-1235 |
| v. | |
| AMY STANFORD, ET AL., | RICHARD A. GIUFFREDA<br>954-462-3200, EXT. 104 |

CASE NO. 9

| | |
|---|---|
| 2:06-cv-44-FtM-29SPC | BENCH TRIAL |
| SCOTT STRAUB | STEPHEN M. NITZ<br>954-966-2483 |
| v. | |
| CITY OF FORT MYERS BEACH | DENISE L. WHEELER<br>239-334-7892 |

CASE NO. 10

| | |
|---|---|
| 2:06-cv-131-FtM-99DNF | JURY TRIAL |
| BERNANDO PONCE | CARLOS V. LEACH<br>407-420-1414 |
| v. | |
| D. STARRETT, INC. | RICHARD D. SPARKMAN<br>239-586-9011 |

<u>CASE NO. 11</u>                                                    JURY TRIAL

2:06-cv-244-FtM-29DNF                                   JURY TRIAL

FREDERICK BUECHEL                                       BOB G. FREEMON
                                                        GARY LEE MILLER
                                                        813-253-3600

v.

AMERICAN HOME ASSURANCE CO.                             CAROL  ARMENTHA DeGRAFFENREIDT
                                                        DANIEL M. McNALIS
                                                        DONNA M. WILSON-SAMPSON
                                                        STEVEN C. TEEBAGY
                                                        561-588-3000

<u>CASE NO. 12</u>

2:04-cv-47-FtM-99SPC                                    JURY TRIAL

WHITNEY INFO. NETWORK, INC.                             CHRISTINA MARIE KITTERMAN
                                                        954-315-7228
                                                        CHRISTOPHER C. SHARP
                                                        SCOTT W. ROTHSTEIN
                                                        SHAWN L. BIRKEN
                                                        MICHAEL A. PANCIER
                                                        STUART A. ROSENFELDT
                                                        SUSAN L. DOLIN
                                                        954-522-3456
                                                        MATTHEW S. SACKEL
                                                        954-990-3816

v.

XCENTRIC VENTURES, LLC, ET AL                           MICHAEL L. GORE
                                                        407-835-6755
                                                        BRIAN J. STACK
                                                        305-371-0001