UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Meyers Division

WHITNEY INFORMATION NETWORK,
INC., a Colorado corporation, and RUSS
WHITNEY, an individual,

    Plaintiff,

v.

XCENTRIC VENTURES, LLC, an
Arizona limited liability company,
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company, ED
MAGEDSON, an individual,

    Defendants.
_____/

CASE NO.  04-00047-CV-VMC

Magistrate Judge Polster Chappell

## NOTICE OF UNAVAILABILITY

The undersigned counsel for Defendant, XCENTRIC VENTURES, LLC, BADBUSINESSBUREAU.ORG, and ED MAGEDSON., hereby gives notice of unavailability for the following dates:

**March 16, 2007
March 30 through April 6, 2007
May 1 through May 4, 2007**

and requests that no depositions, hearings, trials, and/or other proceedings be scheduled in this cause during said time frames.

        **STACK FERNANDEZ ANDERSON**
        **& HARRIS, P.A.**
        Co-Counsel for Defendants
        1200 Brickell Avenue
        Suite 950
        Miami, Florida  33131
        Tel: (305) 371-0001
        Fax: (305) 371-0002

        By: s/Brian J. Stack
            Brian J. Stack
            Fla. Bar No. 0476234

        **JABURG & WILK, P.C.**
        Maria Crimi Speth, Esq.
        Counsel for Defendants
        3200 N.  Central Ave. Suite 2000
        Phoenix, AZ  85012
        Tel. 602-248-1000
        Fax. 602-463-0410

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27th, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail and/or electronic mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Christina Marie Kitterman, Esq.
Christopher C. Sharp, Esq.
Scott W. Rothstein, Esq.
Shawn L. Birken, Esq.
Rothstein, Rosenfeldt, Adler, P.A.
Attorneys for Plaintiffs
300 Las Olas Place, Suite 869
300 S.E. Second Street
Ft. Lauderdale, Florida 33301
Tel. 954-522-3456
Fax. 954-527-8663

By: s/Brian J. Stack
    Brian J. Stack
    Fla. Bar No. 0476234