# Exhibit "A"

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

**SUBPOENA IN A CIVIL CASE**

Case No: 2:04-cv-47-FtM-33SPC (LAG)

TO:    **Christopher J. Whitelock**
       **Whitelock & Associates, PA**
       **300 SE 13th Street**
       **Fort Lauderdale Florida 33316-1924**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **All non-privileged litigation documents, including but not limited to, videos, deposition transcripts, pleadings, interrogatory answers, responses to request for production and accompanying documents, in the following matter: CACE 04017721**

| PLACE | DATE AND TIME |
|---|---|
| *Rothstein Rosenfeldt Adler*<br>*Las Olas City Centre Suite 1650*<br>*401 East Las Olas Boulevard*<br>*Fort Lauderdale, FL 33301* | Friday, February 23, 2007<br>3:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiff                    00/7963 | February 16, 2007 |

Robert C. Buschel, Esquire, Rothstein Rosenfeldt Adler
401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, FL 33301  TEL: (954) 522-3456 FAX: (954) 527-8663

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                    DATE                                      SIGNATURE OF SERVER


                                                              _____
                                                              ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
    (1)    A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce that duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fees.
    (2)    (A)    A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
        (B)    Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
    (3)    (A)    On timely motion, the court by which the subpoena was issued shall quash or modify the subpoena if it
        (i) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
        (iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies, or
        (iv)    subjects a person to undue burden.
    (B)    If a subpoena
        (i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii)    requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.
(d)    DUTIES IN RESPONDING TO SUBPOENA.
    (1)    A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
    (2)    When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# Exhibit "B"

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.: 04-17211-05

Federareo )
)
V. )
)
Xcentric Venture, )
etAl. )
_____ )



Court
**ORDER**

THIS CAUSE having come on to be heard on Defendant's/Plaintiff's _____

Motion FOR PROTECTIVE ORDER _____

and the Court having heard argument of counsel, and being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED said Motion be, and the same is hereby GRANTED, in PART; and denied, in PART, as follows; Plaintiff may take a video deposition, but cannot publish video on world wide web or otherwise; only court reporter/video reporter, lawyers for depo and Mr. Magedson may be aware of deposition date, time, location; within ten (10) days of this order, Ms. Speth must find a secure location for the safety and assurance of Plaintiff's counsel, or otherwise, Mr. Magedson shall appear for deposition in Broward County in accordance with terms of this ORDER within twenty (20) days of this order.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida this _12_

day of ___October___, 2005

RICHARD D. EADE

OCT 12 2005

CIRCUIT JUDGE COPY

Counsel

# Exhibit "C"

Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WHITNEY INFORMATION NETWORK, INC.; a Colorado corporation, | Case No: 2:04-CV-47-ftm-29 |
| Plaintiffs, | |
| v. | **DECLARATION OF ED MAGEDSON** |
| XCENTRIC VENTURES, LLC, an Arizona limited liability company; BADBUSINESSBUREAU.ORG, an Arizona limited liability company; and ED MAGEDSON, an individual, | |
| Defendants. | |

I, Ed Magedson, declare the following to be true under penalty of perjury:

1.  I am a defendant in the above captioned action and manager of Xcentric Ventures LLC, which operates the webpage "ripoffreport.com."

2.  "ripoffreport.com." is an internet forum for consumer complaints posted by consumers and not by me.

3.  Exhibit A to this declaration is a true copy of a death threat received by me with named locations redacted.

4.  Exhibit B to this declaration is a true copy of a February 27, 2007 printout of the bad-business-rip-off.net web page (created by Federated Financial) that is critical of me and false, those whom I do business with, and

rippoffreport.com. It includes manipulated and distorted images of me and my attorneys. It unfairly and inaccurately depicts attorney Maria Speth as a green-faced wicked-witch sitting next to me in jail, as depicted below.



5.    Exhibits A and B are typical examples of the types of threats I receive on a regular basis, and the harassment, attempted oppression, annoyance, and embarrassment that I am routinely subjected to from people hostile to me, my work and rippoffreport.com. These examples illustrate the subversion and wholly improper use of the litigation process by those hostile to me and the work I do.

6.    Based on numerous past experiences, I reasonably expect that if the video transcript of my deposition testimony is allowed to be disseminated, people hostile to me and to my work will manipulate the videotape to create untrue characterizations of me and of my work through distorted images and out-of-context segments selectively-chosen from the videotape. I reasonably expect they will do so, not for any legitimate purpose, but instead to harass, annoy, threaten, embarrass, and attempt to oppress me. I reasonably expect

2

that these people will attempt to cloak these distortions with an air of legitimacy by claiming or suggesting they represent undoctored deposition testimony. I have little or no doubt that, if the state court had not issued a protective order in the *Federated Financial* case, the video transcript would have already been used for these distorted purposes.

7.  In order to prevent such abuse, I desire that the Court order that the videotaped deposition not be produced, or, alternatively, that its use and dissemination be strictly limited to this litigation for legitimate litigation purposes.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: February ___27 ᵗʰ___, 2007

Ed Magedson

10297-8/ASK/ASK/573606_v1

# EXHIBIT A

# Attachment 1

Dear Mr ED Magedson.        Received on 2-5-07 ▬▬▬▬
                                    on 2-13-07 ▬▬▬▬
You should have never called me a liar. This letter is being sent to
you in the name of more than 500 businesess. No matter where you go,
we will cause you a probem. Your life is in danger untill you comply
with our demands. This is your last warning.

Your neighbors already know about your criminal dealings and how
you are making many people loose their business. You will soon be
beaten to a pulp and pounced into the ground six feet under with a
baseball bat and sleg hammer. You will soon be sorry not just
from what I am capable of doing to you, but what other members will
do as soon as they know exactly where you are. Its just a matter of
time until I get to you.

Here is what you can do to save your life. But you must act
imidiatly. Make what ever deal it takes, you must comply.

You have the previous list of companies that you need to remove from
Rip-off Report. We know you hold the power. We know you have that
list.

You were provided an additional list several hours ago. It's too late
for anything that was discussed today. No more deal. No more playing
Mr Nice Guy. Now you must delete any of our members from your data
base who have reports listed on any serch engine.

IF not, BVA will drop you with in 24 hours. We will make thier life
misrable like we have with Prolexic and gigenet. They don't like you
either. We now know who your host is and the IP address to your
servers.

Those you do business with will be in danger and will be continusily
be harassed till they stop doing business with you. We are contacting
your advertisers.

We will continue to spam you making it imposable for you to read your
mail.

