UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC., a
Colorado corporation,

                Plaintiff,

-vs-                              Case No. 2:04-cv-47-FtM-34SPC

XCENTRIC VENTURES, LLC., an Arizona limited
liability company; BADBUSINESSBUREAU.ORG,
an Arizona limited liability company and ED
MAGEDSON, an individual,

                Defendants.
_____

## ORDER

      This matter comes before the Court on the Motion for Substitution of Counsel (Doc. #85) filed on February 28, 2007. Attorneys Scott W. Rothstein, Steven N. Lippman, and Shawn L. Birken, of the law firm Rothstein, Rosenfelt Adler, 401 East Los Olas Blvd., Ste. 1650, Fort Lauderdale, FL 33301, seek permission to be substituted in place of attorneys Christina M. Kitterman, Susan L. Dolin, Michael A. Pancier, of the same firm who are currently designated Counsel of record for the Plaintiffs. The Court, having reviewed the motion, finds good cause and will allow the substitution.

      Accordingly, it is now

**ORDERED:**

      The Motion for Substitution of Counsel (Doc. #85) is **GRANTED**. Scott W. Rothstein, Steven N. Lippman, and Shawn L. Birken, of the law firm Rothstein Rosenfelt Adler, shall be designated Counsel of record on behalf of the Plaintiffs. All further correspondence and pleadings

Dockets.Justia.com

shall be forwarded to their attention.  Christina M. Kitterman, Susan L. Dolin, Michael A. Pancier of the law firm Rothstein, Rosenfelt Adler, 401 East Los Olas Blvd., Ste. 1650, Fort Lauderdale, FL 33301, shall bear no further responsibility in this matter.

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of March, 2007.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record