03/01/07                                                                                          1

# MIDDLE DISTRICT OF FLORIDA
## Pending Civil Cases with Unregistered Attorneys for Judge Steele

| Case | Title | | |
|---|---|---|---|
| 2:04-cv-00151-JES-SPC | Tremaine, et al v. Downs, et al | | |
| Andrew E. Stearns | | No E-Mail | Not Registered |
| | | | |
| 2:05-cv-00118-JES-DNF | Hanson v. Federated National Insurance Company et al | | |
| Stephen W. Bazinsky | | No E-Mail | Not Registered |
| John D. Carter | | No E-Mail | Not Registered |
| | | | |
| 2:05-cv-00137-JES-DNF | Mudd v. U.S. Army et al | | |
| Louis A. Birdsong | | No E-Mail | Not Registered |
| Tracy Glover | | No E-Mail | Not Registered |
| | | | |
| 2:05-cv-00160-JES-DNF | Smith v. Hadi et al | | |
| Robert S. Friedman | | No E-Mail | Not Registered |
| | | | |
| 2:05-cv-00187-JES-SPC | Florida Mowing & Landscape Service, Inc. v. Equity Lifestyle Properties, Inc. | | |
| Dennis Lee Avery | | No E-Mail | Not Registered |
| | | | |
| 2:05-cv-00201-JES-DNF | Zucco Partners, LLC v. Findwhat.com et al | | |
| Eric J. Belfi | | No E-Mail | Not Registered |
| Brian Murray | | No E-Mail | Not Registered |
| | | | |
| 2:05-cv-00318-JES-SPC | Techtron Corporation et al v. Piret | | |
| Thomas A. Gentile | | No E-Mail | Not Registered |
| Pam Ellen Hudson | | | Not Registered |
| David J Molton | | | Not Registered |
| | | | |
| 2:05-cv-00429-JES-SPC | Jones v. Par Pharmaceutical, Inc. | | |
| J. David Bickham | | No E-Mail | Not Registered |
| Colleen T. Davies | | No E-Mail | Not Registered |
| Jeffery F. Peck | | No E-Mail | Not Registered |
| Juliet W. Starret | | No E-Mail | Not Registered |
| | | | |
| 2:05-cv-00481-JES-SPC | Rosa v. City of Fort Myers, et al. | | |
| Charles Bonner | | No E-Mail | Not Registered |
| James A. Neel | | No E-Mail | Not Registered |

| Case | Caption | | |
|---|---|---|---|
| 2:05-cv-00553-JES-DNF | Davidson v. Boliek et al | | |
| Lorna J. Scharlacken | | No E-Mail | Not Registered |
| 2:05-cv-00581-JES-SPC | Trenton International, Ltd. v. Trenton International, Inc. et al | | |
| Michael G. Chalos | | No E-Mail | Not Registered |
| 2:06-cv-00016-JES-SPC | Liberty/Sanibel II v. The Gettys Group, Inc. | | |
| Dawn Marshall | | No E-Mail | Not Registered |
| Howard J. Marx | | No E-Mail | Not Registered |
| 2:06-cv-00081-JES-SPC | Roby v. Stock Development, LLC | | |
| Douglas Alan Blankman | | No E-Mail | Not Registered |
| 2:06-cv-00136-JES-DNF | Admiral Insurance Company v. Cardinal Roofing & Siding of Florida, Inc. et al | | |
| Mitchell Ryan Katz | | No E-Mail | Not Registered |
| Stephen Palley | | No E-Mail | Not Registered |
| 2:06-cv-00156-JES-SPC | Brubaker v. Dollar General Corporation et al | | |
| Natalie J. Storch | | No E-Mail | |
| 2:06-cv-00269-JES-SPC | Surgi-Care, Inc. v. Arthrex, Inc. | | |
| Barbara H. Kramer | | No E-Mail | Not Registered |
| 2:06-cv-00389-JES-DNF | Clover v. American Airlines, Inc. et al | | |
| Osnat K. Rind | | No E-Mail | Not Registered |
| 2:06-cv-00395-JES-DNF | McGaha v. Florida Gulf Coast University Board of Trustees | | |
| Onier Llopiz | | No E-Mail | |
| 2:06-cv-00438-JES-DNF | Giavonette v. Sanibel Harbour Yacht Club Condominium Association, Inc., | | |
| Amy L. Garrard | | No E-Mail | Not Registered |

