**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No.  2:04-cv-47-FtM-33SPC (LAG)

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

    Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.
_____/

**MOTION FOR SUBSTITUTION OF COUNSEL**

    IT IS HEREBY STIPULATED AND AGREED that the attorneys Scott W. Rothstein, Steven N. Lippman, and Shawn L. Birken of the law firm of Rothstein Rosenfeldt Adler shall be substituted in place and stead of attorneys Stuart A. Rosenfeldt and Matthew S. Sackel, Esq. of the law firm of Rothstein Rosenfeldt Adler as attorneys of record for plaintiffs WHITNEY INFORMATION NETWORK, INC. and RUSS WHITNEY, and that all future pleadings and correspondence shall be served upon the foregoing attorneys of Rothstein Rosenfeldt Adler.

    Respectfully submitted,

                                   By:  /s/Steven N. Lippman
                                          Steven N. Lippman, Esq.
                                          Florida Bar No.:  709638
                                          slippman@rra-law.com
                                          ROTHSTEIN ROSENFELDT ADLER
                                          401 East Las Olas Boulevard, Suite 1650
                                          Fort Lauderdale, Florida 33301
                                          Phone: 954-522-3456
                                          Fax:  954-527-8663
Dated: March 5, 2007                  **Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2007, I electronically filed the forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

By: /s/Steven N. Lippman
    Steven N. Lippman, Esq.
    Florida Bar No.:  709638
    slippman@rra-law.com
    ROTHSTEIN ROSENFELDT ADLER
    401 East Las Olas Boulevard, Suite 1650
    Fort Lauderdale, Florida 33301
    Phone: 954-522-3456
    Fax:  954-527-8663
    **Counsel for Plaintiffs**

H:\swrdocs\03-8471\Pleadings\stip sub counsel 2.doc

**SERVICE LIST**
Case No. 2:04-cv-47-FtM-33SPC (LAG)
**United States District Court, Middle District of Florida**

Steven N. Lippman, Esq.
slippman@rra-law.com
Scott W. Rothstein, Esq.
srothstein@rra-law.com
Shawn L. Birken, Esq.
sbirken@rra-law.com
Christopher C. Sharp, Esq.
csharp@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
Phone: 954-522-3456
Fax: 954-527-8663
*Counsel for Plaintiffs*
*Via CM/ECF*

Michael C. Tice, Esq.
2180 W. First St., Ste. 401
Fort Myers, FL 33901
Phone:
Fax:
*Counsel for*
*Via Regular U.S Mail*

Maria Crimi Speth, Esq.
mcs@jaburgwilk.com
Jaburg & Wilk, PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tele.: 602/248-1089
Fax: 602/248-0522
*Co-Counsel for Xcentric Ventures, LLC*
*Via CM/ECF*

Brian J. Stack, Esq.
Bstack@stackfernandez.com
Stack Fernandez Anderson & Harris, P.A.
1200 Brickell Avenue, Suite 950
Miami, Florida 33131
Tel. 305.371.0001
Fax. 305.371.0002
*Co-Counsel for Xcentric Ventures, LLC*
*Via CM/ECF*

Michael L. Gore, Esq.
mgore@shutts-law.com
Shutts & Bowen LLP
P.O. Box 4956
Orlando, FL 32802-4956
Tel.: 407-835-6905
Fax: 407-849-7205
*Counsel for Defendant*
*Badbusinessbureau.org*
*Via CM/ECF*