# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC., a
Colorado corporation,

                Plaintiff,

-vs-                                            Case No. 2:04-cv-47-FtM-34SPC

XCENTRIC VENTURES, LLC., an Arizona limited
liability company; BADBUSINESSBUREAU.ORG,
an Arizona limited liability company and ED
MAGEDSON, an individual,

                Defendants.
_____

## ORDER

This matter comes before the Court on Motion for Substitution of Counsel (Doc. #90) filed on March 5, 2007. The Plaintiff seeks to substitute attorneys Scott W. Rothstein, Steven N. Lippman, and Shawn L. Birken, of the law firm Rothstein Rosenfelt Adler, 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301, in the place of Stuart A. Rosenfeldt and Matthew S. Sackel, Esq. of the law firm of Rothstein Rosenfeldt Adler. The Court, having reviewed the stipulation, finds good cause and will allow the substitution.

Accordingly, it is now

**ORDERED:**

(1)    The Motion for Substitution of Counsel (Doc. #90) is **GRANTED**.

(2)    Scott W. Rothstein, Steven N. Lippman, and Shawn L. Birken, of the law firm Rothstein Rosenfelt Adler, 401 East Las Olas Boulevard, Suite 1650, Fort

Dockets.Justia.com

Lauderdale, Florida 33301, shall be designated Counsel of record. All further correspondence and pleadings shall be forwarded to their attention.

(3) Stuart A. Rosenfeldt and Matthew S. Sackel, Esq. of the law firm of Rothstein Rosenfeldt Adler shall be relieved of any further obligation in this matter.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of March, 2007.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record