UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Whitney Information Network, Inc.,  Case No. 2:04-CV-47-FTM-MMH-SPC

    Plaintiff,

v.  **ORDER**

Xcentric Ventures, LLC;
Badbusinessbureau.org; and Ed
Magedson,

    Defendants.

---

This matter is before the Court[1] on Plaintiff's Motions to Continue the Pretrial Deadlines and Trial.  **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motions (Docket No. 77 and 79) are **GRANTED**;

2. This case is removed from the April 2007 trial calender;

3. The final pretrial conference is canceled; and

4. The parties are permitted to file a new Case Management Report and proceed with a status conference before the Magistrate Judge.

Dated: March 9, 2007

                                                  s/ Paul A. Magnuson
                                                 Paul A. Magnuson
                                                 United States District Court Judge

---

[1] Pursuant to 28 U.S.C. § 294(d), the undersigned has been assigned to this case to address the pending Motions and oversee trial.