UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC., a
Colorado corporation,

           Plaintiff,

-vs-                                        Case No. 2:04-cv-47-FtM-34SPC

XCENTRIC VENTURES, LLC., an Arizona limited
liability company; BADBUSINESSBUREAU.ORG,
an Arizona limited liability company and ED
MAGEDSON, an individual,

           Defendants.
_____

**ORDER**

      This matter comes before the Court on Unopposed Motion to Allow Shutts & Bowen LLP to Withdraw as Local Counsel for Defendants (Doc. #94) filed on March 7, 2007. Michael Gore, Esq., P.O. Box 4956, Orlando, Florida 32802-4956 and the law firm of Shutts & Bowen LLP, seek permission to withdraw as local Counsel of record on behalf of the Defendants. Counsel indicates that lead Counsel for the Defendants is Maria Crimi Speth of the firm Jaburg & Wilk, PC, located in Phoenix, Arizona. Further, Brian J. Stack, Esq., and Stack, Fernandez & Anderson, 1200 Brickell Avenue, Suite 950, Miami, Florida 33131-3255, has appeared as local Counsel of record with the filing of the Motion to Dismiss for Lack of Jurisdiction. Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. The Court, having reviewed the motion, finds good cause and will grant the motion.

      Accordingly, it is now

      **ORDERED:**

(1) The Unopposed Motion to Allow Shutts & Bowen LLP to Withdraw as Local Counsel for Defendants (Doc. #94) is **GRANTED**.

(2) Michael Gore, Esq., P.O. Box 4956, Orlando, Florida 32802-4956 and the law firm of Shutts & Bowen LLP, shall be relived of any further responsibility in this matter.

(3) Brian J. Stack, Esq., and Stack, Fernandez & Anderson, 1200 Brickell Avenue, Suite 950, Miami, Florida 33131-3255, shall be designated local Counsel.

**DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of March, 2007.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record