UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC., a
Colorado corporation,

           Plaintiff,

-vs-                        Case No. 2:04-cv-47-FtM-34SPC

XCENTRIC VENTURES, LLC., an Arizona
limited liability company;
BADBUSINESSBUREAU.ORG, an Arizona
limited liability company and ED MAGEDSON, an
individual,

           Defendant.
_____/

## ORDER

      This matter comes before the Court on the District Court's Order directing the Parties to File a New Case Management and Scheduling Order (Doc. #96) issued on March 9, 2007. Accordingly, the Parties are directed to file a new Case Management Report by **Monday April 2, 2007.** The Parties may meet via telephonic conference to establish the new report.

    **DONE AND ORDERED** at Fort Myers, Florida, this   14th   day of March, 2007.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record