**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

WHITNEY INFORMATION NETWORK, INC.,
a Colorado corporation,

                Plaintiff,

vs.                                                                                        Case No. 2:04-cv-47-FtM-34SPC

XCENTRIC VENTURES, LLC, an Arizona
limited liability company, et al.,

                Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. On April 16, 2007, this Court entered an Amended Case Management and Scheduling Order directing the parties to file a stipulation selecting a mediator within eleven days from the date of the Order and to conduct the mediation by January 3, 2008. See Amended Case Management and Scheduling Order (Doc. No. 105). Upon review of the Court docket, it appears that the parties failed to file the stipulation selecting a mediator as directed. Accordingly, it is **ORDERED**:

On or before **May 23, 2007**, the parties shall file a notice with the Court indicating the name, address and telephone number of the mediator they selected and the date of the mediation.

**DONE AND ORDERED** in Chambers on May 8, 2007.

                                                    MARCIA MORALES HOWARD
                                                    United States District Judge

ja

Copies to:

Counsel of Record