# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No. 2:04-cv-47-FtM-34- SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,

    Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.

_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's interested persons order dated January 30, 2004, and subsequent April 16, 2007 Scheduling Order:

    1)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    Whitney Information Network, Inc. (Plaintiff)
    b.    Whitney Education Group, Inc. (Plaintiff's subsidiary)
    c.    Scott W. Rothstein, Esq. (Counsel for Plaintiffs)
    d.    Steven N. Lippman, Esq. (Counsel for Plaintiffs)
    e.    Shawn L. Birken, Esq. (Counsel for Plaintiffs)
    f.    Matthew Sackel (Counsel for Plaintiffs)
    g.    Rothstein Rosenfeldt Adler (Counsel for Plaintiffs)
    h.    Xcentric Ventures, LLC. (Defendant)
    i.    Badbusinessbureau.org (Defendant)
    j.    Ed Magedson (Defendant)

Case No. 2:04-cv-47-FtM-34- SPC

      k.      Maria Crimi Speth, (Counsel for Defendants)
      l.      Jaburg & Wilk, P.C. (Counsel for Defendants)

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Whitney Information Network, Inc.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      a.      Whitney Information Network, Inc.
      b.      Whitney Education Group, Inc.; and

4) the name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      a.      Whitney Information Network, Inc.; and
      b.      Whitney Education Group, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Case No. 2:04-cv-47-FtM-34- SPC

Respectfully submitted,

By: /s/ Shawn L. Birken
   Scott W. Rothstein, Esq.
   FBN: 765880
   Shawn L. Birken, Esq.
   FBN: 418765
   Matthew S. Sackel, Esq.
   FBN: 0017903
   ROTHSTEINROSENFELDT ADLER
   **Counsel for Plaintiff**
   401 East Las Olas Boulevard, Suite 1650
   Fort Lauderdale, Florida 33301
   Tele: 954/522-3456
   Fax: 954/527-8663
   E-Mail: srothstein@rra-law.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8 day of May, 2007, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

ROTHSTEIN ROSENFELDT ADLER

By: /s/ Shawn L. Birken
   Scott W. Rothstein, Esq.
   Shawn L. Birken, Esq.
   Matthew S. Sackel, Esq.