UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:  2:04-cv-47-FtM-34- SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,

    Plaintiff,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.

_____/

## NOTICE OF SELECTION OF MEDIATOR

NOTICE IS HEREBY GIVEN, pursuant to this Court's Order dated May 8, 2007, ordering the parties to file notice indicating mediator the parties agree to utilize the services of the following mediator in this cause:

Jonathon Koch of Bush Ross P.A.<br>
200 S. Franklin Street<br>
P.O. Box 3913<br>
Tampa, Florida 33601-3913<br>
(813) 204-6417

[SIGNATURE ON NEXT PAGE]

1

ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301

Dated: May 15, 2007
      Fort Lauderdale, FL

                         Respectfully submitted,

                         <u>s/Shawn L. Birken, Esq.</u>
                         Scott W. Rothstein, Esq.
                         Florida Bar No.: 765880
                         Shawn L. Birken, Esq.
                         Florida Bar No.: 418765
                         Email: sbirken@rra-law.com
                         ROTHSTEIN ROSENFELDT ADLER
                         Las Olas City Centre
                         401 E. Las Olas Boulevard
                         Suite 1650
                         Fort Lauderdale, Florida  33301
                         Tel:    (954) 522-3456
                         Fax:    (954) 527-8663
                         **Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2007, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    s/Shawn L. Birken, Esq.
    Scott W. Rothstein, Esq.
    Florida Bar No.: 765880
    Shawn L. Birken, Esq.
    Florida Bar No.: 418765
    Email: sbirken@rra-law.com
    ROTHSTEIN ROSENFELDT ADLER
    Las Olas City Centre
    401 E. Las Olas Boulevard
    Suite 1650
    Fort Lauderdale, Florida 33301
    Tel: (954) 522-3456
    Fax: (954) 527-8663
    **Counsel for Plaintiff**

**SERVICE LIST**

WHITNEY INFORMATION NETWORK, INC. v. XCENTRIC VENTURES, LLC., et al.
**CASE NO.: 2:04-cv-47-FtM-34- SPC**
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA

Scott W. Rothstein, Esq., Florida Bar No.:  765880
Steven L. Lippman, Esq., Florida Bar No.:  709638
Shawn L. Birken, Esq., Florida Bar No.: 418765
Email: sbirken@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre
401 E. Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida  33301
Tel:     (954) 522-3456
Fax:     (954) 527-8663
**Counsel for Plaintiff**
*Via CM/ECF*

Maria Crimi Speth, Esq.
Email: mcs@jaburgwilk.com
Jaburg & Wilk PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel:     602-248-1089
Fax:     602-248-0522
**Counsel for Defendants**
*Via CM/ECF*

Jonathan P. Ibsen, Esq.
7047 East Greenway Parkway, Suite 140
Scottsdale, Arizona 85254
**Counsel for Defendants**
*Via US Mail*

Brian J. Stack, Esq., Florida Bar No.:  0476234
Email:  bstack@stackfernandez.com
Stack Fernandez Anderson & Harris, P.A.
1200 Brickell Avenue, Suite 950
Miami, Florida 33131
Tel: 305-371-0001
Fax: 305-371-0002
**Co-Counsel for Defendants**
*Via CM/ECF*
H:\swrdocs\03-8471\Pleadings\NSelect Mediator.doc