UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC., a
Colorado corporation,

                Plaintiff,

-vs-                                              Case No.  2:04-cv-47-FtM-34SPC

XCENTRIC VENTURES, LLC., an Arizona limited
liability company; BADBUSINESSBUREAU.ORG,
an Arizona limited liability company and ED
MAGEDSON, an individual,

                Defendants.
_____

## ORDER

      This matter comes before the Court on the Plaintiff Whitney Network, Inc.'s Motion to Expedite Answers to Plaintiff's Third Set of Interrogatories (Doc. #109 ) filed on May 18, 2007.

      The Plaintiff served the Defendants with its third set of interrogatories on May 14, 2007.  The Plaintiff now seeks expedited responses to the propounded interrogatories.  As grounds, the Plaintiff states that it needs the responses to prepare for depositions scheduled for July in Arizona.  The Defendant opposes the request and further states that no depositions have been scheduled for July 2007.  Pursuant to the Federal Rules the Defendant has up to and including June 18, 2007, to file its responses.  After reviewing the briefs for both parties the Court finds the Plaintiff failed to present sufficient good cause to expedite the Defendant's responses to the Plaintiff's third set of interrogatories.

      Accordingly, it is now

**ORDERED:**

The Plaintiff Whitney Network, Inc.'s Motion to Expedite Answers to Plaintiff's Third Set of Interrogatories (Doc. #109 ) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this 1st day of June, 2007.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record