Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WHITNEY INFORMATION NETWORK, INC.; a Colorado corporation, | Case No: 2:04-CV-47-ftm-29 |
| Plaintiff, | **NOTICE OF SELECTION OF MEDIATION DATE** |
| v. | |
| XCENTRIC VENTURES, LLC, an Arizona limited liability company; BADBUSINESSBUREAU.ORG, an Arizona limited liability company; and ED MAGEDSON, an individual, | |
| Defendants. | |

Defendant Xcentric Ventures, LLC (Xcentric) gives notice that the parties have selected September 20, 2007 as the date for mediation with John Kock as mediator. Xcentric intends to participate by telephone and Plaintiff has not objected.

DATED this 6th day of June, 2007.

**JABURG & WILK, P.C.**


s/Maria Crimi Speth
Maria Crimi Speth, Esq.
Attorneys for Defendants

10297-1/ASK/LSM/588741_v1

Dockets.Justia.com

**Certificate of Service**

I hereby certify that on June 6, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott W. Rothstein, Esq.
Shawn Birken, Esq.
Rothstein, Rosenfeldt, Adler
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, FL  33301
Attorneys for Plaintiffs

s/Debra Gower

2