## Shawn Birken

**From:** Shawn Birken
**Sent:** Thursday, May 17, 2007 6:32 PM
**To:** 'Adam S. Kunz'
**Subject:** RE: Whitney v. Xcentric

Adam

The five people with knowledge with regards to the deposition will be: Scott Rothstein, Steve Lippman, Susan Stern, Shawn Birken and Pam Dominicis (my assistant).

Please let me know by tomorrow if we have a deal with regards to Magedson's deposition.

Also, I have not heard from you with regards to the production of documents. Please send the documents that you have that are responsive to the Request for Production.

Thanks.

Shawn



IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.