# EXHIBIT 2 – Part 1

Dockets.Justia.com



About the ads below...





📧 E-mail to a Friend
🖨 Printer Friendly Version

Submitted: **4/3/2007 9:1**
Modified: **4/5/2007 5:2**

Category:
**Seminar Programs**

## Russ Whitney, Building Wealth,whitney Educati Group SCAM !!! I paid $995.00 and three days o time to be told that I needed to spend more mo Cape Coral Florida *UPDATE ..can i get my mor back ?

Company
**Russ Whitney, Building Wealth**
Address:
**1612 East Cape Coral Parkway**
**Cape Coral Florida 33904**
**U.S.A.**
Phone Number:
**800-741-7877**
Fax:



On feburary 5th 2007 I attended a free seminar on real estate investing be told that I needed to spend $995.00 to attend a three day workshop estate investing. I accepted the offer and paid with a credit card.

On March 2nd 3rd and 4th I attened the work shop only to find out that called work shop was another promotional attempt to educate me at th

Rip-off Report Corporate
Advocacy Business

Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

**CLICK HERE**

**WANTED DEAD BEAT** DADS & MOMS PUT YOUR DEADBEAT **SPOUSE ON TV!!!** So maybe you can finally COLLECT $$$ **WANTED** Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report email us at *EDitor@ripoffreport.com Rip-off Report will forward your filed Report to Producers.*

Add pictures to your Rip-off Report

**Wealth Intelligence Academy in Florida at a cost of up to $75,000.00.**

I started to see a pattern. I paid $995.00 for the opportunity to get sucke into spending even more money when no service was provided in the f place.

That's an expensive three days only to walk away with nothing.

I wonder what I get for $75,000.00 ?

I don't understand how one SCAM after the next can be legal.I am sure were I that were "SCAMING" the "company" I would be facing a fine an time. What do you think??

Russell
moon township, Pennsylvania
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on Russ Whitney, Buil Wealth, please use the search box below

| Russ Whitney, Building Wealth | Search |

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

## Update Submitted by the original author
Submitted: 4/5/2007 9:35:53 AM Modified: 4/5/2007 12:50:41 PM

# can i get my money back ?

I have heard of people that have used their credit card to pay for the RU WHITNEY scam and received a refund by contacting their credit card c and disputing the charges ,but when I tried this I was told that the charg my CITIBANK account were valid "BECAUSE" per student agreement I days from the date of sale to cancel (the seminar was a Month away fro date of sale) What kind of joke is this ?? what good is the 3 days. How my money back ?

Russell - moon township, Pennsylvania
U.S.A.

## Rebuttal Consumer Comment

Submitted: **4/5/2007 3:27:42 PM** Modified: **4/5/2007 5:21:21 PM**

# You are one of the smart ones

So you spent 995.00 on a worthless seminar. If you read the other post
Whitney, or others like John Beck there may be some ideas about how
about getting your money back. The reason many people get suckered
spending more is that they usually have extremely polished sociopathi
speakers at these seminars, and many people justify spending additio
money because they tell themselves that they already have 995.00 inve
they will spend more. Whitney and fellow psycopaths are counting on t
mindset. You are one of the smart ones who walked and saw through tl
crap.

**Alan - Minneapolis, Minnesota**
**U.S.A.**

---

### *REBUTTAL BOX*
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion on
how to resolve this problem or how to avoid it in the future? ONLY these
types of responses will be added to the filed report, and will be posted
within 24 hours of receipt. Make your voice heard. Let them know your
side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report





Feel free to send us suggestions    Technical questions can be    Best if viewed with Netscape 4,    Having trouble searching or filing a

and comments to our editorial staff.     addressed to our webmaster.     Internet Explorer 4, or AOL 4.0.     report? It may be a browser
                                                                          Support for JavaScript is needed to     problem. See our FAQ for help
                                                                          submit and search for reports.

Home |  File | Update |  Search |  Pictures |  Lawsuits(Coming Soon) |  Revenge Guide |  Privacy Policy
Volunteers |  Thank You! |  Editorial | Donate | Link |  FAQ |  E-Mail Us |  ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



...by consumers, for consumers

RIP-OFF
a service of
badbusinessbureau.com Report™.COM

Don't let them get away wit
Make sure they make the Rip-of

Home   File   Search   Regist

About the ads below...





✉ E-mail to a Friend
🖶 Printer Friendly Version

Category:
**Seminar Programs**

Submitted: **3/26/2007 10:2**
Modified: **3/26/2007 10:2**

# Wealth Intelligency Academy, Focus On Foreclosures, Russ Whitney, Cash Flow Genera Whitney Information Network misrepresented th nature of 3 day seminar...if its too good to be tr IS! Las Vegas, Los Angeles Cape Coral, Florida

Company
## Wealth Intelligency Academy, Focus On Foreclosures, Russ Whitney, Cape Coral FL, Ca Flow Generator

Address:
**1612 East Cape Coral Parkway,
Cape Coral, Fl, Las Vega, Los Angeles California 33904
U.S.A.**
Phone Number:
**800-570-2050**
Fax:



Rip-off Report Corporate
Advocacy Business

My husband and I recently attended the Focus On Foreclosure 3-day workshop for $199. We were excited because I though I was going to g solid primer on how to start with Foreclosures. Instead I got a hard sell

Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

**CLICK HERE**

**WANTED**
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON
TV!!!**
So maybe you
can finally
COLLECT $$$
**WANTED**
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
EDitor@ripoffreport.com
*Rip-off Report
will forward your
filed
Report to
Producers.*

Add pictures
to your
Rip off Report

**'Time Share' high pressure sales.**

**On Day 1, they instructed us to go increase the limit on credit cards an home equity credit line...supposedly to see how easy it is to get money your 1st foreclosure deal...but what they were doing was preparing you their Wealth Intelligence Academy courses for up to $63,000!**

**We attended day 1 and 2, then came home excited but with fear of getti $30,000 debt...so we did research on the net...and found that in additio multiple entries on this site there were other sites that spoke of all the 'shady'things this company and it's owner Russ Whitney have done ov years...goosebumps...so we never made it to day 3...thank God!**

**The title of the seminar was 'focus on foreclosures' but only about 20% material covered very hi level generic stuff on foreclosures you can fin $15 book...the rest was a 'high pressure sales' job. I think we got the $1 worth of info to get us going, but regret having spent 16 x2 hours of ou weekend plus the 'vacation' day I took from work to go sit and listen to sleazy sales man lead you like a "pig to the slaughter" onn how to get i $30K in debt...if that's your idea of fun..then go fot it other wise steer cl**

**Maria**
**Los Angeles, California**
**U.S.A.**

---

## Company Search

**If you would like to see more Rip-off Reports™ on Wealth Intelligency Academy, Focus On Foreclosures, Russ Whitney, Cape Coral FL, Cas Flow Generator, please use the search box below**

Wealth Intelligency Academy, Focus On Foreclosures | Search

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.

or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report





Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



About the ads below...







