# <u>EXHIBIT 2 – Part 2</u>

Dockets.Justia.com

..by consumers, for consumers

**RIP-OFF**

Don't let them get away wit
Make sure they make the Rip-of

a service of
**bad**businessbureau.com **Report**.COM

Home    File    Search    Registe

| | Submitted: **6/5/2003** |
|---|---|
| | **2:35:09 PM** |
| Category: | Modified: **11/6/2006** |
| **Home based business** | **11:11:59 PM** |

# Teach Me To Trade, Russ Whitney, W I N, Teach Me To Trade, Russ Whitney, Wealth Information Network deceptive company, slime-balls - watch out for these guys Florida Nationwide *Consumer Comment ..Teach Me To Trade Seminar

## Teach Me To Trade
Address:
**Nationwide, U.S.A.**
Phone:
**800-428-5511**
Fax: -

For the last week or so, I've been seeing spots on TV for a stock investment seminar called "teach me to trade" which is being held at three hotels in my area next week. I had considered attending one of the sessions, but first I wanted to find out a bit more about the outfit through online research. When I located their website through the search engine I used, I found out it was merged with Russ Whitney's Wealth Information Network (WIN). I have been familiar with the Rip-off Report for some time now, and remembered reading a few negative write-ups on Russ Whitney, so I saw this as a red flag.

I then reviewed a couple of the Russ Whitney write-ups on this site, and found that his company seems to go around the country milking people for all they're worth through high-pressure real estate seminars. I have reason to believe similar tactics would be used in the "teach me to trade" program, and therefore have decided not to attend. If you're considering attending this seminar, I have one word for you - DON'T!

Thank you Rip-off Report for steering me away from a potential disaster.

**Chuck**
**San Diego, California**
**U.S.A.**

**Company Search**

If you would like to see more Rip-off Reports™ on Teach Me To Trade,
please use the search box below

Teach Me To Trade                    Search

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Comment

Submitted: **8/13/2003 7:09:36 PM**
Modified: **8/14/2003 12:14:18 AM**

## Teach Me To Trade Seminar

I have attended a Teach Me To Trade Seminar. The seminar is extremely informative
and the information one is presented with is accurate and up-to-date. Of course, if you
want to learn how to trade securities successfully using Teach Me To Trade and also
plan on attending the corresponding 3-day workshop, then you should also be
prepared to spend quite a bit of money.

I have meet with stock brokers who informed me they spent much more money on
other systems of stock investing, and what they learned with Teach Me To Trade
doesn't even begin to compare with them. Will one be able to make $5,000 a day, or
over $10,000 in a two week period using Teach Me To Trade?

If your a new-comer to stock trading with limited resouces to invest in the market, then
you would be wise to question these amounts, but if you already have a previous
background in trading securities then these amounts are not unreasonable.

One should consider the money they spend on Teach Me To Trade as money you
would invest with any other type of professional education. I can honestly say without
that education I would never have gained the confidence to trade securites on my own.
You will never lose your money becoming educated. It has been said, one pays for
their ignorance but not for their education. Teach Me To Trade is truly a "one-of-a-kind"
educational trading system.

**Mike - Anamosa, Iowa**
**U.S.A.**

# Rebuttal Consumer Suggestion

Submitted: **11/22/2003 12:23:33 PM**

Modified: **11/22/2003 10:46:50 PM**

## Another Whitney SHILL

It is interesting the "Rebuttal" was from a "Mike" in "Anamosa, Iowa" defending his employer, Russ Whitney.

It is interesting because Anamosa is where the Iowa State Prison is located.

Cooindence? I think NOT~

Heywood - Key West, Florida
U.S.A.

# Rebuttal Consumer Comment
Submitted: **1/10/2004 10:38:04 PM**
Modified: **1/11/2004 10:15:01 PM**

## To: Mr. Heywood, Granted your not going to become a millionare

You are incorrect sir. I am not, nor have I ever been an employee or been employed by Mr. Russ Whitney. The truth be known, in a very short time I will be retired from my present place of employment and I will be self-employeed not working near as hard, working a fraction of the time I do now, and making a heck of a lot more money to boot! I have TMTT to thank for all of this.

Granted your not going to become a millionare overnight making thousands of dollars a day by trading only a couple hundred shares a day when you're starting out - but you can make more money and in less time trading just a few hundred shares than you will putting in a long hard eight hour day. I've already done this on a number of occassions.

Unless you're someone who's only trying to "get rich quick" trading thousands of shares without the experience of first being able to trade a couple hundred shares successfully, or your going to trade stock options without acquiring the specialized eduction needed to handle the extra risk involved with options trading, - go right ahead and lose all your money. It won't be my fault, Russ Whitney's fault, or even TMTT's fault.

The only thing you are correct about is stating you "think not". That would be a correct assessment of the situation.

Mike - Anamosa, Iowa
U.S.A.

# Rebuttal REBUTTAL Owner of company

Submitted: **9/21/2006 4:55:28 PM**
Modified: **9/21/2006 4:55:28 PM**

## wrong company/mistaken identity

We are not Russ Whitney or Teach Me To Trade. We have no affiliation with these companies.

**Dave - Gladstone, Missouri
U.S.A.**

# Rebuttal Consumer Comment
Submitted: **11/6/2006 11:00:17 PM**
Modified: **11/6/2006 11:00:17 PM**

## What about the content?

I have read every report about TMTT on this website and the one common thread is that no one has complained about the content of the courses offered by this company.

Of course, none of the complainants seem to have made it far enough to actually take one of their courses and try to apply what they've learned.

Honestly, I hated the selling too. When they told me I was one of the 1% they offered the special mentoring to, I literally laughed in the guy's face. I knew it was a sales pitch but I chose to look past it to see what the company had to offer me.

I've had my first course, Master Trader, and my first coaching phone call and all is well. I have learned so much - I can actually look at a stock chart and know what it means. I can read candlesticks, decipher the MACD, Stochastics and Moving Averages. I'm about to open my brokerage account and start paper trading. I'm going back to Utah in December for the Covered Calls class and I can't wait.

I'm sorry the people on this website had administrative problems and that some let the selling tactics overwhelm them, but it doesn't mean the company is crooked and has nothing to offer.

I do not work for them, so please don't bother calling me a "plant" - I'm just a new student who is, so far, happy with what I'm learning. I sincerely hope you all get your issues with this company resolved.

Best regards,
Dionne

**Dionne - Saratoga, California
U.S.A.**

*REBUTTAL BOX*

## MY COMPANY HAS BEEN REPORTED!

### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

☒ Banner 468x60

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



Submitted:
**10/28/2006 1:11:09 AM**
Modified: **10/28/2006 1:11:00 AM**

Category:
**Corrupt Companies**

# Russ Whitney ripped off another hard worker BBB Florida refuses to help, Claim he has screwed many people, Dont be screwed like me WARNING Florida - Calgary Canada

Company
**Russ Whitney**
Address:
**Florida**
**Florida, Canada, Internet**
**Canada**
Phone:

Fax: -
Email: www.russwhitney.com

I went to a seminar and got talked into becoming a millionaire. Bought his system/mentors/and software package for thousands of dollars (11,000 Canadian with Florida school program). Got immediately into program as I invested my entire life savings into this.

Was unsatisfied with entire package and whole system, asked for refund and found out that he does not refund people very easy. He sent me refund letter after several threats of lawyers and publicity. I tried to get refund which I was offered in writing as long as I remained silent. Signed document and returned to his company to find out he cancelled letter refund and did not want to refund me after all.

I then threatened him again with lawyers and to go public, and he said that after several letters I sent he has come to the conclusion that I have no money for lawyers and that he as millions and his own law department on stand by. I then went to BBB from Florida and filed complaint. They sent mail back stating that several complaints had been filed and that mine too would be on file. That I would have to file a lawsuit to collect any monies that I paid. I'm just a hard working average guy that wanted to try and get ahead. Russ Whitney seeks people like me everyday. He talks you into a pipe dream and takes your cash. I never even received my software package, mentoring, or

Florida schooling and paid for all. How just is that.

I guess the moral of the story is THAT WHEN IT SEEMS TO GOOD TO BE TRUE, IT IS TOO GOOD TO BE TRUE. ONLY THROUGH HARD WORK AND PERSIVERANCE CAN YOU BE SUCESSFUL.

I really am writing this to help some hopeful fool in the future that thinks they have a chance with this course.....Please read and phone BBB before you invest....

**Rob**
**Medicine Hat, Alberta**
**Canada**

## Company Search

**If you would like to see more Rip-off Reports™ on Russ Whitney, please use the search box below**

Russ Whitney    [ Search ]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

[x] Banner 468x60

---

Feel free to send us suggestions and comments to our editorial staff.   Technical questions can be addressed to our webmaster.   Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.   Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



Submitted:
**8/15/2003 4:55:14 PM**

Category:
**Small Business Services**

Modified: **10/27/2006 11:54:38 AM**

# John T. Reed Aka John Reed Aka Jack Reed The truth about John T. Reed Alamo California *REBUTTAL employee ..A post full of nonsense, half-truths, and lies. a shill for Russ Whitney

Company
## John T. Reed, John Reed
Address:
**342 Bryan Drive**
**Alamo California  94507**
**U.S.A.**
Phone:
**925-820-7262**
Email: johnreed@johntreed.com

**Consumers need to be aware that John T. Reed is the seller of Real Estate investment books and his sole way of selling these books is through his web site. He will not take phone, fax or mail order and will not issue refunds or allow returns.**

**His site is almost entirely dedicated to putting other companies and individuals down who sell Real Estate books. He is known as a Consumer Advocate because of the way his web site is set up but the truth is that his site is designed to sell his own product.**

**He is being sued for libel among other things for his practices on his web site of posting untrue and unverified claims of other gurus in addition to using these other gurus names in a way to divert web traffic from their sites when consumers are doing searches.**

**In the latest suit against him, he has responded by launching a personal attack on the plaintiff on his web site and posts many untruths that can be checked out at http://www.whitney-facts-vs-johntreed.com/.**

**It is easy to read Reeds page and believe he is trying to help people when you search on a particular Real Estate investment course but what one needs to do is read his**

entire site to find he put downs almost all of them and actually calls many fraud and rip off artists while then trying to get you to buy his real estate courses.

By reading his entire site, you will find many contradictions (lies) and find out that he has no very first hand knowledge of these other RE investors. In fact, he states that he gets emails from people who make money off these other course but refuses to publish them because he says these people are stupid and only think they make money.

John Reed has gone on to investigate family members of his competition including 74-year-old women and visiting the grave of a guru's father. This is all one his web site including how he states that a guru probably deserved the abuse he received as a child that included being burned with an open flame and says such practices were acceptable in the 60s.

I urge you all to read his site completely to see what a sick individuals this man is and what extremes he will go to including lying, stating opinion as fact and telling half the story in order to slant your views to think he is a consumer advocate rather than a Real Estate Investment Book seller.

Consumer should be concerned and check out Real Estate Guru's before buying their products but being tricked into thinking you are reading unbiased information is not right nor is it not right to pretend to be a consumer advocate when the only people you are reporting about is your competition.

There are too numerous lies and false information on the John Reed site to post here but he makes statements even regarding the law that are wrong including where he says one can only file for bankruptcy if they have a negative worth and that a company is insolvent if they are in the red. He uses this to say his competition is insolvent or to say that somebody is cheating if they legally file bankruptcy protection. He continues to say one of his competitions was arrested for a hit and run accident when he knows this person was never arrested and never brought to trial. By reading his site you can see all these and many many more contradictions and lies.

This is a not a man you want to do business with in my opinion but if you choose to, please read his entire site to see how his statements change completely regarding issues depending on what information he is trying to sell you.

You should also realize that his books are printed from his computer and then he comb binds them together (like a shcool report) and ships them out via US Post office only and refuses to give you a delivery date. He also states on his site that the US Post office is unreliable but says this is the only way he ships and don't bother calling him to ask when you will get your product.

Jason
New York, New York
U.S.A.

Company Search

**If you would like to see more Rip-off Reports™ on John T. Reed, John Reed, please use the search box below**

John T. Reed, John Reed    [ Search ]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal REBUTTAL employee
Submitted: **5/8/2004 12:43:05 PM**
Modified: **5/9/2004 1:49:40 AM**

## A post full of nonsense, half-truths, and lies. a shill for Russ Whitney

This so-called warning by "Jason" is full of false statements and misleading comments. From reading through it closely, it seems clear to me that he is a shill for Russ Whitney. First, understand that almost everything he says that is negative about John Reed is related to the section of John Reed's website www dot johntreed dot com about Russ Whitney. However, Jason, in his dishonest way does not point this out. He tries to make is sound like John Reed wrecklessly besmirches many different people.

