# **EXHIBIT 12**

## DECLARATION OF MARY JO BAKER

I, MARY JO BAKER, state as follows:

1.  I was previously employed by XCENTRIC VENTURES, L.L.C. ("Xcentric") as a content monitor. I worked for Xcentric in this position from Spring, 2002 until 2005.

2.  In my job as a content monitor, I was responsible for reviewing new postings that were submitted to the website www.ripoffreport.com ("ROR").

3.  My job was to remove the following information from new postings on ROR: personal financial information, credit card numbers, bank account numbers, social security numbers, obscenities, and threats of violence.

4.  Except as described in the previous paragraph, I was not permitted to, nor do I, change or add any content to (1) any posting; (2) any title or heading of any posting; and/or (3) any other part of ROR.

5.  I am aware that Whitney Information Network, Inc. has filed a lawsuit against Xcentric in which it has been alleged that Xcentric created or authored all or part of postings pertaining to Whitney Information Network, Inc.

6.  I have reviewed Exhibit 2, which I understand consists of all of the postings about Whitney Information Network, Inc. I did not author or submit any of these postings.

7.  I did not add any content to any posting in Exhibit 2. I also did not add any content to any of the titles or headings in Exhibit 2. I did not add the words, "rip-off," "dishonest," or "scam," or any other words to the postings or titles in Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6/15/7

MARY JO BAKER

10297-8/DSG/JAS/581239_v1