**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

WHITNEY INFORMATION NETWORK, INC., a
Colorado corporation,

                Plaintiff,

-vs-                                             Case No. 2:04-cv-47-FtM-34SPC

XCENTRIC VENTURES, LLC., an Arizona limited
liability company; BADBUSINESSBUREAU.ORG,
an Arizona limited liability company and ED
MAGEDSON, an individual,

                Defendants.
_____

## ORDER

This matter comes before the Court on the Plaintiffs Whitney Information Network, Inc.'s Motion to Compel Answers to Plaintiff's Second set of Interrogatories and First Request for Production (Doc. #113) filed on June 11, 2007. On June 15, 2007, the Plaintiff filed an Amended Motion to Compel and therefore, the present Motion is moot.

Accordingly, it is now

**ORDERED:**

The Plaintiffs Whitney Information Network, Inc.'s Motion to Compel Answers to Plaintiff's Second set of Interrogatories and First Request for Production (Doc. #113) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this   25th   day of June, 2007.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record