UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:  2:04-cv-47-FtM-34- SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,
and RUSS WHITNEY, an individual,

    Plaintiffs,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.
_____/

## NOTICE OF REMOVAL OF COUNSEL FROM SERVICE LIST

PLEASE TAKE NOTICE that the attorney Christopher C. Sharp is no longer with the law firm of Rothstein Rosenfeldt Adler.  As such, Mr. Sharp's name should be immediately removed from the service list in this case.  All future pleadings and correspondence should continue to be sent to Scott W. Rothstein, Esq., Steve N. Lippman, Esq., and Shawn L. Birken, Esq., of Rothstein Rosenfeldt Adler, as attorneys of record for Plaintiffs WHITNEY INFORMATION NETWORK, INC. and RUSS WHITNEY.

    Respectfully submitted,

    By:  /s/Steven N. Lippman
        Steven N. Lippman, Esq.
        Florida Bar No.:  709638
        slippman@rra-law.com
        ROTHSTEIN ROSENFELDT ADLER
        401 East Las Olas Boulevard, Suite 1650
        Fort Lauderdale, Florida 33301
        Phone: 954-522-3456
        Fax:  954-527-8663

Dated: June 26, 2007    **Counsel for Plaintiffs**

1

CASE NO.: 2:04-cv-47-FtM-34- SPC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2007, I electronically filed the forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                Respectfully submitted,

        By: /s/Steven N. Lippman
            Steven N. Lippman, Esq.
            Florida Bar No.:  709638
            slippman@rra-law.com
            ROTHSTEIN ROSENFELDT ADLER
            401 East Las Olas Boulevard, Suite 1650
            Fort Lauderdale, Florida 33301
            Phone: 954-522-3456
            Fax:  954-527-8663
            **Counsel for Plaintiffs**

H:\swrdocs\03-8471\Pleadings\Notice of Removal of CCS as Counsel.doc

CASE NO.: 2:04-cv-47-FtM-34- SPC

# SERVICE LIST
Case No. 2:04-cv-47-FtM-33SPC (LAG)
**United States District Court, Middle District of Florida**

Steven N. Lippman, Esq.
slippman@rra-law.com
Scott W. Rothstein, Esq.
srothstein@rra-law.com
Shawn L. Birken, Esq.
sbirken@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
Phone: 954-522-3456
Fax: 954-527-8663
*Counsel for Plaintiffs*
*Via CM/ECF*

Maria Crimi Speth, Esq.
mcs@jaburgwilk.com
Jaburg & Wilk, PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tele.: 602/248-1089
Fax: 602/248-0522
*Co-Counsel for Xcentric Ventures, LLC*
*Via CM/ECF*

Brian J. Stack, Esq.
Bstack@stackfernandez.com
Stack Fernandez Anderson & Harris, P.A.
1200 Brickell Avenue, Suite 950
Miami, Florida 33131
Tel. 305.371.0001
Fax. 305.371.0002
*Co-Counsel for Xcentric Ventures, LLC*
*Via CM/ECF*