UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC., a
Colorado corporation,

                Plaintiff,

-vs-                                    Case No. 2:04-cv-47-FtM-34SPC

XCENTRIC VENTURES, LLC., an Arizona limited
liability company; BADBUSINESSBUREAU.ORG,
an Arizona limited liability company and ED
MAGEDSON, an individual,

                Defendants.
_____

### ORDER

      This matter comes before the Court on the Notice of Removal of Counsel from Service List (Doc. #120) filed on June 26, 2007. As the Notice appears to request permission to substitute Counsel within the same firm, the Court will, therefore, construe the Notice as a Motion for Substitution of Counsel. Rothstein, Rosenfeldt, Adler, 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301, seeks to remove Christopher C. Sharp, Esq., as Counsel of record and add Scott W. Rothstein, Steve N. Lippman, Esq., and Shawn L. Birken, Esq., in his stead. As grounds, Mr. Sharp is no longer with the law firm. The Court, having reviewed the motion, finds good cause and will grant the relief requested.

      Accordingly, it is now

      **ORDERED:**

      (1)      The Notice of Removal of Counsel from Service List (Doc. #120) is **GRANTED**.

(2) Christopher C. Sharp, Esq., shall be removed as Counsel of record and Scott W. Rothstein, Steve N. Lippman, Esq., and Shawn L. Birken, Esq., shall be added as Counsel of record.

**DONE AND ORDERED** at Fort Myers, Florida, this ⎯⎯27th⎯⎯ day of June, 2007.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record