Whitney Information, et al v. Xcentric Ventures, et al    Doc. 125 Att. 2
Case 2:04-cv-00047-MMH-SPC    Document 125-3    Filed 07/06/2007    Page 1 of 2

Page 1 of 1

## Shawn Birken

**From:** Shawn Birken
**Sent:** Tuesday, May 08, 2007 6:33 PM
**To:** 'Adam S. Kunz'
**Cc:** Steve Lippman
**Subject:** RE: Whitney v. Xcentric

Adam

I am reviewing discovery responses and will address those issues with you later. In the mean time, all documents that you have, please copy and mail (or email) all responsive documents in your possession. If there are copy costs you may provide the invoice with the documents. Thanks.

Shawn



IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.


NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.

6/11/2007

EXHIBIT B

| | |
|---|---|
| From: | Shawn Birken |
| Sent: | Tuesday, May 08, 2007 6:33 PM |
| To: | 'Adam S. Kunz' |
| Cc: | Steve Lippman |
| Subject: | RE: Whitney v. XcentricAdamI am reviewing discovery responses and will address those issues with you later. In the mean time, all documents that you have, please copy and mail (or email) all responsive documents in your possession. If there are copy costs you may provide the invoice with the documents. Thanks.ShawnShmvn L Men W rin1 1, Ok, cily C~Wf~,, Sll~h 1650 it"I 1-1, Olh, )~~,JcvaldAl 3 3 i~52~-345(i MK I Nk I 'AM Robsmki RmenpWtAdIro r ri t! y s c i L G www,v rfa-lav"COIIIRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or(ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. |
| NOTICE: | THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THEINTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU. |

• qÈ• „úÿ]• ÛM;