Whitney Information, et al v. Xcentric Ventures, et al — Doc. 125 Att. 4
Case 2:04-cv-00047-MMH-SPC   Document 125-5   Filed 07/06/2007   Page 1 of 3

Page 1 of 1

## Shawn Birken

**From:** Shawn Birken
**Sent:** Wednesday, May 30, 2007 7:14 PM
**To:** 'Adam S. Kunz'
**Subject:** RE: Whitney v. X-centric

Adam

I re-noticed the depositions. I put a court reporter's address on, but that was just for the notices, our agreement is still in place. Also, any word on the documents? I am feeling heat. Also, I haven't seen the notice of mediation yet.

Shawn



IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or
(ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.


EXHIBIT D

6/11/2007

## Shawn Birken

| | |
|---|---|
| **From:** | Shawn Birken |
| **Sent:** | Thursday, May 31, 2007 5:13 PM |
| **To:** | 'Adam S. Kunz' |
| **Cc:** | Steve Lippman |
| **Subject:** | RE: Whitney v. X-Centric |

Adam

Is Magedson going to also be designated as the corporate representative? If so, let me know so that maybe we can finish it all in one day.

Also, we need the documents. What is the update on that?



Shawn L. Birken
Partner

Las Olas City Centre, Suite 1650
401 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Direct: (954) 315-7213
Telephone: (954) 522-3456
Facsimile: (954) 527-8663
Email: sbirken@rra-law.com
www.rra-law.com

Rothstein Rosenfeldt Adler
Attorneys at Law

IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.

6/11/2007

| | |
|---|---|
| From: | Shawn Birken |
| Sent: | Wednesday, May 30, 2007 7:14 PM |
| To: | 'Adam S. Kunz' |
| Subject: | RE: Whitney v. X-centricAdamI re-noticed the depositions. I put a court reporter's address on, but that was just for the notices, our agreement is still in place. Also, any word on the documents? I am feeling heat. Also, I haven't seen the notice of mediation yet.Shawn |
| Sh: | rnr~ I,. I3irl.en E'_ut ccrLwanCyawnhN I |
| -4: | t L;lt I ~, Oh,F, 'Tt PI 11:1 " i !i) 'I~954'1 527,-,~w,3lto~~~rsfein Re~~ra~tfttt ~.~lcr;i (C~rn i. j~3 d t L~9 ~~`IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or(ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. |
| NOTICE: | THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THEINTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.EXHIBIT |

RE: Whitney v. X-CentricAdamIs Magedson going to also be designated as the corporate representative? If so, let me know so that maybe we can finish it all in one day.Also, we need the documents. What is the update on that?Shsi~~i~ L. I3ir~k~ziL.1, 01 ~~ Ci:y 16'~Al-~ t Lj,;~ Oh, Ti~Y, 7 T t l ~ ~ ~ ~ I ~ I i I ~ I ~, , I ", . ) I ~ ~ I ~l . I 'i I ,~ j ~