UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

Case No. 2:04-cv-47-FtM-34SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,

    Plaintiff,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.

_____/

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)
IN SUPPORT OF MOTION FOR ADDITIONAL DISCOVERY TIME PURSUANT
TO RULE 56(f), FEDERAL RULES OF CIVIL PROCEDURE TO
<u>RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

    Plaintiff, WHITNEY INFORMATION NETWORK, INC. ("WIN"), by and through undersigned attorneys, pursuant to Rule 56(f), Fed.R.Civ.P., files this, its Certificate of Compliance with Local Rule 3.01(g), M.D.Fla., in support of Defendant's Rule 56(f), Fed.R.Civ.P., Motion for Additional Discovery Time to Respond to Motion for Summary Judgment and receipt of discovery responses, and states as follows:

    1.    Undersigned counsel has conferred with counsel for Defendants and Defendants oppose the granting of Plaintiff's Rule 56(f), Fed.R.Civ.P., Motion for Additional Time to Respond to Defendant's Motion for Summary Judgment.

1

Respectfully submitted,


By:  /s/ Shawn L. Birken
      Scott W. Rothstein, Esq.
      FBN:  765880
      Steven N. Lippman, Esq.
      FBN: 709638
      Shawn L. Birken, Esq.
      FBN:  418765
      ROTHSTEINROSENFELDT ADLER
      **Counsel for Plaintiff**
      401 East Las Olas Boulevard, Suite 1650
      Fort Lauderdale, Florida 33301
      Tele:  954/522-3456
      Fax:   954/527-8663
      E-Mail: srothstein@rra-law.com
            slippman@rra-law.com
            sbirken@rra-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12 day of July, 2007, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the Court delineated Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        ROTHSTEIN ROSENFELDT ADLER

                        By: /s/ Shawn L. Birken
                            Scott W. Rothstein, Esq.
                            Steven N. Lippman, Esq.
                            Shawn L. Birken, Esq.

H:\swrdocs\03-8471\Discovery\MOTION - 56f more discovery.doc

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No.  2:04-cv-47-FtM-34- SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,

    Plaintiff,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.

_____/

## SERVICE LIST

| Maria Crimi Speth, Esq.<br>Jaburg & Wilk, PC<br>3200 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012<br>Tele.:  602/248-1089<br>Fax:    602/248-0522<br>mcs@jaburgwilk.com | Co-Counsel<br>Denise B. Crockett, Esq.<br>Brian J. Stack, Esq.<br>Stack Fernandez Anderson & Harris, P.A.<br>1200 Brickell Avenue, Suite 950<br>Miami, Florida 33131<br>Tel. 305.371.0001<br>Fax. 305.371.0002<br>Email:  dcrockett@stackfernandez.com<br>Email:  Bstack@stackfernandez.com<br>Web:  www.stackfernandez.com |
|---|---|

4