Maria Crimi Speth, #012574 (Admitted *Pro Hac Vice*)
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WHITNEY INFORMATION NETWORK, INC.; a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona limited liability company; BADBUSINESSBUREAU.ORG, an Arizona limited liability company; and ED MAGEDSON, an individual,<br><br>Defendants. | Case No:   2:04-CV-47-ftm-34-SPC<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPONDE TO PLAINTIFFS MOTIONS PURSUANT TO RULE 56 (f) AND MOTIONS TO COMPEL** |

Plaintiff Whitney Information Network and Defendants Xcentric Ventures, LLC, ("Xcentric"), and Ed Magedson ("Magedson") (collectively, the "Defendants") move the Court to extend time to respond to three pending motions until July 25, 2007. The parties have agreed to allow extension of time for response because of mutual efforts to reach agreement about discovery disputes and possible resolution of the case.

The parties stipulate to the additional time to respond to three specific motions: *Motion for Additional Discovery Time Pursuant to Rule 56(f), FRCP to Respond to Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law*, response due July 18, 2007; *Plaintiff's Motion to Compel Sworn Answers to Second and Third Sets of Interrogatories, Better Answers to Second Set of Interrogatories and Second Request for Production, Supplement to Motion for Extension of Time to Respond to Motion for Summary Judgment and Incorporated*

*Memorandum of Law*, response due July 20; and *Plaintiff's Renewed Amended Motion to Compel Documents Responsive to First Request for Production, Additional Supplement to Motion for Extension of Time to Respond to Motion for Summary Judgment and Incorporated Memorandum of Law*, response due July 23.

For the reasons stated including agreement of the parties, Defendants request that the time to respond to the three motions be extended to July 25, 2007.

DATED this 18th day of July, 2007.

ROTHSTEIN ROSENFELD ADLER

  /s/ Shawn L. Birken
Shawn L. Birken
Attorneys for Plaintiff

**JABURG & WILK, P.C.**

s/Maria Crimi Speth
Maria Crimi Speth, Esq.
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2007, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Steven Neil Lippman
Shawn L. Birken
Scott W. Rothstein
Rothstein Rosenfeld Adler
Suite 1650
401 E Las Olas Blvd
Ft Lauderdale, FL 33301
Attorneys for Plaintiff

Brian J. Stack
Stack, Fernandez, Anderson,
Harris & Wallace, P.A.
1200 Brickell Ave., Suite 950
Miami, FL 33131-3255
Co-Counsel for Defendants

s/ L. Matlack