UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC., a
Colorado corporation,

            Plaintiff,

-vs-                                    Case No. 2:04-cv-47-FtM-34SPC

XCENTRIC VENTURES, LLC., an Arizona limited
liability company; BADBUSINESSBUREAU.ORG,
an Arizona limited liability company and ED
MAGEDSON, an individual,

            Defendants.
_____

**ORDER**

      This matter comes before the Court on Stipulated Motion to Extend Time to Respond to Plaintiffs Motions Pursuant to Rule 56(f) and Motions to Compel (Doc. #128) filed on July 18, 2007. The Defendants request a brief extension of time to respond to three pending motions filed by the Plaintiffs[1]. See Doc. #115, 124, 125. As grounds for the request, Counsel indicates the parties require additional time based upon efforts to resolve discovery disputes and possible resolution of the case.

---

[1] Currently, the Plaintiff's three pending motions before the Court include: (1) The Motion for Summary Judgment (Doc. #115), (2) The Motion to Compel Sworn Answers to Second and Third Sets of Interrogatories, Better Answers to Second set of Interrogatories and Second Request for Production, Supplement to Motion for Extension of Time to Respond to Motion for Summary Judgment (Doc. #124), and (3) the Plaintiff's Renewed Amended Motion to Compel Documents Responsive to First Request for Production, Additional Supplement to Motion for Extension of Time to Respond to Motion for Summary Judgment (Doc. #125).

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). The Court, having considered the motion, finds good cause and will grant the extension of time.

Accordingly, it is now

**ORDERED:**

The Stipulated Motion to Extend Time to Respond to Plaintiffs Motions Pursuant to Rule 56(f) and Motions to Compel (Doc. #128) is **GRANTED**. The Defendants shall have up to and including **JULY 25, 2007** to respond to the Plaintiff pending discovery motions.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of July, 2007.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record