# EXHIBIT 2

**Adam S. Kunz**

**From:** Shawn Birken [sbirken@rra-law.com]
**Sent:** Monday, July 23, 2007 7:29 AM
**To:** Adam S. Kunz
**Subject:** RE: XCENTRIC WHITNEY - letter regarding withdrawal of Motions to Compel

Thanks Adam. This is what I needed for the motions.



IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.

**From:** Adam S. Kunz [mailto:ask@jaburgwilk.com]
**Sent:** Friday, July 20, 2007 6:51 PM
**To:** Shawn Birken
**Subject:** XCENTRIC WHITNEY - letter regarding withdrawal of Motions to Compel

I will send the original letter in the mail. Please call me to confirm that you will be withdrawing the motions to compel. I will be in Salt Lake this weekend but will check my voicemail.

This letter was almost finalized on Wedneday, but I was out of the office teaching a seminar all Wednesday, I am sorry

that it didn't get out until today.


Adam S. Kunz, Esq.
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
602-248-1014
602-248-0522 (Fax)
www.jaburgwilk.com
This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto.

7/24/2007

 **Jaburg & Wilk, P.C.**
ATTORNEYS AT LAW

Adam S. Kunz

ask@jaburgwilk.com
Direct Line 602/248-1014
Main Fax 602/248-0522

July 20, 2007

3200 N. Central Ave.,
Suite 2000
Phoenix, AZ 85012

Tel 602/248-1000
Fax 602/248-0522

www.jaburgwilk.com

Gary J. Jaburg
Lawrence E. Wilk
Roger L. Cohen
Randy Nussbaum
Mitchell Reichman
Beth S. Cohn
Kraig J. Marton
Scott J. Richardson
Kathi M. Sandweiss
Mervyn T. Braude
Lauren L. Garner
Maria Crimi Speth
Michelle C. Lombino
Neal H. Bookspan
Ronald M. Horwitz
Gregory P. Gillis
Peter M. Gennrich
Janessa E. Koenig
Mark D. Bogard
Jonathan Ibsen
David N. Farren
Valerie L. Marciano
Kelly Brown
Kevin J. Rattay
David S. Gingras
Adam S. Kunz
Daniel L. Hulsizer
Jill M. Hulsizer
Thomas A. Connelly
Laurence B. Hirsch
Lisa S. Soo
Laura A. Rogal

Of Counsel
Arly Richau

Shawn L. Birken
ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre, Suite 1650
401 East Las Olas Blvd.
Fort Lauderdale, FL 33301

   Re: *Whitney v. XCentric Ventures, et al.*

Dear Shawn:

  This letter documents the agreements we reached on the telephone today about discovery, motions to compel, and the response to your Rule 56(f) motion. You agreed to withdraw the two motions to compel you have pending against Defendants, if I would send you a letter making certain representations. We also agreed to an extension of time to respond to your Rule 56(f) motion, and the two motions to compel, until July 25, 2007.

  You asked for a specific representation about our discovery responses, and I believe what follows is what you asked for.

  You have agreed to inspect the boxes of non-privileged litigation records when you come to Phoenix in August, and accept that we made them available to you as represented in the discovery responses. Other than that, Defendants have provided you with all known responsive documents through discovery responses. (That representation is subject to objections about the breadth of the requests, objections about Plaintiffs failure to identify specific defamatory statements, and all the objections we have made, however they may apply.) Defendants understand that you will renew motions to compel if you find indications that there are additional requested documents that have not been made available for your inspection, or produced to you.

  We have agreed that you will depose two witnesses in the beginning of August, Ed Magedson and Ben Smith. I expect that one or both of them will be designated under 30(b)(6) as the witness knowledgeable about the categories of information that you have requested. I will review your request and clarify that as soon as possible. We further agreed that you can depose Mary Jo Baker by telephone on a convenient Saturday.

www.jaburgwilk.com
*Offices also in Scottsdale*
14500 N. Northsight Blvd., Suite 116 • Scottsdale, AZ 85260 • Tel 480/609-0011 • Fax 480/609-0016

10297-8/ASK/LSM/599887_v1

**Jaburg & Wilk, P.C.**
ATTORNEYS AT LAW

Phoenix Office:
3200 N. Central Ave.,
Suite 2000
Phoenix, AZ 85012

Tel 602/248-1000
Fax 602/248-0522

Scottsdale Office:
14500 N. Northsight Blvd.,
Suite 116
Scottsdale, Arizona 85260

Tel 480/609-0011
Fax 480/609-0016

Shawn L. Birken
July 18, 2007
Page 2

You have represented to me in our discussions that the "unexecuted" responses you sent me last Friday should be considered executed by counsel but unverified, and that verification is a formality and the answers will not change. I will be sending you a letter soon about the insufficiency of the responses. I still await your responses to other pending discovery requests. We have not established a formal due date for them. I request your responses by July 25, 2007. Please call me if you need to discuss these issues about the discovery to Plaintiff.

I should note also that, in our discussions, I represented to you that the truth and unclean hands defenses we raised have reasonable basis in the consumer complaints on Defendant's webpage. That is understood between the parties even if it is not expressly stated in discovery responses.

Based on our agreements, I believe you will formally withdraw your motions to compel. That will leave your Rule 56(f) motion in place, and we will file our opposition to that by July 25, 2007. It is still Defendants position that you have sufficient information to respond to the Motion to Summary Judgment without any additional discovery. Because of our discussions and agreements about discovery and your expected withdrawal of the motions to compel, I understand that your are seeking more time under Rule 56(f) based on your desire to take depositions of Ed Magedson, Ben Smith, and Mary Jo Baker, and any other 30(b)(6) representative we may designate in response to your requests, and not based on any written discovery requests. Please correct me if I am wrong because I intend to clarify that in the Response to your Rule 56(f) Motion.

Respectfully Yours,

JABURG & WILK, P.C.

Adam S. Kunz

ASK:lsm