Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# FORT MEYERS DIVISION

| | |
|---|---|
| WHITNEY INFORMATION NETWORK, INC.; a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona limited liability company; BADBUSINESSBUREAU.ORG, an Arizona limited liability company; and ED MAGEDSON, an individual,<br><br>Defendants. | Case No:  2:04-cv-47-FtM-34SPC<br><br>**NOTICE OF SERVICE OF DISCLOSURE** |

Defendants, through undersigned counsel, have served upon Plaintiff their Disclosure of Expert Witness in the above matter.

DATED this 3rd day of August, 2007.

                                                   **JABURG & WILK, P.C.**

                                                 /s/ Maria Speth
                                                 Maria Crimi Speth, Esq.
                                                 Attorneys for Defendants

10297-8/ASK/LSM/603112_v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2007, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Steven Neil Lippman
Shawn L. Birken
Scott W. Rothstein
Rothstein Rosenfeld Adler
Suite 1650
401 E Las Olas Blvd
Ft Lauderdale, FL 33301
Attorneys for Plaintiff

Brian J. Stack
Stack, Fernandez, Anderson,
Harris & Wallace, P.A.
1200 Brickell Ave., Suite 950
Miami, FL 33131-3255
Co-Counsel for Defendants

s/ L. Matlack