UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:04-cv-47-FtM-34 SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,

    Plaintiff,
v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

    Defendants.

_____/

### PLAINTIFF'S MOTION FOR LEAVE TO FILE DEPOSITION TRANSCRIPTS AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, Whitney Information Network, Inc. ("WIN"), by and through its undersigned counsel, hereby moves this Court for the entry of an order granting WIN leave to file deposition transcripts with this Court and as grounds therefore states as follows:

WIN brought a claim against defendants for defamation. Defendants filed a Motion for Summary Judgment and, Alternatively, Motion for Reconsideration Re: Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction and Motion for Sanctions [Court Document No. 115] (the "Summary Judgment Motion"). WIN conducted the deposition of defendant, Ed Magedson, in which Mr. Magedson provided testimony that WIN desires to use in opposition to the Summary Judgment Motion. WIN seeks to file Mr. Magedson's deposition transcript with this Court in

support of its memorandum in opposition to the Summary Judgment Motion. But is uncertain whether it is allowed to do so pursuant to this Court's August 20, 2007, Order [Court Document No. 138]. Accordingly, in an abundance of caution, seeks permission to file transcripts of depositions conducted in this action with this Court (including, without limitation, Mr. Magedson's deposition transcript for use in opposition to the Summary Judgment Motion)

WIN certifies that a good faith effort to resolve this issue has been made with defendants' counsel. Defendants' counsel initially opposed the granting of this motion pending review of Magedson's deposition transcript. However, WIN's counsel sent an email to defendants' counsel the morning of September 10, 2007 and defendants' counsel has not responded to articulate defendants' position.

WHEREFORE, Whitney Information Network, Inc. respectfully requests that this Court enter an order allowing it to file transcripts of depositions conducted in this action with this Court (including, without limitation, Ed Magedson's deposition transcript for use in opposition to Defendants' Motion for Summary Judgment and, Alternatively, Motion for Reconsideration Re: Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction and Motion for Sanctions)

Dated: September 10, 2007

ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre, Suite 1650, 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301

           Respectfully submitted,
By:  /s/ Shawn L. Birken
    Scott W. Rothstein
    FBN:  765880
    Steven N. Lippman
    FBN:  709638
    Shawn L. Birken
    FBN:  418765
    ROTHSTEIN ROSENFELDT ADLER
    **Counsel for Plaintiffs**
    401 East Las Olas Boulevard, Suite 1650
    Fort Lauderdale, Florida 33301
    Tele:  954/522-3456
    Fax:   954/527-8663
    E-Mail: sbirken@rra-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10 day of September, 2007, I electronically filed the forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

           /s/ Shawn L. Birken
           Shawn L. Birken

H:\swrdocs\03-8471\Pleadings\Motion for leave to file deposition.doc

3

ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre, Suite 1650, 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301

**SERVICE LIST**
United States District Court, Middle District of Florida
Fort Myers Division
Whitney Information Network, Inc. vs. Xcentric Ventures, LLC., et al.
Case No.  2:04-cv-47-FtM-34SPC

Scott W. Rothstein, Esq.
srothstein@rra-law.com
Steven N. Lippman, Esq.
slippman@rra-law.com
Shawn L. Birken, Esq.
sbirken@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
Tele:  954/522-3456
Fax:   954/527-8663
**Counsel for Plaintiff**
  Whitney Information Network, Inc.

Brian J. Stack, Esq.
Stack, Fernandez, Anderson, Harris & Wallace, P.A.
1200 Brickell Ave., Suite 950
Miami, Florida 33131
bstack@stackfernandez.com
Tele.:  305/371-0001
Fax:    305/371-0002
**Counsel for Defendants**
  Xcentric Ventures, LLC, badbusinessbureau.org and EdMagedson

Maria Crimi Speth, Esq.
mcs@jaburgwilk.com
Jaburg & Wilk, PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tele.:  602/248-1089
Fax:    602/248-0522
**Counsel for Defendants**
  Xcentric Ventures, LLC, badbusinessbureau.org and EdMagedson