Maria Crimi Speth, #012574 (Admitted *Pro Hac Vice*)
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WHITNEY INFORMATION NETWORK, INC.; a Colorado corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona limited liability company; BADBUSINESSBUREAU.ORG, an Arizona limited liability company; and ED MAGEDSON, an individual,<br><br>  Defendants. | Case No:  2:04-CV-47-ftm-34-SPC<br><br>**NOTICE OF SUBPOENA**<br>**(Records Only)** |

**YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 45 F.R.C.P., a subpoena is served on:

**PERSON TO BE EXAMINED**:   Custodian of Records
　　　　　　　　　　　　　　　The Arizona Republic
　　　　　　　　　　　　　　　Reprints, LI-18
　　　　　　　　　　　　　　　200 East Van Buren Avenue
　　　　　　　　　　　　　　　Phoenix, Arizona 85004

**DATE AND TIME OF PRODUCTION**:   October 15, 2007 at 4:00 P.M.

**PLACE OF PRODUCTION**:   JABURG & WILK, P.C.
　　　　　　　　　　　　　3200 North Central Avenue, #2000
　　　　　　　　　　　　　Phoenix, Arizona 85012

10297-8/ASK/LSM/613579_v1

DATED this 1st day of October, 2007.

**JABURG & WILK, P.C.**

s/Maria Crimi Speth
Maria Crimi Speth, Esq.
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2007, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Steven Neil Lippman
Shawn L. Birken
Scott W. Rothstein
Rothstein Rosenfeld Adler
Suite 1650
401 E Las Olas Blvd
Ft Lauderdale, FL 33301
Attorneys for Plaintiff

Brian J. Stack
Stack, Fernandez, Anderson,
Harris & Wallace, P.A.
1200 Brickell Ave., Suite 950
Miami, FL 33131-3255
Attorneys for Defendant

s/L. Matlack

2