UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

WHITNEY INFORMATION NETWORK,
INC.,

    Plaintiff(s),

                            Case No. 2:04-cv-47-FTM-34-SPC

v.

XCENTRIC VENTURES, LLC., et al.,

    Defendant(s).
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on __September 20__, 200_7_, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

      __X__    All individual parties and their respective trial counsel.

      __X__    Designated corporate representatives.

      _____    Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

      N/A

(c)     The outcome of the mediation conference was:

      __The case has been completely settled.__ In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in

accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____ The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____

_____ The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain notlater than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

  X   The parties have reached an impasse.

_____ Done this  19th   day of  October  , 2007 , in Tampa, Florida.

/s/ Jonathan C. Koch
Jonathan C. Koch, Mediator
Bush Ross, P.A.
220 South Franklin Street
Tampa, Florida 33602
(813) 224-9255
(813) 223-9620 (fax)
Jkoch@bushross.com

### CERTIFICATE OF SERVICE

Copies of this Mediation Report were served on counsel of record via the Court's electronic service and otherwise as necessary via United States Mail this  19th  day of  October  , 2007.

/s/ Jonathan C. Koch

WhitneyXCentricMediationReport101907.1

