**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No. 2:04-cv-47-FtM-34 SPC

WHITNEY INFORMATION
NETWORK, INC., a Colorado corporation,

     Plaintiff,

v.

XCENTRIC VENTURES, LLC., an
Arizona limited liability company;
BADBUSINESSBUREAU.ORG, an
Arizona limited liability company; and
ED MAGEDSON, an individual,

     Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING DEPOSITION OF ED MAGEDSON**
**IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS'**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

     Plaintiff, Whitney Information Network, Inc. ("WIN"), hereby files this Notice of

Filing Deposition of Ed Magedson in Support of its Opposition to Defendants' Motion

for Summary Judgment and Request for Oral Argument.

Dated: October 19, 2007

Respectfully submitted,

By: /s/ Shawn L. Birken
Scott W. Rothstein
Florida Bar No.: 765880
Steven N. Lippman
Florida Bar No.: 709638
Shawn L. Birken
Florida bar No.: 418765
ROTHSTEIN ROSENFELDT ADLER
**Counsel for Plaintiffs**
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
Tele:  954/522-3456
Fax:   954/527-8663
E-Mail: sbirken@rra-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2007, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Shawn L. Birken
Shawn L. Birken

H:\swrdocs\03-8471\Pleadings\Notice of filing Magedson Deposition.doc

2

ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre, Suite 1650, 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301

**SERVICE LIST**
United States District Court, Middle District of Florida
Fort Myers Division
Whitney Information Network, Inc. vs. Xcentric Ventures, LLC., et al.
Case No.  2:04-cv-47-FtM-34SPC

Scott W. Rothstein, Esq.
srothstein@rra-law.com
Steven N. Lippman, Esq.
slippman@rra-law.com
Shawn L. Birken, Esq.
sbirken@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
Tele:  954/522-3456
Fax:   954/527-8663
**Counsel for Plaintiff**
  Whitney Information Network, Inc.

Brian J. Stack, Esq.
Stack, Fernandez, Anderson, Harris & Wallace, P.A.
1200 Brickell Ave., Suite 950
Miami, Florida 33131
bstack@stackfernandez.com
Tele.:  305/371-0001
Fax:    305/371-0002
**Counsel for Defendants**
 Xcentric Ventures, LLC, badbusinessbureau.org and EdMagedson

Maria Crimi Speth, Esq.
mcs@jaburgwilk.com
Jaburg & Wilk, PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tele.:  602/248-1089
Fax:    602/248-0522
**Counsel for Defendants**
 Xcentric Ventures, LLC, badbusinessbureau.org and EdMagedson

3

ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre, Suite 1650, 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301