Whitney Information, et al v. Xcentric Ventures, et al       Doc. 153 Att. 8

Ripoff Report: By Consumers, For Consumers    Case 2:04-cv-00047-MMH-SPC    Document 153-9    Filed 10/19/2007    Page 1 of 41    Page 6 of 7

Please Select a Company From the List



Other
1-800-unlocks
1rate
1st Class Print Supply
24 Hour Fitness
2by2.net
30 Minute Money System
4my2cents
A-----------------------------------------------------------
A Briggs Passaports & Visa Expeditors The Village Postmark

☐ The Company or Individual I just reported is not on the list and I
am requesting a link be made and added to my report. ONLY
check this box if you could not find a link for your Report and you
know there is at least one other Ripoff Report on the same
Company or individual

## Step 6 - Submit Report

## Submit your Ripoff Report

**1. Rip-Off Report Membership Terms &
Conditions**

To use this service, you must be at least 14
years old.

www.RipoffReport.com ("ROR") is an online forum
created to help keep consumers informed. ROR is
operated by Xcentric Ventures, L.L.C. located at:

**Xcentric Ventures, L.L.C.**
P.O. Box 310

☐ By posting this report/rebuttal, I attest that this report is valid and
I understand and agree that my submission and use of this
website is subject to the site's *Terms of Service* (above). I am
giving Ripoff Report irrevocable rights to post it on this web site. I
acknowledge that once I post my report, it will not be removed,
even at my request. Of course, I can always update my report to
reflect new developments by clicking on UPDATE. Further, I agree
that by posting this report/rebuttal that the State of Arizona has
exclusive jurisdiction over any disputes between me and the
operators of Ripoff Report arising out of this posting.

[ Submit Your Report ]
Click this button ONCE please.

**Having trouble searching or filing a report?**

It may be a browser problem. See our FAQ for help.

**Ripoff Report.**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

Rip-off Report.com - badbusinessbureau.com                                    Page 1 of 3



...by consumers, for consumers

RIP-OFF

Don't let them get away wit
Make sure they make the Rip-off

a service of
badbusinessbureau.com Report.com          Home    Files   Search   Register

Do-it-yourself guide      RIP-OFF
                          Report

Add pictures                          **Search Results**
to your                  **Criteria: *russ whitney*, in All Reports:**
Rip-off Report                    **49 Entries Found, Showing 1 - 15**

*LEGEND:*   NEW  Within last 7 days   UPDATE  More info from user   REBUTTAL  Rebuttal from company or devotee   PHOTOS  Photos contained with
the report.

| Date | Title | State |
|---|---|---|
| 1. 4/5/2007 5:21:21 PM NEW UPDATE REBUTTAL | Russ Whitney, Building Wealth,whitney Education Group SCAM !!! I paid $995.00 and three days of my time to be told that I needed to spend more money. Cape Coral Florida *UPDATE ..can i get my money back ? <br> *Seminar Programs:* **Russ Whitney, Building Wealth** *Florida* | **Author:** moon township, Pennsylvania |
| 2. 3/26/2007 10:25:00 AM | Wealth Intelligency Academy, Focus On Foreclosures, Russ Whitney, Cash Flow Generator, Whitney Information Network misrepresented the nature of 3 day seminar...if it's too good to be true IT IS! Las Vegas, Los Angeles Cape Coral, Florida <br> *Seminar Programs:* **Wealth Intelligency Academy, Focus On Foreclosures, Russ Whitney, Cape Coral FL, Cash Flow Generator** *California* | **Author:** Los Angeles, California |
| 3. 3/17/2007 8:56:00 PM | Russ Whitey Education Group Scam Rip Off Fraud Misrepresentation Deceptive trade practices Securities and Exchange Russ Whitney Foreclosure Wealth Intelligence Academy Law Suit/ Focus On Foreclosure Cape Coral Florida <br> *Con Artists:* **Russ Whitey Education Group** *Florida* | **Author:** PORTLAND, Oregon |
| 4. 3/8/2007 4:52:00 PM | Russ Whitney Cash Flow Generator MU Students Ripoff Cape Coral Florida <br> *Corrupt Companies:* **Russ Whitney Cash Flow Generator** *Florida* | **Author:** Londonderry, New Hampshire |
| 5. 2/27/2007 5:57:00 PM | Russ Whitney TOOK MONEY & Won't fulfill on contract - over $14k spent Ripoff Cape Coral Florida <br> *Seminar Programs:* **Russ Whitney** | **Author:** chicago, Illinois |

EXHIBIT NO. 8
Magedson
7-1-07
justcoto.com

XCN WHT - 00011

| | | |
|---|---|---|
| | *Florida* | |
| 6. 2/19/2007 1:55:00 AM | Rich Dad Education Robert Kiyosaki's Rich Dad Education partner in crime Russ Whitney Scottsdale Arizona | |
| | *Seminar Programs: Robert Kiyosaki's Rich Dad Education - Russ Whitney Arizona* | **Author:** Kissimmee, Florida |
| 7. 2/8/2007 8:56:00 AM | John Beck/ Russ Whitney RIPOFFS White House Tennessee | |
| | *Multi Level Marketing: John Beck/ Russ Whitney Tennessee* | **Author:** white house, Tennessee |
| 8. 1/18/2007 3:38:22 AM (REBUTTAL) | Russ Whitney Building Wealth I used to work for Russ Whitney ripoff Cape Coral Florida *Consumer Comment ..to whom it may concern | |
| | *Seminar Programs: Russ Whitney Building Wealth Florida* | **Author:** Lehigh, Florida |
| 9. 1/16/2007 11:28:00 AM | Russ Whitney, Wealth Intelligence Academy, Star Trader, Edutrandes , sold Stock Investment Training classes & coaching help..I have requested a refund- I can't get any response Draper Utah | |
| | *Seminar Programs: Russ Whitney, Wealth Intelligence Academy, Star Trader, Edutrandes Inc. Utah* | **Author:** Lexington, North Carolina |
| 10. 12/30/2006 6:04:09 PM (UPDATE) (REBUTTAL) PHOTO | Primerica Financial Services - Research of its financial products and Business Opportunity, Primerica shows total commitment to resolve all issues and misunderstandings, committed to serving clients & agents Rip-off Report investigates and finds most of what is posted is ridiculous like this title, Primerica Financial Services - Traveler's Insurance, chanting Amen, perhaps comparing Primerica to a cult *UPDATE: Rip-off Report Investigation examines the Company and its record of service to consumers and representatives | |
| | *Financial Services: Primerica Nationwide* | **Author:** San Diego, CA |
| 11. 12/19/2006 7:24:00 PM | Robert Kiyosaki "Rich Dad" & Russ Whitney SCAM ALERT! "Rich Dad" associate being investigated by the government. Is Kiyosaki NEXT? Scottsdale Arizona | |
| | *Seminar Programs: Robert Kiyosaki Arizona* | **Author:** Queens, New York |
| 12. 11/30/2006 8:13:00 AM | Rich Dad Robert Kiyosaki & Russ Whitney Russ Whitney investigated by SEC. Russ Whitney is hiding behind Robert Kiyosaki!!! Scottsdale Arizona | |
| | *Seminar Programs: Rich Dad Robert Kiyosaki & Russ Whitney Arizona* | **Author:** New York, New York |
| 13. 11/11/2006 1:17:00 AM | Rich Dad Robert Kiyosaki & Russ Whitney SEMINAR SCAM - BOYCOTT Scottsdale Arizona | |
| | *Seminar Programs: Rich Dad Robert Kiyosaki & Russ Whitney Arizona* | **Author:** New York, New York |
| 14. 11/10/2006 | | |

XCN WHT - 00012

| | | |
|---|---|---|
| 8:42:00 AM | Robert Kiyosaki "Rich Dad" And Russ Whitney BOYCOTT RICH DAD Robert Kiyosaki Scottsdale Arizona | |
| | *Seminar Programs:* **Robert Kiyosaki** *Arizona* | **Author:** New York, New York |
| 15. 11/9/2006 10:07:33 AM  | Russ Whitney Group, Edutrades Inc., Teach Me To Trade, Wealth Intelligence Academy. ripoff your money and not have direct administrative contact ever after Draper Utah *UPDATE ..The SEC Federal Gov. is now on the Case; Of Teach ME To Trade, Russ Whitney | |
| | *Business Consulting:* **Russ Whitney Group, Edutrades Inc., Teach Me To Trade, Wealth Intelligence Academy.** *Utah* | **Author:** hendersonville, North Carolina |

LEGEND:

**NEW** Within last 7 days  **UPDATE** More info from user  **REBUTTAL** Rebuttal from company or devotee  **PHOTOS** Photos contained with the report.

---

Showing page 1.

**Next Page >>**

Select a new page:  1 ▓

---

Feel free to send us suggestions and comments to our *editorial staff.*

Technical questions can be addressed to our *webmaster.*

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our *FAQ* for help

XCN WHT - 00013

Rip-off Report.com - badbusinessbureau.com                    Page 1 of 3





### Search Results
### Criteria: *russ whitney*, in All Reports:
### 49 Entries Found, Showing 16 - 30

Add pictures
to your
Rip-off Report

LEGEND:

[NEW] Within last 7 days  [UPDATE] More info from user  [REBUTTAL] Rebuttal from company or devotee  [PHOTOS] Photos contained with
the report.

| Date | Title | State |
|------|-------|-------|
| **16.** 11/6/2006 11:11:59 PM [REBUTTAL] | Teach Me To Trade, Russ Whitney, W I N, Teach Me To Trade, Russ Whitney, Wealth Information Network deceptive company, slime-balls - watch out for these guys Florida Nationwide *Consumer Comment ..What about the content? | |
| | *Home based business:* **Teach Me To Trade** *Nationwide* | **Author:** San Diego, CA |
| **17.** 10/28/2006 1:11:00 AM | Russ Whitney ripped off another hard worker BBB Florida refuses to help. Claim he has screwed many people. Dont be screwed like me WARNING Florida - Calgary Canada | |
| | *Corrupt Companies:* **Russ Whitney** *Florida, Canada, Internet* | **Author:** Medicine Hat, Alberta |
| **18.** 10/27/2006 11:54:38 AM [REBUTTAL] | John T. Reed Aka John Reed Aka Jack Reed The truth about John T. Reed Alamo California *Consumer Comment ..John T Reed Subscriber | |
| | *Small Business Services:* **John T. Reed, John Reed** *California* | **Author:** New York, New York |
| **19.** 10/26/2006 5:44:00 PM | Focus On Foreclosure Seminar - Russ Whitney Beware: This is a Russ Whitney course Cape Coral Florida !!!!! | |
| | *Seminars:* **Focus On Foreclosure - Russ Whitney** *Florida* | **Author:** Mount Vernon, Washington |
| **20.** 10/17/2006 9:40:00 AM | Russ Whitney - Wealth Intelligence Group Ripoff in early to mid 2005 Cape Coral Florida | |
| | *Seminar Programs:* **Russ Whitney** *Florida* | **Author:** Charleston, West Virginia |
| **21.** 10/12/2006 2:05:00 AM | Rich Dad Robert Kiyosaki - Russ Whitney Kiyosaki has sold OUT!! Rich Dad gets RICHER on you and I Phoenix Arizona | |