Use the list you recieved in the past. I am told you know about that
list and I know that you have gven a copy to the Mesa police.

You must add to the list, anyone that sent you an email in the last
year, asking you to remove the Reports on thier company.

You must remove reports on search engines from companies that already
had a lawsuit with you in the past and those presently. We do not
care if you prevailed in the case or they settled with you. You
must delete all those reports as well.
Once you have reomoved those reports we will leave those who host you
alone along with anyone else doing business with you. If not,
consider this your final warning.

Any theats from the past are not like theses threats. We will find
you kill your dog and remove parts of your body one by one util your
site is completely shut down. That is a threat you can take to your
bank ▬▬▬▬


O YEAH - I HAVE A MESSAGE FOR YOU: HAVE A GREAT DAY ED

*Received 2-13-07 PMal Home*



we warned you ed magedson. Did you hear the gun shots last night? Because of you innocent people will die. Your tenants, family members and those that work with you. Think we're joking? I told you that your site will be down and it is. That is all we want and we will not hurt anyone.

If ripoff report moves again to new hosting facilities you will not like what we will do next. Your home will burn. Those around you will burn. Do not expect any help from the police.

As soon as you are up again ED. God help you. We will know exactly when you are up and where you are located. You will have 6 hours from that time to delete the the following listings on search engines.

Helene Goldnadel, IPA, Tax Club, Boyajian Law, Chad Everett, Prosper Learning, Energy Automation Systems, Jim Rivas, 4x Made Easy, Warrantee Activation headquarters along with any company suing you in Florida or has sued you in the past.

Once you have completed with our first list we demand you remove we will give you another list on Saturday and every Saturday from this day forward and you will have 6 hours to do the same from the time we give you that list on each and every Saturday. If the Links work after the 6 there will be a man hunt for you.

We know where you shop. We know where you bank. ▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓. Are we getting closer ED? what about Basha's at ▓▓▓▓▓▓▓▓▓▓?

We know the police will not bother with you but if you do go to the police you will suffer the consequences along with everyone around you. You've met your match ed. There will be no hiding. You should have played ball when I offered you the chance. You have no idea who you are playing with.

# EXHIBIT B

## Attachment 2

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson

by consumers, for consumers                         Don't let Ed Magedson ge

a service of
*Federated Financial*

# Important Public Notice!

To obtain specific relief concerning the rip-off report, write an email to this address: abuse@carpathiahost.com Detail the defamation or abuse you and/or your company have suffered due to the rip-off report. Also, be sure to explain where the defamatory material may be found on the Rip-Off Report by including the URL of the offensive content.

For help in removing defamation from the internet, check out these websites: www.defamationaction.com and to www.defendmyname.com.

## Extra, Extra! Read ALL about it! Arizona New Times EXPOSES Ed Magedson! Click here to view!

## Ed Magedson and the Rip Off Report EXPOSED in a WSVN Fox News Television Report! Click here to view!

## MEET THE PLAYERS:

| Ed Magedson | Maria Crimi Speth | Lee Mackson | Ge |
| Consumer | Ed's Attorney/Partner? | Florida Attorney | Flor |
| Advocate/Extortionist | | | |

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson                    Page 2 of 41









Location: <u>2033 W McDowell Blvd Apache Junction, AZ 85220???</u>


<u>Location</u>

<u>Lee Mackson WITHDRAWS on 08/05/05!</u>
<u>Click here to read!</u>

<u>Geoffrey Tr</u>
<u>Click</u>

---

# Newest Update: February 5th 2007

Yet another front opens in the war for truth and justice. Magedson and Rip-Off Report sued again in Federal Court.

1:07-cv-00222-SWKIGIA, Inc. v. Xcentric Ventures, LLC et al
Shirley Wohl Kram, presiding
Date filed: 01/11/2007 Date of last filing: 01/11/2007

History

| Doc. No. | Dates | Description |
|---|---|---|
| -- | *Filed:* 01/11/2007 *Entered:* 01/17/2007 | Summons Issued |
| -- | *Filed:* 01/11/2007 *Entered:* 01/17/2007 | Case Designation |
| -- | *Filed:* 01/11/2007 *Entered:* 01/17/2007 | Case Designated ECF. |
| 1 | *Filed:* 01/11/2007 *Entered:* 01/17/2007 | Complaint |
| | *Filed:* | Rule 7.1 |

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson

| | | |
|---|---|---|
| 2 | 01/11/2007<br>*Entered:*<br>01/17/2007 | Corporate<br>Disclosure<br>Statement |

More details to follow...

---

# THE UGLY TRUTH ABOUT THE RIP OFF REPORT



Ed Magedson explains why he created rip-off report: "I became infuriated as I witnessed these powerful people and groups engaging in despicable practices with impunity because of the knowledge and confidence that the sheer cost of combating them through the legal system protected them from all reprisals: 'Go ahead and prove it,' or ..'Go ahead ..Sue me.' "
http://www.edmagedson.com/start.html

Ed Magedeson personally defamed us on 12/24/2002: "Here is an idea; why don't you just do the right thing for the victim...." Then he taunted us to go ahead and sue him: "Hey Stevie...You should get yourself a lawyer who is Internet savvy. ...Companies with a lot deeper pockets than you thought about coming after us. ...hey, take your best shot."
RipOff Report #38900

Now, Ed Magedson won't let us, Federated Financial, post rebuttals on his sites, badbusinessbureau.com and ripoffreport.com.

This is because we did sue him -he gave us no alternative- and in the process we revealed that he uses his websites to extort money from honest businesses in return for the removal of complaints from ripoffreport.com . Also, in what he himself has described as a conflict of interest, Magedson sells his positive testimonial for cash. After we sued him for falsely portraying us in a negative light, he has published the most absurd and

salacious lies about Federated Financial and its employees, so we have created this site as a forum to prove our side of the story.

On October 13, 2005 Ed Magedson testified under oath that he recently placed Federated Financial on the Rip-Off Report home page list of "Top Rip Off Links," **for reasons unrelated to any aspect of Federated's services to the public.** Magedson swore that, **"I have no other way to retaliate...."** Click Here to Read the Transcript

Ed Magedson Lies to his readers. Click here for proof of the "Consumer Advocate's" deceit.

## BUT DON"T TAKE JUST OUR WORD FOR IT:

At www.ripoffreport.com and www.badbusinessbureau.com Magedson's websites now praise the virtues of SMS.ac, a San Diego company (scroll down for a screen shot of how 'consumer' complaint titles concerning SMS.ac were doctored by Magedson). On February 8, 2005, Kevin Jones, Deputy General Counsel for SMS.ac, emailed us about what he described as, "extortion like tactics of RipOffReport." According to SMS.ac, Magedson and his rip-off report are under investigation by the FBI.