| Case | Case Name | Email | Status |
|---|---|---|---|
| 2:06-cv-00501-JES-DNF<br>Edward R. Miller | In re: Remmel<br>No E-Mail | | Not Registered |
| 2:06-cv-00553-JES-SPC<br>Hal Bogard<br>Richard Evans | Kitchener et al v. General Electric Co.<br>No E-Mail<br>No E-Mail | | Not Registered<br>Not Registered |
| 2:06-cv-00588-JES-SPC<br>Amy L. Garrard | Watts v. Access Door and Glass, Inc.<br>No E-Mail | | Not Registered |
| 2:06-cv-00598-JES-DNF<br>Melissa L. Button | Gonzalez Guevara v. Air Trek, Inc. et al<br>No E-Mail | | Not Registered |
| 2:06-cv-00603-JES-DNF<br>Melissa L. Button | Mairati v. Israel Aircraft Industries, Ltd. et al<br>No E-Mail | | Not Registered |
| 2:06-cv-00678-JES<br>Kevin C. Smith | Amato v. Henderson, Franklin, Starnes and Holt, P.A.<br>No E-Mail | | Not Registered |
| 2:07-cv-00001-JES-SPC<br>James R. Monroe | Nolan v. USA<br>No E-Mail | | Not Registered |
| 2:07-cv-00072-JES-SPC<br>Jeffrey M. Herman<br>Adam D. Horowitz | Doe v. Richey et al<br>No E-Mail<br>No E-Mail | | Not Registered<br>Not Registered |
| 2:07-cv-00077-JES-DNF<br>David Allan Zulian | La Minnesota Riviera, LLC v. Lawyers Title Insurance Corporation<br>No E-Mail | | Not Registered |
| 2:07-cv-00087-JES-SPC<br>Christopher D. Bufano | Russ et al v. Captiva Villas Development, LLC<br>No E-Mail | | Not Registered |
| 2:07-cv-00093-JES-SPC<br>Lynn M. Bagley | The Estate of Anna Manson Grelle v. Sunrise Continuing Care, LLC et al<br>No E-Mail | | Not Registered |
| 2:07-cv-00104-JES-SPC<br>Rory Eric Jurman | St. Paul Fire and Marine Insurance Company et al v. Lee et al<br>No E-Mail | | Not Registered |

# MIDDLE DISTRICT OF FLORIDA
## Pending Civil Cases with Unregistered Attorneys for Judge Howard

| Case | Title | | |
|---|---|---|---|
| 2:02-cv-00606-MMH-DNF | Foster v. Orkin Pest Control, et al | | |
| Anthony J. Perez | | No E-Mail | Not Registered |
| 2:04-cv-00047-MMH-SPC | Whitney Information, et al v. Xcentric Ventures, et al | | |
| Shawn L. Birken | | No E-Mail | Not Registered |
| Jonathan P. Ibsen | | No E-Mail | Not Registered |
| Christopher C. Sharp | | No E-Mail | Not Registered |
| 2:04-cv-00328-MMH-DNF | Arthrex, Inc. v. Depuy Mitek, Inc. | | |
| Gabriella Coman | | No E-Mail | Not Registered |
| Erich M. Falke | | No E-Mail | Not Registered |
| 2:04-cv-00353-MMH-SPC | Saunders v. Mosher | | |
| Robert Dwane Pritt | | No E-Mail | Not Registered |
| 2:05-cv-00142-MMH-DNF | Doe v. Estate of Nelson A. Faerber, Jr. et al | | |
| Wendy J. Cook | | No E-Mail | Not Registered |
| Jeffrey M. Herman | | No E-Mail | Not Registered |
| Adam D. Horowitz | | No E-Mail | Not Registered |
| 2:05-cv-00275-MMH-DNF | Iwaskewych v. Home Depot U.S.A., Inc. | | |
| Tayreen G. Febles | | No E-Mail | Not Registered |
| 2:05-cv-00601-MMH-SPC | Figueroa-Cardona et al v. Sorrells Brothers Packing Company, Inc. | | |
| Victoria I. Gavito | | No E-Mail | Not Registered |
| Gilbert Craig Soria | | No E-Mail | Not Registered |
| 2:06-cv-00004-MMH-DNF | United States of America v. One 32' Renegade Go-Fast Vessel Registered as FL0086MY and Inventory | | |
| Neil C. Spector | | No E-Mail | |
| 2:06-cv-00006-MMH-DNF | Kraft Construction Company, Inc. et al v. J&H Marsh & McLennan of Florida, Inc. et al | | |
| Gary S. Kull | | | Not Registered |