✉ E-mail to a Friend
🖶 Printer Friendly Version

Submitted: **3/17/2007 8:5**
Modified: **3/17/2007 8:5**

Category:
**Con Artists**

# Russ Whitey Education Group Scam Rip Off Fra Misrepresentation Deceptive trade practices Securities and Exchange Russ Whitney Foreclo Wealth Intelligence Academy Law Suit/ Focus C Foreclosure Cape Coral Florida

Company
**Russ Whitey Education Group**
Address:
**1612 E Cape Coral Pkwy**
**Cape Coral Florida 33904**
**U.S.A.**
Phone Number:
**888-220-0068**
Fax:

Rip-off Report Corporate
Advocacy Business

If you have been swindled in a Russ Whitney scam you will need to res still can't believe we paid $199 to attend a sale pitch. I intend to initiate action law suit for everyone who has ever been suckered into a Russ W swindle. We are Realtors with over 25 years experience and the wherev follow through. When I attended the event, in Portland, OR, on Sept 8th advertised as ?Foreclosure Training?. It said ?there is no better trainin

Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

CLICK HERE

WANTED
**DEAD BEAT**
DADS & MOMS
PUT YOUR DEADBEAT **SPOUSE ON TV!!!**
So maybe you can finally COLLECT $$$
**WANTED**
Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your
Rip-off Report
*email us at*
EDitor@ripoffreport.com
*Rip-off Report will forward your filed Report to Producers.*

Add pictures to your Rip off Report

today's changing market?. We would receive Continuing Education Cre The speaker said we could learn ?the proper way to approach this lucr market?. He said there is a 3 day course in ?well-tested methods that f on high integrity'. We could ?learn all we needed in one convenient pro We had no way of knowing we had just signed up for a Russ Whitney s pitch for $199. Russ will be impressed with the importance of full Discl and fair dealing with the Real Estate Community here in the Northwest. Realtors need to accumulate 30 hours of continuing education (CE) bef they can renew their licenses. This will be a state wide and then a feder involving the Securities and Exchange Commission. The speaker (9/8/0 there was going to be a certificate of completion at the end of the traini program, at the Sheraton Hotel. I verified this with one of the staff on S at the Embassy Hotel. I needed a credit for Continuing Ed. I never hear Wealth Integrity Academy until after my Notice of Cancellation had exp that Sept 8th event, I paid $199 for 3 days training in foreclosures, pre-foreclosure financing, assumptions and short sales techniques and str I kept all the promotional advertising leading up to the so called "3 Day Training Event". The Whitney Education Group and the Focus on Forec company is in deep dodo. The event at the Sheraton Hotel was not inte be training. We were expecting formal education in the subject we paid still have the itinerary dam It! We did not intend to go to an event for th Wealth Intelligence Academy. We couldn't discover this until we were i Sept 29th event, and after our chance to use the "Notice of Cancellatio expired. The event turned out to be a 3 day rally for the Wealth Intellige Academy. I still can't believe we paid $199 to attend a sale pitch. They been evasive, hopping I will go away. But, I intend to initiate a class act suit for everyone who was ever suckered into a Russ Whitney swindle. come back later to explain the amount of deception that these guy are perpetrating on the public. Get involved.

**Patrick**
**PORTLAND, Oregon**
**U.S.A.**

## Company Search

**If you would like to see more Rip-off Reports™ on Russ Whitey Educa Group, please use the search box below**

| Russ Whitey Education Group | Search |

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**

## HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report





Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | **Lawsuits(Coming Soon)** | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



by consumers, for consumers

**RIP-OFF**  Don't let them get away with
Make sure they make the Rip-off

a service of
**bad**businessbureau.com **Report**.COM    Home    File    Search    Registe

About the ads below



RIP-OFF **Do-it-yourself gui**
**Report**.com



what Mortgage Brokers

✉ E-mail to a Friend                          Submitted: **3/8/2007 4:5**
🖶 Printer Friendly Version                  Modified: **3/8/2007 4:5**
Category:
**Corrupt Companies**

# Russ Whitney Cash Flow Generator MU Studen Ripoff Cape Coral Florida

Company
## Russ Whitney Cash Flow Generator
Address:
**www.russwhitney.com**
**Cape Coral Florida 03298**
**U.S.A.**
Phone Number:

Fax:



what
Mortgage
Brokers

I am also a victim of Russ Whitney's Scams. I bought one of his constru
deals "just for students" and got scammed big time. Not only by Russ I
United Mortgage, Gulfstream Development and Douglas Realty. I'm faci
foreclosure now because of fraudulent appraisals, facts, credit reports,
name it they made it up. There are more than 300 students that I have h
that are going through the same thing that I am. We can't even sell our
because they are selling their leftover ones for less than we can sell ou
I know there are two civil action suits going on right now about this situ
Unfortunately you need money to sue. Russ Whitney and the others
mentioned above should be thrown in jail for ruining innocent people's

Rip-off Report Corporate
Advocacy Business

Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

CLICK HERE

**My credit has gone in the toilet and I'm in debt up to my eyeballs. If any can help, I have documented everything and want to publish all of it to his next victims.**

**Thanks,**
**Pam**
**Lehigh Acres/Cape Coral, FL**

**Pamela**
**Londonderry, New Hampshire**
**U.S.A.**

WANTED
**DEAD BEAT**
DADS & MOMS
PUT YOUR DEADBEAT **SPOUSE ON TV!!!**
So maybe you can finally COLLECT $$$
**WANTED**
Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your Rip-off Report *email us at*
*EDitor@ripoffreport.com*
*Rip-off Report will forward your filed Report to Producers.*

## Company Search

**If you would like to see more Rip-off Reports™ on Russ Whitney Cash Generator, please use the search box below**

| Russ Whitney Cash Flow Generator | Search |

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---



Add pictures to your Rip off Report

Feel free to send us suggestions
and comments to our editorial staff.

Technical questions can be
addressed to our webmaster.

Best if viewed with Netscape 4,
Internet Explorer 4, or AOL 4.0.
Support for JavaScript is needed to
submit and search for reports.

Having trouble searching or filing a
report? It may be a browser
problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



by consumers, for consumers

RIP-OFF

a service of
badbusinessbureau.com  Report.COM    Home   File   Search   Registe

Don't let them get away wit
Make sure they make the Rip-of

About the ads below...