He starts off trying to make it sound as though there is something wrong with Jack Reed and his business practices. Look at that first paragraph: "Consumers need to be aware that John T. Reed is the seller of Real Estate investment books and his sole way of selling these books is through his web site. He will not take phone, fax or mail order and will not issue refunds or allow returns." Ok. That is all factual. And so why mention it? If you read that over, ask yourself if there is anything wrong with these business practices. Read Jack Reed's website and he explains why he has adopted them.

Later, Jason says: "You should also realize that his books are printed from his computer and then he comb binds them together (like a school [sic] report) and ships them out via US Post office only and refuses to give you a delivery date. He also states on his site that the US Post office is unreliable but says this is the only way he ships and don't bother calling him to ask when you will get your product." Again, what is wrong with this? What is the complaint. And it is out of date. Jack Reed no longer sends comb-bound books, he sends perfect-bound books. And there was nothing wrong with comb-bound books anyway.

Here is a completely false statement: " His site is almost entirely dedicated to putting other companies and individuals down who sell Real Estate books. He is known as a Consumer Advocate because of the way his web site is set up but the truth is that his site is designed to sell his own product." If you look at John T. Reed's website, you will see very little evidence of his bashing or "putting down" other sellers of real estate

investment books. He provides information about his books for sale. That seems to me to be a reasonable activity on his own website. Nothing wrong with that, is there? Also he provides many free articles on real estate investing, education on real estate investing, and other topics. He does have a "guru rating" section. And he does say negative things about a lot of the "gurus" there. But then you have to ask yourself, what if he is correct? Then negative comments are sensible, are they not?

I have read over 200 real estate investing books. I have been investing in real estate for about 25 years. I can say from my own experiences with many of the gurus rated on John T. Reed's web site that he is mostly correct. If you bought only books of the people he recommends, you would get an excellent education in real estate investing. Most of the people who he "does not recommend" are not worth reading. I think he is wrong about a handfull of them. Probably about 5-7 that he is negative on, I would say are worthwhile to study. But most of those he does not recommend? He is, from my experience, right. He is honest in telling you a description of the information that he used to rate the people. Thus, you can decide for yourself if you think that the evaluation might be based on weak material.

Jason claim: " He is being sued for libel among other things for his practices on his web site of posting untrue and unverified claims of other gurus in addition to using these other gurus names in a way to divert web traffic from their sites when consumers are doing searches." This is absolute nonsense. There is no way for John T. Reed to "… to divert web traffic from their sites…" What happens is that his site will turn up as one of the places where the name of a guru will show up. Of course, the guru's site also shows up. So people have a choice and can look at both sites, and probably others, to get more information about the person. Also, the statement "…unverified claims of other gurus…" is not accurate. What Jack Reed is accused of doing by Russ Whitney is publishing a criticism of Russ Whitney by one of Russ Whitney's customers which Jack published on his website.

Russ Whitney wants to suppress criticism of his operations. And, if you read the material on John T. Reed's web site, you will see why. Russ Whitney is portayed there as a true rip-off artist. And the only question is, it seems to me, how accurate is John Reed? If you read through the material he presents on Russ Whitney I think you will be impressed with the honesty and clarity of what he says. You will read many different people's desciptions of Russ Whitney's operation and treatment of the public at his "free seminars" on real estate investing, which are clearly shown as being just sales presentations to attempt to pressure people into buying more, very high-priced, Whitney seminars.

"By reading his entire site, you will find many contradictions (lies) and find out that he has no very first hand knowledge of these other RE investors." No citation of specifics here, just general allegations, unsupported. I doubt that you could find many contradictions on Jack's website, and I'm sure that you will not find any lies. That is not Jack's way. He is a very honest, straight-forward person. This is in great contrast to this poster, Jason, who is trying to fool the reader.

I would suggest reading much of John T. Reed's website, not all of it. There is a lot of very good investment information and a description of how people seling real estate investing information operate. It will show you a lot of the shady and unethical

activities that abound in the field. I'd recommend skipping a lot of the discussion of Whitney, as there is an awfully lot and it does not take too long to get a clear picture of what a sorry person Whitney is and how poorly people are treated by him. Also, there is a lot on the website about coaching youth sports and the books on the topic sold by Jack Reed. Unless you are interested in reading that material, I suggest skipping it.

"John Reed has gone on to investigate family members of his competition including 74-year-old women and visiting the grave of a guru's father." Correction: only one 74-year-old woman: the stepmother of Russ Whitney. And what she says about Russ Whitney is so negative that Jack Reed does not even put it on the website. Understand that this whole post by Jason is written by somebody who is dedicated to making Reed seem bad to distract from the negative things said about Whitney. It is real clear to me that Jason is either an employ of Whitney, Whitney himself, or a follower of Whitney. And like Whitney, Jason, will lie and distort to confuse you as a reader.

"This is all one [sic, intended "on," probably] his web site including how he states that a guru probably deserved the abuse he received as a child that included being burned with an open flame and says such practices were acceptable in the 60s." Again, recognize what Jason does not say: this is again talking about Russ Whitney, who Jason is trying to protect. And what Reed says is that Russ Whitney's stepmother says that she never did the "holding the hand over an open flame" action that Whitney claims. She was surprised that Whitney made such a claim. When you read about Russ Whitney carefully in John Reed's website you can see for yourself what you think of Whitney's honesty. I take is that it is much more likely that Whitney is the lier here than that the 74-year old woman is the lier.

Jason states: "I urge you all to read his site completely to see what a sick individuals this man is and what extremes he will go to including lying, stating opinion as fact and telling half the story in order to slant your views to think he is a consumer advocate rather than a Real Estate Investment Book seller." This material is so wrong, that I think that this website does a disservice to readers by allowing it to be published. I understant that there is freedom of speech and freedom of publication in this country, but when nonsense like this is printed, it would be good to eliminate it from public view, I feel. Having false material read by people who don't know better is the same as lying, which it Jason's modus operandi.

Jack Reed does not lie. He is a straight-forward, staight-arrow type of person. Very different from his detractor, Jason. He does sometimes state his opinion as though it is fact. That is so. I doubt very much that he tells half the story. Certainly he tells more of the story than Russ Whitney or "Jason." He even points out what parts of Whiney's books he agrees with and likes. As I say, he is honest.

"Consumer [sic] should be concerned and check out Real Estate Guru's [sic] before buying their products but being tricked into thinking you are reading unbiased information is not right nor is it not right [sic] to pretend to be a consumer advocate when the only people you are reporting about is your competition." What nonsense. First, Jack Reed makes no pretense of being a source of "unbiased information." He says that his comments are his views. His is a website to sell his educational materials. So where is there anything to mislead the reader into thinking that this is "unbiased information?" This is simply a false statement of Jason.

The thing is if there are negative comments about gurus, they are only a problem, it seems to me, if they are untrue. From my experience with many of the gurus rated by Reed, I confirm that most of what he says is accurate. And, if you want to criticize Jack for his negative comments about his "competitors," how about giving him praise for his positive comments about his other "competitors?" Reed tells you which people he thinks sell good eduacational materials and those he thinks sell bad or overpriced materails. And he does not try to sell you any of these people's materials. He does not make profit if you buy the good gurus' materials. So, in that way, he is unbiased.

I have met and talked with Jack Reed several times over the last few years. I found nothing about him that would make me think he is "sick." That is just an unfounded label thrown out by lier Jason.

Notice where Jason is talking about bankruptcy and insolvency. Not being an attorney, I don't pretend to judge how accurate is the material by John Reed. However, again Jason does not point out to you that he is discussing material written by Reed about Whitney, who Jason is trying to make look good. When he talks about the "hit and run" business he is again talking about the discussion of Whitney. As is the case throughout this screed by Jason, he does not point out that fact, trying to make it seem that Reed is wrong about a lot of different people. If you read that section, there is a very detailed report on the incident. Jack does say at ONE PLACE only that Whitney was "arrested." However, from reading Reed's material, you can see that he was only being investigated for the accident and was at the police station. Later, Reed clearly says that Whitney was not indicted. However, Whitney did lose a civil lawsuit and was judged to owe the dead victim's family $1,190,809.

"This is a not a man you want to do business with in my opinion but if you choose to, please read his entire site to see how his statements change completely regarding issues depending on what information he is trying to sell you." Again, I do recommend reading a lot of John T. Reed's website, although probably not all of it. You will learn a lot there. Again, Jason makes a blanket statement that John is dishonest. And again, there is no specific here. Probably it would be impossible for him to honestly cite actual parts of the website which has "...statements [which] change completely regarding issues depending on what information he is trying to sell you." Yes, Reed does try to sell his educational materials. After all, this is his website. And the purpose is to sell the materials. But he does not lie. I see no "...statements [which] change completely regarding issues... ." Simply a false statement by Jason, the lier and Whitney defender.

In my opinion, if you DO want to do business with John T. Reed, you will be very satisfied. He is honest. I have bought many of his educational materials and can attest that they are very good. He writes clearly, he does some very interesting analyses, and he has a long background in real estate investing. You will learn a lot.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

you will find many of my posts on real estate investing bulletin boards, as I answer questions, since I like helping people understand better real estate investing. I find this

Russ Whitney-defending Jason to write lies. I suggest you discard what he says.

Ronald - Oakland, California
U.S.A.

# Rebuttal REBUTTAL Owner of company

Submitted: **9/13/2006 8:53:50 AM**
Modified: **9/13/2006 8:53:50 AM**

## John T. Reed's response to "Jason"

One of my readers told me to look at "Jason's" criticism of me at Ripoffreport. com. I read the first paragraph or so.

He says I am being sued for libel. No, I'm not. I have never been sued for libel by anyone except Russ Whitney and he voluntarily withdrew that suit with no compensation from me within a year of filing it.

Parenthetically, I have spoken to the owner of Ripoffreport.com about being sued by Whitney because Whitney also sued him.

"Jason" also says my entire Web site is devoted to running down other people. That is false as other responders have said and as anyone who visits the Web site can easily see. I did not read and will not bother rebutting whatever else "Jason" said about me.

One general comment: I oppose Web sites that post anonymous criticisms or criticisms by persons who give incomplete names or false names. None of us knows who "Jason" is or whether he is even really Jason. Most likely, that is not his name. He may be a child or another person who is angry at me for a phrase or a sentence of mine that gored some ox of his. He may be one of my competitors.

I think for a site like this to be valuable, the complainers have to provide verifiable facts to support their complaint. Preferably, only those who proved their identity and revealed it in the complaint would be allowed to post.

John - Alamo, California
U.S.A.

# Rebuttal Consumer Comment

Submitted: **10/27/2006 9:27:02 AM**
Modified: **10/27/2006 9:27:02 AM**

## John T Reed Subscriber

I have been investing in real estate for approximately 15 years, during which time I have bought and sold many properties. I forget how I happened to find out about John Reed but I do remember that his books were the first books that I read on the subject of real estate and I also subscribed to his newsletter for a number of years.

I found his books to be very immformative and to the point, and they formed the basis for my knowledge in real estate and I credit him with much of my real estate success. Recently, I resubscribed to his monthly newsletter, and although he occasinaly gets off on some tangeants that have nothing to do with Real Estate, the newsletter is filled with good Real Estate information and I think that it is well worth the subscription price.

I have never communicated with John Reed but I can tell you that I believe him to be an honest man based on the fact that I have read several of his books and many of his Real Estate investment letters. I have often times over the years wanted to thank him for the knowledge that he shared with me that helped me to succeed as a real estate investor.

I can't however say the same thing for many of the so called GURUS in the Real estate seminar industry. Over the years, I have gone to quite a few Real Estate seminars (only the initial free seminar) but have never been interested enough to pony up the thousands necessary to continue the seminar. I have also been ejected out of more than one seminar for questioning the BS that was pouring out of the presenters' mouths.I am always amazed at how effective these hucksters are at roping in seemingly intelligent people and taking their money. I think that they have the same ability to control the minds of the audience as you would find in certain evangelists such as Jimmy Swagart, Benny Hinn, or Peter Popoff.

I bring up these "GURUS" because I think that John Reed probably gets pissed off at the fact that these charlatans are ripping people off by selling them false dreams. I feel that he is doing a public service by exposing these schemes and the people who promote them. Obviously, by doing this, he has made some enemies, but I respect him for having the courage and sense of public good to do it.