XCN WHT - 00014

| | | |
|---|---|---|
| | *Seminar Programs:* **Rich Dad Robert Kiyosaki - Russ Whitney** *Arizona* | **Author:** Phoenix, Arizona |
| **22.** *10/10/2006* *12:58:00 AM* | Rich Dad Organization, Rich Dad Robert Kiyosaki And Russ Whitney's Whitney Information Network Rich Dad Sold Out!! Scottsdale Arizona | |
| | *Seminar Programs:* **Rich Dad Robert Kiyosaki - Russ Whitney** *Arizona* | **Author:** Tarzana, California |
| **23.** *10/9/2006* *12:48:00 PM* **REBUTTAL** | Russ Whitneys Building Wealth Seminar ripoff Cape Coral Florida *Consumer Comment ..Who's wealth? | |
| | *Realtors:* **Russ Whitneys Building Wealth Seminar** *Florida* | **Author:** Suwanee, Georgia |
| **24.** *9/25/2006* *8:51:00 PM* | Teach Me To Trade, Wealth Intelligence Academy, Russ Whitney Group, Edutrades Scam artists, bogus claims, misrepresentations and high pressured sales to an unknowing and uninformed public Draper Utah | |
| | *Tutoring:* **Teach Me To Trade, Wealth Intelligence Academy** *Florida* | **Author:** Columbus, Ohio |
| **25.** *9/10/2006* *11:52:58 AM* **REBUTTAL** | Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices... ripoff Draper Utah *Consumer Comment ..This guy is simply an employee who gets commission for each sale. He knows how to scam, but not how to trade squat. | |
| | *Seminar Programs:* **Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices...** *Utah* | **Author:** Kansas City, Missouri |
| **26.** *9/10/2006* *11:52:58 AM* **REBUTTAL** | Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices, stock trading education ripoff, refund never issued, bunch of liers and thieves Draper Utah *Consumer Comment ..They will say anything | |
| | *Home based business:* **Teach Me To Trade, Star Trader, Whitney Education, Russ Whitney Unethic Business Practices...** *Utah* | **Author:** North Miami, Florida |
| **27.** *9/10/2006* *11:52:58 AM* **REBUTTAL** | Teach Me To Trade, Whitney Education, Russ Whitney Unethic Business Practices, Bait and Switch Cape CCape Coral Florida *Consumer Comment ..Teach Me to Trade, Whitney Education Group | |
| | *Financial Services:* **Teach Me To Trade, Whitney Education, Russ Whitney** *Florida* | **Author:** Glenview, Illinois |
| **28.** *9/7/2006* *9:19:04 PM* **REBUTTAL** | Russ Whitney, Aka Whitney Education Services, Aka Wealth Intelligence Academy Russ Whitney, Aka Whitney Education Group, Aka Wealth Intelligence Academy $24,980 Rip-Off: Lies, Misrepresentation, and Evasion Cape Coral, Florida Cape Coral Florida *Consumer Suggestion ..Full Reimbursement | |
| | *False TV Advertisments:* **Russ Whitney, Aka Whitney Education Group, Aka Wealth Intelligence Academy** *Florida* | **Author:** Duarte, California |
| **29.** *9/7/2006* *9:06:14 PM* | Russ Whitney Group, Edutrades, Teach Me To Trade, Wealth Intelligence | |

XCN WHT - 00015

Rip-off Report.com - badbusinessbureau.com                                    Page 3 of 3

| | |
|---|---|
| [REBUTTAL] | **Academy ripoff Cape Coral Florida *Consumer Suggestion ..Full Reimbursement** |
| | *Seminar Programs:* **Russ Whitney Group, Edutrades, Teach Me To Trade, Wealth Intelligence Academy** *Florida* |  **Author:** Milford, Massachusetts |
| **30.** 4/6/2006 7:01:00 PM | **Russ Whitney - Millionaire University - Gulfstream Development Group - Ripoff Millionaire University No Help in Sight to Sell this Property Cape Coral Florida** |
| | *Builders & Contractors:* **Gulfstream Development Group - Millionaire University** *Florida* |  **Author:** Tampa, Florida |

LEGEND:

[NEW] Within last 7 days  [UPDATE] More info from user  [REBUTTAL] Rebuttal from company or devotee  [PHOTOS] Photos contained with the report.

| |
|---|
| Showing page 2. |
| **<< Previous Page**      **Next Page >>** |
| Select a new page: 2  |

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

XCN WHT - 00016

Rip-off Report.com - badbusinessbureau.com                          Page 1 of 3





Add pictures
to your
Rip-off Report

**Search Results**
# Criteria: *russ whitney*, in All Reports:
**49 Entries Found, Showing 31 - 45**

LEGEND:

[NEW] Within last 7 days  [UPDATE] More info from user  [REBUTTAL] Rebuttal from company or devotee  [PHOTOS] Photos contained with the report.

| Date | Title | State |
|------|-------|-------|
| 31. 3/16/2006<br>7:34:09 PM<br>[REBUTTAL] | Russ Whitney - Scam Alert - Whitney Education Group Cape Coral Florida *Consumer Comment ..Worked for me | |
| | *False TV Advertisments:* **Whitney Education Group Inc**<br>*Florida* | Author: |
| 32. 2/20/2006<br>12:25:11 AM<br>[REBUTTAL] | Russ Whitney - Wealth Intelligence Acadamy - Premiere Investors Group - Cash Flow Generator Ripoff Dishonest, Scam Artist, Lying Thieves, No Due Diligence, and everything else you could think of Cape Coral Florida *Consumer Comment ..Russ Whitney Initial Classes not bad, but outrageous fees for advanced training | |
| | *Home based business:* **Russ Whitney - Wealth Intelligence Acadamy - Premiere Investors Group - Cash Flow Generator**<br>*Florida* | Author: New Philadelphia, Ohio |
| 33. 12/19/2005<br>7:38:00 PM | Russ Whitney ripoff Cape Coral Florida | |
| | *Seminar Programs:* **Russ Whitney**<br>*Florida* | Author: San Antonio, Texas |
| 34. 10/11/2005<br>1:10:00 AM | Russ Whitney, EduTrades, Whitney Education Russ Whitney, EduTrades, Whitney Education we have paid an absorbent amount of money for motivation, rather than for trustworthy knowledge that we can depend on Cape Coral Florida | |
| | *False TV Advertisments:* **Russ Whitney, EduTrades, Whitney Education**<br>*Florida* | Author: Cape Coral, Florida |
| 35. 5/17/2005<br>9:49:08 AM<br>[REBUTTAL] | Whitney Education Group Using Strongarm tactics to keep money that is owed to my wife and myself ripoff Cape Coral Florida *Consumer Comment ..Actually, you can get your money back | |

XCN WHT - 00017

| | | |
|---|---|---|
| | *Sales People:* **Whitney Education Group** *Florida* | **Author:** Sissonville, West Virginia |
| 36. 9/18/2004 8:47:00 AM | Russ Whitney Whitney Education Group ripoff Cape Coral Florida *False TV Advertisements:* **Russ Whitney Whitney Education Group** *Florida* | **Author:** cherry hill, New Jersey |
| 37. 9/13/2004 12:58:00 PM | Russ Whitney Teach Me To Trade they get you excited then they rip you off when least expected Draper Utah *Corrupt Companies:* **Russ Whitney Teach Me To Trade** *Utah* | **Author:** Kalkaska, Michigan |
| 38. 7/1/2004 3:47:00 PM | Russ Whitney Rip-Off mentoring program scam! Missisauga Ontario *Corrupt Companies:* **Russ Whitney** *Ontario* | **Author:** medicine hat, Alberta |
| 39. 5/12/2004 6:08:00 PM | Russ Whitney's Representatives ripoff, rude, hung up on us when not paying "tonight" Cape Coral Florida *Corrupt Companies:* **Russ Whitney** *Florida* | **Author:** Miami, Florida |
| 40. 4/26/2004 4:53:00 PM | Russ Whitney Education Group ripoff deceptive misleading hoax Cape Coral Florida *False TV Advertisements:* **Russ Whitney** | **Author:** CHICAGO, Illinois |
| 41. 4/17/2004 9:31:00 PM | Russ Whitney Teach Me To Trade is a ripoff! They use bait and switch tactics! Cape Corral Florida *Home based business:* **Russ Whitney Teach Me To Trade** | **Author:** Gurnee, Illinois |
| 42. 4/14/2004 10:45:13 PM *(REBUTTAL)* | Russ Whitney 0 Teach Me To Trade Bait And Swith Tactics They use Bait and Switch tactics to sell more software and to get you to sign up for more classes, ripoff Cape Coral Florida *REBUTTAL employee ..description of our course please allow me to set the record straight *Corrupt Companies:* **Russ Whitney - Teach Me To Trade** *Florida* | **Author:** Gurnee, Illinois |
| 43. 9/24/2003 10:34:00 PM | Russ Whitney Lied about the 3 day seminar ripoff Cape Coral Florida *Financial Services:* **Russ Whitney Education** *Nationwide* | **Author:** Scottsdale, Arizona |
| 44. 9/17/2003 3:37:00 AM | Russ Whitney ripoff Cape Coral Florida *Financial Services:* **Russ Whitney** *Florida* | **Author:** Phoenix, Arizona |
| 45. 8/31/2003 9:55:15 PM *(REBUTTAL)* | Russ Whitney Of Whitney Education Group, Inc. High pressure sales tactics. Seminars "we pay for" are actually infomercials.Keep you on the phone until you upgrade your package. Cape Coral Florida *Consumer Comment . also Ripped of & sucked in by the fast talking Russ Whitney *Corrupt Companies:* **Russ Whitney** *Florida* | **Author:** Renton, Washington |

XCN WHT - 00018

Rip-off Report.com - badbusinessbureau.com                    Page 3 of 3

*LEGEND:*

 Within last 7 days  [UPDATE] More info from user  [REBUTTAL] Rebuttal from company or devotee  [PHOTOS] Photos contained with the report.

Showing page 3.

<< Previous Page                                          Next Page >>

Select a new page:  3 ▣

Feel free to send us suggestions       Technical questions can be       Best if viewed with Netscape 4,      Having trouble searching or filing a
and comments to our editorial staff.   addressed to our webmaster.      Internet Explorer 4, or AOL 4.0.     report? It may be a browser
                                                                        Support for JavaScript is needed to  problem. See our FAQ for help
                                                                        submit and search for reports.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

XCN WHT - 00019

Rip-off Report.com - badbusinessbureau.com                                Page 1 of 2



...by consumers, for consumers

RIP-OFF
a service of
badbusinessbureau.com  Report.com

Don't let them get away wit
Make sure they make the Rip-of

Do-it-yourself guide                    RIP-OFF Report.com

Add pictures
to your
Rip-off Report

### Search Results
### Criteria: *russ whitney*, in All Reports:
### 49 Entries Found, Showing 46 - 49

LEGEND:

NEW! Within last 7 days   UPDATE! More info from user   REBUTTAL Rebuttal from company or devotee   PHOTOS Photos contained with the report.

| Date | Title | State |
|---|---|---|
| **46.** 5/21/2003 10:46:39 PM **UPDATE!** | Russ Whitney ripoff, dishonest, fraudulent, no service. ripped off and scammed screwed others too ripped off and scammed Cape Coral Florida *UPDATE ..russ whitney the scam continues<br><br>*Corrupt Companies:* **Russ Whitney** *Florida* | **Author:** medicine hat, Alberta |
| **47.** 1/31/2003 11:35:54 PM | Russ Whitney Deceptive Business Practices Cape Coral Florida<br><br>*False TV Advertisments:* **Russ Whitney** *Florida* | **Author:** Evergreen, Colorado |
| **48.** 10/16/2002 12:26:48 PM | LeaseComm, Russ Whitney,Inc, EquityCorp, CreditCards. Com.E-Commerce, MPAP Program, Bait & Switch Operation, Unfair, Unethical Business Practices, Corrupt, Greatest Rip-Off Scheme Ever, Unbelievable That They Are Able to Continue This Deception, Western Regional Office: Newark California<br><br>*Multi Level Marketing:* **LeaseComm, Russ Whitney,Inc. EquityCorp. CreditCards.Com.E-Commerce.MPAP Program.** *Massachusetts* | **Author:** Merced, CA |
| **49.** 4/21/2002 12:16:29 PM | E Commerce Exchange, Russ Whitney Inc., Dot-Com Solutions/Independent Marketing, Inc.Leasecomm,E Com high pressure rip-offs; deceptive information; illegal judgment Wobum, Ma.;Irvine, Ca.; Cape Coral, Fl; Sandy, Ut; Draper, Ut.<br><br>*Internet Marketing Companies:* **Leasecomm,E Commerce Exchange, Russ Whitney Inc., Dot-Com Solutions/Independent Marketing, Inc.** *Massachusetts* | **Author:** manhattan beach, CA |

LEGEND:

NEW! Within last 7 days   UPDATE! More info from user   REBUTTAL Rebuttal from company or devotee   PHOTOS Photos contained with the report.