## Magedson Twists the Truth and We Translate

## SMS.ac paid Ed Magedson and, suddenly, the Rip-Off Report

(www.badbusinessbureau.com & www.ripoffreport.com) now reads like an advertisement for SMS.ac. Transitioning from consumer advocate to advertising executive in one fell swoop, Magedson has "updated" (rewritten) the titles of all of the 'consumer' complaints about this California company that now pays him. Of course, now that the Rip-off Report has been "retained" (well-paid in advance) by this business, Ed Magedson, corporate spokesperson, claims that SMS.ac "exemplifies corporate integrity" (met Ed's Price).



# MANY OTHER EXAMPLES OF RIP-OFF REPORT EXTORTION:

| Ed's Extortionate Email to Hycite: | Ed's Extortionate Email to Federated Financial: | Ed's Extortionate Email to Mini Vacations: | Ed's Extorionate to International Cr Artists: |
|---|---|---|---|



Bad Business Bureau badbusinessbureau.com Founder Ed Magedson



**Mini Vacations, a Sarasota, FL business, paid Magedson over $50,000, to edit and delete content on the Rip-Off Report.**

**Second Florida Company, Incredible Discoveries/Sundown Capital Group, located here in Deerfield Beach, also paid to Magedson for positive treatment on his Rip-Off Report**
<u>See cancelled checks here.</u>

**Ed Magedson swears Rip-Off Report does "no business in Florida" (p.1. para.3.) and does not "edit or manipulate [the website] content" (p.3.para.4.)**





# ...and the list goes on and on.

# December 22nd 2006

Ed Magedson, the outlaw behind www.ripoffreport.com and www.badbusinessbueau.com, has been sued once again in US District Court. The new lawsuit was filed in the Eastern District of New York. That Complaint, is still another action by a new and independent source, yet it also alleges Racketeer Influenced Corrupt Organization Act violations and Extortion. It's everything we've said all along, corroborated, once again, by another independent source. Here is a copy of the Complaint.

This makes five (5) Federal lawsuits against these criminals, alleging essentially the same thing we have said about them all along. It's nice to be proven correct once again. Hint to Consumers: DON'T BELIEVE WHAT YOU READ ON THE RIP-OFF REPORT.

# November 27th 2006

Ed Magedson is fighting for his life in Illinois Federal Court for the right to continue publishing the following despicable lies and personal attacks, despite already having been held in contempt of court for doing so. Consider carefully the base nature of these criticisms Magedson struggles to keep on his website.

Cries of pedophilia, child pornography and drug dealing to children are typically unfair criticisms of a business, but this is a shared experience for all those targeted by Magedson for his Corporate Remediation Plan (aka Extortion Racket). After unsuspecting businesses initially object to what is typically much more benign criticism, then Magedson starts to create his own comments intended to embarrass and harass the company and its owners into submission. One can see many examples of this by reading this website carefully. The pattern is the same: Once Magedson knows he has a business' attention, if the mark won't pay his extortion demand, Rip-Off Report pulls out the stops and goes for the maximum damage with scandalous allegations of child pornography, pedophilia and drug dealing. We question the public interest in reading lies like these, and we know from personal, first hand experience that Magedson and the Rip-Off Report only fight for the right to keep such filth online in order to further their ongoing extortion racket:

statement on Defendants' websites is false. GSMIC has asserted that several postings are false,

such as those stating that GSMIC's officers and employees have engaged in child pornography

and drug dealing and that the Better Business Bureau and GSMIC have combined to defraud

customers are false.[1]  As this Court is aware, Judge Norgle has entered a temporary restraining

order (extended by agreement of the parties) against the posting of such statements, and found

Defendants in contempt for violating that order.

---

[1] The false and deceptively misleading statements of fact can be summarized as follows: 1)
GSMIC engages in child pornography, offers drugs to high school children to get them to engage
in sex and there are clubs of pedophiles at GSMIC; 2) The BBB and GSMIC have combined to
defraud small business owners; 3) GSMIC verbally abuses its employees; 4) GSMIC trains its
employees to lie to get sales or is conducted in a manner to deceive clients, including faking
conversations with GSMIC headquarters personnel; 5) GSMIC trains employees to

---

belittle/denigrate abuse their clients/prospective clients; 6) GSMIC does not pay its employees
properly on commissions; 7) GSMIC double or triple charges for expenses; GSMIC has a 100%
employee turnover rate, or more than 10,000 employees in any year; 8) GSMIC's systems are 30
70 years old and its telemarketing system is from the 70s. 9) GSMIC has antiquated information
technology systems and no voicemail; 10) GSMIC is not registered to do business before the
Secretary of State; 11) GSMIC falsely states to customers that they will achieve a 5:1 return on
investment in a GSMIC consulting engagement.

## Original Court Document, Pages 1-2.

### Update: November 24th 2006

**AS WE PREDICTED:**

**A new front has opened for ED Magedson in a Tennessee Federal Court. This is the fourth
active case that we know of in Federal Court, in addition to actions pending in Florida,
Arizona, and Illinois. The new claims allege Racketeering and Civil Conspiracy by
Magedson and his minions, the operative facts of which focus on Magedson's bogus
"Corporate Advocacy and Business Remediation Program". We expect many more
companies to come forward soon, now that it has been revealed for the world to see
how the Rip-Off Report is used as a criminal tool by its operators. We are proud to state
that we were the very first to expose Magedson, and to report on this website that this**

'Corporate Advocacy Program' is the artifice through which the Rip-Off Report extorts hundreds of thousands of dollars from businesses. We'd like to see all of these Plaintiffs obtain justice.

In the new legal proceeding in Tennessee Federal Court, consider the Complaint of Energy Automation Systems. Because independent companies from all around the country are saying the same thing about Magedson and his co conspirators, it's difficult to believe that no criminal conspiracy charges have yet been filed against ED Magedson. Time will tell. We still believe justice will reach ED Magedson, whatever hole he may have squirreled himself into. Hopefully, the identical charges from companies around the country that have nothing to do with one another, will demonstrate the truth in what we have said all along about the Rip-Off Report and its operators. They are common criminals with an uncommon, 21st century criminal scheme:

United States Code:

Title 18. Crimes and Criminal Procedure

1951. Interference with commerce by threats or violence
The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.

> (a) Defendants have repeatedly attempted to obtain EASI's property, with its consent,
>
> through wrongful use of actual or threatened fear by requiring payment to remedy the
>
> publication of false and defamatory statements that Defendants created and/or solicited.
>
> This conduct amounts to extortion under 18 U.S.C. § 1951(b)(2).