| | | | |
|---|---|---|---|
| 2:06-cv-00089-MMH-SPC | Boran Craig Barber Homes, Inc., v. Mid-Continent Casualty Company | | |
| Lainie J. Simon | | No E-Mail | Not Registered |
| | | | |
| 2:06-cv-00218-MMH-DNF | St. Jude Medical S.C., Inc. v. Biotronik, Inc. | | |
| David H. Charlip | | No E-Mail | Not Registered |
| | | | |
| 2:06-cv-00246-MMH-SPC | Collins et al v. Standard Concrete Products, Inc. et al | | |
| Robert B. Griffis | | No E-Mail | Not Registered |
| | | | |
| 2:06-cv-00357-MMH-DNF | Gudinas v. Moore, et al | | |
| Bill Jennings | | No E-Mail | Not Registered |
| | | | |
| 2:06-cv-00417-MMH-SPC | Deutsche Bank National Trust Company v. Fine et al | | |
| Sandra A. Little | | No E-Mail | Not Registered |
| | | | |
| 2:06-cv-00500-MMH-DNF | Grunau et al v. Waage | | |
| Edward R. Miller | | No E-Mail | Not Registered |
| | | | |
| 2:06-cv-00523-MMH-DNF | Cartier International, B.V et al v. Lenz et al | | |
| Katherine A. Compton | | No E-Mail | Not Registered |
| Howard Freidin | | No E-Mail | |
| Harley I. Lewin | | No E-Mail | Not Registered |
| | | | |
| 2:06-cv-00532-MMH-DNF | Tardif v. MBNA America Bank, N.A. | | |
| Gary Jay Lublin | | No E-Mail | Not Registered |
| | | | |
| 2:06-cv-00568-MMH-DNF | Acevedo et al v. Collier County Tax Collector et al | | |
| David Lawrence Ferguson | | No E-Mail | Not Registered |
| Camar R. Jones | | No E-Mail | Not Registered |
| | | | |
| 2:06-cv-00687-MMH-DNF | Durham v. Whitney Information Network Inc. et al | | |
| Francisco A. Rodriguez | | No E-Mail | Not Registered |
| | | | |
| 2:07-cv-00042-MMH-SPC | Every Penny Counts, Inc. v. Bank of America Corporation et al | | |
| Brent B. Barriere | | No E-Mail | Not Registered |
| Harry M. Barton | | No E-Mail | Not Registered |
| David L. Patron | | No E-Mail | Not Registered |

| | | |
|---|---|---|
| **2:07-cv-00048-MMH-SPC**<br>William H. Mandir | Ultrashield, LLC v. Wilbur et al<br>No E-Mail | Not Registered |
| **2:07-cv-00079-MMH-SPC**<br>Barry D. Levy<br>Alissa J Magenheim | Schaefer v. General Motors Corporation et al<br>No E-Mail<br>No E-Mail | Not Registered<br>Not Registered |
| **2:07-cv-00091-MMH-DNF**<br>Tenia C. Hunter<br>Karen A. Thompson | NovaStar Mortgage, Inc. v. Fine et al<br>No E-Mail<br>No E-Mail | Not Registered<br>Not Registered |

# MIDDLE DISTRICT OF FLORIDA
## Pending Civil Cases with Unregistered Attorneys for Judge Unassigned Judge

| Case | Title |
|---|---|
| 2:06-cv-00096-UA-SPC<br>Bernard M. Cassidy | King et al v. Homebanc Mortgage Corporation et al<br>No E-Mail  Not Registered |
| 2:06-cv-00353-UA-DNF<br>James E. Albertelli<br>Kristie R. Barker | National Federation of Republican Women et al v. Florida Federation of Republican Women , Inc. et al<br>No E-Mail  Not Registered<br>No E-Mail  Not Registered |
| 2:06-cv-00599-UA-SPC<br>Lisa A. Iadevaia | Mairati v. Israel Aircraft Industries, Ltd. et al<br>No E-Mail  Not Registered |