✉ E-mail to a Friend

🖨 Printer Friendly Version

**Category:**
**Seminar Programs**

Submitted: **2/27/2007 5:5**
Modified: **2/27/2007 5:5**

## Russ Whitney TOOK MONEY & Wont fulfill on contract - over $14k spent Ripoff Cape Coral Fl

Company
**Russ Whitney**
Address:
**russwhitney.com**
**Cape Coral Florida 33904**
**U.S.A.**
Phone Number:
800-238-0741
Fax:

I am so fed up and dissapointed w/ this company. A couple years ago
signed up for a $12k training/mentorship/camp program and also had s
about $3k on another seminar and software. The first couple were ok, th
mentorship was terrible. I attended a camp in Phoenix (flying from CHic
and was so disappointed I left after the first day. After pulling teeth for i
- they finally refunded a small portion (after i had already spent the
money/airfair/lodging to get there) I had 1 boot camp credit left and hav
hesitated to use it b/c their programs are so dissappointing and i don't
fly accross country to find out again! They said i could wait to attend o
locally - NEVER stating my contract had expired. I've requested refunds
requesting to attend a local camp just to "use" my addition $3000 I ALF

Rip-off Report Corporate
Advocacy Business

Remediation & Customer Satisfaction Program: ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

CLICK HERE

WANTED
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON
TV!!!**
So maybe you
can finally
COLLECT $$$
**WANTED**
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
*EDitor@ripoffreport.com*
*Rip-off Report
will forward your
filed
Report to
Producers.*

**paid. They will not even listen to me - only saying that I have to pay a $** **Activation fee!! Why would I pay MORE $$$????**

**I keep asking to speak w/ Management and they say rude things or han don't get returned calls. etc.**

**Please BEWARE! they sell you saying that you will make up your inves inside of 3 months - so just put in on a credit card. Well, it can be done not w/ their training.**

**I would gladly be part of a class action lawsuit. Or complaint - I see I an CLEARLY NOT the only one being screwed over for thousands by them**

**Natalie**
**chicago, Illinois**
**U.S.A.**

## Company Search

**If you would like to see more Rip-off Reports™ on Russ Whitney, plea the search box below**

| Russ Whitney | Search |

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

Add pictures
to your
Rip-off Report





<table>
<tr><td>Feel free to send us suggestions and comments to our editorial staff.</td><td>Technical questions can be addressed to our webmaster.</td><td>Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.</td><td>Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help</td></tr>
</table>

Home | File | Update | Search | Pictures | **Lawsuits(Coming Soon)** | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



About the ads below.







✉ E-mail to a Friend
🖶 Printer Friendly Version

Submitted: **2/19/2007 1:1**
Modified: **2/19/2007 1:5**

Category:
**Seminar Programs**

## Rich Dad Education Robert Kiyosakis Rich Dad Education partner in crime Russ Whitney Scotts Arizona

Company
**Robert Kiyosaki's Rich Dad Education - Russ Whitney**
Address:
**Cashflow Tech. , 4330 North Civic Center**
**Scottsdale Arizona 85251**
**U.S.A.**
Phone Number:
**800-317-3905**
Fax:

Rip-off Report Corporate
Advocacy Business

"Rich Dad" partner in crime Russ Whitney has brought more trouble to merger. Whitney Information Network has been hit with ANOTHER clas suit.

If you are one of the recently deceived customers of this group you sho check and see if you can join the suit. Deception is the name of the gan Kiyosaki and Whitney. Watch out for them. Here in Kissimmee they sca girlfriend and me. Both of us were lead to believe Robert Kiyosaki was

Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses

CLICK
HERE

WANTED
DEAD BEAT
DADS &
MOMS
PUT YOUR
DEADBEAT
SPOUSE ON
TV!!!
So maybe you
can finally
COLLECT $$$
WANTED
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
email us at
EDitor@ripoffreport.com
Rip-off Report
will forward your
filed
Report to
Producers.

Add pictures
to your
Rip-off Report

free seminar here but to our surprise it was a scam...Robert never shov

In his place were very SLICK salesmen who were aggressively pushing
$30,000 to $60,000 coaching programs. My girl friend bought a lower en
program and now is being denied a refund. We have not used their so-c
services at all.

After reading all of the other people on "Rip Off Report" we quickly saw
we were naive and should have gone with our gut feeling we had when
arrived at the seminar. Attending the seminar and buying the program w
strictly due to our misplaced trust in Robert Kiyosaki. With his name or
felt we were safe. We were wrong. We are now being given the run arou
from the Rich Dad organization..."We are not responsible for this event
though it's called Rich Dad Education with Robert Kiyosaki". Are they
crazy??? The legal actions say their NOT crazy...but rather deceptive. I
have to go to Scottsdale to get our refund in person...WE WILL!!

Carter
Kissimmee, Florida
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on Robert Kiyosaki's R
Dad Education - Russ Whitney, please use the search box below

| Robert Kiyosaki's Rich Dad Education - Russ Whitney | Search |

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion on
how to resolve this problem or how to avoid it in the future? ONLY these
types of responses will be added to the filed report, and will be posted
within 24 hours of receipt. Make your voice heard. Let them know your
side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-off Report





Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



by consumers, for consumers

RIP-OFF
Report™.COM
a service of
bad businessbureau.com

Don't let them get away with
Make sure they make the Rip-off

Home    File    Search    Registe

About the ads below...





what Mortgage Brokers

✉ E-mail to a Friend
🖨 Printer Friendly Version

Category:
**Multi Level Marketing**

Submitted: **2/8/2007 8:5**
Modified: **2/8/2007 8:5**

# John Beck/ Russ Whitney RIPOFFS White Hous Tennessee

Company
# John Beck/ Russ Whitney
Address:
**phillipsinvestment@yahoo.com**
**White House Tennessee**
**U.S.A.**
Phone Number:

Fax:



what
Mortgage
Brokers

Rip-off Report Corporate
Advocacy Business

This is for anyone who is starting to invest in property.All the infomerc tv or advertisement is ripoffs. all they want is your money and have no in how your life or company gose. they ask about your credit cards and pray on that to get the most from you for there false infomations..Russ whitley///and john beck is the worst..john is really just a product for the company if you caal it that...and russ has made millions off people like to believe his info can make you welthy..

just be honest with yourself get intouch with realtors and loan compan help you build your dreams. they know there markets and how to help the most for your needs...

Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses

**Roger**
**white house, Tennessee**
**U.S.A.**

CLICK
HERE

## Company Search

**If you would like to see more Rip-off Reports™ on John Beck/ Russ Whitney, please use the search box below**

John Beck/ Russ Whitney                    Search

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
\*\*\*If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

WANTED
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON
TV!!!**
So maybe you
can finally
COLLECT $$$
**WANTED**
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
EDitor@ripoffreport.com
*Rip-off Report
will forward your
filed
Report to
Producers.*



Over

Add pictures
to your
Rip-off Report

Feel free to send us suggestions        Technical questions can be        Best if viewed with Netscape 4,        Having trouble searching or filing a
and comments to our editorial staff.     addressed to our webmaster.        Internet Explorer 4, or AOL 4.0.       report? It may be a browser
                                                                          Support for JavaScript is needed to     problem. See our FAQ for help
                                                                          submit and search for reports.