I have attended an initial Russ Whitney seminar in the past and I can tell you that from what I saw, John Reed is right on the money, regarding Mr. Whitney's seminars. In any case, I was motivated to write this letter after I happened to come across the post that questions John Reeds integrity. Nobody asked me to write this but I am sure that many of Mr. Reed's subscribers would echo my sentiments about John Reed.
Sincerely,
Steven

Steven - Gresham, Oregon
U.S.A.

---

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

[x] Banner 468x60

Feel free to send us suggestions
and comments to our editorial staff.

Technical questions can be
addressed to our webmaster.

Best if viewed with Netscape 4,
Internet Explorer 4, or AOL 4.0.
Support for JavaScript is needed to
submit and search for reports.

Having trouble searching or filing a
report? It may be a browser
problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



...by consumers, for consumers

Don't let them get away wit
Make sure they make the Rip-of

a service of
bad businessbureau.com

Home | File | Search | Registe

|  | Submitted:<br>**10/23/2006 11:44:56 PM** |
|---|---|
| Category:<br>**Seminars** | Modified: **10/26/2006 5:44:00 PM** |

# Focus On Foreclosure Seminar - Russ Whitney Beware: This is a Russ Whitney course Cape Coral Florida !!!!!

Company
**Focus On Foreclosure - Russ Whitney**
Address:
**Focusonforeclosure.com**
**Cape Coral Florida**
**U.S.A.**
Phone:

Fax: -

**FYI and Warning!**
**I just recieved an invitation to a Focus On Foreclosure seminar in my area. Of course, I always come to this site first to make sure there are no complaints. I then do some additional research as I have been ripped off on other things and want to protect those who are as niave as I used to be.**

**Anyway, while researching I discovered that this is a Russ Whitney course. If you don't know who the guy is do a search on the ripoffreport search bar with his name. Also do a search with his name then scam. Please be careful is you attend one of these seminars as I am sure they probably use the same tactics found in the other ones (stock , real estate etc.)I, of course, can make no claims as to what they are doing as I have not attended the seminar (nor plan to) but I can only give you advice to do your due dilegence before purchasing any products/etc.**

**From the Russwhitney site**

**Do you want to Focus on Foreclosureâ„¢?**
**We have just announced the formal launch of our latest branded course, Focus on Foreclosureâ„¢. This specialized training was developed in response to the rising U.S. foreclosure rate and the corresponding increase in opportunities for real estate investors who use this strategy.**

**We have always offered foreclosure training as an advanced course from Wealth Intelligence Academy® and will continue to do so. But as student demand for this type of training has increased with changing market conditions, we wanted to offer a program that provides the simplest, clearest, most power tools available to create a win-win solution for the real estate investor as well as the homeowner facing foreclosure. Focus on Foreclose is that program.**

**For more information, check out www.focusonforeclosure.com.**

**Russ
Mount Vernon, Washington
U.S.A.**

---

## Company Search

**If you would like to see more Rip-off Reports™ on Focus On Foreclosure - Russ Whitney, please use the search box below**

Focus On Foreclosure  - Russ Whitney    [ Search ]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
#### MY COMPANY HAS BEEN REPORTED!
##### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

---

[ X ]  Banner 468x60

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

http://www.ripoffreport.com/view.asp?id=217338&view=printer                4/9/2007

Copyright © 2002 A Service of badbusinessbureau.com

Rip-off Report.com - badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC Document 116-4 Filed 06/21/2007 Page 22 of 71
Page 1 of 2



| | Submitted:<br>**10/17/2006 9:40:11 AM** |
|---|---|
| Category:<br>**Seminar Programs** | Modified: **10/17/2006**<br>**9:40:00 AM** |

# Russ Whitney - Wealth Intelligence Group Ripoff in early to mid 2005 Cape Coral Florida

Company
## Russ Whitney
Address:
**Cape Coral Florida**
**U.S.A.**
Phone:

Fax: -

**I submitted a report May 11, 2005 about how Russ Whitney's Wealth Intelligence Group conned myself and my wife out of about $13K. I never did anything about because I really didn't know how to start or have the energy to fight with these people any longer. I'm wondering what the statute of limitations for this is and whether or not I can begin filing complaints with whatever agencies I need to. I hope I've not waited too long. Any information would be greatly appreciated**

**Curry**
**Charleston, West Virginia**
**U.S.A.**

## Company Search

**If you would like to see more Rip-off Reports™ on Russ Whitney, please use the search box below**

Russ Whitney     [ Search ]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*

- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

# *REBUTTAL BOX*

## MY COMPANY HAS BEEN REPORTED!

### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

---

 Banner 468x60

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



Submitted:
**10/11/2006 1:04:17 PM**
Category:
**Seminar Programs**
Modified: **10/12/2006 2:05:00 AM**

# Rich Dad Robert Kiyosaki - Russ Whitney Kiyosaki has sold OUT!! Rich Dad gets RICHER on you and I Phoenix Arizona

Company
**Rich Dad Robert Kiyosaki - Russ Whitney**
Address:
**Cashflow Technologies , 4330 N. Civic Center Plaza, Suite 100**
**Scottsdale Arizona  85251**
**U.S.A.**
Phone:
**800-317-3905**
Fax: -

**I read the notice about Robert Kiyosaki, Rich Dad, joining forces with Russ Whitney's group. Shame on you Robert! You have lost another avid follower. A friend of mine here in Phoenix recently saw the Rich Dad himself driving around town in his Bentley! I bet he bought that with his dirty money from Russ Whitney. I will let everyone know in my local real estate club to stay away from the Rich Dad Company. Thanks for the heads-up Rip-off-report!!!**

**Carol**
**Phoenix, Arizona**
**U.S.A.**

**Company Search**

**If you would like to see more Rip-off Reports™ on Rich Dad Robert Kiyosaki - Russ Whitney, please use the search box below**

Rich Dad Robert Kiyosaki - Russ Whitney     [ Search ]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*

Rip-off Report.com - badbusinessbureau.com
Case 2:04-cv-00047-MHT-SPC    Document 116-4    Filed 06/21/2007    Page 25 of 71
Page 2 of 2

- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN Rip-Off REPORT.**

CLICK HERE to File your OWN Rip-Off Report

---

 Banner 468x60

---

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



Submitted:
**10/9/2006 2:56:56 PM**

Category:
**Seminar Programs**

Modified: **10/10/2006 12:58:00 AM**

# Rich Dad Organization, Rich Dad Robert Kiyosaki And Russ Whitney's Whitney Information Network Rich Dad Sold Out!! Scottsdale Arizona

Company
**Rich Dad Robert Kiyosaki - Russ Whitney**

Address:
**Cashflow Technologies , 4330 N. Civic Center Plaza, Scottsdale, Suite 100
Scottsdale Arizona  85251
U.S.A.**
Phone:
800-317-3905
Fax: -

**BEWARE!! BEWARE!!**

**Did anyone catch this last week? that Rich Dad Robert Kiyosaki and Russ Whitney are teaming up!!!**

**\*\*The news release is posted below\*\***

**I'm shocked and appalled that Rich Dad Organization is joining up with the Whitney Information Network. There are numerous complaints regarding Russ Whitney's group posted on this site. I was pushed by a friend a year ago to read Rich Dad, Poor Dad and I got sucked in. I've attended his seminars and have purchased almost all of his books but when I saw the union with Russ Whitney I was deeply disappointed because it shows that the Rich Dad Organization has sold out and has clearly stopped caring about us, his fans and readers. Please BEWARE of this development and get the word out NOW is the time to STAY AWAY from the Rich Dad Organization.**

**\*\* PRESS RELEASE \*\*\***
**--------------------------**
**The Rich Dad Way**
**Joint Venture Unites Two Big Names in Financial Education**

CAPE CORAL, Fla.--(BUSINESS WIRE)--Two powerhouses in the field of financial education The Rich Dad Company and Whitney Information Network, Inc. (OTCBB:RUSS)? have combined forces in a joint venture that will teach The Rich Dad Way.

The new company created by this synergistic fusion, Rich Dad Education, LLC (RDE) will be a multi-tiered educational company that delivers the life-changing financial philosophies and content from the Rich Dad Company through the proven educational model developed by Whitney Information Network (WIN).

Rich Dad Poor Dad and the Rich Dad series of books has sold over 26 million copies worldwide, is translated into 46 languages, and available in 97 countries. The series has dominated best seller lists across the U.S., Asia, Australia, South America, Mexico and Europe. Rich Dad Poor Dad ranks as one of the longest-running bestseller on several lists including The New York Times, BusinessWeek, The Wall Street Journal and USA Today. It has held the top spot on the benchmark New York Times list for nearly six years.

Whitney Information Network, a leader in the field of financial education, currently offers more than 25 different courses both in America and several international markets on creating and preserving wealth through real estate investment, stock trading, business development and financial investment. On average, more than 30,000 students attend the company's training events every month.

As a result of this joint venture, Rich Dad Education training will be offered as a series of educational courses developed to prepare people to take positive action in implementing the Rich Dad principles into their lives to achieve true, long-term financial independence.

Robert Kiyosaki, author of the Rich Dad books and founder of The Rich Dad Company, states, Partnering with Whitney Information Network allows us the opportunity to teach our personal finance philosophies and principles using an established, and successful, delivery model. We plan to launch the courses in three major metropolitan markets: Chicago, New York and Phoenix - this fall.?

Russell A. Whitney, Chairman and Chief Executive Officer of Whitney Information Network, believes that this partnership will have solid benefits for students as well. ? Educating people about personal finances can yield greater results when students are working with instructors and mentors on applying what they learn to their daily lives,? Whitney says.

About the Rich Dad Company

The Rich Dad Company www.richdad.com (CASHFLOW Technologies, Inc.) teaches personal finance and business to people throughout the world through books, seminars and educational products including the popular board game CASHFLOW 101. The company was founded in 1997 by partners Robert Kiyosaki, Kim Kiyosaki and Sharon Lechter. Rich Dad Poor Dad and the Rich Dad series of books, published in 46 languages and available in 97 countries, has sold over 26 million copies world-wide

and has held a spot on the New York Times bestseller list for nearly six years. In 2006, The Rich Dad Company launched the brand Rich Woman with the launch of Kim Kiyosaki's book, Rich Woman. The company is based in Scottsdale, Arizona.

**About Whitney Information Network, Inc.**

**Whitney Information Network, Inc. (OTCBB:RUSS) is a leading provider of post-secondary education focused on individual wealth creation and personal success. Through its wholly-owned subsidiary, Wealth Intelligence Academy, Whitney Information Network provides its students with comprehensive instruction and mentorship in real estate investment, stock trading, business development and individual investment strategies. Additional information can be found at www.wincorporate.com.**
--------------------

**Marlon**
**Tarzana, California**
**U.S.A.**

---

**Company Search**

**If you would like to see more Rip-off Reports™ on Rich Dad Robert Kiyosaki - Russ Whitney, please use the search box below**

Rich Dad Robert Kiyosaki - Russ Whitney        [ Search ]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
#### MY COMPANY HAS BEEN REPORTED!
##### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

[x] Banner 468x60 !

---

Feel free to send us suggestions      Technical questions can be      Best if viewed with Netscape 4,      Having trouble searching or filing a

Rip off Report.com - badbusinessbureau.com                           Page 4 of 4

and comments to our editorial staff.   addressed to our webmaster.   Internet Explorer 4, or AOL 4.0.   report? It may be a browser
                                                                     Support for JavaScript is needed to   problem. See our FAQ for help
                                                                     submit and search for reports.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



..by consumers, for consumers

RIP-OFF

Don't let them get away with
Make sure they make the Rip-of

a service of
bad businessbureau.com Report.COM

Home | File | Search | Registe

Submitted:
**10/9/2006 9:27:14
AM**
Modified: **10/9/2006
12:48:00 PM**

Category:
**Realtors**

# Russ Whitneys Building Wealth Seminar ripoff Cape Coral Florida *Consumer Comment ..Who's wealth?

Company
**Russ Whitneys Building Wealth Seminar**
Address:
**1612 East Cape Coral Parkway
Cape Coral Florida  33904
U.S.A.**
Phone:
**800-741-7877**
Fax: -

**Russ Whitney Building Wealth 3 Day Seminar - SCAM/Fraud**

**I attended the 3 day Russ Whitney Wealth Building Seminar, paying $995.00, and was
totally dissatisfied. Most of the first day and the morning of the second day were
devoted to selling you 'additional' training classes - priced from $9,000 up to $43,000,
software to run your business, and even an additional seminar in Orlando, FL for 4
days and 4 night where you gt to 'rub elbows' with multi-million dollar real estate gurus
- for an additional $1,500.**

**Needless to say, after a day and a half, I could see the writing on the wall and and
decided to cut my losses and leave. This entire seminar was a scam and dedicated to
selling you more products and services instead of teaching you about real estate.**

**If you haven't paid your money for this RIP-OFF scan - don't ! Take a nice vacation
instead.**

**Joseph
Suwanee, Georgia
U.S.A.**

**Company Search**

**If you would like to see more Rip-off Reports™ on Russ Whitneys Building Wealth Seminar, please use the search box below**

Russ Whitneys Building Wealth Seminar        [ Search ]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Comment

Submitted: **10/9/2006 10:37:59 AM**
Modified: **10/9/2006 10:37:59 AM**

## Who's wealth?

**Yes this is a wealth building seminar, but the wealth building is strictly for Russ and his band of sociopaths not for you.**

**Alan - Minneapolis, Minnesota
U.S.A.**

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.