XCN WHT - 00020

Rip-off Report.com - badbusinessbureau.com                    Page 2 of 2

Showing page 4.

**<< Previous Page**

Select a new page: 4 

Feel free to send us suggestions      Technical questions can be        Best if viewed with Netscape 4,       Having trouble searching or filing a
and comments to our editorial staff.   addressed to our webmaster.        Internet Explorer 4, or AOL 4.0.       report? It may be a browser
                                                                          Support for JavaScript is needed to    problem. See our FAQ for help
                                                                          submit and search for reports.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

XCN WHT - 00021



...by consumers, for consumers

**RIP-OFF**

**Don't let them get away with it.
Make sure they make the Rip-off Report**

a service of
badbusinessbureau.com **Report.COM**

Home | File a | Search | Register | Login



RIP-OFF Report.com **Do-it-yourself guide**

**what**

**Rip-off Report
Verifies this product
is Trusted and Safe
for online purchase:**

**Identity Theft is
growing, protect
yourself now**
Over 26 million people
lost their identities last
week in a theft. More and
more IDs are being used
to purchase goods, get
credit and scam others
each month...
http://www.lifelock.com

**Veterans identities went
offsite announces
Department of Defense**
Last month the VA
reported an employee
who took home
information on a computer
had personal identity
information on hundreds
of thousands of Veterans
and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for
identity theft**
A new trend in using
children's information to
steal identities is
sweeping the nation.
Often unchecked these
kids credit reports are
being ruined before they
graduate...
www.lifelock.com/kids

E-mail to a Friend

Printer Friendly Version

Submitted: 12/9/2005 10:10:58 PM
Modified: 8/24/2006 9:59:08 PM

Category:
**Consumer Services**

## Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder of Rip-off Report explains how this program works to benefit both the consumer and the Reported business on Rip-off Report.com Tempe Arizona Internet

### Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program

Address:
**PO Box 310**
**Tempe Arizona 85280**
**U.S.A.**
Phone Number:
**602-518-4357**
Fax:

**what**

Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses

**CLICK
HERE**

Rip-off Report Corporate Advocacy Business Remediation and Customer Satisfaction Program,..*A program that benefits the consumer, assures them of complete satisfaction and confidence when doing business with a member business. The membership involves a commitment to Rip-off Report by the member businesses. - No matter how many Reports are listed on Rip-off Report about thier business; it's never too late!*

Carefully developed and conservatively used for over two years, the Corporate Advocacy Program has rapidly grown to be more successful than we even imagined. A business that is interested in being better, who recognizes the need to make changes, is the kind of business that this program will help. Any business that is interested in being better, that recognizes the need to change and commits to making those changes is the kind of business consumers want to do business with and is the kind of business we will accept as a Corporate Advocacy Program member.

**by ED Magedson - Founder Rip-off Report**

As a matter of policy, when Rip-off Report is retained by a company to investigate independently and to publish our findings, we use every bit of information at our disposal to determine the truthfulness of the complaints against the company or individual.

**CLICK
HERE**



try

pool
TOYS

Hammocks on Sale!
**Hammocks**
**Free Shipping**
**On Sale!**

EXHIBIT NO. 9
Magedson
8-1-07

Artist Ping Daeni

**WANTED**
**DEAD BEAT**
DADS &
MOMS
PUT YOUR
DEADBEAT
SPOUSE ON
TV!!!
So maybe you
can finally
COLLECT $$$
**WANTED**
Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
email us at
EDitor@ripoffreport.com
Rip-off Report
will forward your
filed
Report to
Producers.


beach toys
Beach toys for less!

Add pictures
to your
Rip-off Report

NOTE: As a part of the Corporate Advocacy Program *Rip-off Report verifies all Reports and Rebuttals, and will expose those posted erroneously.*

Our philosophy....

**ALL BUSINESSES WILL GET COMPLAINTS, BUT HOW THOSE BUSINESSES HANDLE THOSE COMPLAINTS SEPARATES GOOD BUSINESSES FROM BAD BUSINESSES.**
*It is never too late for any business or individual to make a complete turnaround, making amends by making it right, even if it took a long time to do so.*

This program is called **Rip-off Report Corporate Advocacy, Business Remediation & Customer Satisfaction Program.** *A long name for a program that does a lot for both the consumer and the Reported business alike.*

*This program requires the Member Business to agree to satisfy all complaints past, present and in the future, even when those complaints that come to us by e-mail .*

**The Member Business must also state improvements they are willing to make to their business that benefit the customer to avoid the reported problems from happening again in the future.**

**Rip-off Report has and always will be working hard for you, the consumer, so you can feel confident about what to look for when dealing with a business. Remember, just because a company is reported on Rip-off Report does not mean you should not do business with them. Use Rip-off Report information as a tool to your advantage, so you know what to look out for when dealing with that company or individual.**

*Not all reports should be taken as complete gospel. Some people will maliciously post complaints on the Internet and this is beyond the control of Rip-off Report. Remember, consumers and businesses both file frivolous lawsuits every day! Readers need to use their own judgment when considering any complaints posted on the Internet.*

**ONCE A RIP-OFF REPORT IS FILED, IT WILL NEVER, EVER DISAPPEAR...** Unlike other consumer agencies, once a Rip-off Report is filed, it will never, EVER disappear. Why? Our theory is it is better to see how a company or individual rectified complaints in the past. So, in the future if you see no new complaints about a company and you can see the history of how past complaints were resolved, wouldn't you feel more comfortable doing business with that company or individual? After all, all businesses will get complaints. It is impossible to satisfy all of the people all of the time.. no matter who you are.

NOTE: Around two years ago in the early stages of developing this program, Rip-off Report did consider removing reports for one company. We immediately realized that by doing so, we would destroy the credibility of the Corporate Advocacy Program ourselves! We developed another method to offset negativity for that company that still remains in place within this program today. NO reports have ever been deliberately removed to date. (Working with electronic mediums subject to system failures and attacks from detractors, Rip-off Report cannot guarantee with 100% certainty that NOTHING has ever disappeared. This site has had to be restored from backups more than once in the past, and we can only offer our deepest apologies if something important to you has gone missing.)

# RIP-OFF REPORT DOES NOT SOLICIT THE CAP PROGRAM

**Rip-off Report does NOT solicit the Corporate Advocacy Program. This program is only for those businesses that come to Rip-off Report with a desire to rectify the complaints and change their ways after realizing they can do better for their customers.**

**Keep in mind, many businesses never did anything wrong at all or were the victim of circumstances or some misunderstanding. Hey, thanks to Al Gore starting the Internet ;-) ..consumers now have the edge and don't have to wait for their 15 minutes of fame at their local TV Station or some newspaper that could possibly misquote them anyway.**

Prescription Drug
Card Rip-Off?
Are you a member of a
prescription drug plan or
do you have a prescription
drug card through any
organization, such as

• SaveRx
• MatureRx
• CoventryAdvantraRx
• Humana
• Unicare
• HealthNet
• SierraRx
• United Healthcare
• VeteransAdvantage

If so, you may have
unknowingly been injured
financially and therefore
be entitled to
reimbursement of your
losses.

To see if you were injured
and whether you are
eligible to be a member of
a class action to recover
your losses please
contact
classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and
casting calls for models,
agents, and casting
directors.
Learn how to improve
your
modeling portfolio and
avoid
scams in the modeling
industry

This business is CERTIFIED SAFE.
Verified by Rip-off Report

Incredible Discoveries
Infomercials

Is a multimedia production
company that specializes in
half hour infomercials
dedicated to incredible
products. Our direct response
team is responsible for
generating over 400 million
dollars in direct response
television sales

Incredible Discoveries is a
division of Immediate Capital
Group, is a fully integrated
production and marketing
company that specializes in
long-form infomercial
development.
ICG co-funds media ventures
involving half hour infomercials
and offers funding
opportunities for
manufacturers to launch
products via multi-media
venues. ICG hosts a team of
dynamic professionals with
years of direct response
ingenuity and experience.
Our unique and fresh
approach to infomercial
programming has facilitated
partnerships with some of the
largest agencies and
manufacturers in the world.

Incredible discoveries have
state of the art, incredible
infomercial Production and
post production facilities.

**IT IS IMPOSSIBLE TO SATISFY ALL THE PEOPLE ALL OF THE TIME...**
It is impossible to satisfy all the people all of the time, but consumers can feel more secure knowing they are doing business with a member of our Corporate Advocacy Program. If a Member Business does not live up to their stated commitment, Rip-off Report is here to help. If a member business does not live up to its promised commitments to their customers in a very short period of time, that business is off the Corporate Advocacy Program. This program has been running over 2 years as a test and is now ready to expand further.

**RIP-OFF REPORT CHOOSES TO BE A POSITIVE FORCE IN THE CONSUMER WORLD BY ASSISTING BUSINESSES THAT WANT TO IMPROVE AND PROVIDE THE BEST CUSTOMER SERVICE AVAILABLE**

All businesses will get complaints from time to time.
All businesses will make mistakes. It's a fact of business life.
Smart and honest businesses know when to admit change is needed within their organization and strive to make those changes. Those admissions show and verify a businesses' commitment to make changes will earn the respect of any consumer running across a Rip-off Report filed on a business, producing new found business.

*"No company or even government agency is perfect. That is why political activists, and consumer advocacy groups like Rip-off Report are needed to instigate public action for the betterment of our society. "*
**United States Assistant Attorney General**

What was once only a theory is now a proven successful program...
The Corporate Advocacy Program resulted from businesses realizing that they had made mistakes and were seeking a way to satisfy complaints and make them good. Businesses began asking for Rip-off Report to become involved and help them repair their past errors.

## Corporate Advocacy Members have stated the following...

*Corporate Advocacy Program makes good business sense.

*CAP accomplishes what the Better Business Bureau BBB concept could never do. BBB hides our mistakes and does not educate the consumer on how we satisfied the complaint. Usually a BBB complaint is not settled for the full amount, much less than what the consumer is owed. The BBB is always on the side of their members, unless there is some adverse publicity on the horizon, the BBB will give them an unsatisfactory rating.

*ED, your creation of this Program turned our business around.

*ED. I did not believe you when you said, "by doing this program, the reports will turn a negative in to a positive and once that is done, we will wish there were more Rip-off Reports on our business! Now I understand what you were saying, it's true!