1343. Fraud by wire, radio, or television
Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

(b) Defendants have repeatedly and intentionally used their Websites as a scheme to obtain

money from EASI and other companies by means of false and defamatory complaints

created or solicited by Defendants. Defendants have repeatedly created, solicited, and

published false and defamatory statements on the Websites and sent emails requesting

that EASI pay a fee before Defendants would take any action related to the material on

the website. This conduct amounts to wire fraud under 18 U.S.C. § 1343.

## Update: November 15th 2006
## Magedson info sent to us yesterday

"You will see that the address of 2033 W McDowell Blvd Apache Junction, AZ 85220 is in the name of the trust. Ed Magedson refinanced the house in September 2006 for $417,000.00. Again, he is allowed to take a fee as trustee. You will find that Ed Magedson filed an unlawful detainer against Eric Skelling at the same address earlier this year. Mr. Skelling is reported to have used P.O. 310 Tempe. Several other people use the box as well, many of them connected to Tupper Lake, NY. RIPOFFREPORT has many listings of Tupperlake, NY and there is evidence that Ed Magedson still has connection there.

It appears that the aforementioned trust also owns property at 6426 S McClintock, Tempe AZ. Stein Mart is located at that particular address but also has Original Business Concepts which is also cross referenced to the P.O. Box. Nevada Secretary of State has this as a LLC with the member David Bedore. The P.O. Box has activity from a couple of different Bedores but their residences appear to be Tupper Lake, NY."

## October 19th 2006

Today, October 19, 2006, the US District Court for the Northern District of Illinois, Eastern Division had scheduled a hearing to determine the extent and nature of punishment for contempt of court by Ed Magedson and the Rip-Off Report, after they violated that court's order to remove defamatory materials from their website. Unfortunately, that hearing has been rescheduled until December 12, 2006, as Magedson's lawyer continues to delay the case.

Meanwhile, Magedson continues to publish the most scurrilous materials about the

company that complained to the Federal Court in the first place. Despite a Federal Court Order directing him to remove the defamation about that business, Magedson removed only one or two posts, but created and maintains dozens of others. He now features the Plaintiff, George S. May, on the Rip-off Report home page. The Plaintiff recently claimed over a million dollars in damages as a result of Magedson thumbing his nose at the Court. At last count there were over 54 rip-off reports filed by Magedson and his crew against this company that sued him.

Is it a mere coincidence that anyone who sues or testifies against Magedson gets vilified to no end on his website? Or is this part of Magedson's extortion scam: any who refuse to pay or any brave enough to stand up to him in court are targeted for the worst possible treatment on the rip-off report? Instead of a source for useful information the rip-off report appears to have become Ed Magedson's vehicle for revenge and harassment. In fact he testified under oath: "I have no other way to retaliate"

When will he learn?

---

## March 7, 2006 Update:

## St. Patrick's Day in Court for the Rip-Off Report



Clerk of Courts
11th Judicial Circuit of Florida
Miami-Dade County



Civil / Family / Probate Justice System Docket Information

UNIVERSAL COMMUNICATION SYS INC vs XCENTRIC VENTURES (LLC)
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

| Case Number (LOCAL): | 2005-175-CA-01 | | Filing Date: 1/4/2005 |
|---|---|---|---|
| Case Number (STATE): | 13-2005-CA-000175-0000-01 | | Dockets Retrieved: 67 |
| | | | Judicial Section: 09 |

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 12/19/05 | | NOTICE OF HRG SPECIAL APPT | 03/17/2006 : 09:30 AM |

# ARCHIVES

## Pathetic Attorney, Maria Crimi   Federated Financial sets th(

## Speth posts her lies about Federated Financial across the internet.

## straight. An open letter t Magedson and his unprofe Attorney partner.

---

## 01/30/06 - Update

Heads up to the many lawyers out there who are still battling t jurisdiction over Ed Magedson, Xcentric Ventures, and the Rip websites. Although Magedson <u>denied it under oath</u> who wants to not he or his attorney/partner have been paid to facilitate the against Ocwen Bank that was filed in Orlando, FL?

Check out the Illinois Court Order of January 18, 2006, (excerpted states that Magedson sought $800,000 per year as compensatio class actions nationwide. Who really believes he worked again Florida for free? Did Ed Magedson perjure himself when, under oc commercial interests in the Ocwen class action? What did Attorne about that class action, and when did she learn of it? Was Ed paid class action? Was Attorney Speth paid? Inquiring minds wan'

Readers of the Rip-Off Report must carefully consider the prop arrangement, even if the Illinois Federal Court has declined to do (See footnote 4 below) In the public interest we ask, should sc Magedson's position be paid hundreds of thousands of dollars to

action lawsuits against businesses? Should the public be kept in t|
Magedson's significant financial interests in promoting lawsui
businesses targeted by his website?

Where does the public interest end and Magedson's private gree¢
Ed Magedson the only self-avowed "consumer advocate" who n
hiding?

"…

> Defendants have posted replies to some of these comments. Defendants have also
> referred individuals to a law firm in Wood River, Illinois. This firm is seeking to f
> class action lawsuits against mortgage companies, banks, credit card companies, a:
> collectors, and is actively seeking clients to represent in these matters. In addition,
> discovery has revealed that Defendants sought to enter into a business relationship
> the Chicago law firm of Blim & Edelson, LLC ("Blim"). Blim holds itself out as a
> which "prosecutes class actions throughout the United States on behalf of consum«
> See http:// www.blimlaw.com. Defendants proposed to refer clients to this firm, ar
> attempted to negotiate a fee of $800,000 per year for this service. [FN4]

> FN4. The court takes no position on the propriety of such an arrangement.

## 01/19/06

## Illinois Federal Court Smacks Down Jurisdictional Objection of Rip·
is the same U.S. District Court Judge (Norgle) that has held Ed M«
Xcentric Ventures in contempt of court for refusing to delete def«
www.ripoffreport.com and www.badbusinessbureau.com . Mage·
that promoting defamation is the only way he can "retaliate" for b
apparently hopes to advance the fiction that paying him is the on
with harmful defamation on his websites. In fact, Rip-Off Report «
even for third party defamation, where well pled RICO claims are
alleged acts of wire fraud and threatened extortion. Haven't we b«
all along? What makes Ed Magedson think his websites are the o

world where hateful graffiti can remain forever? More importantly, desire this????? READ ON>>>

01/04/06

Federal Judge <u>denies</u> Magedson's lawyers' request to verbally ad for reconsideration of this <u>Federal Court Order</u> that he conter disregarded this <u>Order</u> regarding defamation of George S. May I Report.