Home | File | Update | Search | Pictures | **Lawsuits(Coming Soon)** | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of **badbusinessbureau.com**







☒ E-mail to a Friend

🖨 Printer Friendly Version

Submitted: **11/28/2006 12:3**
Modified: **1/18/2007 3:3**

Category:
**Seminar Programs**

## Russ Whitney Building Wealth I used to work fc Russ Whitney ripoff Cape Coral Florida *Consu Comment ..to whom it may concern

Company
**Russ Whitney Building Wealth**
Address:
**Cape Coral Pkwy**
**Cape Coral Florida 33904**
**U.S.A.**
Phone Number:

Fax:



Rip-off Report Corporate Advocacy Business

I am sorry to hear how many people have been ripped off by his compa went to work for him 8 years ago, and as soon as I realized what was g I quit. Just so you know, he screwed me on my taxes being taken from check, and was just an overall jerk.

Here is what goes on there. He built a company selling" a dream". he la all of you. He talks about his customers like they are morons, that don' that they could buy his book for $10.00, and learn all of the same crap I spreads out over many courses, classes, and mentoring programs. The

Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

CLICK HERE

WANTED
**DEAD BEAT**
DADS & MOMS
PUT YOUR DEADBEAT **SPOUSE ON TV!!!**
So maybe you can finally COLLECT $$$
**WANTED**
Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your
Rip-off Report
email us at
EDitor@ripoffreport.com
*Rip-off Report will forward your filed Report to Producers.*

Add pictures to your Rip-off Report

a con artist, who pays enough people off. very simple. I mean, he was i prison for armed robbery! But he doesn't mention that in his seminar. H about working on a hog farm. Bullsh**. He read up on real estate while prison. he used his father in law's money to get started.

During his seminar, he shows many pictures of example. What YOU do here, is him laughing over drinks how some of those pictures are of his when he was a kid, and some are of his friends. Not investments of his. of them have even been doctored, such as using a marker to make win roof, grass, etc. I am not making this stuff up folks, I have BEEN with hi the other staff while he talked about this.

This is his game. He gets you hooked with the free seminar. Then his s trained on how to string you along buying more. He even shows you ho raise your credit limits so. Why? So then he knows how much you can to pay for your next class. While this is going on, he has a staff of kids to be "customer service".

Actually, they are trained to discourage and upset you to the point that give up on trying to get a refund. They get bonuses on how many "save get! They act like the phone went dead, put you on hold forever, are rud you to call back, etc.

The bottom line is this, he is selling cheap and easily obtained info for money than you can afford. And he doesn't care. he deals in percentag 70% keep the crap, he makes alot of money. He knows he gets complai knows he will have returns, but all he cares about are those who are too or just too discouraged to push for a return. That's it.
He is THE most arrogant a$$hole I have ever met personally.

oh almost forgot about this. He has real estate companies, and a buildi company set up in a different name. What he does is he gets you to his "camp", and then has the instructor take you out to look at real estate. YOU don't know, is that he is selling you HIS properties that he is flippi YOU for a profit! And then you get stuck with some crap house that is a headache, or you can't re-sell. He has his instructor say: "I'll let you in little secret. Always do what the rich do.

Well, I'll tell you what Russ is doing, and then take you to the same companies. You can do what RUSS is doing". hahahaha. yeah, right. Th instructor takes you to HIS building company (Gulfstream Developmen then takes you to look at lots HE owns (Douglas Realty). and talks you doing an investor/construction loan with HIS mortgage company (Unite Mortgage) which he acts like is just some well respected mortgage con he likes to use personally.

The "student" is supposed to feel like they are being let in on a big sec have an inexpensive opportunity to profit big money like him, doing exa what he is doing, without him knowing. But actually, you just lined HIS more, and he made money on the lot, home, and mortgage. You end up

an overpriced house, in an underdeveloped area, and get stuck with hig
construction interest payments when the construction drags on, then n
actually lose money when you try to sell it because why? Here's the be
Because he oversaturated the market with those SAME homes, in the S
area, all at the SAME time. All built by his students that he acts like he
about.

I hope this helps some of you, and pardon me if I sounded like I though
was all so funny. It isn't, and I know alot of you have been hurt. I just ca
believe myself that he gets away with this.

God bless all of you, and stay away from Russ Whitney. Spread the wo

Patty
Lehigh, Florida
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on Russ Whitney Build
Wealth, please use the search box below

Russ Whitney Building Wealth          [ Search ]

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

## Rebuttal Consumer Comment
Submitted: **1/12/2007 1:29:18 AM** Modified: **1/12/2007 10:32:57 AM**

## to whom it may concern

Well Patty you have hit the nail with the ten pound hammer on this sca
I know because he took me for $11000. I have an artical on ripped off fr
medicine hat re. Russ Whitney. The only satisfaction I got was that this
site Ripped Off let me vent and tell others just how much this guy scre
people. I sure wish I seen your article before I invested in this b.s.. I do
know just how crooked this guy is. I never received my software or me
or schooling. When I phoned the BBB of Florida they told me there was
nothing they could do. That this scammer was reported (several Hundr
times). Russ if you or your scamming associates read this I hope you e
my cash. Your day is coming, as everyone must answer to someone in
You laugh and think youv'e won....Time will tell...Ripped Off keep up th
work....You don't realize how much you mean to us viewers and
writers.Thanks alot

Rob - Medicine Hat, Alberta
Canada

## Rebuttal Consumer Comment
Submitted: **1/17/2007 12:56:55 PM** Modified: **1/18/2007 3:38:22 AM**

## Russ Whiney Class Action Suit filed = violated federal securities laws by issuing a series of material misrepresentations to the market durir the Class Period, thereby artificially inflating th price of Whitney Information.

I was researching Russ Whitney and found this today on lawyersandsettlements.com...

Company: Whitney Information Network Incorporated
Ticker Symbol: OTCBB: RUSS
Class Period: November 18, 2003 to December 15, 2006
Date Filed: Jan-02-07
Lead Plaintiff Deadline: Mar-01-07
Court: Middle District, FL

Allegations:
A securities class action lawsuit has been filed on behalf of shareholde
purchased the common stock and other securities of Whitney Informat
Network Incorporated (OTCBB: RUSS) ("Whitney Information" or the
"Company") between November 18, 2003 and December 15, 2006, inclu
(the "Class Period"). The class action lawsuit was filed in the United St
District Court for the Middle District of Florida.

The Complaint alleges that defendants violated federal securities laws
issuing a series of material misrepresentations to the market during th
Period, thereby artificially inflating the price of Whitney Information.