CLICK HERE to File your OWN Rip-Off Report

---

[ x ] Banner 468x60

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



...by consumers for consumers

RIP-OFF

Report™.COM

a service of
badbusinessbureau.com

Don't let them get away wit
Make sure they make the Rip-of

Home    File    Search    Registe

Submitted:
**9/25/2006 8:50:30 PM**

Category:
**Tutoring**

Modified: **9/25/2006 8:51:00 PM**

# Teach Me To Trade, Wealth Intelligence Academy, Russ Whitney Group, Edutrades Scam artists, bogus claims, misrepresentations and high pressured sales to an unknowing and uninformed public Draper Utah

Company
## Teach Me To Trade, Wealth Intelligence Academy

Address:
**1612 East Cape Coral Parkway
Cape Coral Florida  33901
U.S.A.**
Phone:
**888-831-6866**
Fax: -

These rip-off artists set up shop at various hotel locations and advertise their workshops on TV to draw new sheep to the slaughter. It starts out as a 3-day seminar for $180.00 and they have you believing any knucklehead can make a killing in the stock market if they pay TeachMeToTrade to show them. I unwittingly took the bait and paid $17,000. Ouch! That's right, $17,000. I was told that it was much less than the cost of a college education and would pay for itself many times over for the rest of my life. It also was tax deductible because it was an educational expense.

I signed up for two mentoring programs and attended a 3-day seminar (Master Trader) in Chicago. The Master Trader course was pedestrian. One of my mentors was actually helpful and I think she really had a sincere desire to see me succeed. The other mentor was bored out of his mind and taught me very little. I had paid to attend one more course in the program but didn't see the point of spending more to attend an out-of-town seminar when I no longer believed in the overall program.

These people prey on people's dreams, fill their heads with promises and unrealistic expectations and then sic slick high-pressured sales people in on them to make the kill. Innocent and decent people will tell themselves I've got to go after my dream. TeachMeToTrade might be my last chance. Don't do it. These people will let you down

**and the price tag is hefty.**

**Daniel**
**Columbus, Ohio**
**U.S.A.**

---

### Company Search

**If you would like to see more Rip-off Reports™ on Teach Me To Trade, Wealth Intelligence Academy, please use the search box below**

Teach Me To Trade, Wealth Intelligence Academy    [ Search ]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

[×] Banner 468x60

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Copyright © 2002 A Service of badbusinessbureau.com



..by consumers, for consumers

RIP-OFF

Don't let them get away wit
Make sure they make the Rip-of

a service of
badbusinessbureau.com Report™.COM    Home    File    Search    Registe

|  | Submitted: |
|---|---|
|  | **7/19/2006 5:47:57 PM** |
| Category: | Modified: **9/10/2006** |
| **Seminar Programs** | **11:52:58 AM** |

# Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices... ripoff Draper Utah *Consumer Comment ..This guy is simply an employee who gets commission for each sale. He knows how to scam, but not how to trade squat.

Company
## Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices...
Address:
**12244 South Business Park Drive**
**Draper Utah**
**U.S.A.**
Phone:

Fax: -

Attended the free siminar at a hotel. Instructor showed how their basic trading system worked using a specific model.

Was told that more information would be available if I attended the 3 day seminar. More methods, how to avoid most loss, bigger gains, etc. Also was told that I would be getting information on a particular web address to get investment information not well known to the public, and a book for the class. I paid the tuition to attend on the basis that if during the first session I didn't like the class, I could get a refund. The first class was a "rainstorm". So much information that I found it difficult to sort good from bad. Since the first class was overflowing with information, the rest should be good too. No. The second session continued the teasing from the first free seminar; providing just enough information to get your interest, then telling you to get the full package and more information, you needed to attend the next class XXX. The stock market software used for demonstration had a price tag on it (price sheet), but was not for sale. Only could obtain by taking certain classes (would be given to us free then), as we were "not ready for it yet". The third class session did provide a few more market trading

procedures, but more than half the class was devoted to sales of "higher education".

During the class, interuptions were constant as they called each person to get personal advisement on the best class for them. Those that signed up for additional classes left the seminar immediately. I don't know if they were asked to or what. I didn't purchase a class. I continued the remainder of the class but missed out on the how-to being taught. I would have rather had that information and talked after the class was over.

The bulk of the information is given in the first class. (no refund if past the first class.) The rest is just enough to keep you interested. By looking at the pages of notes taken, about 6 pages the first day, 4 pages second day, 2 pages third. All were told there was no way to get all the information needed in three days. We had to have the next XXX classes to continue.
I never did get the web address promised, nor was the class taught following the book provided. There were some examples from the book, but most were from the instructor, who did not follow the book. He used overhead projector and slide show.
The instructor informed us at the first session that he was a private contractor, and quite proud of that fact. He knew what he was doing.

Most people who attended were retirees, widows, widowers, etc. The next set of classes ranged from $X,000 to $XX,000. One had the promise of a mentor for a big $X,000 price difference.

That is my experience and observations with this company. Why not put together an investment school instead of seminars? Oh yeah, laws and regulations don't apply to seminars as they do to schools.

Bob
Kansas City, Missouri
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices..., please use the search box below

Teach Me To Trade, Star Trader, Whitney Education,    | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Comment

Submitted: **7/20/2006 1:35:14 AM**
Modified: **7/20/2006 1:35:14 AM**

# This guy is simply an employee who gets commission for each sale. He knows how to scam, but not how to trade squat.

Bob you wrote" Why not put together an investment school instead of seminars?
The reason is that the goal here is not to teach anything, the goal is to get you to spend that XX,000 for absolutly nothing period. Yep, get a room full of uneducated traders and scam them. Oh one more thing about this "teacher" being a private contractor, who is is proud of that fact and knew what he is doing. The truth is if he did know what he was doing, he would be doing it. Not speaking at scam seminars. This guy is simply an employee who gets commission for each sale. He knows how to scam, but not how to trade squat. The real traders are trading and you will never hear a peep from them, they are making money and don't give a rip if you do.

Alan - Minneapolis, Minnesota
U.S.A.

# Rebuttal Consumer Suggestion

Submitted: **9/10/2006 9:54:47 AM**
Modified: **9/10/2006 9:54:47 AM**

# Full Reimbursement

If you have payed for this seminar or any classes with a credit card, please consider the following:

Immediately call your Credit Card and file a consumer dispute against these companies, demanding a full refund.

I have done it , and my CC issued me a full refund after explaining to them what has happened.

Good Luck !

Gabriel - Charlotte, North Carolina
U.S.A.

---

### REBUTTAL BOX
#### MY COMPANY HAS BEEN REPORTED!
##### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.

---

or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

Banner 468x60

Feel free to send us suggestions        Technical questions can be         Best if viewed with Netscape 4,      Having trouble searching or filing a
and comments to our editorial staff.     addressed to our webmaster.        Internet Explorer 4, or AOL 4.0.     report? It may be a browser
                                                                            Support for JavaScript is needed to   problem. See our FAQ for help
                                                                            submit and search for reports.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com

Rip-off Report.com - badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC    Document 116-4    Filed 06/21/2007    Page 38 of 71
Page 1 of 4



Home    File    Search    Registe

Submitted: **7/6/2006**
**3:17:35 PM**
Modified: **9/10/2006**
**11:52:58 AM**

Category:
**Home based business**

# Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices, stock trading education ripoff, refund never issued, bunch of liers and thieves Draper Utah *Consumer Comment ..They will say anything

Company
## Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices...
Address:
**12244 South Business Park Drive**
**Draper Utah  84020**
**U.S.A.**
Phone:
866-302-8058
Fax: 801-617-3638
Email: customerservice@teachmetotrade.com

I attended a 3days workshop with "Star Trader" on March 30th through April 01, 2006, for which I paid $99 on March 01 at the 3 hours free workshop.

Later I received another invitation on the mail from "Teach Me To Trade", for which I attended another 3 hours of a free workshop, for which I enrolled and paid $399 to attend the Workshop held in Dania Beach at the Wyndham Hotel.

Before I enrolled, I asked if this company wasn't the same thing or related to Star Trader, since I wanted to make sure I wasn't going to attend the same workshop again, and I was told NO.

I attended Thursday June 15th and Friday 16th only, once I realized that it was the same company when the speaker started talking about the packages, programs and prices, everything was exactly the same thing as it was with Star Trader.

Since I wasn't interested in going through the same sell speech again, and since I was

told something that wasn't the truth, I replied upset that same Friday at the back of the salon and I asked for a refund immediately.
I spoke with Daniel Araujo and he told me that he felt sorry for what I was told, and that he wished to refund me right away, but he couldn't do it from there since he said they had the credit card machines only to get payments, not to give refunds, and he gave me the phone # of the Company and told me to speak with Melody to get the refund.

I faxed to them a letter asking to get a full refund on my credit card for the $399 I paid.

They have a 3 days Notice of Cancellation on their receipt, but they said they have a policy that if you are not 100% satisfied with their services, you can call them to cancel anytime before the 30 days after the day of the purchase, which I did on the June 19th, and also I sent to them the same letter through e-mail just to make sure they were not going to say later they didn't get anything from me.

They use different company names to camouflage themselves and to mislead the public interested in a particular business, which in this case is Stock Trading, though they have real Estate Classes for which a read they have riped off other people too.

Then they use as a defense the right to cancellation during the 3 business days, but in reality that is not possible to happen when they have held the seminar much later than the 3rd business day, actually they held the seminar on June 15th through 17th.

I expected to get a real training and not a sell speech on where their only intentions were to suck more money from the public:
They have different packages, from $9000 to the ridiculous amount of $40,000!!!!

After I sent the letter through fax to them I called them up to find out if they had received my letter and they said they were going to contact me in 2 weeks to inform me about the process of my refund. Since I haven't heard from them, I decided to make them a call today, and I received as a response that they are not willing to issue me a refund!!!

I told them that I was going to continue forward with this dispute, and I threatened them to report them to the BBB (Better Business Bureau), to the CFTC (Commodity Futures Trading Commission) www.cftc.gov , to the FTC (Federal Trade Commission) www.ftc.gov, as well as the Attorney General's Office in my state and theirs. Also I threatened with going at every seminar they will hold and start talking bullshit about them.

They are a bunch of thieves that lye to the public, after this happened I was doing some research and I found this site with many sad complaints against them here...
This company should be shut down and they should be sent to jail.

Dolores
North Miami, Florida
U.S.A.