*The Corporate Advocacy Program helped employee morale as well as improved our sales.

*Granted, we needed to make changes, but if it were not for Rip-off Report Corporate Advocacy Program we would never have known what they were.

*We might not have ever admitted there were problems unless we were exposed like we were, we all need a little reality check one in a while.

Educating YOU, the consumer. What to look out for and what a reported business has done or not done to improve customer satisfaction. This goal is one of the most important reasons for the existence of Rip-off Report. For those businesses that recognized they needed to make a change and to improve their customer service, we developed the Corporate Advocacy Business Remediation & Customer Satisfaction Program that will help both the business and the consumer.

Incredible Discoveries unique infomercial funding model for incredible products finds and supports consumer based product sales.

Incredible Discoveries strategy for selling products into retail through incredible infomercial productions that help our strategic partnerships and distribution firms such as live shopping, Catalog, international and retail by having a as seen on TV branded product.

Incredible Discoveries full half-hour infomercials educate consumers on products by giving viewers enough time to understand the features and benefits of an incredible as seen on TV products.

Incredible Discoveries targets infomercial buyers that look for incredible products. Usually the female demographic watches infomercials and buys the products as seen on TV.

Incredible Discoveries has state of the art production studios and editing equipment used to produce programming that gets people to buy incredible as seen on television products.

Incredible Discoveries infomercial producers that have over 100 years combined infomercial production experience in selling incredible products on TV.

Incredible Discoveries houses a creative staff of producers, directors, and writers collaborate with direct response products to determine the direction of each project.

Incredible Discoveries frequently asked questions include: Is an infomercial marketing campaign the right type of campaign for your product? What makes Incredible Discoveries unique? Does Incredible Discoveries have infomercial funding?

Incredible Discoveries is located at 3850 N. Powerline Road in Deerfield Beach Florida.

Incredible Discoveries want's you to tell us about your invention and why an Incredible Discoveries infomercial campaign may be suitable for selling your product.

Incredible Discoveries latest HSN appearance with the Magic Juice Filler sold out, the Shopping network informed Incredible Discoveries that they will showcase the as seen on TV product again in 2007.

Incredible Discoveries, through their strategic partnership with interglobal, secures overseas infomercial sales for Dish Car.

Incredible Discoveries becomes member of The Electronic Retailing Association that represents the leaders in the direct response

For the business, this program will turn the Rip-off Reports from a negative into a positive and permanent advertisement. That is, IF the business lives up to their stated commitment to customer satisfaction to totally rectify all past and future complaints.

For the consumer, the Corporate Advocacy Program gives the confidence they needed to do business with them. *All consumers would want to do business with someone that was honest enough to realize there might have been some sort of a problem in the past, and now they are making things right. Completely right and not the BBB way. We all make mistakes. Again, all Businesses will make mistakes. How those businesses correct their mistakes and make things right, separates good businesses from the rotten ones.*

Be sure to contact us about any business that is on the Corporate Advocacy Program. Your questions, comments and suggestions are always welcome and will be considered even if we don't agree with them. Please realize Rip-off Report is charting new territory, working to make a long overdue change for the consumer and business alike. We will make mistakes, too. Please send us your input on how to improve this program.

**BOTTOM LINE FOR BOTH THE CONSUMER AND THE REPORTED BUSINESS**

Businesses enrolling in our program will address a perceived or admitted wrong, and make it right upon verification of the complaint. All legitimate verified complaints MUST be addressed. Bottom line. Your Bottom line!

ED Magedson * Founder
EDitor@ripoffreport.com*bad*businessbureau.com
www.ripoffreport.com

Don't let them get away with it.
Make sure they make the Rip-off Report!

We are not lawyers.
We are not a collection agency.

We are Consumer Advocates.
*...the victims' advocate*

We are a Worldwide Consumer Reporting News Agency
*...by consumers, for consumers*

Rip-off Report
Tempe, Arizona
U.S.A.

space for DRTV, online, print and radio.

Incredible Discoveries a production company specializing in producing long form direct response infomercial campaigns, unveiled their brand new incredible kitchen set & soundstage.

Incredible Discoveries seeks talented producers', writers and production staff that want exciting challenges and opportunities in the infomercial industry.

Incredible Discoveries looks for full time employees that can deliver incredible innovation, freshness and ingenuity to represent a dynamic experienced DRTV and infomercial funding company.

Incredible Discoveries identifies qualified infomercial professionals to join forces with existing the Infomercial team to complete projects for incredible as seen on TV products.

**Infomercials**
The objective of each production is to produce an infomercial intended to generate product sales, while at the same time increasing public awareness of the product. In addition, the program will concurrently act as a lead generation tool for follow-up sales, as well as creating brand awareness to help generate new retail opportunities.
Our telemarketing coordinators oversee the project's inbound marketing scripts and product training. On the back end there is an option for Incredible Discoveries to coordinate product fulfillment, credit card processing, strategic internet placement, retail distribution, and outbound telemarketing.

Incredible Discoveries, Inc
3850 N. Powerline Road
Deerfield Beach, FL 33073
p: (954) 935.3182
f: (954) 935.1296

## Company Search

If you would like to see more Rip-off Reports™ on Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program, please use the search box below

Rip-off Report Corporate Advocacy Business Remedi [ Search ]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp" or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these

types of responses will be added to the filed report, and will be posted
within 24 hours of receipt. Make your voice heard. Let them know your
side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report



| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |
|---|---|---|---|

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com



...by consumers, for consumers

RIP-OFF
Report.com

Don't let them get away with it.
Make sure they make the Rip-off Report

a service of
bad businessbureau.com

Home | File a | Search | My Account | Logout

# REBUTTAL RULES HAVE CHANGED!!

**If you are also a victim, you must file your own Rip-off Report. DO NOT RESPOND BELOW.**
Filing your own Rip-off Report helps show everyone the number of victims and creates a more accurate working history of a business, or person. To "File your own Rip-off Report" ... CLICK HERE
**...Also**
**Rip-off Report is also not accepting comments like those found on many sites that have "threads" with meaningless comments, ..in most cases using foul and insulting language against others, similar to those assaults on victims who have come to the Rip-off Report for justice.**
**..And**
**NO trivial comments will be accepted. Solid, productive criticism, your opinions and other Consumer Comments will be treated like letters to the EDitor, and if accepted by the **bad**businessbureau.com Review Board, and they will be posted within 72 hours.**
**...All others continue below...**

**Fill in your rebuttal information here:**

For your convienence, the report is reproduced below for you to refer to while writing your rebuttal.

**Responding to: "Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder of Rip-off Report explains how this program works to benefit both the consumer and the Reported business on Rip-off Report.com Tempe Arizona Internet"**

**NOTE:** Your last name, e-mail address and phone number will not show in your response and is only for our records at the Rip-off Report / **bad**businessbureau.com

**YOUR Information is strictly confidential:**
This is for our record only!
This information will only be used for possible verification by us.
Only your first name, city and state will appear at the end of your response **to add credibility**.

**Click here**
➡ **NEW! For new procedures for submitting a REBUTTAL on this web site CLICK HERE**

Items marked with ** must be completed or your REBUTTAL will NOT be posted.

## ☑ Step 1: Categorize your response to this Report

(Be sure to select the best category for your situation)

**\*\* Your relationship to the company:**

○ I am the **Owner of the Company** Reported (your correct phone # required above for verification or this will not be posted)

○ I am the **Individual** Reported (phone # required above)

○ I am an **Employee** of the Company Reported

○ I am an **Employee** of the Company **with Inside information**

○ I am an **Ex-Employee** of the Company Reported

○ I have a **Consumer Suggestion** or a constructive solution on how to resolve or avoid this Rip-off in the future. **Any other nonsense will be ignored**

○ I have a **Consumer Comment:** I am none of the above but have comments regarding this Rip-off Report and wish to express my opinion. **These Comments will be treated as "Letters to the EDitor"** Solid, productive criticism, your opinions and other comments accepted only.

EXHIBIT NO. 10
Magedson
8-1-07
jmsseno.com

## ☑Step 2: Title

** Title your response

## ☑Step 3: Your Response

** Type your comments
here to this Rip-off
Report:

NOTE: Your comments
will read better, if you
leave a space between
paragraphs and don't
indent.

Don't use all
CAPITAL LETTERS,
it's hard to read.

www.ripoffreport.com

## ☑Step 4: Submit Your Rebuttal

☐ Submit your Rip-off Report  By posting this report/rebuttal, I attest this report is valid. I am giving Rip-off Report
irrevocable rights to post it on this web site. I acknowledge that once I post my report, it will not be removed, even at my request. Of
course, I can always update my report to reflect new developments by clicking on UPDATE. Further, I agree that by posting this
report/rebuttal that the State of Arizona has exclusive jurisdiction over any disputes arising out of this posting.    [ Submit ]

**Report:**

### Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder of Rip-off Report explains how this program works to benefit both the consumer and the Reported business on Rip-off Report.com Tempe Arizona Internet

**Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program**  (Category: Consumer Services  )

Date Created: 12/9/2005 10:10:58 PM  (Last
Modified:8/24/2006 9:59:08 PM  )

Rip-off Report Corporate Advocacy Business Remediation and Customer Satisfaction
Program,...*A program that benefits the consumer, assures them of complete satisfaction and
confidence when doing business with a member business. The membership involves a
commitment to Rip-off Report by the member businesses. - No matter how many Reports are
listed on Rip-off Report about thier business; it's never too late!*

Carefully developed and conservatively used for over two years, the Corporate Advocacy
Program has rapidly grown to be more successful than we even imagined. A business that is
interested in being better, who recognizes the need to make changes, is the kind of business
that this program will help. Any business that is interested in being better, that recognizes the
need to change and commits to making those changes is the kind of business consumers want
to do business with and is the kind of business we will accept as a Corporate Advocacy
Program member.

by ED Magedson - Founder Rip-off Report

As a matter of policy, when Rip-off Report is retained by a company to investigate
independently and to publish our findings, we use every bit of information at our disposal to

determine the truthfulness of the complaints against the company or individual.

NOTE: As a part of the Corporate Advocacy Program *Rip-off Report verifies all Reports and Rebuttals, and will expose those posted erroneously.*

Our philosophy....

## ALL BUSINESSES WILL GET COMPLAINTS, BUT HOW THOSE BUSINESSES HANDLE THOSE COMPLAINTS SEPARATES GOOD BUSINESSES FROM BAD BUSINESSES.
*It is never too late for any business or individual to make a complete turnaround, making amends by making it right, even if it took a long time to do so.*

This program is called Rip-off Report Corporate Advocacy, Business Remediation & Customer Satisfaction Program. *A long name for a program that does a lot for both the consumer and the Reported business alike.*

*This program requires the Member Business to agree to satisfy all complaints past, present and in the future, even when those complaints that come to us by e-mail .*

The Member Business must also state improvements they are willing to make to their business that benefit the customer to avoid the reported problems from happening again in the future.

Rip-off Report has and always will be working hard for you, the consumer, so you can feel confident about what to look for when dealing with a business. Remember, just because a company is reported on Rip-off Report does not mean you should not do business with them. Use Rip-off Report information as a tool to your advantage, so you know what to look out for when dealing with that company or individual.