Meanwhile, Magedson continues to publish <u>comments like this</u> at May's employee: "He used mind controlling fear tactics to make company had failed and I could only fix it by buying his overpric

Why does Ed Magedson continue to risk the wrath of the Illinois Fe

Read this <u>Order</u> by an Arizona Federal Judge that RICO (Rackete Corrupt Organizations Act ) claims against Magedson and the Rip well pled, and that he has no immunity under the Communicatio Act. Mr. Magedson may soon learn a lesson in individual respons rest of us learned in grammar school. He admittedly knows better to the Golden Rule and treating others fairly and squarely is a co that I practice in all business and personal endeavors." -Ed N

01/03/06

THEN: Ed Magedson, October 13, 2005, under oath: <u>"I don't know</u>

NOW: Ed Magedson, December 14, 2005, on the Rip-Off Report: "I <u>to Rip-off Report Corporate Advocacy Business Remediation &</u> <u>Satisfaction Program BOCA RATON, Florida"</u>

First, Magedson denied knowing who this company was, and no

mention of the hefty fees paid to the Rip-Off Report by Unim. Why

### 12/29/05

<u>Federal Judge Rules (Click here to read Court Order):</u> Threatened Wire Fraud by Ed Magedson and the Rip-Off Report are properly predicate acts under the Racketeer Influenced Corrupt Organi (RICO):

*"Remedying the publication of false and defamatory complai Defendants allegedly created and solicited, does not give Defen to collect fees."*

For a description of the alleged, illicit fees charged to businesses Report, read this <u>email</u> from Magedson to Hy Cite.

### 11/25/05

Attorney Maria Crimi Speth is simultaneously arguing to three sep courts about three separate Florida defamation claims, from thr Florida businesses who have all alleged that the Rip-Off Report co sued in Florida. These three Plaintiffs don't even include the three companies that are already paying ED and the Rip-Off Report. Y still claims he doesn't have minimum contacts with the sunshine Attorney Maria Crimi Speth continues to argue that the Florida co jurisdiction. They sing the same false song even in <u>this case</u> wher Court <u>previously ruled</u> that Florida DOES have jurisdiction. Who do are kidding?

### 11/18/05

## <u>DO NOT TRUST THE RIP-OFF REPORT WITH YOUR PRIVATE, PERSONAL</u>

## ED MAGEDSON WILL DISCLOSE IT !! READ HIM ADMIT AS MUCH U

Magedson first claims that he "redacts" Social Security numbe
websites because the State of Arizona "prohibits publication of S(
numbers", then he admits to maliciously publishing Steve Miller's ?
number. This is the same type of pernicious conduct seen in the F
repeatedly made about Magedson: No morals.

### 11/17/05

It's not just big businesses that Magedson's Rip-Off Report websii
threaten every day. It's everyday people just like yo

Check out the number of complaints about Rip-Off Report, w
produced in response to a Freedom of Information Act Request
Don't just take our word for it. Read the transcripts to see how mai
complaining about how Magedson makes his money. He only edi
he is paid, no matter how harmful the substance of what appears
to be.

### Click Here to download the transcript (Right Click, Save Tar

### 11/16/05

The Rip-Off Report is only concerned with making a buck, and ha:
publishing the truth. Its owner intentionally hides behind the First Ai
scheme to promote hateful, false and deceptive speech becaus!
assure that he can demand a payoff from the defamation victims.
at the lengths to which www.badbusiness.com and www.ripoffrep
to publish defamation *unless paid money* to remove or mask it by
EDitor's glowing opinions. Another good example is this Illinois c
EDitor Magedson continues to violate both the spirit and intent of c
Order requiring the removal of defamation. Ed plays dumb, like a
always plays dumb. He's a natural for the role, but don't fall for
exactly what he is doing, including what states he is doing it in. Ri
just plain wrong, no matter what misleading legal arguments Attor

concoct.
<u>Click here to pull back the curtain on the extortionis</u>


### 11/11/05


<u>Ed Magedson was so angry that we discovered another Florida c
pays him extortion money that he resorted to foul language at h
muttering "bullshit," as he denies the truth. Click to read the 1</u>


### 11/10/05

Magedson and the Rip-Off Report were <u>sued</u> again in the U.S. Dis
the Middle District of Florida, and yet again Magedson <u>falsely</u> s
another Florida Court that they do no business in Florida. Keep
website and look at the evidence yourself. Look at the numbe
companies they have shaken down for money, then judge for y
transact any business here in Florida. They have been paid mar
dollars from Florida companies, yet they continue to try to misl
Florida Courts. Hey Ed, we don't see anything in that Affidavit ab
Grants Conferences, Mini Vacations, Incredible Discoveries, I
Financial, Universal Communications Systems, Select Your Gifts,
Florida companies you have targeted. It's not too late to tell the t
extent of your contacts with Florida. Maybe you need to slap yo
Maria can help.


### 11/09/05

Magedson thumbs his nose at Federal Judge that <u>Ordered</u> him
defamatory postings from his website. Read this <u>excellent discu</u>
Magedson was held in contempt of that Federal Court Order and
be severely punished for his misconduct. This is how victims of the
can and should fight back!

## 11/08/05

### Illinois Federal Judge gets wise to Magedson's antics, and orders to remove defamatory postings. Click here to see Court (

## 11/03/05

### FEDERATED FINANCIAL DEPOSES ED MAGEDSON AND EXPOSES F EXTORTIONATE PIG THAT HE IS!

### On October 13, 2005 Ed Magedson testified under oath that he re Federated Financial on the Rip-Off Report home page list of "Top for reasons unrelated to any aspect of Federated's services to Magedson swore that, "I have no other way to retaliate...." Click the Transcript



## 10/19/05

Ed Magedson's lawyers, attorneys for www.ripoffreport.c
www.badbusinessbureau.com failed to appear in court today, ab
"Support" for a Temporary Injunction to limit postings on this websi
INJUNCTION DENIED! THE TRUTH WILL BE TOLD!

## 10/17/05

To Our Thousands of readers, we haven't quit in our lawsuit a
Magedson, www.ripoffreport.com and www.badbusinessbureau.
the lack of new information fool you. Discovery continues, and w
case to the finish. Check back here soon for status updates and g
additional information about bringing Ed Magedson and the Rip
justice.