If you acquired the securities of the defendants during the Class Perioc
may, no later than the Lead Plaintiff Deadline shown above, request tha
Court appoint you as lead plaintiff through counsel of your choice. You
also choose to remain an absent class member. A lead plaintiff must m
certain requirements.

Register your Securities Complaint
If you have suffered from financial losses, you may qualify for damage:
remedies that may be awarded in a possible class action lawsuit. Pleas
the link below to submit your complaint for a free evaluation, or call 1-8
5529 toll free.

**Karen - Boynton Beach, Florida**
**U.S.A.**

---

### *REBUTTAL BOX*
#### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---





---

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



About the ads below...





✉ E-mail to a Friend
🖶 Printer Friendly Version

Category:
**Seminar Programs**

Submitted: **1/16/2007 11:2**
Modified: **1/16/2007 11:2**



# Russ Whitney, Wealth Intelligence Academy, St Trader, Edutrandes . sold Stock Investment Tria classes & coaching help..I have requested a ref I cant get any response Draper Utah

Company
## Russ Whitney, Wealth Intelligence Academy, St Trader, Edutrandes Inc.
Address:
**12244 South Business Park Drive, Suite 203,
Draper Utah 84020
U.S.A.**
Phone Number:
800-5702050
Fax:

Rip-off Report Corporate
Advocacy Business

**STAR TRADER - Russ Whitney - Teach Me To Trade - Edutrades,Inc.-W Intelligence Academy (800-570-2050).We went to a 3 day seminar in Cha NC 10-5-2006.**

**Company was presented as "STAR TRADER" Stock Investment Trainin investigated on line. I looked in Florida State Gov. website to see if any**

Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

CLICK HERE

**WANTED**
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON**
**TV!!!**
So maybe you
can finally
COLLECT $$$
**WANTED**
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
*EDitor@ripoffreport.com*
*Rip-off Report*
*will forward your*
*filed*
*Report to*
*Producers.*

Add pictures
to your
Rip-off Report

had been filed.(which is where they were located at that time-(Cape Cor and looked up corporate filings & names and came up with nothing out ordinary. After very persuasive tactics we bought 6 classses @27,990.

On October 10,2006 we get call from Edutrades,Inc (888-831-6866) offer coaching (guaranteeing you to make large amounts of money to pay of credit card charged education)The coach will hold your hand and assis trading till you get learn it. Their motto is "FAILURE IS NO OPTION!" W for thier high pressure sells... This was an additional 13,5000.

Then we realize we are not dealing with Star Trader but this company g all the names listed as head line of this letter.

We got weary..But proceeded..they had problems setting up a coach ar scheduling our sessions. At first they were nice and helpful. Then less and nice. We started asking questions about some of the things that we told at the class and found out they do not exist. What have we gotten i

We requested a refund on October 16, 2006 and mailed a certified letter told us was required..No reply...NO money..They have sent it to the res department. we can't get anyone to call us or answer when we call (we leave a message on an answering machine).

This was 2 1/2 months ago. NO money - No coach - Can not even get th answer a phone call or email.

Terry
Lexington, North Carolina
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on Russ Whitney, Wea Intelligence Academy, Star Trader, Edutrandes Inc., please use the se box below

| Russ Whitney, Wealth Intelligence Academy, Star Tra | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider

information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report





| | | | |
|---|---|---|---|
| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



About the ads below...





✉ E-mail to a Friend

🖶 Printer Friendly Version

Submitted: **12/19/2006 7:2**
Modified: **12/19/2006 7:2**

Category:
**Seminar Programs**

## Robert Kiyosaki "Rich Dad" & Russ Whitney SC ALERT! "Rich Dad" associate being investigate the government. Is Kiyosaki NEXT? Scottsdale Arizona

Company
**Robert Kiyosaki**
Address:
**Cashflow Tech. , 4330 North Civic Center**
**Scottsdale Arizona 85251**
**U.S.A.**
Phone Number:
**800-317-3905**
Fax:



Rip-off Report Corporate
Advocacy Business

The "Rich Dad" organization recently joined with the Russ Whitney organization and the results are being to show that Robert Kiyosaki ha: out and the victims are you and I.

Here in New York I recently went to a so-called "FREE" seminar that I tl Robert Kiyosaki was going be speaking at. To my surprise Robert was the event but rather a bunch of SLICK-TALKING snake-oil salesmen trie sell me $10,000 to $63,000 training packages. Well I was more than ups

Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

CLICK HERE

WANTED
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON
TV!!!**
So maybe you
can finally
COLLECT $$$
**WANTED**
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
*EDitor@ripoffreport.com*
*Rip-off Report
will forward your
filed
Report to
Producers.*

Add pictures
to your
Rip-off Report

left immediately.

I called Robert's office to tell them that someone was running a scam u
Robert's name. TO MY SURPIZE the "Rich Dad" organization confirmed
this was a VALID and authorized seminar that Robert Kiyosaki in fact d
support. I can't tell you how shocked and disheart“n I have become. Th
the biggest sellout I have ever seen in my life. I feel used!! I've thrown a
"Rich Dad" books out in the trash and have made it a point to tell every
these deceptive practices.

Will my actions stop Robert Kiyosaki from using our trust for HIS finan
gain? Of course not BUT justice is on the way. My friend Daniel forwarc
the following news alert that details how the Russ Whitney organizatio
just been subpoenaed by a FEDERAL GRAND JURY for its marketing
practices! HALLELUAJ!!! There is justice in this world. Robert Kiyosaki
company joined with Russ Whitney not long ago so I'm sure their fraud
disclosed soon by Uncle Sam. Shame on you Robert!
Below is the news alert! Pass it on to your friends!

Whitney Information Network, Inc. Receives Grand Jury Subpoena
4:45 PM EST December 15, 2006
Whitney Information Network, Inc. (OTCBB:RUSS) announced today th:
United States Attorney for the Eastern District of Virginia has notified tl
Company that it has commenced a grand jury investigation into certain
Company's marketing activities. The Company received a subpoena on
December 11, 2006 in connection with this investigation requesting
documents and information from January 1, 2002 to the present relatin;
marketing activities. The Company intends to cooperate fully with this
investigation.

The Company's Board of Directors has established a Special Committe
independent directors to conduct an internal investigation of these acti
and the Company's acquisitions of other companies. The Committee ha
engaged the law firm of Wilmer Cutler Pickering Hale and Dorr to assisi
this investigation.

Separately, the Company also announced today that it intends to withd
EduTrades, Inc. registration statement filed with the Securities and Exc
Commission.

About Whitney Information Network, Inc.:

Whitney Information Network, Inc. (OTCBB:RUSS) is a provider of
postsecondary education focused on individual wealth creation and pe
success. Whitney Information Network, Inc. provides students with
comprehensive instruction and mentorship in real estate investment, s
trading, business development and individual investment strategies in
United States, United Kingdom, Canada and Costa Rica. Additional
information can be found at www.wincorporate.com.