Company Search

**If you would like to see more Rip-off Reports™ on Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices..., please use the search box below**

Teach Me To Trade, Star Trader, Whitney Education,    [ Search ]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Comment

Submitted: **7/6/2006 6:37:29 PM**
Modified: **7/6/2006 6:37:29 PM**

## They will say anything

**Now you have seen how they operate. They will say anything, do anything to take as much money as they can from the people that attend the sales pitches. Go figure how many people in that room times what 300 bucks each min, then if you go for that they will try again because they know if they have a "hot one". They are sociopaths, and if you think they are hard to deal with after losing 400.00 just think how they will hide if you give them 40 thousand. At least you have the sense to walk, I just read a story how a guy lost 24,000 to these types of operations. I say send them all to Iraq and use them for testing of road side bombs and lets stop losing the real heros over there.**

**Alan - Minneapolis, Minnesota
U.S.A.**

# Rebuttal Consumer Suggestion

Submitted: **9/10/2006 9:52:53 AM**
Modified: **9/10/2006 9:52:53 AM**

## Full Reimbursement

**If you have payed for this seminar or any classes with a credit card, please consider the following:**

**Immediately call your Credit Card and file a consumer dispute against these companies, demanding a full refund.**

**I have done it , and my CC issued me a full refund after explaining to them what has happened.**

**Good Luck !**

**Gabriel - Charlotte, North Carolina**
**U.S.A.**

---

## *REBUTTAL BOX*

### MY COMPANY HAS BEEN REPORTED!

#### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

---

 Banner 468x60

| | | | |
|---|---|---|---|
| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |

Copyright © 2002 A Service of badbusinessbureau.com



...by consumers, for consumers

RIP-OFF **Report**™.COM

Don't let them get away wit[h]
Make sure they make the Rip-of[f]

a service of _____
*bad*businessbureau.com

Home    File    Search    Registe[r]

Submitted:
**5/17/2005 6:32:02
AM**
Modified: **9/10/2006
11:52:58 AM**

Category:
**Financial Services**

# Teach Me To Trade, Whitney Education, Russ Whitney Unethic Business Practices, Bait and Switch Cape CCape Coral Florida *Consumer Comment ..Teach Me To Trade provides quality, experienced instruction

Company
## Teach Me To Trade, Whitney Education, Russ Whitney

Address:
**1612 E. Cape Coral Parkway
Cape Coral Florida  33904
U.S.A.**
Phone:
**866-302-6642**
Fax: -
Email: tmtt.com

I went to a "free" seminar for Teach me to Trade. They spent 2 hours telling you how you can have financial freedom and you will only have to spend $200 for their 3 day seminar and software. As a former Chicago Board of Trade Floor trader, I thought the software was worth the $200 and I would go to the seminar to see if they had any good information.

The first day of the seminar you are told that if you follow their exact "recipe" you can be successful in trading. The instructor says she made $100,000 her first year but she did everything they told her to do and that included spending $30,000 on their classes and software. The instructor spends 3 hours telling you her background and how she came to this seminar and it changed her life. She makes it clear that she never traded before and learned everything from their classes.

The second day they continue teaching you the basics of trading and how their software will help you identify stocks to trade but you have to learn how to read charts and they have classes for that and other advanced classes you will need. In addition, you must use their software that is $1800.00.

Many of the participants had begun to be skeptical that this was just another sales pitch and for most beginners was too confusing to start trading.

The third day many of the participants are skeptical and talking about other software and classes that are much cheaper. Any time there were a few of us talking the sales people made sure they came over to break it up. They asked a gentlemen to leave and threatened him simply because he mentioned the name Russ Whitney. We were told that Russ bought this company. Russ does not have a good reputation and is in fact a convicted felon. The man refused to leave and was allowed to stay.

They asked people to fill out what packages they were interested in buying which the least expensive being the software for $1795, then $7995, $10,995, $13995, $19,955, $25,995, and $30,995. They encourage people to go into debt to get these packages because they assure them they will make the money back if they follow their "recipe".

During the lunch break, I was approachd by a sales person and accused of marketing a software. I told them that someone had asked me a question and I answered them. They asked me to leave and threatened to call the police. I welcomed this because I wanted to see what the police would do with their complaint. I offered to call the police myself and the sales person got very loud and angry. I stood firm that I would finish the seminar unless they refuned my $200.00. After a crowd had gathered, he said he would refund me the money which they did. I was happy to get my $200.00 back and believe that I made the most money of anybody attending this seminar

You have to wonder why they are so concerned that people talk with one another. There is software available that can do more that what theirs does for a lot less. Classes are available at community colleges and elsewhere for $100-200 and not the $4,000 that they charge.

Interstingly, they make claims that if you follow their plan, they have a 95% success rate but don't show any statements or back up that fact. Russ Whtineys company showed a 12 million dollar in the last quarter of 2004. If he is so successful, why is the company loosing millions.

Trading is not as easy as they would make you believe and most people will loose their money. This company takes advantage of the most financially vulnerable and should be stopped.

Denise
Glenview, Illinois
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on Teach Me To Trade, Whitney Education, Russ Whitney, please use the search box below

Teach Me To Trade, Whitney Education, Russ Whitne [ Search ]
In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*

Rip-off Report.com - badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC    Document 116-4    Filed 06/21/2007    Page 44 of 71
Page 3 of 8

- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Comment

Submitted: **8/28/2005 2:44:12 PM**
Modified: **8/28/2005 2:44:12 PM**

## Teach Me To Trade provides quality, experienced instruction

I feel badly that Denise did not have the same experience at her 3 day seminar that I did at mine. I took a 3 day seminar in Natick, MA in April of 2005 for $199. I had done some trading between 1999-2000 and knew some of the most basic trading strategies and terminologies. Although I had made a good deal of money trading, the market was screaming at the time and a monkey could have done the same. When the market corrected, I lost all of the money that I had made and more because I didn't have a trading education in place. What I saw at the 3 day seminar convinced me that I would never have to worry about losing that badly again.

Are the courses that the company sells to you expensive?? I thought so and most people would agree. However, I got a bachelor's degree in Mechanical Engineering that cost me $60,000. Why did nobody try to talk me out of it? Because education is expensive... Why is it that nobody seems to mind spending $150,000 to send their child to get a college degree in underwater basket weaving but they think that it is unfathomable to spend upwards of $30,000 to learn something that could set them up for life? Furthermore, the MOST expensive package that they sell is $30,000. I walked out of the 3 day course having spent about $200 for the course and $1,800 for the Trade Seeker software. I can honestly say that I could not have traded as effectively as I have been able to for the past few months if I did not have this software. Since I have taken the course in April, the market has not been performing very well at all and I still have more than paid for the software with the profits that I have made. I am thrilled about it and can not wait for the market to start performing so I can take huge advantage of it. I have recently purchased another $10,000 in courses without hesitation.

I have to state that I am in no way affiliated with Teach Me To Trade. I have willingly purchased what they were selling because I honestly felt that it could help me create financial independence. On a side note, I did not experience what Denise did with respect to salespeople breaking up conversations and asking people to leave. I will say that I was not hugely impressed by the majority of the salespeople at the seminar. Although they all had trading experience, most seemed to act less like traders and more like sellers. However, I was not there to see them! I was there to see the speaker. You are not forced or obligated to buy anything from these people. There were many sceptics at the seminar that I attended as well but I chose not to listen to them. I urge

you to do the same.

In my humble opinion, if you are looking to make $1,000,000 this year in the stock market with only a $199 investment for a three day course, stay away from this opportunity. That would be the equivalent of me wanting to make $1,000,000 this year as a plastic surgeon by buying a book on advanced face lift technique and knowing what a scalpel looks like. However, if you are a fairly intelligent person with an open mind and a willingness to learn, you can take advantage of a great opportunity. I hope that at the very least, you take advantage of the 3 day seminar for $199. It changed my life!

Sincerely,

Steven - Goffstown, New Hampshire
U.S.A.

# Rebuttal Consumer Comment
Submitted: 9/16/2005 6:26:08 AM
Modified: 9/16/2005 6:26:08 AM

# Teach Me to Trade, Whitney Education Group

I also attended the free TMTT seminar in Feb 05 and did sign up for and attend the $199 3-day training academy in Mar 05 in Norfolk Va. But I also did my research and knew what I was getting into before I went. As previously posted by another, it never ceases to amaze me what people will expect to get from any of these "programs". Any of these "free" two hour seminars are just an open opportunity overview of the program and a sales pitch for the real material. Do you really think you are going to learn how to be an accomplished stock trader in two hours for FREE ? But that is the nature of our microwave, give it to me NOW, society. I also have a mech engineering degree and flew airplanes in the USAF for over 27 years and I can guarantee you I spent A LOT more than a few thousand dollars and a few thousand hours before I was proficient at accomplishing those feats.

I thought the info presented at the 3-day training was well worth the $199 but it is a typical Russ Whitney operation. High pressure sales pitch for the "next seminar" or course. The Trade Center software you get with the 3-day course is good, but is incomplete without the Trade Seeker software they try to get you to buy. In my case, after researching the Whitney Education Group, I was not going to buy into the expensive packages but they would not sell me just the Trade Seeker software. I also did not like that they took a good hour out of my seminar time to try and high pressure sales tactic me into buying a package after I said no. Also, many in the seminar had paid up to $2000 for this same course I got for $199 and the "success coaches" (i.e. WEG salesmen) in the back of the room would not refund the difference. But again, I KNEW about this before I went into the room because I did my research. I have used what I learned that weekend to make money in the market and to build off of through other programs.

I think much of the issue is the Russ Whitney operation. TMTT stared out as Maverick

Rip-off Report.com - badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC    Document 116-4    Filed 06/21/2007    Page 46 of 71
Page 5 of 8

Trading, became TMTT, and was bought by WEG in 2002. BTW, WEG also bought up Star Trader (Rance Masheck's stock program, he is now a VP at WEG) and the Rice brothers "Cash Flow Generator" real estate program in 2003. If you check the BBB reports on these companies it appears they had good reps before they got involved with Whitney. Of course most people on the web think Whitney has horns and a tail so we shall see what becomes of these companies. Rance Masheck had a good rep with the Spread Trader Edge system and Star Trader when he owned the company (Quantum Vision). I may even take some of the WEG courses based on the Masheck old spread trader system based on what I find out in the future.

You have to know what you expect to get from these courses before you go and you HAVE to know what you should be paying for. DO THE RESEARCH BEFORE YOU GO TO THAT FIRST "FREE" SEMINAR. There is value for a certain price but in this case it was not worth $2000, it was worth $199, and maybe there is or is not value in TMTT's other courses, I will see later.

I actually have gone with another program and am very happy with them. Check out INVESTools Inc. However, you do your own research, as that is all I will say about them. You do the research and don't walk into an "open meeting" expecting to come out an expert for next to nothing. If you are the kind of person who goes on a free vacation weekend and ends up buying a time share condo then STAY our of the open seminars. Or (like me) if you can take their free hotel room, take the tour, then go to the local realtor and rent that condo for the week you want without buying it you can profit by going to somne of these "opportunities".

Thomas - Seaford, Virginia
U.S.A.

# Rebuttal Consumer Comment
Submitted: **12/11/2005 8:08:50 AM**
Modified: **12/11/2005 8:08:50 AM**

## so far pretty good

I went through the free seminar,,, the 200 dollar 3-day and purchased 14thousand dollars worth...

I will tell the good and the bad.
the bad? immediately I was contacted by some female... "melanie" I think-and I was "interviewed" as a good 'candidate'....
the next day some salesman named matt L contacted me and began pressuring me to (A) raise my credit card limit and then utilize his/their techniques to "roll over" my (they hoped) purchases of MORE classes and a COACH,,, which wasnt mentioned in the 3 day workshop.
(B) that I had to make a decision almost immediately,,,

I informed this clown that I have done a variety of sales (door-to-door,,, telephone,,, as well as my own catering business) and that he should drop the sales tactic and just explain why I should but the additional $8500.oo worth of stuff...

Rip-off Report.com - badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC  Document 116-4  Filed 06/21/2007  Page 47 of 71
Page 6 of 8

I continually reminded him that I already shelled out 14 K and havent made any money (not the company's fault; they stressed DO NOT trade until you study the on demand classed and started using and learning the software) so I wanted to start seeing some $$$,,, then I certainly have no problem furthering my $$$education spending. LOGICAL, so far- EH?

this imbecile continues to browbeat me as if I have a 103 IQ.... and after I have told him I DID SALES AND KNOW WHAT HE'S DOING (maybe he has a 'room-temperature'IQ) I finally told him to go play with himself (thats the "G" rated version) and immediately called the TMTT company.
they were terrific; probably because they saw (A) I spent $$$,,, and (B) in chatting with me, see Im not a chowderhead(I hope)

more good..... the software that scans and locates stocks based upon YOUR parameters is indeed terrific,,, somewhat tough to use,,, but as I learn it is getting easier.
my friend and I went ahead and did a trade AGAINST WHAT WE WERE TAUGHT (dont but in the 1st 30 minutes of market being open) and immediately went into a sour position...

I got out at a 500 dollar loss (MY FAULT, NOT THE COMPANY) and later I used some of what I learned with the on demand 1st class (master trader) and ecovered 480 dollars,,,which was simply reading minute-by - minute charts-- so I would have to say that based upon my EXTREMELY LIMITED use of the system, I am pleased.
Im no fool,,,, I realize that it takes alot of homework to see if this really works,,, and I am a natural skeptic,,, but I will give it a solid chance. I may have overpaid, but I do agree,,,,, you need to spend $$$ for educational tools,, and I already have seen stuff in their software and classes that will be useful to me.

whitney ?? maybe he got lucky with this setup,,, maybe I am blind, but Im tired oftyping so draw your own conclusion!!!!!!!!!!