*Not all reports should be taken as complete gospel. Some people will maliciously post complaints on the Internet and this is beyond the control of Rip-off Report. Remember, consumers and businesses both file frivolous lawsuits every day! Readers need to use their own judgment when considering any complaints posted on the Internet.*

## ONCE A RIP-OFF REPORT IS FILED, IT WILL NEVER, EVER DISAPPEAR...
Unlike other consumer agencies, once a Rip-off Report is filed, it will never, EVER disappear. Why? Our theory is it is better to see how a company or individual rectified complaints in the past. So, in the future if you see no new complaints about a company and you can see the history of how past complaints were resolved, wouldn't you feel more comfortable doing business with that company or individual? After all, all businesses will get complaints. It is impossible to satisfy all of the people all of the time.. no matter who you are.

NOTE: Around two years ago in the early stages of developing this program, Rip-off Report did consider removing reports for one company. We immediately realized that by doing so, we would destroy the credibility of the Corporate Advocacy Program ourselves! We developed another method to offset negativity for that company that still remains in place within this program today. NO reports have ever been deliberately removed to date. (Working with electronic mediums subject to system failures and attacks from detractors, Rip-off Report cannot guarantee with 100% certainty that NOTHING has ever disappeared. This site has had to be restored from backups more than once in the past, and we can only offer our deepest apologies if something important to you has gone missing.)

# RIP-OFF REPORT DOES NOT SOLICIT THE CAP PROGRAM
Rip-off Report does NOT solicit the Corporate Advocacy Program. This program is only for those businesses that come to Rip-off Report with a desire to rectify the complaints and change their ways after realizing they can do better for their customers.

Keep in mind, many businesses never did anything wrong at all or were the victim of circumstances or some misunderstanding. Hey, thanks to Al Gore starting the Internet ;-) ..consumers now have the edge and don't have to wait for their 15 minutes of fame at their local TV Station or some newspaper that could possibly misquote them anyway.

## IT IS IMPOSSIBLE TO SATISFY ALL THE PEOPLE ALL OF THE TIME...
It is impossible to satisfy all the people all of the time, but consumers can feel more secure knowing they are doing business with a member of our Corporate Advocacy Program. If a Member Business does not live up to their stated commitment, Rip-off Report is here to help. If a member business does not live up to its promised commitments to their customers in a very

short period of time, that business is off the Corporate Advocacy Program. This program has been running over 2 years as a test and is now ready to expand further.

**RIP-OFF REPORT CHOOSES TO BE A POSITIVE FORCE IN THE CONSUMER WORLD BY ASSISTING BUSINESSES THAT WANT TO IMPROVE AND PROVIDE THE BEST CUSTOMER SERVICE AVAILABLE**

All businesses will get complaints from time to time.
All businesses will make mistakes. It's a fact of business life.
Smart and honest businesses know when to admit change is needed within their organization and strive to make those changes. Those admissions show and verify a businesses' commitment to make changes will earn the respect of any consumer running across a Rip-off Report filed on a business, producing new found business.

*"No company or even government agency is perfect. That is why political activists, and consumer advocacy groups like Rip-off Report are needed to instigate public action for the betterment of our society. "*
United States Assistant Attorney General

What was once only a theory is now a proven successful program...
**The Corporate Advocacy Program resulted from businesses realizing that they had made mistakes and were seeking a way to satisfy complaints and make them good. Businesses began asking for Rip-off Report to become involved and help them repair their past errors.**

# Corporate Advocacy Members have stated the following...

*Corporate Advocacy Program makes good business sense.

*CAP accomplishes what the Better Business Bureau BBB concept could never do. BBB hides our mistakes and does not educate the consumer on how we satisfied the complaint. Usually a BBB complaint is not settled for the full amount, much less than what the consumer is owed. The BBB is always on the side of their members, unless there is some adverse publicity on the horizon, the BBB will give them an unsatisfactory rating.

*ED, your creation of this Program turned our business around.

*ED. I did not believe you when you said, "by doing this program, the reports will turn a negative in to a positive and once that is done, we will wish there were more Rip-off Reports on our business! Now I understand what you were saying, it's true!

*The Corporate Advocacy Program helped employee morale as well as improved our sales.

*Granted, we needed to make changes, but if it were not for Rip-off Report Corporate Advocacy Program we would never have known what they were.

*We might not have ever admitted there were problems unless we were exposed like we were, we all need a little reality check one in a while.

Educating YOU, the consumer. What to look out for and what a reported business has done or not done to improve customer satisfaction. This goal is one of the most important reasons for the existence of Rip-off Report. For those businesses that recognized they needed to make a change and to improve their customer service, we developed the Corporate Advocacy Business Remediation & Customer Satisfaction Program that will help both the business and the consumer.

For the business, this program will turn the Rip-off Reports from a negative into a positive and permanent advertisement. That is, IF the business lives up to their stated commitment to customer satisfaction to totally rectify all past and future complaints.

For the consumer, the Corporate Advocacy Program gives the confidence they needed to do business with them. *All consumers would want to do business with someone that was honest enough to realize there might have been some sort of a problem in the past, and now they are making things right. Completely right and not the BBB way. We all make mistakes. Again, all Businesses will make mistakes. How those businesses correct their mistakes and make things right, separates good businesses from the rotten ones.*

Be sure to contact us about any business that is on the Corporate Advocacy Program. Your questions, comments and suggestions are always welcome and will be considered even if we don't agree with them. Please realize Rip-off Report is charting new territory, working to make a long overdue change for the consumer and business alike. We will make mistakes, too. Please send us your input on how to improve this program.

**BOTTOM LINE FOR BOTH THE CONSUMER AND THE REPORTED BUSINESS**

Businesses enrolling in our program will address a perceived or admitted wrong, and make it right upon verification of the complaint. All legitimate verified complaints MUST be addressed. Bottom line. Your Bottom line!

**ED Magedson * Founder**
EDitor@ripoffreport.com*bad*businessbureau.com
www.ripoffreport.com

Don't let them get away with it.
Make sure they make the Rip-off Report!

We are not lawyers.
We are not a collection agency.

We are Consumer Advocates.
*...the victims' advocate*

We are a Worldwide Consumer Reporting News Agency
*...by consumers, for consumers*

**Rip-off Report**
**Tempe, Arizona**
**U.S.A.**

| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |



...by consumers, for consumers

RIP-OFF
Report.com

Don't let them get away with it.
Make sure they make the Rip-off Report

a service of
bad businessbureau.com

Home | File | Search | My Account | Logout

## Some REBUTTAL NOTES from the EDitor

Too many times Companies and Individuals try to file a similar type of a REBUTTAL as illustrated below to all the Rip-off Reports filed against them. Imagine if there are 10, 50, 500 or over 1000 reports on a company or individual! This happens all the time.

This is an example of a REBUTTAL submitted by OCWEN BANK with over 200 Rip-off Reports:

> *If you have a concern regarding the servicing of your loan,*
> *E-mail Address: Customerrelations@ocwen.com*
> *Toll Free Phone #: 1-800-804-5561*
> *Mailing Address: Ocwen Federal Bank FSB,*
> *Attention: Research Department, 12650 Ingenuity Drive, Orlando, FL 32826*

*We strive to provide each of our customers with the utmost in customer care and professionalism and are eager to address any issue or concern that you feel has not been appropriately addressed.*

The above is NOT a REBUTTAL. Ocwen has sent in one or two of the above example to every Rip-off Report filed against them. At first, we did post them, yet, many consumers wrote in to us here at the Rip-off Report and the information the Company or Individual provided in the REBUTTAL was nothing new , nothing was resolved, the attempted REBUTTAL was nothing but a rouse and not a REBUTTAL at all .... giving the consumer more run-around, and potential consumers who read the REBUTTAL were led to believe Ocwen was OK. The above example / practice is being used and abused by many other companies and individuals with multiple Rip-off Reports filed against them.

Because these types of REBUTTALS are so time consuming, and are a form of "spamming" because they provide no substantive information. Therefore, we have initiated the following policy/procedures and fees to submit multiple REBUTTALS.

staff@ripoffreport.com

## BONA FIDE REBUTTALS
Rebuttal, means just that. We want a REBUTTAL stating why the victim submitting the report is wrong, or your apology stating why they are right and/ or how you will correct this so it will not happen in the future to others. In other words .. If you want to submit a REBUTTAL, make it a real REBUTTAL, either agreeing or disagreeing with the posted Rip-off Report, and then, if applicable, you must explain why there are so many Rip-off Reports where consumers claim they are being victimized by you or your company.

All Rip-off Reports contain the victim's first name, city and state, and should be more than enough information for the Reported Company or Individual to identify the victim so you can properly respond and submit your REBUTTAL. When you submit your REBUTTAL, your e-mail address and phone number will be verified before your REBUTTAL will be posted.

## REBUTTALS NOT ACCEPTABLE
We will not allow Companies or Individuals to simply state what a wonderful company they are, how many years they have been in business, and that the customer or consumer should call the posted number or e-mail address to get help. This is NOT a REBUTTAL. The customer has already exhausted themselves doing all that before resorting to searching on the Internet for help and by filing a Rip-off Report!

Again, submit a REBUTTAL, make it a real REBUTTAL, either agreeing or disagreeing with the posted Rip-off Report, and then, if applicable, you must explain why there are so many Rip-off Reports where consumers claim they are being victimized by you or your company.

| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com



Copyright © 200? Service of badbusinessbureau.com



EXHIBIT NO. 11
Magedson
9-1-07

http://www.ripoffreport.com/rebuttalprocedures.asp                    11/20/2006

**Main Identity**

| | |
|---|---|
| **From:** | <EDitor@ripoffreport.com> |
| **To:** | "Jeff LeJune" <jlejune@email.msn.com> |
| **Sent:** | Wednesday, June 04, 2003 7:36 PM |
| **Subject:** | soon-to-be ex-employee of Energy Automation Systems, Inc |

Can you file your own detailed Rip-off Report? Your info WIL NOT BE REVEALED! You are a source of info for you.

-----Original Message-----
From: Jeff LeJune [mailto:jlejune@email.msn.com]
Sent: Wednesday, June 04, 2003 2:43 PM
To: EDitor@ripoffreport.com
Subject: Re: EASI

They have now sent me a threatening letter from their lawyer demanded that I
retract my postings at ripoffreport and other places. Rich and powerful
crooks threatening and intimidating people they have driven to the brink of
bankruptcy.

----- Original Message -----
From: <EDitor@ripoffreport.com>
To: "'Jeff LeJune'" <jlejune@email.msn.com>
Sent: Thursday, May 29, 2003 2:33 PM
Subject: RE: EASI

This is great...

Can you post something or part of the e-mail below? This would be great, and it would definitely piss them off!

And, do not worry, I will not be passing this along to anyone...

Thank you

ED Magedson
EDitor@RipoffReport.com
badbusinessbureau.com
www.ripoffreport.com

We are not lawyers.
We are not a collection agency.

We are Consumer Advocates.
.the victims' advocate

EXHIBIT NO. 12
msteno.com
m̲a̲g̲e̲d̲s̲o̲n̲
8-1-07

LeJune v. EASI

**0103937**

EXHIBIT
A

12/29/2003

WE are Civil and Human Rights Activists

We are a Nationwide Consumer Reporting News Agency
by consumers, for consumers

DONATIONS may be sent to &
Victims & Volunteers ONLY may respond to:
badbusinessbureau.com
PO Box 1340, Media, Pennsylvania 19063

Florida Message Phone and office FAX: 305-832-2949
Washington office FAX: 425-799-9729

You may also DONATE by Paypal, ..click on the donate ad "Help keep this
site Free" at the top left of every Rip-off ReprotT, OR
Click on the  ad at the very bottom of every Rip-off RerpotT.