### 09/20/05

### A Listing of ALL Federal Court cases VS Ed Magedsor



## How many more cases are there in State Courts?

### 09/19/05

### Ed Magedson ignores Court Order.



## Hides from the Justice System like the criminal that he

## 09/16/05

Defendant/Attorney Maria Crimi Speth ordered to answer Inte
directed to her, personally, concerning the audio tapes she and
have boasted about. Who has the tapes? Where are the tape
located? When were the tapes created? What was the purpose
Whose voices can be heard on the tapes?



Maria, you need not wait to receive the Interrogatories. You ca
information, "Appendix A" of your emotional (and false), online
<u>Straight Story"</u>.

## 09/14/05

Ed Magedson cornered! Judge orders him to sit for depo



## 09/13/05

Ed Magedson's Lawyer/Partner, Maria Crimi Speth has been



## Who is going to represent Ed Magedson now?!?!

## 2nd Update

**Counsel for SMS.ac now acts as though he has no idea why we v subpoena his company that is now paying Ed Magedson despit describing his methods as extortionate. What are they hiding? W produce the requested documents?**

-----Original Message-----
From: Kevin Jones [mailto:kjones@corp.sms.ac]
Sent: Monday, September 12, 2005 8:44 PM
To: Charles Whitelock; Christopher J. Whitelock
Subject: SMS.ac/Federated


Dear Counsel,

Today, my office received a purported SUBPOENA DUCES TECU DEPOSITION which appears to be signed by one of you. Since said docur any authority whatsoever which would command an out of state depone Florida, produce documents and be deposed, please provide such authori

In addition, please explain how SMS.ac may have any information which i State claims which your client has made in Circuit Court.

Thanks [sic] you.

*Kevin B. Jones, Esq.*
*Deputy General Counsel.*



**www.sms.ac**

09/08/05

Ed Magedson, Editor of www.badbusiness.com and www.ripoffre|
Attorney Maria Crimi Speth, to be sued *again* in Florida. Check ba
details.

09/01/05



# The CLOCK is ticking for Maria Crimi Speth a
# Magedson Check back soon. We know someth
# don't know!
## *IT'S A BOMBSHELL!*

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson                    Page 23 of 41

## 08/24/05

### As anticipated, Florida Judge Grants Federated Financial's req Attorney Maria Crimi Speth (the lawyer for www.badbusinessbure Party/ Defendant in the Broward County Lawsuit Against Ed Ma www.ripoffreport.com.
### WHERE ARE THE AUDIO TAPES, Maria?



## 08/22/05

### National Grants Conferences and SMS.ac subpoenaed in law badbusinessbureau.com and ripoffreport.com. How much have th were they promised?

 

## 08/19/05

### National Grants Conferences
### 2385 Northwest Executive Center Drive
### Ste. 290

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson                    Page 24 of 41

Boca Raton florida 33431
U.S.A.

### ANATOMY OF A SHAKEDOWN (in three easy steps)

1. It's funny how anonymous third parties often are situated perfectly in order to submit c
   information on Ed Magedson's prospective corporate advocacy clients. It's more thai
   boggling. On 3/9/2004, the ROR created some convenient pressure in its efforts to marl
   corporate advocacy program to National Grants Conferences by publishing this amaz
   first hand, anonymous 'third party'/ ex employee account of their future client's allegec
   Raton Better Business Bureau (BBB):

## Rebuttal UPDATE EX-employee responds
Submitted: 3/9/2004 11:14:02 PM Modified: 5/8/2004 12:03:20 PM

# They have bribed the Boca Raton BBB not to give them a bad ratin∖

I was THERE at the Boca Office when they gave the BBB the money. SICK! And that Congrssman Lo
$1 a head for every poor sucker that comes to the sales pitch. What a scam - Crooked Company, Cro
Crooked Congressman. How the hell are we supposed to win??????

Henry - Boca Raton, Florida
U.S.A.

## http://www.ripoffreport.com/reports/ripoff43947.htm

2. Lucky for Ed Magedson, this most excellent witness, "Henry," not only just happene∖
   office to observe this alleged bribe, but also just happened to report it on the Rip-O
   particular time when Ed was rolling out his new product: the ROR corporate advocacy ⊧
   Ed might not have signed up National Grants as a new client for his corporate advoca
   few weeks later. On or about 4/26/04, Ed's testimonial stated that National Grants pc
   Corporate Advocacy & Remediation Program ". Here is a screen shot of the archive
   Magedson's original testimonial in which he admits he was retained to "investigate'



Click to View

**3.** Taking off his "Henry" hat, Ed Magedson then waved his magic "investigation" wa
Chango!!! National Grants became a paying client of the Rip Off Report, and they have
any nature whatsoever published on the Rip Off Report since August 30, 2



Click to View

## 08/15/05

## Read Federated's claims against Maria Crimi Speth...Su



## 08/12/05

Two down and one to go. Maria Crimi Speth will soon be disqu
Magedson's lawyer. She is already a material witness and will sc
herself. Read Federated's Motion.

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson



08/10/05

## Ed Magedson's Florida Attorneys quit on him. Withdraw from se[c] lawsuit.



08/08/05

## Magedson Twists the Truth and We Translate

A California company, SMS.ac, paid Ed Magedson and, sudden[l] Report (www.badbusinessbureau.com & www.ripoffreport.com) [r] an advertisement for SMS.ac. Transitioning from consumer ad advertising executive in one fell swoop, Magedson has "updated" titles of all of the 'consumer' complaints about this California com[p] pays him. Of course, now that the Rip-off Report has been "retain[e] in advance) by this business, Ed Magedson, corporate spokes[pe] that SMS.ac "exemplifies corporate integrity" (met Ed's P[r]



## 08/05/05

**On 8/2/05 Federated Financial asked whether or not Ed Mageds(**
**Advocate,' will continue to hide, or will the owner and editor of the**
**www.ripoffreport.com and www.badbusinessbureau.com com(**
**defend himself?**

**His Attorney, Maria Crimi Speth answers us: Ed Magedon will rem**
**WHY??? What does he have to hide???**



## 08/04/05

**Inept Attorney Maria Crimi Speth, refuses to produce audiotapes**
**Financial allegedly threatening Ed Magedson, Owner and F(**
**Ripoffreport.com and badbusinessbureau.com.**
**Why won't she produce these tapes?**
***Because they do NOT exist!***



## 08/02/05 - Latest Update

### Ed Magedson, EDitor of www.ripoffreport.com and badbusinesbur
### sought by Federated Financial for questioning. Will he show or con



## 7/29/05

### "Ed Magedson is still fighting this INFORMATION REQUEST. Who is th
### and causing unnecessary attorneys fees? Why doesn't Ed Mage
### "straight" story?"