**Fay**
**Queens, New York**
**U.S.A.**

---

## Company Search

**If you would like to see more Rip-off Reports™ on Robert Kiyosaki, pl( use the search box below**

| Robert Kiyosaki | Search |

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here *to go to our advanced search page.*

---

### REBUTTAL BOX
#### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-off Report

---





---

Feel free to send us suggestions and comments to our editorial staff.    Technical questions can be addressed to our webmaster.    Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.    Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off

Report.com

Copyright © 2002 A Service of badbusinessbureau.com



a service of
badbusinessbureau.com Report.COM

Home | File | Search | Registe

About the ads below...





✉ E-mail to a Friend
🖶 Printer Friendly Version

Category:
**Seminar Programs**

Submitted: **11/30/2006 8:1**
Modified: **11/30/2006 8:1**

# Rich Dad Robert Kiyosaki & Russ Whitney Russ Whitney investigated by SEC. Russ Whitney is hiding behind Robert Kiyosaki!!! Scottsdale Ari

Company
# Rich Dad Robert Kiyosaki & Russ Whitney
Address:
**Cashflow Tech., 4330 N. Civic Center Plaza**
**Scottsdale Arizona 85821**
**U.S.A.**
Phone Number:
800-317-3905
Fax:



Rip-off Report Corporate
Advocacy Business

**IMPORTANT NOTICE!!!!BEWARE!!!! Russ Whitney is hiding behind Ric Robert Kiyosaki. Now Russ Whitney is being investigated SEC. Read n release below and STAY AWAY from Robert Kiyosaki and Russ Whitne**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Whitney Information Network, Inc. Receives Notice of SEC Investigatio BUSINESS WIRE**
**CAPE CORAL, Fla.--(BUSINESS WIRE)----Whitney Information Network, (OTCBB:RUSS) announced today that on the evening of November 14, had been notified by the Securities and Exchange Commission that the**

Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses

**Commission was conducting a non-public investigation to determine w**
**the Company has violated any securities laws in connection with (i) the**
**efficacy or trading success of the Company's stock market education**
**programs, and, (ii) the Company's acquisition of certain other compani**
**Company intends to provide the Commission with any requested inforn**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLICK
HERE

Daniel
New York, New York
U.S.A.

---

## Company Search

If you would like to see more Rip-off Reports™ on Rich Dad Robert Kiy
& Russ Whitney, please use the search box below

| Rich Dad Robert Kiyosaki & Russ Whitney | Search |

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

WANTED
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
SPOUSE ON
TV!!!
So maybe you
can finally
COLLECT $$$
**WANTED**
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
*EDitor@ripoffreport.com*
*Rip-off Report*
*will forward your*
*filed*
*Report to*
*Producers.*

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion on
how to resolve this problem or how to avoid it in the future? ONLY these
types of responses will be added to the filed report, and will be posted
within 24 hours of receipt. Make your voice heard. Let them know your
side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
\*\*\*If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report



Over

Add pictures
to your
Rip-off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | **Lawsuits(Coming Soon)** | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com





About the ads below...



✉ E-mail to a Friend

🖶 Printer Friendly Version

Category:
**Seminar Programs**

Submitted: **11/10/2006 9:0**
Modified: **11/11/2006 1:1**



# Rich Dad Robert Kiyosaki & Russ Whitney SEMINAR SCAM - BOYCOTT Scottsdale Arizon

Company
**Rich Dad Robert Kiyosaki & Russ Whitney**
Address:
**Cashflow Tech., 4330 N. Civic Center Plaza**
**Scottsdale Arizona 85251**
**U.S.A.**
Phone Number:
800-317-3905
Fax:



In my previous listing I mentioned that Russ Whitney is hiding behind R
Dad Robert Kiyosaki and are offering free seminars together. These ne
boycotted!! Below are the dates; Make sure you boycott them. DON'T B
FOOLED.

**New York - Monday Nov 13th - Marriott Financial Center NYC**

**New Jersey - Tuesday Nov 14th - Sheraton Hotel, Edison NJ**

**New York - Wednesday Nov 15th - Mariott Hotel NYC**

Rip-off Report Corporate
Advocacy Business

Remediation & Customer Satisfaction Program. ED Magedson. Founder Rip-off Report explains how this program works to benefit consumers & businesses

**New York - Thursday Nov 16th - Doubletree JFK**

**DON'T BE FOOLED. If you go to these events you are going to a RUSS WHITNEY event...plain and simple.**

**BOYCOTT!!! BOYCOTT!! BOYCOTT!! BOYCOTT!! BOYCOTT!!**

## CLICK HERE

**Daniel
New York, New York
U.S.A.**

## Company Search

### WANTED
**DEAD BEAT**
DADS & MOMS
PUT YOUR DEADBEAT SPOUSE ON TV!!!
So maybe you can finally COLLECT $$$
**WANTED**
Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your
Rip-off Report
*email us at*
*EDitor@ripoffreport.com*
*Rip-off Report will forward your filed Report to Producers.*

If you would like to see more Rip-off Reports™ on Rich Dad Robert Ki[...] & Russ Whitney, please use the search box below

| Rich Dad Robert Kiyosaki & Russ Whitney | Search |

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
#### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

Rip-off Report.com Do-it-yourself gui

Add pictures to your Rip-off Report

Over

Feel free to send us suggestions
and comments to our editorial staff.

Technical questions can be
addressed to our webmaster.

Best if viewed with Netscape 4,
Internet Explorer 4, or AOL 4.0.
Support for JavaScript is needed to
submit and search for reports.

Having trouble searching or filing a
report? It may be a browser
problem. See our FAQ for help

Home | File | Update | Search | Pictures | **Lawsuits(Coming Soon)** | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



About the ads below...





✉ E-mail to a Friend

🖨 Printer Friendly Version

Category:
**Seminar Programs**

Submitted: **11/10/2006 8:4**
Modified: **11/10/2006 8:4**

## Robert Kiyosaki "Rich Dad" And Russ Whitney BOYCOTT RICH DAD Robert Kiyosaki Scottsda Arizona

Company
**Robert Kiyosaki**
Address:
**Cashflow Tech., 4330 N. Civic Center Plaza**
**Scottsdale Arizona 85251**
**U.S.A.**
Phone Number:
800-317-3905
Fax:



**Robert Kiyosaki and Russ Whitney are doing seminars together in NYC in NY and have started seeing the advertisements for Rich Dad and The Whitney Organization. I've read other posting to BOYCOTT all Rich Dac events. I agree completely and one should be especially cautious when comes to these "Rich Dad & Russ Whitney" seminars. Russ Whitney is hiding behind Robert Kiyosaki. Robert is no longer a friend of the peop Keep away. Pass the word and email this to everyone. If you or someor know is going to a Rich Dad event then understand that you are going Whitney event as well. Boycott them!!!**