Victor - Oakland Park, Florida
U.S.A.

# Rebuttal Consumer Comment
Submitted: 3/31/2006 12:56:33 PM
Modified: 3/31/2006 12:56:33 PM

## I didn't sign up for the course, but...

... when I went to the free seminar, my hopes were that I would learn a tip or two that would improve my chances in the stock market. I knew I would be getting a sales pitch and told another attendee prior to the registration that is what they were going to do.

After the presentation the guys in the back of the room were doing their best to get people to sign up. That is what salespeople do. However, I explained my situation to the gentleman trying to sell me - that I had no disposable income every month, that I thought the 3-day seminar and the Trade Center software would be worth the full price

Rip-off Report.com , badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC    Document 116-4    Filed 06/21/2007    Page 48 of 71
Page 7 of 8

if I already had a trade account with sufficient funds to make the trades that would pay for the $39.95/month data feed (which he was kind enough to tell me was necessary for the Trade Center software to be worth anything at all) and that I might be back in the future after I have a trade account that could pay for the data feed. He said he understood and that was that. I still got the free 2-CD information package they promised for attending.

Like Victor of Oakland Park, CA said: do your research, have reasonable expectations, and don't buy anything you are not thoroughly conviced in your own mind (minus the high-pressure sales tactics) is worth the asking price. Never buy on the spot from one of these outfits. Go home, research them like I am doing, and if it still looks good, catch them next time around.

I was reminded of one stock strategy I had read elsewhere but forgotten - find an on-line broker that has cheap stop-loss orders and use them to "lock in" profits. Don't "marry" a stock, "date" it. I did learn from the freebie seminar that covered calls are allowed in self-directed IRA trade accounts and can be used to make money off a stock that has low volatility. Additional education (trip to the library) on how to write a good covered call contract is necessary, but it is nice to know I could make money on a solid company that the market is treating with indifference. So my two hours was worth it. Your mileage may vary.

Keep your eyes open, and good luck!

Phil - Nashville, Tennessee
U.S.A.

# Rebuttal Consumer Suggestion

Submitted: **9/10/2006 9:53:28 AM**
Modified: **9/10/2006 9:53:28 AM**

## Full Reimbursement

If you have payed for this seminar or any classes with a credit card, please consider the following:

Immediately call your Credit Card and file a consumer dispute against these companies, demanding a full refund.

I have done it , and my CC issued me a full refund after explaining to them what has happened.

Good Luck !

Gabriel - Charlotte, North Carolina
U.S.A.

*REBUTTAL BOX*

**MY COMPANY HAS BEEN REPORTED!**

HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

[x] Banner 468x60

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



| | Submitted: **8/5/2004** |
| --- | --- |
| Category: | **5:01:22 AM** |
| **False TV Advertisments** | Modified: **9/7/2006** |
| | **9:19:04 PM** |

# Russ Whitney, Aka Whitney Education Services, Aka Wealth Intelligence Academy Russ Whitney, Aka Whitney Education Group, Aka Wealth Intelligence Academy $24,980 Rip-Off: Lies, Misrepresentation, and Evasion Cape Coral, Florida Cape Coral Florida *Consumer Suggestion ..Did you get your money back?

Company
## Russ Whitney, Aka Whitney Education Group, Aka Wealth Intelligence Academy
Address:
**1612 Cape Coral Parkway**
**Cape Coral Florida  33904**
**U.S.A.**
Phone:
800-238-0741
Fax: -

We attended Russ Whitney's free seminar and were initially impressed with the information.

Feeling safe with their "100% satisfaction money-back guarantee," we decided to purchase a 3-day seminar for $1,790. They "wooed" us with the claim that after the 3-day seminar was over, we "would be up and running and on our way to our 1st real estate purchase within 30 days." This was lie #1 and the biggest misrepresentation ever. The 3-day seminar was a hook; Once we were there, they spent the better half of the 2nd day trying to sell us more classes.

They claimed that the 3-day training was only "an introduction," and that in order to get a "PhD" in the subject, you needed to buy their "Platinum Package" and "Advanced Training Classes." In essence, they contradicted themselves by first telling us that we would be "up and running in 30 days," after just the 3 day training, and then told us that we didn't really have all the information we needed because this was an

"introduction to real estate investing only." Thus, there was no way we could actually attain the "30-day" claim unless we bought more classes. They scare you about how "if you don't do it right, you can lose thousands," and so you need their "expert coaches to show you exactly how to do it."

Well, we were convinced this was an introduction and that we needed more training if we were going to do the business. Some family members of ours own rental properties, and we knew this concept could work. This fact coupled with the high-pressure, highly-emotional and deceptive sales tactics of the Whitney representatives led us to purchase more. We went on to pour another $23,190 into the classes and "personal coaching." This amount was broken up into many smaller charges on several of our credit cards.

They "taught" us on the 1st day of the seminar a "tactic" on how to use "OPM" (Other People's Money) to purchase property by increasing the credit limits on all our credit cards. They gave us an "assignment" on the 1st day to go home and call all our credit card companies and increase our credit limits. "Only the winners and truly serious people who will succeed in this business will complete this assignment," they touted. In retrospect, this was a scandalous practice that opened the door to raping us financially and charging their "Platinum Package" on our credit cards.

We were initially aware that we'd be taking just 2 classes in Florida with our "modest" Classic Package purchase of $7,490 that they explained at the 3-day training. But they went on to sell us a "personal coaching package" over the phone shortly thereafter for $15, 700. We were told all of the training would be over the phone and through emails over the next year. This was lie #2. They failed to mention they were "upgrading" us to a "Platinum package," and that only ten ½-hour "phone sessions" were included, not "one year of training and phone coaching" as we were led to believe. The rest of the charges reflected more out-of-state classes. There is no way we would have agreed to more classes since we are busy and can't afford the time off work and cross-country travel!

Lie #3 was about their "unparalleled customer service" and "100% satisfaction money-back guarantee." We were promised our personal coach would call us within 3 days of the actual sale. The call didn't come until 23 days later when we were "supposed to have made our first sale and recouped our investment," as they touted. But instead nearly 1 month's worth of finance charges had racked up on our credit cards. I called the credit card companies and began filing billing disputes. I made over 20 calls to their company over the next 2 months demanding a refund, and was told to leave a message on the original representative's voice mail, or was told that "the matter had to be run by a supervisor and they would call me back."

They never called back. They kept pawning us off to "other supervisors" who never returned our calls. I mailed two certified letters, three faxes, and one email to the central headquarters in Florida and one to Mr. Russ Whitney himself. I detailed the exact dates of my phone calls and interactions with the company, and explained that no services had been rendered and we were appalled at the horrendous lack of customer service. Two and a half months after our cards had been charged, we finally received a letter stating they would only give a partial credit. What they failed to recognize is that we are NOT "100% satisfied" with their service, and they should

Rip-off Report.com  badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC   Document 116-4   Filed 06/21/2007   Page 52 of 71
Page 3 of 5

refund our money on that basis alone if they are going to back up their 100% money-back guarantee. Furthermore, we never took the classes in Florida, no services have been rendered, and we want nothing to do with the company. So while we were offered a partial refund, we are still stuck with $9,280 on our credit cards for classes we have not taken, not to mention the loss of our valuable time and efforts spent dealing with them. I have spent at least 30 hours in writing letters and making phone calls. That amounts to $3,000 of my time lost to this company.

If you don't want to believe our story or think that we are simply one unhappy customer out of thousands, then go to the internet for yourself. Just type "Russ Whitney" in your search engine, and you will find innumerable websites with wrenching stories of more rip offs. Furthermore, they have an UNSATISFACTORY rating with the Better Business Bureau for unresolved complaints. At this point in time, we are still trying to negotiate for the $9,280. If this company has any integrity, we will be more than happy to stop picketing and reflect the company's willingness to listen and work with it's students and back up all its claims. Until that time, I have a message for all of America, Canada, and the United Kingdom to hear. RUSS WHITNEY, WHY DON'T YOU STOP HASSLING YOUR STUDENTS AND OWN UP TO YOUR CLAIMS OF "100% SATISFACTION MONEY-BACK GUARANTEE"??? WHY DON'T YOU MAKE REFUNDS AS PROMISED AND STOP TAKING INNOCENT, HARD-WORKIKNG PEOPLES' MONEY?!?!?!

John
Los Angeles County, California
U.S.A.

## Company Search

**If you would like to see more Rip-off Reports™ on Russ Whitney, Aka Whitney Education Group, Aka Wealth Intelligence Academy, please use the search box below**

Russ Whitney, Aka Whitney Education Group, Aka W  [ Search ]

**In order to assure the best results in your search:**

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

# Rebuttal Consumer Suggestion
Submitted: **6/7/2006 9:55:10 PM**
Modified: **6/7/2006 9:55:10 PM**

## Did you get your money back?

My husband and I took his course also, we bought the software but it is basically useless to us. We also were sold some mortgage payoff and had to sign up for a merchant account on the spot and had 55.00 taken out of our acct for 36month. I read

Rip-off Report.com, badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC    Document 116-4    Filed 06/21/2007    Page 53 of 71
Page 4 of 5

your report and was wondering if you got your money back and have you been profitable in the real estate buisness?

**Lisa - Blue Springs, Missouri**
**U.S.A.**

# Rebuttal Consumer Suggestion
Submitted: **9/7/2006 7:38:15 PM**
Modified: **9/7/2006 7:38:15 PM**

## Full Reimbursement

If you have payed for this seminar or any classes with a credit card, please consider the following:

Immediately call your Credit Card and file a consumer dispute against these companies, demanding a full refund.

I have done it , and my CC issued me a full refund after explaining to them what has happened.

Good Luck !

**Gabriel - Charlotte, North Carolina**
**U.S.A.**

---

### REBUTTAL BOX
#### MY COMPANY HAS BEEN REPORTED!
##### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

[x] Banner 468x60

Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Copyright © 2002 A Service of badbusinessbureau.com

..by consumers, for consumers

RIP-OFF

Don't let them get away wit
Make sure they make the Rip-of

a service of
**bad**businessbureau.com **Report**™.COM

Home        File        Search        Registe

Submitted: **8/2/2006**
**10:31:38 AM**
Modified: **9/7/2006**
**9:06:14 PM**

Category:
**Seminar Programs**

# Russ Whitney Group, Edutrades, Teach Me To Trade, Wealth Intelligence Academy ripoff Cape Coral Florida *Consumer Suggestion ..Full Reimbursement

Company
## Russ Whitney Group, Edutrades, Teach Me To Trade, Wealth Intelligence Academy

Address:
**1612 East Cape Coral Parkway**
**Cape Coral Florida  33901**
**U.S.A.**
Phone:
**239-542-0643**
Fax: -

In October 2005, I attended a three day Teach Me to Trade workshop with my friend. At the end of the seminar we purchased three more advanced training camps, software and a personal mentor program.

On or about November 29, 2005 a sales representative from The Whitney Education Group contacted us to discuss a new training program entitled "Elite-Coaching".

Having just purchased the other workshops and investing a great deal of money without having even taken the courses yet we were a bit apprehensive. The sales representative was very good at convincing us that we should not let this opportunity fly by as we were being considered for a new program. He then went on and told us it was an exclusive opportunity and that very few participants were being offered the opportunity to invest in the coaching program. (We soon found out that this was not true, we talked to many people at our first advanced training class and found that everyone was offered the coaching program. The exclusivity of the program which had been mentioned in the sales pitch was a lie).

During our phone conversation with the sales representative we were told that if we were to sign up for the coaching classes he would also be able to offer us additional advance training camps at a special discounted price. He went on to tell us it was in

Rip-off Report.com - badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC    Document 116-4    Filed 06/21/2007    Page 56 of 71
Page 2 of 5

our best interest to take the advance training courses in conjunction with the coaching program to get the best specialized training from Teach Me to Trade's stock market experts. We were also offered at a special price (if we signed up for the coaching classes) the opportunity to work with our personal mentor at our home rather than us going to him/her.

We were then asked to write down our 3 month, 6 month and 1 year goals. Our first 3 month goal was to pay off the large credit card bills that we would have for purchasing the additional advanced training camps, onsite mentoring program and Elite Coaching. The sales representative told us that we would not have any problem paying off the monthly payments. He even showed us where to go to apply for a 1 year, 0% credit card.