Remember.
Don't let them get away with it!T
Make sure they make the Rip-off ReportT


-----Original Message-----
From: Jeff LeJune [mailto:jlejune@email.msn.com]
Sent: Thursday, May 29, 2003 11:41 AM
To: EDitor@ripoffreport.com
Subject: Fw: EASI

I thought you might enjoy this from a soon-to-be ex-employee of Energy
Automation Systems, Inc.  The
CON ARTIST owner of the company has banned his employees from reading
ripoffreport.  SEE BELOW.  I promised to protect this employee until he
leaves then I will make an update to include this information.



LeJune v. EASI
0103938

12/29/2003

**Benita Egan**

| | |
|---|---|
| **From:** | EDitor@ripoffreport.com |
| **Sent:** | Tuesday, May 23, 2006 5:42 PM |
| **To:** | EASIJoe@aol.com |
| **Subject:** | RE: Energy Automation Systems - removal of reports |

You are pissing me off. in fact, we are done.

you just said below "" ." In fairness, these postings deserve to be removed. You said you don't do anything for free. I asked you how much it will cost to have you review this evidence then, if you decide I'm correct, remove these postings from your web site. This is what I need to know.  ""

are you  joking! I never EVER said such a thing.. you are twisting around about that I do not work for FREE ... you are a liar! We were not referring to, ... I would delete Rip-off Reports unless I was getting paid.... You are an ass.

I am not emailing with you.

if you want the rates for our program after looking at the other companies on the program, we will send that to you. I am not investing any more time with you on this.  YOU ARE A LIAR and FULL OF CRAP!

If you want  me to email with you, send me a check for $500 and that will get you an hour of my time. Click on the DONATE AD, and let me know you sent the money via paypal.

Because you lie and twist things around, we will not ever talk with you by phone.

also, I do not trust that you left the email below with out maybe making any changes to it before putting it below.

ED

---

**From:** EASIJoe@aol.com [mailto:EASIJoe@aol.com]
**Sent:** Tuesday, May 23, 2006 3:28 PM
**To:** EDitor@ripoffreport.com
**Subject:** Re: Energy Automation Systems - removal of reports

Ed:

Playing with you? I don't think so.

EXHIBIT NO. 13
Maureen
8-1-07

EXHIBIT
B

I excerpted portions of your email so you would know to which part of your email I was responding in order to avoid any confusion.

The person who made the false postings admitted to using various IP addresses.

The issue is I can provide you with conclusive, irrefutable proof that an individual made numerous false postings. This is not a case of "he said, she said." In fairness, these postings deserve to be removed. You said you don't do anything for free. I asked you how much it will cost to have you review this evidence then, if you decide I'm correct, remove these postings from your web site. This is what I need to know.

Best regards,
**Joseph C. Merlo**, CEO

Energy Automation Systems, Inc.
145 Anderson Lane
Hendersonville, TN 37075
615-822-7250 Fax: 615-431-4010
Reply to: easijoe@aol.com
Corporate Web Site: http://www.energyautomation.com


In a message dated 5/23/2006 4:33:54 P.M. Central Daylight Time, EDitor@ripoffreport.com writes:

> we can only offer you our assistance thru the Corporate Advocacy Program,... and there are more than 19 reports
>
> if you want us to send you more info on that, let us know.
>
> BUT, no Reports are ever removed.
>
> AGAIN, any program with us, never includes removal of a Rip-off Report. ever.
>
> we gave you sample companies to look at. If that will not work for you, not sure what else to tell you.
>
> We looked at the Reports. There are a few that have the same IP address. A few.
>
> Look at Incredible Discoveries and what we did with them.
>
> We will not work with only one or 2 Rip-off Reports. its all or nothing.
>
> You need to make a commitment for refunds, changes to your business to stop the legitimate complaints, so consumers will know you are addressing the problems. This will make any consumer want to do business with you.
>
> If you cannot understand our concept, you can ask direct questions about that. But, at this time, we think you are only playing with us. If you cannot understand what it is we do after looking at the samples we gave you, then, maybe there is a deeper problem with your business that we know about.
>
> Do not respond again with out including all the previous emails between us. you seem to selectively

include them ,, sometimes...

We will not respond unless all previous emails are included. becuase you broke them up, we sent them as an attachment. and we think there may be more of them.

AGAIN...

we can only offer you our assistance thru the Corporate Advocacy Program,... and there are more than 19 reports

if you want us to send you more info on that, let us know.

BUT, no Reports are ever removed.

AGAIN, any program with us, never includes removal of a Rip-off Report. ever.

The reports will end up working as a positive and not a negative to bring you in business. Any company on the program will tell you this...

ED

---

**From:** EASIJoe@aol.com [mailto:EASIJoe@aol.com]
**Sent:** Tuesday, May 23, 2006 11:03 AM
**To:** EDitor@ripoffreport.com
**Subject:** Re: Energy Automation Systems - removal of reports

Ed:

There are considerably more than three. As I mentioned, I have the man who made virtually all these false postings admitting to it on videotape during a deposition. He is trying to create the impression that there are many people upset with our company. You can see the entire thread at:

http://www.ripoffreport.com/results.asp?
q1=ALL&q4=&q6=&q3=&q2=&q7=&searchtype=0&submit2=Search%
21&q5=energy+automation+systems&Search=Search

In a message dated 5/23/2006 11:47:42 A.M. Central Daylight Time, EDitor@ripoffreport.com writes:

> how many Rip-off Report are there?
>
> if less than 3 send me the web address of them.. in this email

---

**From:** EASIJoe@aol.com [mailto:EASIJoe@aol.com]
**Sent:** Tuesday, May 23, 2006 9:08 AM
**To:** EDitor@ripoffreport.com
**Subject:** Re: Energy Automation Systems - removal of reports

In a message dated 5/22/2006 6:19:03 P.M. Central Daylight Time, EDitor@ripoffreport.com writes:

> if you want our assistance... we cannot assist you for free.

Then how much will it cost to have you review this guy's sworn testimony that
he made up all those names and locations and to delete his postings?

Best regards,
**Joseph C. Merlo**
Chief Executive Officer

Energy Automation Systems, Inc.
145 Anderson Lane
Hendersonville, TN 37075
http://www.energyautomation.com
Tel: (615) 822-7250 Fax: (615) 822-7252
Reply to: easijoe@aol.com

Best regards,
**Joseph C. Merlo**
Chief Executive Officer

Energy Automation Systems, Inc.
145 Anderson Lane
Hendersonville, TN 37075
http://www.energyautomation.com
Tel: (615) 822-7250 Fax: (615) 822-7252
Reply to: easijoe@aol.com

From: <EDitor@ripoffreport.com>
To: <EASIJoe@aol.com>
Subject: RE: Energy Automation Systems - removal of reports
Date: Mon, 22 May 2006 16:18:20 -0700
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_NextPart_000_2E08_01C67E6D.6EED0540"
X-Mailer: Microsoft Office Outlook, Build 11.0.5510
Thread-Index: AcZ99CHZBmMXIjkdRPWkqUaP5S5BMQAAbUNg
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1506
In-Reply-To: <1be.514618d.31a39d90@aol.com>

fine.

we have a service. I am ordered not to correspond any more unless you have a question about our
program.

We dont have time to look or do mails any more...

sorry...

if you want our assistance... we cannot assist you for free.

**From:** EASIJoe@aol.com [mailto:EASIJoe@aol.com]
**Sent:** Monday, May 22, 2006 4:05 PM
**To:** EDitor@ripoffreport.com
**Subject:** Re: Energy Automation Systems - removal of reports

In a message dated 5/22/2006 4:56:57 P.M. Central Daylight Time,
EDitor@ripoffreport.com writes:

> Rip-off Report has no way of determining whether you or the author of the report is telling the
> truth.

In this case, Rip-off Report DOES have a way of determining the truth. As I
mentioned in my email, I have sworn, videotaped testimony (given under oath) that
this person made multiple posts using multiple false names and locations. It would be
a simple matter to review the videotape or read the written transcript to know who is
telling the truth. I can readily provide these if you would be willing to delete these
reports.

Best regards,
**Joseph C. Merlo**, CEO

Energy Automation Systems, Inc.
145 Anderson Lane
Hendersonville, TN 37075
615-822-7250 Fax: 615-431-4010
Reply to: easijoe@aol.com
Corporate Web Site: http://www.energyautomation.com

From: <EDitor@ripoffreport.com>
To: <EASIJoe@aol.com>
Subject: RE:Energy Automation Systems - removal of reports
Date: Mon, 22 May 2006 10:56:31 -0700
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="----=_NextPart_000_2E0C_01C67E6D.6EF1C030"
X-Mailer: Microsoft Office Outlook, Build 11.0.5510
Thread-Index: AcZ9x+PFoatKpa83TzSk8wdVEjmDQwAAHUCA
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1506
In-Reply-To: <415.289cdd6.31a35351@aol.com>

Read below... we have a service you may want to look at...

Check on Rip-off Report the search results of the following companies...

Zaken

O Premium Waters

Chandler Hill

.. We have dozens of others you can talk with about our program. They all swear by it. They will all tell

you, we do more than we claim..

================================

**When the Reported business asks us, "why dont you check out these Reports before you post them" ..I ask you, where do we start and stop with evidence? ..No system is perfect. United States puts people to death, after 1 or 2 jury trials and countless appeals, to only find out later, ooops! ... they weren't guilty after all! ...**

**Most businesses ask. "ED, in 2006, what good does it do if a consumer sees Rip-off Reports from back in 2005" - - I tell them this is THE most important benefit you can ever get from Rip-off Report! ... Any 1/2 witted, educated consumer who is surfing the web in July of 2006 and comes across a Rip-off Report on your business, ..consider yourself lucky. ... Think about it. Remember, all businesses will get complaints, ALL..!! .. this will show the consumer that you have had no complaints for a long time, more importantly, it shows that you were man/woman enough to address your issues, make changes and committed to total customer satisfaction! ... What consumer would not want to do business with you? Even the guilty business will be forced to change their ways. Most people who respond appropriately, admit they might gave made a mistake, giving their customer the benefit of the doubt, and showing how they took care of the complaint or they will take care of the complaint if they contact them... TELL ME, what consumer would not want to do business with them. Even if the complaint is totally false, you can turn that around by explaining what you know in a nice way. ...If handled correctly, you will turn a negative into a positive.. The Internet is here to stay, and the tides have turned for the benefit of the consumer. BIG BUSINESS with lots of money is no longer in control... This will not change.**

**Rip-off Report is thanked all the time by businesses that fist said, "this will not work, you are full-of-it!" ... Most Businesses admitted after doing what I suggested, they now get business from the Report, new found business they would have never had if the Rip-off Report did not exist.**

Below is sort of a general response to businesses that contact us with a sincere effort to rectify their problems..

We DO NOT author the Reports. Consumer your self lucky they/your customer did not make us some sucks.com website on your company, located in some 3rd world country where you could not respond to the charges like you can on Rip-off Report. I think if you handle your response in the correct way, that will say it all, and in your favor, turning that negative into a positive, taking the high road..