## 7/27/05

### Illiterate Criminal Magedson deposed in 2003. Mocks court by refusing to answer simple questions.
### Unscrupulous Speth helps Ed play the shell game.





Part 1                 Part 2                 Part 3

### BREAKING NEWS!
### 7/25/05
### Federated Financial subpoenas Maria Crimi Speth and Ed M
### Turn over those illegal tapes!
### You have broken the LAW!!!
### No one from this company has ever threatened anyo




## 7/20/05

### Ed Magedson, owner and founder of ripoffreport.com
### badbusinessbureau.com, hides from service of legal pro

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson



## 7/14/05

### Did Ed Magedson, founder of Rip Off Report/Bad Business Bure( professed consumer advocate steal his tenant's money? Newsp did!!
### Ed Magedson admits he writes his own rip off reports ( badbusinessbureau.com. Click Here to read the artic



## 7/12/05

### Shutts and Bowen STILL argue to the Miami-Dade County, Florida that Ed Magedson, badbusinessbureau.com, and ripoffreport.co business activities connected to Florida.



7/08/05

## Magedson falsely swears to Dade County Court that badbusines and ripoffreport.com
### conduct no business activities in Florida



7/06/05

## Magedson's questionable scruples.



Bad Business Bureau badbusinessbureau.com Founder Ed Magedson

## 6/30/05

### Magedson's PERJURY in Federal Court as to extent of his Florida Operations.

### Magedson's lawyers misl Court as to extent of contacts.





## 6/29/05

### Magedson's lawyers wrong again! Judge withdraws from case c Financial's request.

 

## 6/27/05

### Ed Magedson sued AGAIN!



## Travis and Mackson defend Ed Again.
## Do they have any other clients?

6/24/05

# Isn't lying to the court furthering a criminal conspiracy

Magedson's attorneys file another insipid, superfluous, court document because "T Handle The Truth!!" This otherwise USELESS statement by Magedson's lawyers ADMIT an ongoing business relationship with a Florida Company, again proving that the L themselves are *Blatant Liars* who continue to misrepresent the truth to the court. Ju yourselves...

"I CHALLENGE SPETH, MACKSON, & TRAVIS to prove the lies in their latest poorly dra conceived document. Show us where you've been threatened. Your addresses are record. Long ago, Mr. Magedson posted my home address as well as those of atto Christopher Whitelock, and Mr. Chris McFarland. His attorneys continue to condon threats that are far worse. As these lawyers are so fond of saying "Quid Pro Quo." S people. You are all incompetent liars and an embarrassment to the Bar." THANK Y( SUPPORTING OUR CASE FOR JURISDICTION.

----Steve Miller Feder

6/23/05

## Magedson's lawyers don't want to be seen with Ed! Why are they ashamed to show
## Why do they want our website removed? Truth hurts?







Lee Mackson
One Down

Geoffrey Travis
One To Go

6/21/05



Immediate Capital Group balks at public expos
what they paid Magedson *"for the quick remove
of ... false information...."*

See their Petition here.

PETITION DENIED 10/19/05

6/17/05

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson

**Ed Madegson reveals he DOES DELETE POSTS, in his email to Mini Vacations! Click here to Read!**



*"It sounds to me like you guys want to remove a report. I did not agree to that, and if you did, that would be a first."*
Maria Crimi Speth
12/03/2004



Maria Crimi S

Which one of these two is lying? The Consumer Advocate/Extortionist Ed Magedson or, his Lawyer partner???

6/15/05
Click here to read how Ed steals the mone



Criminal, Ed Magedson

*"I am uncomfortable that we are not getting All other parties from news media to att government agencies have never NOT paid Also, this will cost me to use a lawyer for esc have to fight you for the last payment in escr more than the money that I would try to c Magedson*

Click here to read the rest of Ed's Extortion Pl

6/2/05
Geoffrey Travis, Maria Speth, and Lee Mackson: Magedson's Attorney's BLATANTLY lie memorandum of law.
Click Here to View.

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson



Maria Crimi Speth

### Ed's Extortionate Email to Hycite:



### Ed's Extortionate Email to Federated Financial:



### Ed's Extortionate Email to Mini Vacations:

### Ed's E: Inter

Mini Vacations, a Sarasota, FL business, paid Magedson over $50,000, to edit and delete content on the Rip-Off Report.

Second Florida Company, Incredible Discoveries/Sundown Capital Group, located here in Deerfield Beach, also paid to Magedson for positive treatment on his Rip-Off Report
**See cancelled checks here.**

Ed Mage( Report dc *Florida"* does not [tl conte

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson







"Treat others as you would want them to treat you. ..I have always had a "live and let live" philosophy in dealing with people: toleran and accepting of people whose culture, background or upbringing was different from my own. We are a melting pot in thi country, and I always had a strong distaste for bigoted or derogatory remarks about other people based only on race, national origin, religion or even sexual orientation. Adherence to the Golden Rule and treating others fairly and squarely is a code of conduct that I practice in all business and personal endeavors. It's also common sense, because I believe narrow minded peopl often cut themselves off from their own potential for success." -Ed Magedson

**Ed Magedson personally Served through Secretary of State of Florida:**

**Ed Magedson's Corporation Served:**

# Ed Magedson Served...AGAIN!
Federal Judge Makes Magedson Pay for Avoiding Service:

Meet M
Ed Maged
did Mari
Mini V
"vend

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson                    Page 38 of 41






### Court orders Ed Magedson to pay Aylon $27,100,932.00 in a judgement based on his defamation! Click for details

### Attorneys Levenbaum & Cohen file suit against Ed Magedson and his Rip Off Report.

### Consumer Advocate arre Assault and Che




The Rip-Off Report won't allow us to respond to any complaints about us that appear o
firmly believe that the vast majority of these were fabricated by the Rip-Off Report own
extortion scheme. The most absurd, inflammatory and hurtful claims, are obviously not
or former employees of ours. Thousands and thousands of satisfied Federated clients se
are our greatest testimonial to the excellence of our services and our commitment to cu
Federated Financial encourages its clients to communicate with us directly because

concerns are promptly and professionally resolved. Those few who have first complain
made a mistake by not permitting us an opportunity to first address their concerns. We h
addressing those Rip-Off Report complaints we've identified as coming from clients, wo
that we mean what we say and take all such concerns seriously. While we will certain
reasonable actions when challenged, we want to be clear, we publicize these differ
consumers, themselves, decide what kind of company we really are. We are far from
complaints, and so we respond to those we've identified on the Rip-Off Rep