Rip-off Report Corporate
Advocacy Business

Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses

**Daniel**
**New York, New York**
**U.S.A.**

---

CLICK
HERE

## Company Search

**If you would like to see more Rip-off Reports™ on Robert Kiyosaki, pl[c]
use the search box below**

| Robert Kiyosaki | | Search |

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company nam[e]*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

### *REBUTTAL BOX*

**MY COMPANY HAS BEEN REPORTED!**
HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion on
how to resolve this problem or how to avoid it in the future? ONLY these
types of responses will be added to the filed report, and will be posted
within 24 hours of receipt. Make your voice heard. Let them know your
side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report



## WANTED
### DEAD BEAT
DADS &
MOMS
PUT YOUR
DEADBEAT
**SPOUSE ON
TV!!!**
So maybe you
can finally
COLLECT $$$
### WANTED
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
*EDitor@ripoffreport.com*
*Rip-off Report
will forward your
filed
Report to
Producers.*

Add pictures
to your
Rip off Report

Feel free to send us suggestions
and comments to our editorial staff.

Technical questions can be
addressed to our webmaster.

Best if viewed with Netscape 4,
Internet Explorer 4, or AOL 4.0.
Support for JavaScript is needed to
submit and search for reports.

Having trouble searching or filing a
report? It may be a browser
problem. See our FAQ for help

Home | File | Update | Search | Pictures | **Lawsuits(Coming Soon)** | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of **bad**businessbureau.com









✉ E-mail to a Friend

🖨 Printer Friendly Version

Category:
**Business Consulting**

Submitted: **7/5/2006 12:2**
Modified: **11/9/2006 10:0**

# Russ Whitney Group, Edutrades Inc., Teach Me Trade, Wealth Intelligence Academy. ripoff your money and not have direct administrative conta ever after Draper Utah *UPDATE ..The SEC Fedd Gov. is now on the Case, Of Teach ME To Trade Russ Whitney

Company
**Russ Whitney Group, Edutrades Inc., Teach Me Trade, Wealth Intelligence Academy.**
Address:
**1612 East Cape Coral Parkway, Cape Coral, FL 33901
Draper Utah 84020
U.S.A.**
Phone Number:
**239-542-0643**
Fax:



Rip-off Report Corporate
Advocacy Business

I went to the seminars in Asheville NC. April 20-22, 2006 paid the 200 do
learn trading in a 3 day course. Was convinced to purchase 15,990 doll
more training with a mentor to boot.

Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

CLICK HERE

WANTED
DEAD BEAT
DADS &
MOMS
PUT YOUR
DEADBEAT
SPOUSE ON
TV!!!
So maybe you
can finally
COLLECT $$$
WANTED
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
email us at
EDitor@ripoffreport.com
Rip-off Report
will forward your
filed
Report to
Producers.

Add pictures
to your
Rip-off Report

Was later called by Tim Kane from Draper Utah telling me that they only this other special help teaching to only 1% of all students. That the rea to make a star student out of me by having 16 weeks of coaching and a trading with the pro's. Copying them trade for trade if I wish to really sh that I could be an example to help bring in more students. One catch w additional 8,510 dollars.

How could I loose, I thought. They promised me a coach in about a wee would recieve my first of 16 books sent each week and I would have to studied up on each for the 45 minute phone contact with the coach. We went by and I was luck to get a supposed coach on a supposed hotline this issue. I could not get contact with the main administration office. I call and leave messages, leave emails to the ladies that took my extra 8 dollars. they were so easy to contact when I was paying and totally imp to contact after getting my money.

After this I got very paranoid and wrote for my money to be returned be was not happy with thier absence and invisibleness.

I wrote first to the Utah Attorney General, and was sent to Consumer Protection. Secondly I wrote to the NC Attorney General Consumer Pro Agency. I got up on Line and studied NC Law to see if they were wrong anyway. I found alot. It still remains to be executed by the NC Governm

They were unlawful for not first showing me the NC Law and rights of a puchaser of a business opportunity. 2nd They did not show there crede and money earnings to me. 3rd, they did not tell me all the names they under. (In fact the had me write a check to TMTT "Teach Me To Trade" a only after the fact from my bank statement came the name "Edutrades I

I would like to help get these crooks out of commission and of course \ like very much to get my very hard earned $24,000.00 (Twenty-Four-Tho Dollars) back.

It was only after the letters from NC Attorney General did a Michael Mcl Corporate Counsel of 1612 East Cape Coral Parkway, Cape Coral FL 33 Write back to The Attorney General's office (NOT TO ME) telling them tl word for word.

RE:Gary H. Patrie, File No. 0606739
Dear Ms Chipman:
I am in receipt of your letter dated June 12, 2006 regarding the above-re complaint. As I understand Mr. Patrie's complaint, he is requesting a re because he was unable to successfully contact someone from our offic mommence his coaching sessions. The nature of this complaint is quit surprising considering we have a customer service department availab during the workweek dedicated to handling these types of matters. Sin derive no benefit from not providing Mr. Patrie with his coaching servic can also fin no reason wh we would simply deny him the assistance he

requests. In any event, the obious solution here is to see that Mr. Patrie
assigned a new coach immediately so he can commence his training. I
that this is handled appropriately and that Mr. Patrie is contacted by his
sometime this week.
**Sincerely Michale J. Mckenna**

I was not pleased at all with this because even to this date I have not ev
been contacted by Him personally nor any other office personal. One c
called Christopher, Got down right angry with me when I told him I wan
to headquarters. He said very loadly "GARY GARY GARY, What do you
to talk to them for you got me to talk to,,, LETs talk about trades, come
need to snap out of it, I can here emotion in your voice..YOU'LL NEVER
a good trader that way. I told him that I work as a small time siding con
and if people have a fear or a complaint they can reach me so that I car
out the problems one way or another. I cant do this here, No one will ta
calls and complaints. This stirs up mistrust.

Also they are in breech of the laws of North Carolina and I wrote back t
Mckenna.

Dear Mr. McKenna, Please be advised of the North Carolina Business
Opportunity Laws.