Because of the time of year it was, the sales representative asked us if we would be able to make a commitment during the "busy holiday season". He asked us if we would be able to put in the 5-10 hours per week and if we would be able to keep our commitment to our coach's appointments. He committed to us that a coach would be calling us and that we would be getting the process started before the holiday season.

Because our schedules were somewhat hectic we specifically asked the sales representative if we would be able to make the appointments around our schedule (Tuesday nights after 5). He guaranteed us that that was not a problem. He told us the coaches would work with us and make it most convenient for our schedules.

The sales representative went on to tell us that we should discuss when we were going to take our first advance training class because it was essential that we get started right away and that we should get acquainted with the coaching department as soon as possible.

The very next week I contacted Karamie Foster who was contacting us regarding payment for the classes. I told her we were very interested in getting started right away, we had signed up for our first advance class in January and we wanted to start the coaching right away as we were told to do by the sales representative.

This is the response I got from Karamie:


"Karamie Foster"
12/06/2005 03:27 PM

RE: Welcome Letter

I will let the coaching dep. Know that you are ready to get started, but I will let them know you want to get started

My response to Karamie:

From: Maureen
To: Karamie Foster
Subject: RE: Welcome Letter

Rip-off Report.com  badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC    Document 116-4    Filed 06/21/2007    Page 57 of 71
Page 3 of 5

Hi Karamie,

I'm sorry I don't understand your response. Could you please clarify if we will be starting today.

Thank you,
Maureen

Karamie's response:

The coaching department is about 2 weeks behind, due to the Hoildays, so I don't know the exact date of when you will actually begin your sessions, but I will let them know that you are ready, and hopefully they will be able to get you in asap.

Unfortunately, the call never came and the impedance was placed on us to call TMTT only to find out that there weren't enough resources for us to get started at that time.

As the holidays came and went and our class was coming upon us I decided to call the coaching department again and inquire about when our actual start date would be. I was getting nervous that we would not be able to get our first coaching class in before our first advance class. The person that I talked to in the coaching department said that they were still very behind and that they would contact us when they had an opening.

I then told this person that we would prefer Tuesday nights after 5 o'clock. He said that basically we had to take what we could get, that the only way we could get a schedule like that was IF there was a coach available at that time.

I called again weeks later and again was told they were behind, this went on for over 4 months! Needless to say, already our first 3 month goal was not met, but NOT due to the fact that we were not keeping our commitment to the coaching department but because The Whitney Education Group was not keeping their commitment to their customers.

Commitment:
Because you are committing to this program, we also provide a service commitment to you. This states that we will work with you until you are satisfied, and if we don't satisfy you within the first year, we will continue to work with you until you are, provided you have fulfilled the following commitments:

- You must work 5-10 hours a week on your investing business.
- You must keep all scheduled appointments with your coach,
- And you must apply the principles and practices that we teach you.

Currently, no service was ever provided to us at all by The Whitney Education Group as was promised by the sales representative. We are very disappointed in the company and have lost the steam in the whole process. We feel the sales representative lied to us and grossly misrepresented the company.

I have called and emailed the Whitney Education Group on numerous occasions asking

for a refund, I have yet to get any response from them.

Because I could not make the monthly payments on my credit card, the interest rate has gone up and I was then forced to take a loan from my 401K to help pay off the debt.

Maureen
Milford, Massachusetts
U.S.A.

## Company Search

**If you would like to see more Rip-off Reports™ on Russ Whitney Group, Edutrades, Teach Me To Trade, Wealth Intelligence Academy, please use the search box below**

Russ Whitney Group, Edutrades, Teach Me To Trade   | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Suggestion

Submitted: **9/7/2006 7:18:10 PM**
Modified: **9/7/2006 7:18:10 PM**

## Full Reimbursement

If you have payed for this seminar or any classes with a credit card, please consider the following:

Immediately call your Credit Card and file a consumer dispute against these companies, demanding a full refund.

I have done it , and my CC issued me a full refund after explaining to them what has happened.

Good Luck !

Gabriel - Charlotte, North Carolina
U.S.A.

---

### *REBUTTAL BOX*
**MY COMPANY HAS BEEN REPORTED!**
HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or

---

positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

| x | Banner 468x60 |

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



Submitted: **4/6/2006**
**7:00:49 PM**
Modified: **4/6/2006**
**7:01:00 PM**

Category:
**Builders & Contractors**

# Russ Whitney - Millionaire University - Gulfstream Development Group - Ripoff Millionaire University No Help in Sight to Sell this Property Cape Coral Florida

Company
**Gulfstream Development Group - Millionaire University**
Address:
**4829 Coronado Parkway**
**Cape Coral Florida  33904**
**U.S.A.**
Phone:
239-549-7981
Fax: 239-945-5995

**My daughter and I both purchased a home each while attending a weekend seminar at Russ Whitney's Millionare University. It was offered to us as an opportunity to be able to get into a real estate purchase with a hands off approach. For an investment of approximately $14,000 we would purchase this $278,000 4BR 2Bath 3Car Garage home as a preconstruction property and by the time it was completed, we would have a contract for purchase through their real estate agency and reap the reward of between 16,000 and 22,000 making it as sizable profit. We both bought these homes and at the present time the construction time has been over 18 months and we have a total of $22,000 each invested into these homes without a buyer in sight. Trying to get help and support has been next to impossible, since the right hand does not know what the left hand is doing...no straight answers since no-one knows anything...many of the contracts for sale on these homes have fallen through without a decent deposit by the buyer or are non-existant.If there are any other homebuyers such as this we are looking to create a class action suit.**

**Patricia**
**Tampa, Florida**
**U.S.A.**

Company Search

**If you would like to see more Rip-off Reports™ on Gulfstream Development Group - Millionaire University, please use the search box below**

Gulfstream Development Group - Millionaire Universit    [ Search ]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

---

## REBUTTAL BOX

### MY COMPANY HAS BEEN REPORTED!

HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

---

[x] Banner 468x60

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com



Submitted:
**2/21/2002**
Modified: **3/16/2006**
**7:34:09 PM**

Category:
**False TV Advertisments**

## Russ Whitney - Scam Alert - Whitney Education Group Cape Coral Florida *Consumer Suggestion ..Stop the Russ Whitney Rip Off

Company
**Whitney Education Group Inc**
Address:
**4010 Corronado Parkway**
**Cape Coral Florida**
**U.S.A.**
Phone:
**1-800-741-7877**

**STAY AWAY FROM RUSS WHITNEY - THIS GUY IS CROOKED....**

**What ever this guy is selling [fraudlently pushing], stay away, he makes his money mostly by trying to act like an expert,with no college education. His website is wonderful, you would think he was an expert. He is good at promising people a money making real estate system that does not work. He walks off with the cash, and you loose your money....He tries to sell you more...It happened to me...his acting like an expert is only part the course! And as for the OTC stock update on his company, how about Russ....STOP ROBBING PEOPLE, and be a decent person and give people their money back!!! Then your stock would be valued at nothing!**

**Company Search**

**If you would like to see more Rip-off Reports™ on Whitney Education Group Inc, please use the search box below**
Whitney Education Group Inc    [ Search ]
**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Rip-off Report.com - badbusinessbureau.com
Page 2 of 65
Case 2:04-cv-00047-MMH-SPC    Document 116-4    Filed 06/21/2007    Page 63 of 71

Click here to go to our *advanced search* page.

# Rebuttal Consumer Suggestion
Submitted: **4/18/2003 6:28:06 AM**
Modified: **4/18/2003 11:49:18 PM**

## Stop the Russ Whitney Rip Off

I went to a free seminar given by Whitney and saw several people giving away lots of money to become realestate millionaires.

I'm thinking there should be a way for some organization, like ripoffreport, to contact all the attorney generals in each state to give them the heads up regarding dishonest business practices of guys like Russ Whitney.

Thanks for letting me say my two cents worth.

**John - St. Louis, Missouri
U.S.A.**

# Rebuttal Consumer Comment
Submitted: **6/26/2003 6:38:39 AM**
Modified: **6/26/2003 10:09:16 PM**

## In today's society, you must be careful in any dealings with ANY person or persons claiming to have "the answer" to your financial woes.

You cannot take it for granted that ANYONE'S plan for their financial deliverance is the answer which will work for you.

You must remember that when you attend any of the free seminars designed to inform you of a way to "relieve your financial burdens", they already know that your mind is open to learning an "easier" way to make money. Therefore, you are opening the doors to these people, allowing them access to your soul.

STOP going to the seminars, cut down their audience, and these types of individuals will dissappear on their own. Without an audience, they are dead in the water.

Make sense?

**Sande - Fort Myers, Florida
U.S.A.**

Rip-off Report.com, badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC   Document 116-4   Filed 06/21/2007   Page 64 of 71
Page 3 of 65

# Rebuttal REBUTTAL employee

Submitted: 7/22/2003 1:03:49 PM
Modified: 7/22/2003 11:42:51 PM

## this is not a get rich quick scheme!!

I get so tired of people looking to get rich quick and then when they find something that requires, which you are told about from the very beginning, hard work and lots of sweat they freak out and say it is a rip-off. i have been in the mortgage industry for over 15 years and this is JUST ANOTHER TOOL TO USE in your desire to be self-employed. they tell you if you work it you can make money, they also tell you if you DON'T work it you won't. GEE, WHAT A CONCEPT!!!

just using the knowledge i learned in the free seminar, i have found in two days of working the system 3 properties. all are motivated and we will bring in a net income of around 3-3,500 per month for the 3!! we figured to keep living at the same income we are at now we need to have 15 rentals bringing a net income of $731 per month per property. that does not include what we will make off of wholesale,etc. and this is only from the information from the first seminar!!

we bought a package deal which includes wholesale, foreclosures and manufactured homes. comes with the millionare u and the mentoring program comes with it. sure it was a lot of money but this is a business and this is tax deductiable for your business so what have you lost? sure they try and sell you more, but after all we are adults and it is OUR decision to say yes or no. but remember this, when you go to school to be a doctor you can't stop at an assoc. degree(2yrs) and say oh great now they want more schooling to be a Dr.think about it. way to much crying and whinning. maybe those that do are the ones who won't make it and then there will be more for us! what a wonderful thought!have a great day!! :-)

Carol - Missoula, Montana
U.S.A.

# Rebuttal Consumer Comment

Submitted: 9/1/2003 12:53:23 PM
Modified: 9/1/2003 10:07:52 PM

## Whitney supporters or employees

I have a friend that is a former Whitney employee. His job was to surf the internet and post favorable information about Mr. Whitney's programs on sites that contain complaints about Mr. Whitney.

If you look at any site on which there is a rebuttal to a Whitney complaint the pro-whitney posters all use very similar scenarios. They all found 3-4 properties 3-5 days after attending his seminar and all will generate a profit of approx $1000 each. Many use the Dr. analogy and many use the "same phone number for the last 20 years line" and often call those making the report "whiners" or accuse them of "killing others

dreams".

My friend had a "cue card" of information that he used the same info on every site.
Interestingly he was told to post 75% of the time as a woman as it made the post "more
empowering".

I think sites like this are great for consumers and don't like to see the good info thrown
off by bogus support claims.

David - Cape Coral, Florida
U.S.A.

# Rebuttal Consumer Comment
Submitted: **9/10/2003 9:34:39 AM**
Modified: **9/10/2003 10:58:22 PM**

## A Shill Of A Hun

To Carol from Missoula, Montana: Spoken like a true "Shill Of A Hun." You support
everything that David said about his friend, a former employee of Russ Whitney. I take
it that you've taken over his responsibilities of posting favorable comments for Russ
Whitney's system. Isn't funny how most of the "Shills" always state that they have
purchased 3 or for properties after just 3 - 5 days of attending Mr. Whitney's seminar.
As a matter of fact, there was a report done about a few years ago regarding Mr.
Whitney's $5,000 - $7,000 note purchasing course that stated that a LARGE percentage
of Mr. Whitney's students failed. These students did everything that the course
instructed them to do and then some. Even those students who were on Mr. Whitney's
30 minute informercial who claimed to make a substantial profit, actually barely made
back the money they invested in the course.

To David from Cape Coral, Florida: I agree with you 100% about people posting positive
feedback on rip-off scams. It is quite evident that they're paid shills in order to get
more pigeons for the coop. It's a shame that people would falsify the success of a
product, when in fact they know that product isn't worth the cost of air from the
outdoors, just to get more people sucked in to a scam.