If responded to properly, any half intelligent consumer will know the deal. The nicer you are, the more you turn around the negative Rip-off Report. We live in the Internet age. Unless Al Gore stops the internet, we are all stuck with it. :-) Deal with it, and show what a good business or business person you are; put your best foot forward, go beyond the call of good customer service, then the Rip-off Report will work as a positive advertisement you will want ALL your customers to see. A lot cheaper than those costly full page ads in the paper and on TV. Once you see this is working as a positive for your company, maybe you will think about sending us some of those advertising dollars, as you will see, Rip-off Report WILL GET YOU NEW FOUND BUSINESS, if, that's IF, you handle the Report in a positive way. Anyone thinking of Coming after Rip-off Report (filing a lawsuit) will get them nowhere and will only, more than likely, get them even more bad publicity, as that lawsuit will be passed around because, that lawsuit just became public information and can be posted all day long everywhere by anyone.

Rip-off Report has no way of determining whether you or the author of the report is telling the truth. We encourage you to post a rebuttal explaining your change of heart, or have the owner of the business tell their side of the story, but we have a uniform policy against removing stories posted by consumers.

Why WE DO NOT Remove a Rip-off Report:

If we remove a Rip-off Report, we would be no better than the BBB. Although we can not remove reports, we do provide and UPDATE feature that allows you supply additional positive or negative information regarding your situation.

**YOU MUST UNDERSTAND OUR PHILOSOPHY:**

If Rip-off Report removed a Report every time a business threatened, consumers would be back to where they were before with nothing for them to see as a history on how the business took care of past problems. This Report on the business or individual can work as a positive or as a promotional tool if they respond properly and do the right thing by taking care of you, their customer. Consumers will see this and will want to do business with them in-spit-of what has been written about them ...

That is why we supply a REBUTTAL feature so that the company reported has a chance to respond by agreeing, disagreeing, or apologizing and explaining what will be done to fix the issue.

By allowing consumers to view the original report, updates, and rebuttals; consumers will be able to make informed and educated decisions. This is mainly because consumers will be able to see how the company in question deals with complaints.

Regardless, as a mater of policy, we do not remove a submitted Rip-off Repot, and we never will. We have been offered as much as $50,000 to remove just one Rip-off Report, but we declined because doing so is in violation of our policy, and more importantly, goes against what we what we stand for. Please understand our position.

Remember, all businesses will get complaints. ALL! ... you can even file a rebuttal that is pleasant, supportive of this forum and freedom of speech. Also, tell what the situation was at the time the Report was posted, even if its a long time a ago! and how you made improvements to your company to avoid this and other things from happening again, and other positive comments about your company. ...that is free. You can turn that negative into a positive! Consumers are probably finding your business on search engines that would never even know about you! If handled correctly, this can come permanent positive advertisement! ...

**CHECKING FACTS before a Rip-off Report is filed?! .. that can happen... who will pay for that?**

   ... We also offer a paid service where we can make your comments come first, and we can add something permanent and positive to the title along with a review after interviewing your company on the charges made against you, changes you made and what we now know about your company, ..maybe with a commitment of refund, satisfaction and a special e-mail address for consumers to get special help!... Like we say on our home page, ... just because a company is listed on Rip-off Report, does NOT mean you should NOT deal with that company or individual. Quite the contrary, ... now as a consumer you know what to look out for, ..as an educated consumer is your best customer. ... Remember, all companies or individuals will get complaints, ... how those businesses or individuals handle those complaints separates good business from bad businesses.

http://www.ripoffreport.com/reports/ripoff167471.htm

**NOTICE: This program does not and NEVER HAS included deleting a Rip-off Report. EVER! .. That is a vicious rumor those who have been exposed on Rip-off Report, they are passing around. .. that false info.**

This service also includes uncovering and revealing phony Reports made by ex-employees posing as a unsatisfied customer, and investigating any new complaints before being posted and allowing you to

resolve them immediately...

If interested in our program called "Corporate Advocacy Program" .. Business Remediation & Customer Satisfaction Program ..contact EDitor@ripoffreport.com and put in the e-mail subject box: Corporate Advocacy Program RE: YOUR COMAPNY NAME

Lastly, again, I cannot emphasize enough, that attitude is everything when responding to a complaint, even if it is a bogus complaint. Disgruntled ex-employees, imposable to satisfy some customers, possible mistakes you made can all be addressed to make you look good! Depending on how YOU handle it. I know, easier said than done. Every business that belongs to our program state, this program has brought them NEW FOUND BUSINESS, by turning a negative into a positive.  ..Remember, if Rip-off Report never existed, consumers would make hate websites dedicated to you, and register them to some 3rd world country where you can never get at them or respond to them. Because of Rip-off Report.com popularity, you can nip this in the bud for all to see, if handled properly.

ALL BUSINESS WILL MAKE MISTAKES. HOW THOSE BUSINESSES HANDLE THOSE MISTAKES SEPARATES GOOD BUSINESS FROM BAD BUSINESS. Showing a consumer how you took care of the problems lets them know good you are, and they will even feel more confident in dealing with you.

We're always open for suggestions and improvements to our programs, even if we don't agree with you... :-)
**below our signature, see what we tell those who threaten to sue.**

ED Magedson - Founder
EDitor@ripoffreport.com
badbusinessbureau.com
www.ripoffreport.com

We are not lawyers.
We are not a collection agency.

We are Consumer Advocates.
...the victims' advocate

WE are Civil and Human Rights Activists

We are a Nationwide Consumer Reporting News Agency
..by consumers, for consumers

DONATIONS may be sent to &
Victims & Volunteers ONLY may respond to:
PO Box 310 Tempe, Arizona  85280

FAX: 425-799-9729

You may also DONATE by Paypal, ..click on the donate ad "Help keep this site Free" at the top left of every Rip-off Report™, OR
Click on the  ad at the very bottom of every Rip-off Report™.

Remember.
Don't let them get away with it!™
Make sure they make the Rip-off Report™

==================================================

"This is in response to your request that we remove the report posted about you on the Rip-Off Report web site. We understand that it is your position that the report is not accurate. Rip-off Report has no way of determining whether you or the author of the report is telling the truth. We encourage you to

post a rebuttal explaining your side of the story, but we have a uniform policy against removing stories posted by consumers.

Be advised that your threats of legal action are not supported by the law. Federal law, specifically the Communications Decency Act, 47 U.S.C.A §230, states that websites are immune from any liability for statements authored by others. Every court that has published an opinion about this statute has agreed that a website that provides a forum for others to post statements is not liable for those statements, even if they are false and defamatory. Congress enacted the Communications Decency Act to promote the free exchange of information and ideas over the Internet. Courts have recognized that Congress deliberately chose not to deter harmful online speech by means of civil liability on "companies that serve as intermediaries for other parties' potentially injurious messages." Id.

Also, the Communications Decency Act preempts state law to the extent that state law allows defamation claims against web site operators and on-line service providers for content they did not create.

Any claim that you might assert against Rip-off Report or its Internet Service Provider is barred by the Communications Decency Act. If you have a claim for defamation, you must bring it against the person who authored the report, not Rip-off Report.

---

**From:** EASIJoe@aol.com [mailto:EASIJoe@aol.com]
**Sent:** Monday, May 22, 2006 10:48 AM
**To:** EDitor@ripoffreport.com
**Subject:** Attn: ED Magedson

Ed:

I need your help.

Your web site, Ripoffreport.com, contains numerous negative postings on me, my company, its employees and business associates, etc. going back to April, 2003. There are also some positive rebuttals posted by Dealers and employees defending the company. For the most part, the negative postings are lies and slander.

Energy Automation Systems (also known as EASI) has many successful Dealers, but we have been in litigation with a handful of disgruntled Dealers. So far, we have had three trials during which these disgruntled Dealers made similar allegations. These Dealers were represented by very competent counsel. We have won each trial. Obviously, three juries have not agreed.

During pre-trial discovery we learned that virtually all the negative postings on Ripoffreport were made by ONE man. He used numerous false names and locations, many times responding to his own postings under different names. He even used names and locations of actual Dealers and employees. Meanwhile, all the positive rebuttals were posted by real Dealers and employees using their real names and locations. He has admitted to this in a sworn, videotaped, deposition.

These libelous and slanderous postings have cost my company a literal fortune in lost business, which we can document.

I know you don't normally remove postings, nor do you check the veracity of

the claims being made, or confirm the identity of the person making the postings. However, considering that we have this man's sworn testimony, ON VIDEOTAPE, would you make an exception and delete the entire thread on my company? It doesn't get any clearer than this. It would be the right thing to do. I will be pleased to have our lawyers provide you with a copy of the transcript of that portion of his testimony, or even a copy of the video.

Best regards,
**Joseph C. Merlo**
Chief Executive Officer

Energy Automation Systems, Inc.
145 Anderson Lane
Hendersonville, TN 37075
http://www.energyautomation.com
Tel: (615) 822-7250 Fax: (615) 822-7252
Reply to: easijoe@aol.com


From: <EDitor@ripoffreport.com>
To: <EASIJoe@aol.com>
Subject: RE: Energy Automation Systems - removal of reports
Date: Tue, 23 May 2006 09:17:32 -0700
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_NextPart_000_2E10_01C67E6D.6EF43130"
X-Mailer: Microsoft Office Outlook, Build 11.0.5510
Thread-Index: AcZ+gx9x/FZEA0bxT06Ixbv+nqQZEgAAS8ig
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1506
In-Reply-To: <469.14121a9.31a48d67@aol.com>


how many Rip-off Report are there?

if less than 3 send me the web address of them.. in this email

_____

From: EASIJoe@aol.com [mailto:EASIJoe@aol.com]
Sent: Tuesday, May 23, 2006 9:08 AM
To: EDitor@ripoffreport.com
Subject: Re: Energy Automation Systems - removal of reports

In a message dated 5/22/2006 6:19:03 P.M. Central Daylight Time, EDitor@ripoffreport.com writes:

if you want our assistance... we cannot assist you for free.

Then how much will it cost to have you review this guy's sworn testimony that he made up all those names and locations and to delete his postings?

Best regards,

**Joseph C. Merlo**
Chief Executive Officer

Energy Automation Systems, Inc.
145 Anderson Lane
Hendersonville, TN 37075
http://www.energyautomation.com
Tel: (615) 822-7250 Fax: (615) 822-7252
Reply to: easijoe@aol.com

**From:** EDitor@ripoffreport.com
**Sent:** Friday, October 14, 2005 10:11 PM
**To:** 'Russ Whitney'
**Subject:** RE: Recent Rip Off Report Posting on Russ Whitney "Russ Whitney, EduTrades, Whitney Education Russ Whitney, EduTrades, Whitney Education we have paid an absorbent amount of money for motivation, rather than for trustworthy knowledge that we can depe

sir

we cannot place this for you on that page, that is not your page... that shows a different email address?

can you get that address... and then send it?

**From:** Russ Whitney [mailto:russwhitneylawsuit@yahoo.com]
**Sent:** Friday, October 14, 2005 8:55 PM
**To:** editor@ripoffreport.com
**Subject:** Recent Rip Off Report Posting on Russ Whitney "Russ Whitney, EduTrades, Whitney Education Russ Whitney, EduTrades, Whitney Education we have paid an absorbent amount of money for motivation, rather than for trustworthy knowledge that we can depe

Recent Rip Off Report Posting on Russ Whitney "Russ Whitney, EduTrades, Whitney Education Russ Whitney, EduTrades, Whitney Education we have paid an absorbent amount of money for motivation, rather than for trustworthy knowledge that we can depend on
To: EDitor@ripoffreport.com

THIS IS AN URGENT REQUEST

Sir

We submitted this complaint and it has been processed. Our file is located at
https://www.ripoffreport.com/update.asp?RipID=160273

**We want to add all of the text from the main page at www.russwhitneylawsuit.com to our report as an add on**

Would you please cut the entire site and paste it into our report, as the site will not permit us to add all of that data.