## Ed Magedson's Extortionate Offer

Ed Magedson won't let us post rebuttals on his sites, badbusinessbureau.com and ripoffr
have created this site as a forum to post our side of the story. He uses his websites to ext
honest businesses in return for testimonials from Ripoffreport.com. Ed Magedson wrote to

response to our lawsuit against him, offering to give us a good testimonial for *"a reduc*
*$2,500 up front and a monthly monitoring of about $125 a month...*
*cost for the amount of Reports you have would be about $9,000 an*
*of a monthly monitoring fee...An investigative Report by Rip-off Rep*
*a very positive one, turning all the negatives into a positive. Anyon*
*to do business with your company. You will wish there were more I*
*on you, ...NO joke..."*

Click here to see how Ed Magedson demanded over $50,000 from another company th
and the Rip-Off Report, (See, Hy Cite Corporation vs. badbusinessbureau.com, Ed Mage
U.S. District Court, District of Arizona). Click here to view the Complaint in that case.
Original Documents Available Upon Request.

Click here to see how Ed Magedson demanded $5,000 from a small business owner in
testimonial.

Click here to see the Complaint filed by an Arizona law firm that was victimized by the same Rip
scheme. (Levenbaum & Cohen, et al, Plaintiffs, vs. Xcentric Ventures, LLC, Ed Magedson, et al, Del
020368, Superior Court of Arizona for Maricopa County.)

Yet Ed himself has admitted in at least one newspaper article, *"Taking money from busi*
*are supposed to watch is a conflict of interest..."*
http://www.duluthsuperior.com/mld/charlotte/news/columnists/citizen_watchdog

To Our Valued Clients:

First, we would like you to know we have been victimized by the Rip Off Report, and we care abou
website is designed, not only to give our side of the story, but also to be certain that we are fulfilling
clients. We do not commonly exchange incendiary comments in public when this can be avoided,

Bad Business Bureau badbusinessbureau.com Founder Ed Magedson                Page 40 of 41

justification, if only to avoid insulting the sensibilities of those reasonable, well-intentioned individua otherwise wonder as to our motives. Nevertheless, because of the slander and manipulations of the Report, Ed Magedson, we have been forced to create this website. Because of the actions of Ed Mc content of his Rip Off Report website, we were simply left with no alternative means to defend our g

While mutual insults have been hurled and the debate has been filled with emotion, please recogn because we are proud of our good name. This is a very emotional issue for us because we've work good reputation, and we are being treated unfairly by Ed Magedson and those who would destroy they could.

Don't let the language fool you. We are the good guys and the victims. The sole purpose of this site continuing confidence in the quality of our services. We take client satisfaction seriously, and our re none.

Ed Magedson won't let us post rebuttals on his sites, badbusinessbureau.com and ripoffreport.com this site as a forum to post our side of the story. <u>Here are our rebuttals that the Rip Off Report preven together with their corresponding complaints.</u> We serve tens of thousands of people and our track r Notwithstanding, Rip Off Report removes our good faith rebuttals and slanders us. Magedson has ev falsely portray himself as our former employee, in order to offer false "inside" information about our website, information that was actually concocted by him out of thin air as part of a criminal scheme

Ed Magedson and his Rip Off Report have slandered FEDERATED FINANCIAL SERVICES INC. on man to extort money from us to take down his lies. To fight Mr. Magedson in a Court of Law won't work as avoided service of legal process. He won't let us post rebuttals to these false complaints, yet he ma owners are free to do so. We invite anyone who has been similarly damaged by this vile extortionis story.



Consider the dates on the earliest "Rip Off" reports concerning were first submitted on 9/15/99 and 8/4/00, respectively, over fiv years ago. Five (5) years is a lifetime in the history of a debt mar Most debt management plans are to be completed in 3-5 years December 1997, (the debt management experience of its senic actually goes back much further) Federated has graduated tho clients. During this same time period, Federated has managed t service tens of thousands of active, satisfied customers. It has d working in a competitive, increasingly well-regulated, industry t ongoing civil and criminal prosecutions of some of our biggest and federal authorities. Federated's reputation has never been I own clients and with their creditors, who provide extremely valu Federated's customers. As one of the very first credit counseling registration to the ISO 9001:2000 Standard for Quality Managem November 2001, our agency has made a concerted and consis and correct any and all customer concerns in a manner that ex standards and client expectations.

If the worst that can be said about us is that a few, extremely and unfair individuals (including those behind the Rip Off Report an unsuccessful disinformation campaign about us on a websit by its patrons and extortion by its owner, well... that's not so bad

Take a careful look at the defamatory manipulations of the Rip Off Report website- consider the e>
which it is employed by its owner, Ed Magedson- and decide for yourself. Look at the original "subn
"modified" date of those first two rip off reports against us, on 9/15/99 and 8/4/00. Here are those re|
appeared, with our rebuttals, before they were removed from that site by the Rip Off Report EDitors

Look at what those same reports look like today (Note that they still bear the modification dates
our rebuttals, however, the rebuttals themselves were removed by Ed Magedson and the Rip Off Re
to pay extortion for a "testimonial.")

Here is the complaint filed on 12/21/02, with our rebuttal and with Ed Magedson's gloating respo
same complaint looks like today.

If we are making this up, then why do modification dates show on postings that now appear to ne'
modified? They now appear on the site alone as they did when first submitted, prior to our good fait
responding. Why would we devote our own website to this, if we were permitted to post our rebuttal
directly?

Why would we make this up?

Still not convinced? Go to the link below for positive proof. This link will take you off of our website '
archives old pages of the entire internet. It's an excellent resource to use to see what the web once
permanent, online version of one of our rebuttals - together with Ed Magedson's taunt - as it once a
Off Report:

Complaint from 12/21/01

This archived image is stored on a nonprofit website entirely unrelated to us and independent from
evidence that what we say is true: the Rip Off Report and ED Magedson removed our good faith ret
appeared on their slimy web site. This link proves this beyond a shadow of any doubt. THE RIP OFF R
criminal SCAM!!!!! We encourage others to use the wayback machine to make certain that the Rip '
Magedson do not escape their criminal history!!!!!

Since we have created this website, the attacks against us on the Rip Off Report have multiplied, t
more absurd in their content, and they are clearly not from any clients of ours. Magedson publishes
posts he himself has admitted knowing full well are bogus, because by doing so he perpetuates his
honest businesses. The Rip Off Report is no more than a tool in an extortion scheme.