You are in breech of these articles and must under the Laws set by Nor
Carolina submit a refund and perhaps damages. I am asking for the Tw
Four Thousand Five Hundred Dollars ($24,500) that I paid to the name
(Edutrades Inc.) which was not displayed at the time of the sale. Gary H

**Effective January 1, 1995**
**Sec. 66-94 Par 3** The seller guarantees that the purchaser will derive inc
from the business opportunity which exceeds the price paid for the bus
opportunity; or that the seller will refund all or part of the price paid for
business opportunity, or repurchase any of the products, equipment, s
or chattels supplied by the seller, if the purchaser is unsatisfied with th
business opportunity and pays to the seller an initial, required conside
which exceeds two hundred dollars ($200.00)

**Sec. 66-95** At least 48 hours prior to the time the purchaser signs a bus
opportunity contract, or at least 48 hours prior to the receipt of and
consideration by the seller, whichever occurs first, the seller must prov
prospective purchaser a written document, the cover sheet of which is
in at least 10-point bold face capital letters ?DISCLOSURES REQUIRED
NORTH CAROLINA LAW.? Under this title shall appear the statement in
least 10-point type ?The State of North Carolina has not reviewed and d
not approve, recommend, endorse or sponsor and business opportunit
information contained in this disclosure has not been verified by the St
you have any questions about this investment, see and attorney before
sign a contract or agreement.? The disclosure document shall contain
following information:

(1) the name of the seller, whether the seller is doing business as an individual, partnership, or corporation, the names under which the selle done, is doing or intends to do business, and the name of any parent o affiliated company that will engage in business transactions with purch or who takes responsibility for statements made by the seller.

(2) the names and addresses and titles of the seller's officers, directors trustees, general partners, general managers, principal executives, and other persons charged with responsibility for the seller's business acti relating to the sale of business opportunities. The disclosure documen additionally contain a statement' disclosing who, if any, of the above pe

(a) has been the subject of any legal or administrative proceeding alleg violation of any business opportunity or franchise law, or fraud, embezzlement, fraudulent conversion, restraint of trade, unfair or dece practices, misappropriation of property or comparable allegations;
(b) has been the subject of any bankruptcy, reorganization or receivers proceeding, or was and owner, a principal officer or a general partner o entity which has been subject to such proceeding

Sec. 66-96 If the business opportunity seller makes any of the represen set forth in G.S. 66-94(3), the seller must either have obtained a surety I issued by a surety company authorized to do business in this State or I established a trust account with a licensed and insured bank or saving institution located in the State of North Carolina. The amount of the bol trust account shall be an amount not less than fifty thousand dollars ($ The bond or trust account shall be in favor of the State of North Carolin person who is damaged by any violation of this Article, or by the seller' breach of the contract for the business opportunity sale or of any oblig arising there from may bring an action against the bond or trust accoul recover damages suffered; provided, however, that the aggregate liabil the surety or trustee shall be only for actual damages and in no event s exceed the amount of the bond or trust account.

Sec. 66-98 Business opportunity sellers shall not:

(1) Represent that the business opportunity provides income or earnin potential of any kind unless the seller has documented data to substan the claims of income or earning potential and discloses this data to the prospective purchaser at the time such representations are made;

Sec. 66-100 (b) Any purchaser injured by a violation of this Article or by business opportunity seller's breach of a contract subject to this Articl obligation arising therfrom may bring an action for recovery of damage including reasonable attorneys' fees.

( c ) Upon complaint of any person that a business opportunity seller h violated the provisions of the Article, the superior court shall have juris to enjoin the defendant from further such violations.

(d)The remedies provided herin shall be in addition to any other remedi
provided for the la or in equity.

(e) The violation of any provisions of this Article shall constitute an unf
practice under G.S. 75-1.1.


I am needing help with this....

Gary
Hendersonville, North Carolina
U.S.A.

---

## Company Search

If you would like to see more Rip-off Reports™ on Russ Whitney Grou
Edutrades Inc., Teach Me To Trade, Wealth Intelligence Academy., ple
use the search box below

| Russ Whitney Group, Edutrades Inc., Teach Me To Ti | Search |

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.


## Update Submitted by the original author

Submitted: **7/20/2006 3:34:24 PM** Modified: **7/20/2006 3:34:24 PM**

# The SEC Federal Gov. is now on the Case, Of T(
ME To Trade, Russ Whitney


Since I wrote to my States Attorney General, Russ Whitney's State, FL a
Subsidiary State Utah, this triggered an action that brought the attentio
Federal Government level at the SEC in Washington DC.

They contacted me and took a lot of my information. They stay in conta
me and would like others to step forward. I will gladly have them conta
(((ROR REDACTED PHONE NUMBER FOR SECURITY PURPOSES))) We
email SEC and relay your number.

All your help is most welcome. We need to get together on this and put
company where it belongs.

CLICK here to see why Rip-off Report, as a matter of policy, deleted eitl
phone number, link or e-mail address from this Report.

Gary - hendersonville, North Carolina
U.S.A.

## Rebuttal Consumer Comment

Submitted: 8/13/2006 3:46:54 AM Modified: 8/13/2006 3:46:54 AM

# Thank You!!!!

Let me start by saying I'm so sorry that you have had such a horrible experience. It is certainly a devastating thing to be taken by anyone, let a multi-million dollar company. A

s of today, I am finishing my 2nd day of the 3 day Cash Flow Generator seminar. I was dooped into paying $199 but have gotten some useful in of it. But the useful info is definitly limited. My fiance and I saw the pric the "next level of education". We are obviously shocked by these price were considering, what a good investment, if we only had the money.

For curiousity purposes, I decided to plug in Wealth Intelligence Acade a online search engine. I found lots of negative reporting for all aspects company. What an eye opener! After realizing what kind of company I'n dealing with I checked BBB website. They too don't have nice things to have completely decided against conducting any further transactions v company thanks to you and several others willing to voice their outrage

So Thank You, thank you! I am taking it a step further though! I am goir attend tomorrow's seminar for one purpose only. I will be showing all c mates copies of BBB reports as well as these negative testimonials fro website, about this monsterous company.

If I can also save 1 other person, as you did for me, we will keep $8000- lining Russ Whitney's pockets. As well as save some poor old lady on security, or a single mom struggling to make ends meet. Innocent peop deserve to get scammed just because a company is allowed to get awa it. Hopefully tomorrows venture into undercover sabotage will be a suc Wish me luck!

Corina - Seattle, Washington
U.S.A.

## Rebuttal Consumer Suggestion

Submitted: 9/7/2006 7:17:29 PM Modified: 9/7/2006 7:17:29 PM

# Full Reimbursement

If you have payed for this seminar or any classes with a credit card, ple consider the following:

**Immediately call your Credit Card and file a consumer dispute against 1 companies, demanding a full refund.**

I have done it , and my CC issued me a full refund after explaining to th what has happened.

**Good Luck !**

**Gabriel - Charlotte, North Carolina
U.S.A.**

## Rebuttal Consumer Comment

Submitted: **11/9/2006 9:09:58 AM** Modified: **11/9/2006 9:09:58 AM**

# Thanx you!!

OMG!! THANK YOU for the fine print of the law.
This will become very usefull in my current lawsuit against them, even am in another state.

I honestly think we should all ban together and start filling numberous complaints with the federal government as well as attend any seminar 1 have near you warning people of this scam.

**D - Fort Wayne, Indiana
U.S.A.**

## REBUTTAL BOX

### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report





Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | **Lawsuits(Coming Soon)** | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com