To Sande from Fort Meyers, Florida: Stopping the seminars sounds easier said than
done. The best thing we could do for the general public is educate them of the scams
that are out there and steer them to a site like The Rip-Off Report. You can lead a horse
to water, but you can't make them drink. I've heard many stories of how people would
hear that different programs were a scam, but they still went ahead and ordered the
plan anyway, stating that: "Oh, Mr. So and So just didn't work hard enough with the
plan." They went in with their eyes wide open and got ripped off. By the way, I almost
ordered a plan from The Zaken Company, but I happened to do a general search on
AOL and stumbled upon The Rip-Off Report and read all of the negative complaints of
all that were ripped off by "Mr. Zaken" -- I owe many, many thanx to The Rip Off Report,
because I would've been ripped off, had I not stumbled onto this site.

Sharon - Newport News, Virginia

U.S.A.

# Rebuttal Consumer Comment

Submitted: **11/22/2003 12:18:16 PM**
Modified: **11/22/2003 3:01:48 PM**

## 'Shiling' is ILLEGAL - But The FTC Won't Stop It

I love when these paid Shills are nailed, however, as long as the FTC allows people like Whitney to do what they do with a wink and a nod, things eill NEVER change. We used to have very strong consumer protection laws and aggressive enforcement dating back to (Believe it or not) RIchard Nixon, but since Reagan and Bush systematically gutted these agencies, it as gotten worse and worse.

Whitney is the latest conman to ply his trade on the masses.

It is interesting how under the Clinton Adminstration, Conmen were prosecuted left and right, (Ed Beckley, Polk, McCorckle etc.) but under Baby Bush, all those investigations STOPPED! It is no wonder that most of these scammers are based in Utah and Florida.

Morton - Downey, California
U.S.A.

# Rebuttal Consumer Comment

Submitted: **1/23/2004 8:21:37 AM**
Modified: **1/23/2004 10:46:12 PM**

## Worked for me

I just wanted to say that it worked for me, I have a poor education background but attended the Whitney course and have now got 23 properties. I had no credit history nor any assets in fact i owed loads to banks and my credit card companys had cancelled my cards. It may not work for everyone but with a little hard work it worked for me. I am writing this because it is only fair and just to have both points of view not just one.

Thank you for your time

P.s.In a great country like yours both sides of peoples speech should be heard.

Samuel - Preston, Europe
United Kingdom

# Rebuttal Consumer Comment

Submitted: **7/13/2004 11:44:47 AM**
Modified: **7/13/2004 11:39:10 PM**

Rip-off Report.com , badbusinessbureau.com
Case 2:04-cv-00047-MMH-SPC   Document 116-4   Filed 06/21/2007   Page 67 of 71
Page 6 of 65

# Be Careful with Russ Whitney/Wealth Intelligent's Training

I have attended the 3day training last week and I felt somewhat cheated. I purchased the training ($1600)because I thought I would get specific information and advice to my personal situation as it was described in the "free" intro. seminar. Instead, the trainer used at 1/3 of the seminar time pushing for the "advance training" where "supposedly" all the details, advance, hands-on training would REALLY be.

To be honest, I did learn some good info and techniques from the 3day training; however, it is dishonest when they did not review the REAL intention was to push us to sign up for the "advance trainings" and the advance trainings are radiculously overpriced - $3500/per training per person but if we signed up for packages we can take a partner... the most expensive one was 35k with 11 training course and a mentor for 4 days, and the least expensive was $7500 for 2 courses. Be careful, my friends. Best regards.

**Chris - San Francisco, California
U.S.A.**

# Rebuttal Consumer Comment
Submitted: 7/17/2004 12:12:06 PM
 Modified: 7/17/2004 10:37:16 PM

# not a shill!!!

Of course it figures that if someone has anything good to say about this company they must be working for them. What a laugh!!! I am not an employee of Russ's company. My boyfriend and I work. I work for a large wholesale sub-prime mortgage company and my boyfriend works for the union for operating engineers out of seattle.

we have purchased 2 homes in flordia and made $60,000 each profit on them and we are buying a property in costa rica and not thru russ where we have a buyer already lined up to make us a profit of $250,000. We are also buying the little trailers that produce cash in vegas. we have purchased 2 with no cash down and they are owner carries.

so maybe we should have more but we are only doing this part time. about 4 hours a month. thanks for all the negative stuff guys, it just means more properties for myself and the ones who are not afraid to work. we have made all the money back that we have spent and then some.

**Carol - Missoula, Montana
U.S.A.**

# Rebuttal Consumer Comment
Submitted: 7/18/2004 1:36:46 PM
 Modified: 7/18/2004 11:47:19 PM

# I paid the $2,000 - Here is what I got.

My Fiance' and I went to the free seminar. You have to be a fool to fail to consider that a "Free seminar" is just a sales pitch in a pretty box. Knowing that, we left our check books and credit cards at home.

They give you a little information that is useful, just to tease you. That is not wrong, it is a sales tactic. See it for what it is.

Then they say that they have "only 10 (or 30 or 40 or whatever) scholarships for sale right now." If you wern't first in line, you would not go home with the CDs and Books and Videos that night. We still weren't fooled. After the crowds dispersed, we went to a rep there and said we would not be able to pay for a few weeks. Do you think he turned a sale away? No way!

We could send them the money, and if paid before a certain date, we would be admitted into their scheduled 3-day class. Otherwise, we would have to wait until the next time they were in the area. Regardless, we would still get the materials in the mail after we paid.

We paid in time, got our materials, and went to the classes. They gave us a crash course on many subjects. There was substance in what they were teaching.

They discussed raising capital. There was a discussion on getting your credit limit on a credit card as well as lowering your interest rate. With this new free credit, you would have some money to get started. All you had to do is demand it from your credit card company.

I saw it with my own eyes. About 2/3 of the people who attempted it (that very moment) Had their interest rates lowered, some by more than half! About the same amount of people had success in getting their credit lines raised. This is something anyone can do, but the typical consumer is a pushover. They gave us a script to use when calling - and it works most of the time. It did not work for us, because we have special circumstances. But we used that information to help a family member, and it worked for her.

They touched on the subject of asset protection, and the importance of incorporating. They taught us how to use trusts to isolate your properties from eacother in the case of a law suit from a tenant.

They briefly discussed credit repair. They discussed methods of buying properties with no money down. They taught us what to look for in a property that would make it profitable - by increasing the "sweat equity" (The least amount of money in repairs that return the most gain in resale value. What types of damage to stay away from... etc)

They discussed ways to calculate how much to offer on a home, how to calculate the Net Operating Income of a rental or a complex, and how to find motivated sellers. They discussed how to reach a person in foreclosure when they are not answeing their phone...

Their seminar was VERY informationally intensive. That is what you are paying for - INFORMATION. Most of this information is available to you if you study many books. I don't believe they have any secrets to share, but they are pooling a lot of information into one place for you.

You need to take very good notes if you go. I filled 3 full notepads over the duration.

What did I get from it???

I have not been successful in purchasing yet. I am self-employed, my fiance is full time about to finish his second year there. Ye are both young and have Very POOR credit, and no capital to start with. We only have a $400 credit line and were very lucky to get a checking account.

We have the CDs and Books. We have an 800 number that we can call any time to talk to someone and get an "expert's" input. We have motivation and the knowledge that we did not have before the classes.

We took the classes in Feb. It is now July. We are cleaning up our credit through the methods they taught us (Which you can also find elsewhere... ) and are trying to save for a wedding. But we will have the knowledge forever, and the motivation whenever we want to tap into it.

We have not utilized every method they have taught. I believe that what they teach is substantial, but it is much harder if you are starting from below zero.

(I like to think) we are smart people and will put this knowledge to use in the future, after we are married, with better credit (we have yet to rise above 620, mind you) and a little capital to work with, for closing costs and such.

We have not made a penny back yet, but in my opinion, if we purchase one property in our lifetime that profits us $2000, or obtain a rental that makes us $120 a month, I will consider that to be a return on our investment.

This is an objective view from someone who has not gained anything from it. I did not lose $2000, I paid $2000 for an education. It is up to me to use it.

Amber - Renton, Washington
U.S.A.

# Rebuttal Consumer Comment

Submitted: 8/25/2004 12:31:10 PM
Modified: 8/25/2004 8:36:45 PM

## Carol is a SHILL!

Carol please explain to us all how you were able to purchase two properties out of state and one out of country with only putting in 4 hours per month! If you have been

doing this for 10 months that is 40 hours or one weeks work. IMPOSSIBLE!!!

You also claim to be buying trailers in Nevada to generate cash flow. Do you know the law in NV regarding this??? Obviously not!

I am partnered up with a company that handles land acquisition and development. Buying a property overseas, securing an LOC or financing, and doing your due diligence alone is full time work. Opening a chekcing account in Scotland has taken us over 3 weeks! We have purchsed property in Costa Rica and are working on two properties in Scotland.

Tell us all, who do you use to handle you due diligence in Costa Rica? Did you secure financing in the U.S. or in Costa Rica? What were you required to get via the state of NV before you could purchase the trailers? What county in FL did you purchase your property? Was $60,000 you take on the house all yours or did you pay out cap gains and penalties for early payoffs?

Anyone can say "I made huge profits on a property!" Give us some details so we know you are the real deal!

Dan - Jersey City, New Jersey
U.S.A.

# Rebuttal Consumer Comment
Submitted: 8/26/2004 4:27:58 PM
Modified: 8/27/2004 12:41:33 AM

## Details Please, Carol... you're not a shill, so prove it

Carol,

You say you're not a shill, so prove it. Why don't you tell us what kind of financing you secured to purchase real estate in Costa Rica? Anyone can say I purchased 3 or 4 properties using this or that program.

As I noticed in your oringal posted message and your latest message, that there no details as to how you were able to purchase your properties, especially those in Costa Rica. Dan from New Jersey made some valid points regarding the kind of financing you were able to secure to make the purchases in Costa Rica.

It seems funny that you're saying that you're not a shill, but where is the proof?

Sharon - Newport News, Virginia
U.S.A.

# Rebuttal Consumer Comment
Submitted: 9/6/2004 7:43:20 AM
Modified: 9/6/2004 2:44:55 PM

# My experience at the 3-day workshop

A couple of months ago, my husband's company sent him to some kind of motivational seminar, and there was a Whitney speaker there. My husband was caught, hook, line & sinker, right from the start. He paid for the 3 day workshop, and got a bunch of CD's and booklets and stuff. As he was planning on going to the workshop, listening to the CDs and watching the videos, I couldn't help but overhearing some of it. He was planning on taking a friend to the seminar, but after seeing some of the stuff, my alarms went off, so I insisted on going with him instead. I attended this seminar with a closed mind, intending only to keep my husband from getting scammed.

What I found at the workshop didn't surprise me. It is a 'teaser' course, where they give you just enough information to interest you into further classes.

Sales Pitch:
I did not feel like they spent an excessive amount of time on the sales pitch though. At the beginning of the workshop, they told us right up front that they are of course here to sell the advanced training, but that they would give us useful info as well and not harp on the sales. I did like this honesty. At the end of the second day, they gave us a price list for the courses and spent about an hour going over them, then told us even if we aren't purchasing, come back tomorrow and get the rest of the training you already paid for. On the 3rd day, they took people aside individually throughout the day to find out if they wanted the additional training. My husband and I said no, and they did not push.

Information:
During the 3 days, they did give alot of legitimate info on real estate investing. I took alot of notes, and most of the info can easily be found on your own, but you would have to do ALOT of homework to get it. Also, most of it leaves out the important small details, so if you were to jump in and do it without alot more study, you would probably find yourself in big financial trouble. They cram so much into such a small time, that without the notes, most people would not be able to retain any of it.

Personal Conclusion:
I think the courses are legitimate. They did tell us that it's hard work and requires a big level of commitment. I was dead set against this workshop, but by the end of the second day, they had gotten my attention, and I was considering advance training. (My husband of course, was all for it from the beginning, but he's such a sucker..lol) On the 3rd day, we made it clear that we were NOT interested in the advanced training...not because that was the truth, but because I wanted to find out what would happen, if they would use high pressure sales techniques or any of that junk. If they would have, I would have finished the day and that would have been the end of it. They did not pressure us however, and the staff continued to be friendly and treated us the same as the people who had already paid. About an hour before it was scheduled to end, my husband and I went ahead and purchased one of the advanced packages.

After the class was over, the staff pulled aside everyone who had purchased training, and talked to us about what would happen from here. They discussed how hard the training can be on our lives, considering each one takes 3-4 days, we would miss work