Please confirm that you got this message.

Thank You

Russ Whitney Watchdog Investigator
russwhitneylawsuit@yahoo.com



XCN WHT - 00044

&lt;!-- Begin .post --&gt;
&lt;div class="post"&gt;&lt;a name="112821607064196448"&gt;&lt;/a&gt;


  &lt;h3 class="post-title"&gt;

Class Action Lawsuit Framework in Process

  &lt;/h3&gt;


  &lt;div class="post-body"&gt;
  &lt;p&gt;
   &lt;div style="clear:both;"&gt;&lt;/div&gt;&lt;a href="
http://photos1.blogger.com/blogger/3273/1565/1600/sec.jpg"&gt;&lt;img style="FLOAT: left; MARGIN: 0px
10px 10px 0px; CURSOR: hand" alt="" src="
http://photos1.blogger.com/blogger/3273/1565/400/sec.jpg" border="0" /&gt;&lt;/a&gt;&lt;br /&gt;&lt;strong&gt;&lt;span
style="font-size:180%;"&gt;UPDATE
REPORT......&lt;/span&gt;&lt;/strong&gt;&lt;br /&gt;&lt;strong&gt;&lt;/strong&gt;&lt;br /&gt;&lt;strong&gt;To all Potenital Members of the
Class vs. Whitney Information Networks, Inc, Russ Whitney, Whitney Education Group Inc. Edutrades,
Inc etal:&lt;/strong&gt;&lt;br /&gt;&lt;br /&gt;&lt;strong&gt;(UPDATE 10-13-05)&lt;/strong&gt; This has now become big news.
Many of the complaints that have been received throughout the nation as a result of this site and media
attention have been turned over to professional investigators around the nation working for a large
Syndicated Investigative Television Show on behalf of a TV Network.  Many of you will be contacted
directly by the television network.  &lt;strong&gt;All former and current employees who have provided
information to the investigators and moderators of this site are strongly urged to participate in this
project.  Your confidentiality is continually assured&lt;/strong&gt;. &lt;br /&gt;&lt;br /&gt;We want to also thank all of
the attorneys who have contacted us who have dealt with this company in the
past.&lt;br /&gt;&lt;br /&gt;&lt;strong&gt;Everyone&lt;/strong&gt;, &lt;strong&gt;Please take the time to work with these media
people as well as our offices.&lt;/strong&gt; This site is gaining Worldwide Attention and the volume of
information that you are sending is completely overwhelming, but we are committed to present each and
every one of your cases. &lt;br /&gt;&lt;br /&gt;&lt;strong&gt;Finally, ALL ADDITIONAL MEDIA INQUIRIES
SHOULD BE DIRECTED TO &lt;/strong&gt;&lt;a href="
mailto:mediarelations@russwhitneyinvestigations.com"&gt;&lt;strong&gt;mediarelations@russwhitneyinvestigat
&gt; PLEASE DO NOT USE THE INVESTIGATIONS email address for media
inquiries.&lt;/strong&gt;&lt;br /&gt;&lt;br /&gt;We are still watching the Federal Cases in Florida against the former
employees of the company.  We will be posting the entire cases as soon as we have copies of the official
court files to post.&lt;br /&gt;&lt;br /&gt;We also received an email last night that said that there is also an
investigation against Whitney that has been filed by former employees with the Department of Labor
under the&lt;strong&gt; SEC Fraud Laws.&lt;/strong&gt;  Our team is searching for these filings and &lt;strong&gt;if
this is true, we will be posting this as well&lt;/strong&gt;, we just need a copy.&lt;br /&gt;&lt;br /&gt;&lt;strong&gt;To our
friends inside the company&lt;/strong&gt;, If you are in the Cape Coral Office, and have access to this
Department of Labor Complaint, please email it to our offices immediately.  We will continue to
investigate and will also be posting all of the names of the cases that we have received so far.  So, keep
sedding your information to &lt;a href="
mailto:investigations@russwhitneylawsuit.com"&gt;investigations@russwhitneylawsuit.com&lt;/a&gt;&lt;br /&gt;&lt;br
site is being mirrored around the world on four co-located servers so that this site can not be pulled

7/2/2007

EXHIBIT NO. 15
Magedson
8-1-07
jmssteno.com

down, which history has shown that the Whitney Organization will surely go to any extreme to ensure.</strong> <strong> We are prepared to move forward.</strong><br /><br /><br />There is a large Lawfirm who has agreed to take all of your claims against the Russ Whitney Organization and will process them through this site. If you desire to become a member of the proposed class action lawsuit, you must submit your name, address, phone number and email address to <a href=" mailto:classmembers@russwhitneylawsuit.com">classmembers@russwhitneylawsuit.com</a>. There is a current Federal Case that our office has just learned about that was just filed in Florida against a former manager. We will be posting all of the documents from that case on this site. Our investigators are now in Florida interviewing potential witnesses. This lawsuit is based upon Fraud against Students and Federal Securities Fraud against Shareholders. More on this will be appearing soon. Here are some questions and answers about Class Action Cases:<br /><br /><strong>What is a class action? <br /></strong>A class action is a legal procedure used to efficiently handle a lawsuit in which a large number of people have been injured by a common act or set of actions.<br /><br /><strong>What type of cases are appropriate for class actions?<br /></strong>Class actions are often used to seek monetary damages and other relief resulting from violations of the anti-trust laws (such as price-fixing conspiracies and monopolization cases), securities law violations (such as fraudulent financial statements and market manipulation), consumer fraud, human and civil rights violations, employee benefits disputes, and environmental, toxic and other mass torts (including oil spills, defective products and defective drugs and medical devices). The attorneys representing the lead plaintiffs in effect serve as "private attorneys' general" to assist in the enforcement of Federal and State laws, by representing large numbers of persons injured.<br /><br /><strong>How did class actions originate?</strong><br />When a relatively large number of people are injured, financially or physically, by the same act or acts of a defendant, requiring each of them to sue individually for the wrong done to him or her is expensive, could result in a very large number of lawsuits having to be brought on essentially the same event or facts. That's an inefficient use of judicial resources, and results in wrong-doers being able to escape justice and make it easy for them to do small amounts of harm to many and take the risk that no one will hold them accountable for their illegal conduct because . In the 1960s, the Federal Rules of Civil Procedure, which are used in United States District Courts nationwide, were amended to allow for class action litigation. Class action law has evolved over time and many states have amended their laws to also permit class actions to be brought in state courts.<br /><br /><strong>Should i, or do I need to be, involved in a class action, and is there risk or expense for me?<br /></strong>In most cases you need take no steps of your own to join a class action. Indeed, usually only those who wish to exclude themselves from a class case need do anything. By participating in a class case, you accomplish a number of objectives. You may receive compensation for a wrong, injury, or loss you have sustained -- compensation that may not have been available to you in any other forum. Through inclusion in a class of similarly harmed persons, you also demonstrate to the court that the alleged harm done was substantial and impacted a large number of people, increasing both the likelihood of recovery and its size. Moreover, the only costs to you will be drawn from any settlement or judgment proceeds upon successful resolution of the case. Class counsel work on a contingency fee basis and only get paid upon successful resolution of the matter. In addition, the attorneys advance expenses and costs associated with prosecuting class cases.<br /><br /><strong>What is a lead plaintiff?</strong><br />A Lead Plaintiff is a representative person(s) or party appointed by the court, who stands in for and acts on behalf of the other class members in the litigation. To appoint a Lead Plaintiff, a court must determine that the proposed plaintiff's claims are typical of those of other class members, and that this plaintiff will adequately represent the interests of the class as a whole. Under certain circumstances, more than one class member may serve as Lead Plaintiff. The Lead Plaintiff has control over the course and direction the litigation will take.<br /><br /><strong>Who is the Lead Plaintiff?</strong><br />The lead Plaintiff is a formey Whitney Employee, Whitney Student and Whitney Stockholder.<br />The details of this will soon be released via an Associated Press News Release from the Class Firm.<br /><br /><strong>What is a 'class period' in a securities case and how is it determined?</strong><br />The "class period" is typically the time frame during which it is believed the alleged fraud or other securities law violations

XCN WHT - 00054

artificially inflated the price of the stock at issue in the case. Only those persons who purchased stock during this period are included in the class action suit. The class period is initially determined by plaintiffs' counsel after extensive research and investigation. Sometimes the class period changes during the course of the litigation based on additional information uncovered during the discovery process.<br /><br /><strong>Will I be able to get a refund on the money that I paid? </strong><br />This will be addressed on this site shortly.<br /><br /><strong>How are the attorneys paid in securities class action cases?</strong><br /></strong>The attorneys are usually paid in accordance with an order from the court in which the case is pending, and only if the case is successful. The judge responsible for the class action reviews a submission made by the attorneys, called a "fee petition". This petition sets forth in detail the work the attorneys have done on behalf of the class. The court then enters an order establishing the percentage of the settlement to be paid to the attorneys. Typically, this amount is about 30% of the gross settlement.<br /><br /><strong>Who is the Attorney that represents Whitney that I can Contact?</strong><br />All of our research has lead to a firm in Florida located at<br /><a href=" http://www.rra-law.com/lawyer.asp?id=14">http://www.rra-law.com/lawyer.asp?id=14</a> The attorney who handles all of Russ Whitneys Cases, and there are MANY, is an attorney named Scott W. Rothstein. His office phone number is 954-315-7200.<br /><br />Does this have anything to do with all of the stuff against <a href=" http://www.JohntReed.Com">www.JohntReed.Com</a><br /><br />NO, this is a completely independent action in a matter that was started when Whitney Sued a former Senior Vice President of their own company! We have been trying to reach the Defendant in the suit for a week and have not been able to as of yet. Once we reach the Defendant, we will enter as Class Counsel for YOU.<br /><br />How Can I get more Information?<br />Email our offices at investigations@russwhitneylawsuit.com Be specific in your claims and scan all documents for staff to review.<div style="clear:both; padding-bottom: 0.25em ;"></div>
    </p>
    </div>


    <p class="post-footer">
    <em>posted by Russ Whitney Watchdog at <a href="file:///d:/Documents and Settings/Work/My Documents/My Web Sites/mysite/2005/10/class-action-lawsuit-framework-in.html" title="permanent link">10/12/2005 10:30:00 AM</a></em>


    |
    <a class="comment-link" href="http://www.blogger.com/comment.g? blogID=17246777&amp;postID=11282160706419648&amp;isPopup=true " onclick="window.open ('http://www.blogger.com/comment.g? blogID=17246777&amp;postID=11282160706419648&amp;isPopup=true ', 'bloggerPopup', 'toolbar=0,scrollbars=1,location=0,statusbar=1,menubar=0,resizable=1,width=400,height=450);return false;">0 comments</a>


<a class="comment-link" href=" file:///d:/Documents and Settings/Work/My Documents/My Web Sites/mysite/2005/10/class-action-lawsuit-framework-in.html">links to this post</a>
    <span class="item-action"><a href=" http://www.blogger.com/email-post.g? blogID=17246777&amp;postID=11282160706419648" title="Email Post"><span class="email-post- icon"> </span></a></span><span class="item-control admin-1509826303 pid-1906816696"><a style="border:none;" href=" http://www.blogger.com/post-edit.g? blogID=17246777&amp;postID=11282160706419648&amp;quickEdit=true " title="Edit Post"><span class="quick-edit-icon"> </span></a></span>
    </p>


  </div>
  <!-- End .post -->


7/2/2007