```
<!-- Begin #comments -->

<!-- End #comments -->


<h2 class="date-header">Monday, October 10, 2005</h2>



<!-- Begin .post -->
<div class="post"><a name="112900896901442913"></a>

    <h3 class="post-title">

    Why Class Action.. Look at the Numbers.. A Memo to The Internal Legal Department

    </h3>



    <div class="post-body">
    <p>
      <div style="clear:both;"></div><a href="
http://photos1.blogger.com/blogger/3273/1565/1600/gagtape2.jpg"><img style="FLOAT: left;
MARGIN: 0px 10px 10px 0px; CURSOR: hand" alt="" src="
http://photos1.blogger.com/blogger/3273/1565/320/gagtape2.jpg" border="0" /></a><br />To: Michael
McKenna – Corporate Legal Counsel<br /><br />From: Anne Willcoxon – Manager of Regulatory
Compliance<br /><br />Date: August 5, 2004<br /><br />Subject: Student
Complaints<br /><br /><br />Mike,<br /><br />The Student Resolution section of the Regulatory
Compliance department has handled 1984 student complaints since January 1, 2004.<br /><br />The
total number of complaints by company are listed below and I have attached this information in graph
form for easier comparison,<br /><br />CC(Cape Coral in house)17<br /><br />Cash Flow Generator
105<br /><br />Peter Lowe 109<br /><br />Star Trader 85<br /><br />Teach Me To Trade
400<br /><br />Whitney Canada, Inc. 96<br /><br />Whitney Consulting Services
655<br /><br />Whitney Education Group (BW) 509<br /><br />Other (Wright Thurston, DBAA etc)
8<br /><br /><strong>Our average response time to complete an issue is 14.5 working
days.<br /></strong><br />RC does not track student complaints by state or region. Our Excel
spreadsheet is large and cumbersome therefore any extemporaneous information can be found in the
database. In the future, we hope IT will provide us the ability to produce these reports directly from the
database.<br /><br /><strong>Our procedures for handling complaints is as
follows:<br /></strong><br />The issue is date stamped and forwarded to the Department
Coordinator<br />Student is located in the database and their ID# is noted on their
correspondence<br />Database invoices and customer contacts are printed<br />Copies of original
purchase contracts are requested through Customer Service<br />The correspondence is logged into the
database as being received in RC<br />Issue is entered into our Excel tracking sheet for<br />Date
```

7/2/2007

XCN WHT - 00056

Dockets.Justia.com

Received<br />ID #<br />Last Name<br />First
Name<br />Company<br />Division<br />Event<br /><br />We send an acknowledgement letter via
email (if available) and USPS thanking them for their inquiry and advising them we will have a
resolution with in 4-6 weeks. A copy is attached for your reference.<br /><br />The division is
identified as Pre Academy or Academy<br /><br />Pre Academy issues are assigned equally to our
Resolution Specialists who determine if it needs immediate attention or if it can be placed in their
pending folders to be reviewed and adjudicated in date order Academy issues are reviewed to determine
if it requires immediate attention and is assigned to a Resolution Analyst for review and adjudication if
immediate action is not required it is placed in the department pending folder to be reviewed in date
order by the next available Analyst.<br /><br />Needed research materials and information is gathered.
Because each student issue is unique the information gathering processes is not standard and usually
involves obtaining information from one or several other departments<br /><br />All available
information is reviewed and a decision is made to provide the best possible solution for the student and
<strong>retain maximum funds for the company</strong><br /><strong></strong><br />Each
Specialist or Analyst completes a Resolution Form with all relevant information and a synopsis of their
research and puts together a packet<br /><br /><strong>Resolution Form<br />Copy of original
contract<br />Invoice from the database<br />Comments/notes from the database<br />Student's
correspondence<br />Research information gathered<br />Our written
response<br /></strong><br />Depending on the Specialist's or Analyst's authority limits the packet is
forwarded to the Regulatory Compliance Manager for final review and adjudication, corrections are
made and the packet is ready for processing<br /><br />Our response is sent via email (if available) and
USPS<br /><br />The packet is forwarded to the Department Coordinator to input the following into our
tracking sheet:<br /><br />Coach information<br />WCS Welcome Letter<br />Speaker<br />Road
Crew<br />Total Sale involved<br />Amounts retained or refunded<br />Reason for request<br />The
Coordinator files the packet in alphabetical order by year<br /><br />For the Academy issues I really
can't say we see more of one type of complaint <strong>and they range from the silly to the
serious.</strong> If a company sells it - someone will complain about it, and for the most part this is
what I see. The exception to this rule is a comment I have been seeing the last few months
<strong>regarding refund guarantees</strong> – students <strong>are saying the road crew advised
them they can attend the first day of the first advanced training class, submit a request in writing and
receive a full refund of their total package purchase</strong>. <strong>We have continual partner
disputes because both parties are allowed to list them selves as the primary student and/or both are
allowed to sign the contract. Others have different students noted as the primary and purchaser. Still
others partner with strangers under the impression they can pay half and both have the same rights to
attend classes of their choice.<br /></strong><br /><strong>In our telesales division we continue to see
exaggerated claims such as you can make thousands of dollars in the first six months; you have your
coach for a year but the program is not explained accurately, students think their coach is available 24/7
immediately for any deal they may be in the bank officer's office for. They are not contacted
immediately by their coach, they requested information be sent to them before purchase but was never
done, asked their credit cards not be charged until they have spoken with their spouse,
etc.<br /></strong><br />Some complaints have no validity while others should be taken very seriously.
Having been in sales myself, I know the pressure to meet sales goals is enormous but perhaps it is at the
expense of our integrity. <strong>Overpromising is a big problem both on the road and through
telesales.<br /></strong><br />For Pre Academy customer complaints the common reason to complain
or request a refund is buyer's remorse, we didn't come back to their immediate area for the 3 Day but
instead are too far away, <strong>your contracts on the software are illegal or your business practices
are illegal</strong> ( BBB etc.). For those Pre Academy customers who have attended the 3 Day
Training Academy the biggest complaint is the training was too much of a sales hype and not enough
information. At the previews the customer is assured they will walk away with enough information to
make a real estate deal but attend the 3 Day and find it is a sales pitch and a cheerleading session. A Big
complaint is the idea of increasing their credit card limits with the promise to purchase real estate the

XCN WHT - 00057

next day but they realize it was to purchase an advanced training package.<br /><br /><strong>Real Estate and Teach Me To Trade have essentially the same complaints</strong> but with TMTT/Star I see more on the technical side with the software. Also continual complaints about not getting any or adequate tech support and problems with the SW when they are able to get it to run.<br /><br />With both real estate and trading <strong>we strongly recommend a specific educational path for our students. </strong>Often they do not attend the recommended initial trainings and immediately attend classes for the more advanced and experienced investor. Unfortunately the student does not have the needed education or experience to begin investing and plunge in head first. This results in bad deals, loss of revenue, and sometimes affects their credit. <strong>We are blamed for their indebted situation and they are desperate to recoup funds.<br /></strong><br />Anne Willcoxon 8-5-04<br /><br /><br /><strong>This is the blanket reply when receiving a complaint.<br /></strong><br /><br />Date<br />Name<br />Address<br />Address<br />City, State, Zip<br /><br /><br />Thank you for your inquiry which we have recently received in our offices. We are always delighted to hear from our students no matter what the issue. We strive to provide each student with the best possible service and address each issue with the care and concern every individual student deserves.<br /><br />At Whitney Education Group, Inc., we pride ourselves on being professional and courteous in our student service relations.<br /><br />To effectively address your concern, please allow us ample time, approximately 4 – 6 weeks, to research your situation and come to a well informed decision. A determination on your issue will be forthcoming.<br /><br />We would like to extend our thanks for your patience and understanding.<br /><br /><br />Please do not respond as it is for information purposes only.<br /><br /><br />Warmest Regards,<br /><br /><br />Department of Regulatory Compliance<br />Whitney Education Group,
Inc.<br /><br /><br />RC/ss<br /><br /><br /><br />Whitney Education Group,
Inc.<br /><br /><br />RC/ss<div style="clear:both; padding-bottom: 0.25em;"></div>
    </p>
    </div>

    <p class="post-footer">
    <em>posted by Russ Whitney Watchdog at <a href=" file:///d:/Documents and Settings/Work/My Documents/My Web Sites/mysite/2005/10/why-class-action-look-at-numbers-memo.html" title="permanent link">10/10/2005 10:26:00 PM</a></em>

        |
    <a class="comment-link" href="http://www.blogger.com/comment.g? blogID=17246777&amp;postID=112900896901442913&amp;isPopup=true " onclick="window.open ('http://www.blogger.com/comment.g? blogID=17246777&amp;postID=112900896901442913&amp;isPopup=true ', 'bloggerPopup', 'toolbar=0,scrollbars=1,location=0,statusbar=1,menubar=0,resizable=1,width=400,height=450');return false;">0 comments</a>

<a class="comment-link" href=" file:///d:/Documents and Settings/Work/My Documents/My Web Sites/mysite/2005/10/why-class-action-look-at-numbers-memo.html">links to this post</a>
    <span class="item-action"><a href=" http://www.blogger.com/email-post.g? blogID=17246777&amp;postID=112900896901442913" title="Email Post"><span class="email-post-icon"> </span></a></span><span class="item-control admin-1509826303 pid-1906816696"><a style="border:none;" href=" http://www.blogger.com/post-edit.g? blogID=17246777&amp;postID=112900896901442913&amp;quickEdit=true " title="Edit Post"><span class="quick-edit-icon"> </span></a></span>
    </p>

    </div>

XCN WHT - 00058

```
<!-- End .post -->


<!-- Begin #comments -->

<!-- End #comments -->




<!-- Begin .post -->
<div class="post"><a name="112900835264571451"></a>


  <h3 class="post-title">

  S.W.O.T. Analysis & Proposed Regulatory Compliance Implementation Plan

  </h3>



  <div class="post-body">
  <p>
   <div style="clear:both;"></div><a href="
http://photos1.blogger.com/blogger/3273/1565/1600/confidential18.jpg"><img style="FLOAT: left;
MARGIN: 0px 10px 10px 0px; CURSOR: hand" alt="" src="
http://photos1.blogger.com/blogger/3273/1565/320/confidential18.jpg"
border="0" /></a><br />CONFIDENTIAL<br /><br /><br />MEMORANDUM<br /><br /><br />To:
Reginald Greene, Director of Wealth Intelligence Academy<br /><br />From: Anne Willcoxon,
Manager of Regulatory Compliance<br /><br />Date: June 4, 2004<br /><br /><strong>Re: S.W.O.T.
Analysis & Proposed Regulatory Compliance Implementation
Plan<br /></strong><br /><strong>Purpose</strong><br />The purpose of this analysis is to assess the
Strengths, Weaknesses, Opportunities, and Threats ( S.W.O.T.) of the current Regulatory Compliance
department, and propose a strategic plan to the Director of the Wealth Intelligence Academy (The
Academy).<br /><br /><br /><strong>Introduction<br /></strong>This analysis includes an initial
assessment of the current and anticipated Regulatory Compliance functions, staffing model, and
proposed changes to existing work processes.<br /><br />This analysis is not all inclusive, and should
be revised as necessary to ensure the best possible outcomes while implementing the Academy's
strategic plan.<br /><br /><strong>Objective</strong><br />The objective is to provide Whitney
Education Group, Inc. and the Wealth Intelligence Academy with a solid foundation and framework for
the Regulatory Compliance department to assist in our continued goal of becoming a world-class
provider of investment education.<br /><br /><strong>Background, Training &amp; Information
Gathering</strong><br /><br />Immediately prior to my employment with Whitney Education Group,
Inc., I worked as a Substitute Teacher and in State government. I joined Whitney Education Group, Inc.
June 17, 2004 as a Student Services Specialist and in early October 2004 I was asked to lead the
Specialist team as manager. In that time I have reevaluated and streamlined the processes and workflow
of the Research department. On May 24, 2004 I assumed the position of Manager of Regulatory
Compliance and Institutional Research encompassing both Whitney Education Group, Inc. and the
```

XCN WHT - 00059

Wealth Intelligence Academy.<br /><br /><strong>Scope of the Position, Responsibilities, and Decision-Making Authority</strong><br /><br />The position, responsibilities, and decision-making authority will be determined by the Director of the Wealth Intelligence Academy. I am confident with the continued support and direction of the Director's goals and objectives will be determined and implemented.<br /><br /><strong>Contributors</strong><br /><br /><strong>Reginald Greene, Director of Wealth Intelligence Academy<br />Adrien Luciemable, Director of Student Services<br />Mark Schoenfeldt, Manager of Financial Services<br />Kelly Griffiths, Team Leader of Student Resolution Analysts<br />Haydeé Guerra, Student Resolution Analyst<br />Samantha Stuart, Student Resolution Analyst<br />Jordyn Evans, Student Resolution Analyst<br />Sheree Stark, Student Resolution Analyst<br />Sherry Benson, Student Resolution Analyst<br /></strong><br /><strong>Summary</strong><br /><br /><strong>Regulatory Compliance is considered the 'department of last resort' meaning a student has often worked with or spoken to several other employees in an attempt to resolve whatever issue they may have. By the time they reach us the student is frustrated and most often beyond saving. As Analysts, we must be both company advocates and student advocates in our efforts to provide the best possible win-win resolution to redeem our standing with the student and retain maximum funds for the company. When I first assumed responsibility for the department I evaluated all processes and streamlined the work flow for maximum efficiency. While evaluating the department for this analysis the team again evaluated current processes and I am proposing a revised staffing model to better meet the departmental and company needs. Regulatory Compliance is a new department with an unlimited vision and opportunity to grow into a new entity for the company, and with the continued support of the Director of Wealth Intelligence Academy I am confident we will succeed.<br /></strong><br />Respectfully submitted,<br /><br /><br />Anne C. Willcoxon<br /><br />Strengths<br /><br />Dedicated and committed staff<br />No preconceived ideas regarding Compliance – willing to be trained<br />Intracompany expertise – R. Greene<br />Backbone of the Refund department is knowledgeable and experienced<br />Refund department is well established and decisions are well researched<br />Offers are well prepared with a good acceptance rate.<br /><br /><strong>Weaknesses<br />· Organizational structure is inadequate to support increase in business<br />· Refund department is ill prepared to absorb the loss of proposed staff members due to staff changes with Compliance Department<br />· Young department – only one Analyst has been with the department for 6 months or more<br />· Staff has limited opportunity to learn products<br />· Measurable performance goals tied to the profitability of the department<br />· Staff is unknown to most management, speakers, and trainers<br />· Intercompany and intracompany communication<br /></strong><br />Opportunity<br />Reorganize and restructure to enhance processes, procedures and overall operations<br />Continued development of knowledgeable and motivated staff<br />Enhance quality of student service, student retention and decrease refunds<br />Provide detailed information and reports for special requests<br />Manager and staff who are dedicated to becoming Compliance experts<br />Increase retained funds for the company<br /><br /><strong>Threats<br />Time to establish the Compliance department with proper support staff<br />Refund department was understaffed until 3 weeks ago<br />Current staffing and processes do not allow for special requests without placing a true burden on the entire department<br />Increased student complaints – 1368 issues to date<br />Turnover and lack of career path in the department<br />No personal responsibility or motivation to ensure departmental goals are met<br /></strong><br />Currently Student Services<br />Department Positions and Job Functions<br /><br /><strong>Manager of Regulatory Compliance<br />Oversee the analysts responsible for research, inquiries, refunds<br /><br />Student Resolution Analysts<br />Research complaints, inquiries, problems and processes them for all companies<br />Offer well researched and viable solutions to students<br />Process student refunds<br />Ensure programs contract agreements are fulfilled per the contract<br />Provide solutions to remotative and retain students<br />Requests for changes to Preview and 3-Day Training Contracts<br />Review, research, and respond to Better Business Bureau complaints<br />Process letters from attorneys, provide researched materials, agrees to

XCN WHT - 00060

concessions and communicates with attorneys when authorized<br /><br /><br />Current Positions<br /><br />Manager of Regulatory Compliance<br />Plans, organizes, and directs the Refund and Compliance departments. Supervises staff of non-technical employees including team leader and analysts. Monitors and analyzes results of operations to ensure compliance and achievement of departmental goals and retention of funds. Communicates and interfaces with internal department as well as external agencies, health care professionals, and attorneys.<br /><br /><br />Team Leader, Regulatory Compliance<br />A Student Resolution Specialist is the Team Leader for the Student Resolution Department. Provides support and maintains the directives of the Student Resolution Manger by reviewing the work of the Analysts for accuracy and sound judgment. Provides continual feedback and communication to the Manager for all employee skill levels and knowledge. Is the lead trainer for the department and continually reviews Analysts work for follow up training if needed. Keeps Manager apprised of trends or problems in the department or other departments we interface with. Participates in and provide recommendations for departmental and company wide meetings, also employee interviews. Coordinates, researches, and responds to Manager special project requests.<br /><br />Adjudicates Better Business Bureau and complex student claims and complaints through investigation and makes necessary adjustments and/or recommendations to resolve issues. Collecting and analyzing a broad range of information from internal and external communications and information. Must interpret and evaluate all information formulating a rationale for the decision and an explanation to the student. Has contact with students, co-workers, attorneys, health professionals, all levels of Management, etc.<br /><br />Analyst, Regulatory Compliance<br />A Student Resolution Analyst provides complaint resolution and adjudication to our student's concerns while supporting and maintaining Whitney Education Group, Inc. best interests, and meeting both the student's and the companies contractual obligations. Provides the best possible resolution to a student complaint to retain student goodwill, support and motivate their educational needs, while retaining funds to reach an equitable settlement or agreement with the student.<br /><br />Adjudicates student claims and complaints through investigation and makes necessary adjustments and/or recommendations to resolve issues. Collecting and analyzing a broad range of information from internal and external communications and information. Must interpret and evaluate all information formulating a rationale for the decision and an explanation to the student. Has contact with students, co-workers, health professionals etc.<br /><br /><br />Proposed Staffing for the<br />Regulatory Compliance Department<br /><br />Regulatory Compliance Department<br />1 - Manager of Regulatory Compliance (Director in Training)<br />2 – Team Leaders : one is Manager in Training, one assumes current team leader<br />responsibilities<br />5 – Analysts for Refund department. 4 current positions and 1 new position<br />1 – Administrative Analyst – tracking and reporting for special requests, new position<br />1 – Regulatory Compliance Specialist, from existing analyst pool, new position<br /><br /><br />Total Staffing Requirements: 10 (2 are proposed positions)<br /><br /><br />Pre-Academy Action Items<br /><br />ü Begin process to recruit for new positions.<br /><br />ü Continued training for newer analysts<br /><br />ü Revise existing staff and position responsibilities for maximum efficiency<br /><br /><br />Proposed<br />Academy Implementation Plan<br />Target Dates/Action Items/Benchmarks<br /><br />Because the Refund department is an established department no target dates, action items, or benchmarks are absolutely needed to incorporate the department into the Academy.<br /><br />Goals for the department are to improve our drop rate, increase retained revenue, and provide better service to our students. By continuing to work with all areas of the company we will increase our knowledge of the products and services offered by each company thereby providing more informed and well researched decisions for our students.<br /><br />To increase our knowledge and skill level, each analyst should train with an advisor to learn and utilized the Rx method of obtaining information about the student's needs and goals. Better understanding of what motivates a student will result in increased retained revenue.<br /><br />A new position of Administrative Analyst should be established to provide the detailed information gathering and tracking functions for the department. This position will also serve as a special projects coordinator for the department, with the skills to fulfill special requests from any area of the company.<div style="clear:both; padding-bottom: 0.25em;"></div>

7/2/2007

XCN WHT - 00061

<div class="post-body">
<p>
  <div style="clear:both;"></div><a href="
http://photos1.blogger.com/blogger/3273/1565/1600/Screw%20You1.jpg"><img style="FLOAT: left;
MARGIN: 0px 10px 10px 0px; CURSOR: hand" alt="" src="
http://photos1.blogger.com/blogger/3273/1565/320/Screw%20You1.jpg"
border="0" /></a><br /><br />From: Angel Serena<br />To: Student Services<br />Sent: Monday, July
19, 2:11 PM<br />Subject: Re: Account request<br /><br />July 19, 2004<br /><br />Whitney
Education Group, INC.<br />Attn: Dept. of Regulatory Compliance & Thomas Farmer<br />1612 Cape
Coral Parkway<br /><br />Cape Coral, Florida 33904<br /><br />Dear Student Services/Mr. Thomas
Farmer,<br /><br />Thank you for the letter I received via e-mail on July 16, 2004. Unfortunately I am
not satisfied with the response I received in regards to my request for a refund. You noted that I had pre-
paid $6, 990.00 for two courses, which I have attended one; I believe I have used up half of the prepaid
balance ($3495.00).<br /><br />I am asking for the remaining amount ($3495.00) of that balance to be
refunded to me. In my faxed letter and all other letters I sent to Russ Whitney Education Group, I clearly
noted that I had no desire to participate in any more courses offered via the Russ Whitney Education
Program. I'm not sure why I was offered the opportunity to view the remaining training course through
DVD, when I did clearly stated that I would not participate in any more Russ Whitney training
courses.<br /><br />In the letter sent via e-mail it was stated,<br /><br />Ø "The goal at Millionaire
University is to teach our students how easy it can be to become<br />financially independent through
real estate investing. Therefore, as a bonus we provide our<br />students with the opportunity to invest
in a Florida property at a discounted rate."<br /><br />First of all the Millionaire University did not
accomplish their goal by teaching us to become financially independent through real estate investing,
due to the bonus provided during your workshop we are not even close to being financially independent,
infact it is the exact opposite.<br />The letter also stated,<br /><br />Ø "After a thorough and executive
review, we are pleased to discover Douglas Realty has been<br />actively dealing with your
concerns."<br /><br />Douglas Realty has not rectified the following:<br /><br />· We ended up paying
10,000 + in down payment and closing costs when we were told<br />we would only have to pay $6,900
down to get this home.<br /><br />· I tried to back out once we were requested to pay above the $6,900
stated we would<br />have to pay, but I was told that I would lose everything I had invested up to that
point.<br />When I told Brad that the numbers did not show much profit when looking at selling
the<br />house, he told me that I would not have to pay any selling fees, which would give me
a<br />great profit. Yeah I believed him, and in June of 2004 I found out the exact
opposite.<br /><br />· We started this process in September of 2002, in April of 2003 the house had not
even<br />broken ground; we were never notified, I actually had to find that out the hard way
after<br />making 3 months of construction loan payments on a home that was not even being
built.<br /><br />· Our main contact was replaced by Kevin Haag because of other complaints
from<br />students. Also during this time our main contact (Brad Williams) refused to respond to
our<br />phone calls and/or e-mails.<br /><br />· When Mr. Haag contacted me and apologized from
Brad's lack of professionalism I<br />explained that we were going to drop the house down to 140,000
for a quick sale. Mr.<br />Haag told me not to drop the house down and he would take care of us.
Instead of selling<br />the home it was rented out in December, but……we did not find out it was
rented until the<br />month of February the following year.<br /><br />· Douglas claimed that they did
not have our current address in Utah. Unfortunately I<br />have proof of a letter and a few e-mails
saying otherwise.<br /><br />· Since Brad Williams did not forward our new address onto the
appropriate people and<br />he refused to answer several questions provided in writing, we did not
receive bills, rental<br />checks, or another other pertinent notices/information that should have arrived
to the<br />address I provided to Brad back in June.<br /><br />· Kevin Haag has denied the fact that I
ever sent Brad my new contact information. My<br />question is, how would Kevin know, he didn't
even know our house was rented until two<br />months after the fact?<br /><br />· It has been a year
and 10 months and we might be able to sell the house before the bank<br />takes it back over. Before

XCN WHT - 00063

we had to claim bankruptcy it had been a year and 7 months and<br />the house was not sold. A year and 7 months to build a home and not even have it sold yet;<br />is that satisfactory by your standards? <br /><br />· In the last couple of months I have asked for several documents regarding my home<br />and its construction process; I have not received a thing even though I receive a reply to the<br />request saying that they will get the information to me right away.<br /><br />I could continue on and on, but it has all been typed out before. What and how did you do your<br />investigation, did you only speak with Douglas and ignore what I stated as truth, which is true? If you are pleased to discover that Douglas Realty has done all of these things and it is satisfactory by your standards, I am deeply disappointed. I do not want a DVD nor do I want to attend any more classes, what I would like is a refund on the courses I have not participated in.<br /><br />Also, my husband (Sean McKenzie) is still waiting for a response regarding his refund request.<br /><br />Can you please give me a final response via e-mail regarding this letter? Basically, I want to know if you will provide me the remaining dollar amount of the courses I have not attended? If yes, then please let me know when I will receive the refund. If no, please explain as to what information has made the deciding factor that I do not deserve a refund on the courses I have not attended.<br /><br />ID#4534642<br />Angel Serena<br />2112 N. 1930 W.<br />Clinton, UT 84015<br /><a href="
mailto:angelmserena@yahoo.com">angelmserena@yahoo.com</a><br /><br />_____
Services < studentservice@russwhitney.com>wrote:<br />Thank you for contacting Whitney Education Group, Inc. We have received your recent<br />request and made a determination.<div style="clear:both; padding-bottom: 0.25em;"></div>
   </p>
  </div>


  <p class="post-footer">
   <em>posted by Russ Whitney Watchdog at <a href=" file:///d:/Documents and Settings/Work/My Documents/My Web Sites/mysite/2005/10/another-happy-student-who-got-screwed.html" title="permanent link">10/10/2005 10:10:00 PM</a></em>


   |
   <a class="comment-link" href="http://www.blogger.com/comment.g?
blogID=17246777&amp;postID=112900774881426287&amp;isPopup=true " onclick="window.open
('http://www.blogger.com/comment.g?
blogID=17246777&amp;postID=112900774881426287&amp;isPopup=true ', 'bloggerPopup',
'toolbar=0,scrollbars=1,location=0,statusbar=1,menubar=0,resizable=1,width=400,height=450');return
false;">3 comments</a>


 <a class="comment-link" href=" file:///d:/Documents and Settings/Work/My Documents/My Web
Sites/mysite/2005/10/another-happy-student-who-got-screwed.html">links to this post</a>
  <span class="item-action"><a href=" http://www.blogger.com/email-post.g?
blogID=17246777&amp;postID=112900774881426287" title="Email Post"><span class="email-post-
icon"> </span></a></span><span class="item-control admin-1509826303 pid-1906816696"><a
style="border:none;" href=" http://www.blogger.com/post-edit.g?
blogID=17246777&amp;postID=112900774881426287&amp;quickEdit=true " title="Edit Post"><span
class="quick-edit-icon"> </span></a></span>
  </p>


  </div>
  <!-- End .post -->

XCN WHT - 00064

| From: | EDitor@ripoffreport.com |
|---|---|
| Sent: | Friday, June 16, 2006 2:05 AM |
| To: | 'Robert Paisola' |
| Subject: | Whitney Information lawsuit RE: Public information that shows Whitney Information alleged claims against them |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |
| Attachments: | THEUNI~1.PDF |

Rob

you and I spoke a few months ago...reguarding the dispute with Whitney... I know to some degree you are limited as to what you can and cannot say... I guess that actually nothing if I remember correctly...

I am extremely tired so, if I messed up some language, you will get over it..!

I want to thank you again for contacting them even thought you came to an impasse to try and help resolve their case with us... and I guess it went nowhere,...

but, every time I think about them, and how they lied to the court where they said to the court,. claiming I, ED Magedson filed the reports about them was a bold faced lie.. . To this day, I still do not understand what they do, nor have I ever read ONE Rip-off Report about them... Since they have sued me, I have been forced to read some titles and or look at specific paragraphs and still cannot understand what they sell or do exactly... the only thing I know about them, is they do some sort of seminars... And I have no clue as to whether or not they are a good or bad company. I do know they lied about me,. all in an effort to try and lead others out there reading the lawsuit to think I extorted them and that I filed the Reports on them.. if I remember the claims correctly.. they all, those who sue me or Rip-off Report make the same ridiculous claims... all in an effort to circumvent the CDA - the Communications Decency Act... which all websites like Rip-off Report are protected by...

anyway....

I am greatly appreciative of you interviewing me as a professional, then investigating and even publishing a positive story.. thank you so much, ... I know you had to make many calls to investigate what you did... again, I greatly appreciate what you did....

but... I am taken back by your not telling me about something that is actually public information! Why haven't you told me anything about the labor complaint against Whitney you filed in Washington DC ???? This is very powerful information and once I was able to get an original copy I was completely blown away! Why wouldn't you tell me about this.... I have not shared this with anyone yet, not even my attorney, but, I am looking over all this and looking for my notes of more than a dozen employees and serious clients that want to join forces to show what they are doing wrong to both consumers and employees like yourself... .. I really have better things to do and do not even want to get involved... There are several attorneys

7/2/2007



that did contact me looking to sue and wanting our assistance... I told lawyers you will not be able to help with that??? but, can I give your contact information to a TV News Magazine that did contact us about doing a story on Whitney and several other companes like them... If they were to keep your identity confidential / disguise you, would you be wiling to cooperate ... I was asked if I can gather ex-employees like you (well, nobody is like you, but you know what I mean :-) ) ..would you be willing to talk to them.. ???

To this date, I have not done anything at all against Whitney! Not even said one negative word to anyone about them! But, them going after me, costing me legal fees, telling lies about me in a bogus and frivolous lawsuit is outrageous.. this is only showing their true colors and who they really are. and, they know I am covered by the CDA = Communications Decency Act... they may not like it, but that is the law!...

But, I am sort of upset with you for not telling me about this claim you made. ..All this stuff from OSHA is amazing... this cost me time and money to get and I don't understand you not telling me about this!!. I am waiting till our conference is over next week and will share with the media and others who have claims as you claimed on your website, which I have in archives by the way,!!.. and I had someone open each page and copied and pasted every page you had on your site. What ever possessed me to have someone do all that I do not know, but I am thankful I did. I hope you will not get mad at me, but I plan on giving them your number. If you do or dont talk to them, I guess that will be up to you.. I am waiting till later next week to see where there case goes.. I am so busy I have no time for this crap. But, I did not start it..

Can I get you to explain some things to me? I did not want to do this by phone, .. but I dont want to piss you off either..

So I am asking you to give me some assistance with the 2 to 300 pages of documents I have coming to me. I have not done anything with the attachment yet either..

ED MAGEDSON

PS, I will be in Tucson this weekend and all next week so calling me may be a hit and miss. please think about any assistance you can give me if needed..

-----------------------------------------------------
ED's NOTES:
Get the complete file... 250 to 300 papers - was appealed, not sure where it went from there.

LAWSUIT CLAIMS FROM EMPLOYEE

Financial Fraud

Found this on the Intent filed with osha filed against Whitney

investigator assigned to the case/// Mary Kay Peepers

How many more pages are there  over 200

Mary Kay Peepers - Direct # 720-264-6550  - Direct # 720-264-6569
called left message June 8, 2006 1:28 pm
by the time she called me back, I already had someone sending me all the docs - they want access to victims on ROR, I told them I cannot do anything till I speak to my attorney later next week, week of June 19, 06

Sarbanes Oxley - whistle blowers - shareholder fraud - NO EVIDENCE HE VOICED COMPLAINTS TO

7/2/2007

MANAGEMENT
another source said claims were true and looking for other employees thru ROR - sending all docs I am missing -
only going forward if I assist, need others to go further - said called Robert Paisola some time ago and Robert
said he could not cooperate and did not want to get involved and would not speak to them.

Judges name  /

Clerk

303-844-5285 - Denver Area office

Denver Area Office
1391 Speer Boulevard, Suite 210
Denver, Colorado 80204-2552
(303) 844-5285
(303) 844-6676 FAX

Englewood Area Office
7935 East Prentice Avenue, Suite 209
Englewood, Colorado 80111-2714
(303) 843-4500
(303) 843-4515 FAX

Region 8

Regional Office
1999 Broadway, Suite 1690
P.O. Box 46550
Denver, Colorado 80201-6550
720-264-6550
720-264-6585 FAX

7/2/2007

XCN WHT - 00280

| | |
|---|---|
| **From:** | EDitor@ripoffreport.com |
| **Sent:** | Friday, June 16, 2006 3:08 PM |
| **To:** | 'Robert Paisola' |
| **Subject:** | please respond RE: Russ Whitney |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

ROB

I sent you an email about my discovery about Whitney... please respond. I got called about 3 min ago by a Producer from a TV News Magazine in New York ... I told them I cannot talk to them till after Monday or Tuesday after I speak to my attorney... but, they would like to talk with people like you, ..NO, I did not tell them about you. They know I know company insiders / ex-employees like you. I know they have no story unless I give them what they need.  Please respond to my email from last nite... let me know your thoughts... If you cannot speak about this. NO problem, I will understand, I could not remember exactly what you could or could not do, someone else that assists me remembered what you said, I dont because my memory is not too good... need more memory, if you know where I can get some, let me know!

also, sent advertising suggestions, let me know your thoughts...


ED Magedson - Founder
EDitor@RipoffReport.com
***bad*businessbureau.com**
www.ripoffreport.com

We are not lawyers.
We are not a collection agency.

We are Consumer Advocates.
...the victims' advocate

WE are Civil and Human Rights Activists

We are a Worldwide Consumer Reporting News Agency
..by consumers, for consumers

DONATIONS may be sent to &
Victims & Volunteers ONLY may respond to:

*bad*businessbureau.com
PO Box 310, Tempe, Arizona 85280

FAX: 425-799-9729

You may also DONATE by Paypal. .click on the donate ad "Help keep this site Free" at the top left of every Rip-off Report™. OR
Click on the ad at the very bottom of every Rip-off Report™.


Remember.
Don't let them get away with it!™


7/2/2007



**From:**     XD7000@aol.com

**Sent:**     Wednesday, October 18, 2006 5:41 PM

**To:**     info@RipOffReport.com

**Subject:** Teach Me To Trade

I have read many of the reports about this Russ Whitney company and would like to get in touch with some of the authors of these reports. I noticed no phone numbers or e-mail addresses are offered along with the reports. Please advise if it would be possible to contact them via your data base. Thanks for your response.

Grace, XD7000@aol.com



7/2/2007

**-REDACTED-**

Attorney-Client
Work Product

---

**From:** M.A. Yates [mailto:megambis@yahoo.com]
**Sent:** Thursday, May 31, 2007 3:35 PM
**To:** EDitor@ripoffreport.com
**Subject:** RE: Re: Whitney Education, Edu Trades, the list goes on...they keep creating new entities

cell # is 860-227-1552---best if we chat at this point...
madeline yates
hubbardston, ma and saybrook, ct

***EDitor@ripoffreport.com*** wrote:

> Madeline
>
> I searched my data base for an attorney reguarding Whitney - - I cannot find any?? maybe you can refresh my memory as I cannot remember.
>
> what are you talking about when you said below - if there is no legal suit I will take there guys up on their bribe so I can at least get something in return. - - what bribe? please explain.
>
> also, what city and state are you in?
>
> do you have a phone # I can call you at?
>
> what is it you mean by they are creating new entities?
>
> ED

---

**From:** M.A. Yates [mailto:megambis@yahoo.com]
**Sent:** Wednesday, May 30, 2007 7:20 AM
**To:** EDitor@ripoffreport.com
**Subject:** Fwd: Re: Whitney Education, Edu Trades, the list goes on...they keep creating new entities

Hell Ed-
Just a follow up to my email below.  As stated, I will be happy to 'join forces' legally if there is any type of suit that may be developing (or in existence).  You had mentioned that you were contacted by an atty. early this yr.  If you would be kind enough to forward their contact information to me, I will get in touch

7/2/2007



with them. perhaps the info,. that I have would be helpful. if there is NO legal suit I will take these guys up on their bribe so that I can at least get something in return. Need to decide by 6/5 (Tues). Thank you for your help.
madeline


*"M.A. Yates" <megambis@yahoo.com>* wrote:

Date: Mon, 21 May 2007 17:33:02 -0700 (PDT)
From: "M.A. Yates" <megambis@yahoo.com>
Subject: Fwd: Re: Whitney Education, Edu Trades, the list goes on...they keep creating new entities
To: EDitor@ripoffreport.com

Hello-
Perhaps you recall me from a few months ago. Am at a point of decision and I would like to know if there are any attorneys working on the above referenced 'businesses' at this time. The reason for my requesting the info. is because after an incredible amount of time and energy Wealth Intelligence Academy (yep...another name) has finally offered me a little satisfaction...BUT and here is where it gets good...take a look at what must be agreed to in writing before anything is done for me (no way is it a refund...but 2 more private coaching days).

Here we go:
"BY SIGNING BELOW, I AGREE TO THE TERMS DESCRIBED ABOVE AND FURTHER ACKNOWLEDGE THAT THE WEALTH INTELLIGENCE ACADEMY, INC. HAS HANDLED THIS MATTER TO MY COMPLETE SATISFACTION. FURTHERMORE, I ALSO AGREE TO KEEP THE EXISTENCE OF THIS AGREEMENT STRICTLY CONFIDENTIAL AND NOT TO DISCLOSE THE EVENTS, ISSUES AND/OR ALLEGATIONS CONCERNING THIS AGREEMENT TO ANYONE OTHER THAN AS REQUIRED BY LAW, COURT ORDER OR GOVERNMENTAL AUTHORITY."

So...if I can determine if there is really something legally occuring against these guys I may not take them up on their 'bribe.'
  If nothing is in motion, legally, than in the interest of my own wallet, I may take them up on some private instruction (which can be beneficial...more so than alot of their other info). I have to know before 6/5/07. Or all bets and offers are off. Yes, this is how they are getting folks to be quiet. So please inform if there are any attys' I can contact asap so can respond to Whitney before 6/5/07. Thanks again.
Madeline
*************************************************************
*EDitor@ripoffreport.com* wrote:

From: <EDitor@ripoffreport.com>
To: "'M.A. Yates'" <megambis@yahoo.com>
Subject: Re: Whitney Education, Edu Trades, the list goes on...they keep creating new entities
Date: Sun, 4 Feb 2007 22:22:56 -0700

There was an attorney that had contacted us about 3 weeks ago that wanted Whitney Information victims info - - they called by phone. I will look to see if they

7/2/2007

XCN WHT - 00332

emailed us... I remember it was a woman and she was contacting me back in about 2 or 3 weeks??? - - if you filed a Rip-off Report you would be included, as you would be contacted.

is there any chance you paid for those articles and have copies ????

ED Magedson - Founder
EDitor@RipoffReport.com
**bad**businessbureau.com
www.ripoffreport.com

---

**From:** M.A. Yates [mailto:megambis@yahoo.com]
**Sent:** Sunday, February 04, 2007 1:08 PM
**To:** EDitor@ripoffreport.com
**Subject:** *****SPAM***** Re: Whitney Education, Edu Trades, the list goes on...they keep creating new entities

any suggestions for me since I can't hire atty?

*EDitor@ripoffreport.com* wrote:

thanks!

---

**From:** M.A. Yates [mailto:megambis@yahoo.com]
**Sent:** Sunday, February 04, 2007 11:31 AM
**To:** EDitor@ripoffreport.com
**Subject:** *****SPAM***** Re: Whitney Education, Edu Trades, the list goes on...they keep creating new entities

Hello again-
Finally found link to newspaper article on Rance Masheck and his associate. It is

http://nl.newsbank.com/nl-search/we/Archives?s_site=news-press&p_multi=FMNB|&p_product=FMNB&p_theme=gannett&p_action=search&p_maxdocs=200&p_te-0=Rance%20AND%20Masheck&s_dispstring=Rance%20Masheck%20AND%20date(last%2090%20days)&p_field_date-0=YMD_date&p_params_date-0=date:B.E&p_text_date-0=-90qzD&xcal_numdocs=20&p_perpage=10&p_sort=_rank_:D&xcal_ranksort=4&xcal_useweights=yes

I am extremely discouraged am not using any of their information-- have one more $5,000 class left---don't want to incur expense to go and can't get refund. Have lost about $50,000 in all (between seminars, travel and investing losses). Don't know where to turn for help.  Put the $25,000 plus on credit card (as they so nicely suggest at 1%) but the $$ was my entire retirement fund.  I have been had and am embarrased.
What do yu suggest?  Don;t have $ to hire a lawyer.

Any help will be appreciated.  Thank you.

*EDitor@ripoffreport.com* wrote:

XCN WHT - 00333

Class actions are not the best... better off with a mass action - - - we always have lawyers looking at cases..

It would be great if you can send back this entire email along with any LINKS to news paper articles etc...

keep the email subject box the same please..!!!!

keep me posted..

---

**From:** M.A. Yates [mailto:admin@beesbiz.com]
**Sent:** Friday, January 19, 2007 6:13 AM
**To:** EDitor@ripoffreport.com
**Subject:** RE: complaint/Star Trader

Thanks for the quick response.  Don't know status of jail sentences but do know that Rances termination was front page knews in Coral Gables FL area. (per another student that I keep in touch with).  Like another person who posted complaint on your site you can never get a refund.. ...customer service is a bad joke....they launch products (the last one was OPUS --a program that there was no support for except a late night phone webinar once a week...cost...$2000...yup they got me here to as I thought we had to have it ...not true).and the list goes on.
Not surprosed that you have been sued.  They say that with 20,000 students there are bound to be some problems but it is a very small %.
As long as my ID is confidential I will return when I have more time and post my story.  Thanks again for being there.  Any chance of a class action?
madeline

*EDitor@ripoffreport.com* wrote:

NO - - - we do not give access to that info!

WE DO NOT GIVE OUT YOUR INFO !!!!!!

we heard most of their key people were in Jail... is that true?

Thank you for your info...

please, send me anything else you find out... you know they have been suing us for a long long time!!!!!

Now or in the future, if your ever the victim of a Rip-off, ... here is what we tell consumers.... .
So we can better understand the situation to possibly try to help you...
If you've been the victim of a Rip-off, you should first file your own

7/2/2007

XCN WHT - 00334

detailed Rip-of Report. Your report will be looked at by other consumers interested with your situation may post informative information on your Rip-off Report, so you and others may benefit by the rip-off you experienced..

The more Rip-off Reports on a company, the more educated other consumers will be when dealing with the reported company or individual. This will also help create a better working history on the company or individual that Ripped you off and give us the information needed if a lawsuit is filed.

Go to  www.ripoffreport.com to file your Report
Those interested in joining a possible class action lawsuit should first file a detailed Rip-off Report; ..using your contact information, Rip-off Report Consumer Advocates will e-mail you once there are attorneys interested in working on a class action lawsuit against this company or individual, never costing you any money, or a lawyer might be interested in your particular case individually. That's why it is important to file a detailed Rip-off Report explaining exactly what happened also what you think you are owed. Once lawyers are interested, we contact you to contact them.

FTC, Attorney Generals, FBI, Secrete Service, Homeland Security, US Postal Inspectors, local & State Police all look at Rip-off Report, ... the more Reports that are put out in the open like this, the better. Rip-off Report was told by one Attorney Generals office that Rip-off Report embarrasses the authorities to take action and businesses into doing the right thing! ... those reports you file with Attorney General and the BBB, you never get to see.  We are told by most authorities and the media, that they come to Rip-off Report to see how consumers are being taken advantage of, and your filed Report also immediately warns innocent unsuspecting consumers, so it is all out in the open.  All other agencies just suck in all the information and never let you, the consumer see a thing! Businesses now realize the Internet is not going away, and a force to be reckoned with. Rip-off Report also puts you in contact with the Authorities when they are looking to prosecute and we put you in contact with TV News producers and News Paper Reporters when they are exposing consumer rip-offs.. Every day, Rip-off Report is involved with exposing consumer rip-offs..

Don't let them get away with it!™
Make sure they make the Rip-off Report™

Go to  www.ripoffreport.com to file your Report

Once your situation is rectified, you can always come back and add an UPDATE on how they did or did not take care of you.

ED Magedson - Founder
EDitor@RipoffReport.com
***bad*businessbureau.com**
www.ripoffreport.com

We are not lawyers.
We are not a collection agency.

We are Consumer Advocates.
...the victims' advocate

WE are Civil and Human Rights Activists

We are a Worldwide Consumer Reporting News Agency

7/2/2007

XCN WHT - 00335

.by consumers, for consumers

**DONATIONS** may be sent to &
Victims & Volunteers ONLY may respond to:

_bad_businessbureau.com
PO Box 310, Tempe, Arizona 85280

FAX: 425-799-9729

You may also DONATE by Paypal, ..click on the donate ad "Help keep this site Free" at the
top left of every Rip-off Report™, OR
Click on the ad at the very bottom of every Rip-off Report™.

Remember.
Don't let them get away with it!™
Make sure they make the Rip-off Report™

---

**From:** M.A. Yates [mailto:admin@beesbiz.com]
**Sent:** Thursday, January 18, 2007 9:24 AM
**To:** EDitor@badbusinessbureau.com
**Subject:** complaint/Star Trader

Hello-
Before I file a complaint I need to know if my email/ID will be
accessable by the company that I have had problems with (Star
Trader, Teach me to Trade, Whitney Education, Edu Trades, the
list goes on...they keep creating new entities). Since I have not
been able to get any refund of my over $25,000 back (and have
lost $13K in the market), I am still attempting to take whatever I
can from their 'education'.

I fear that if they realize that it is me not only will I still be out
over $25K (like many others as see on your site), but I will be
cut off from any further access to the 'education/coaching' that I
paid for. This company is big trouble...they are VERY good with
the sales rap (I got scammed and I am a former Xerox sales rep
and business owner).
Would be GREAT to get a class action suit going.

  FYI--Rance Maschek was terminated a couple of weeks ago
(the founder)...front page news in the FL paper where co. is
located, when asked, the company line was that it was
mutual...funny I think mutual would have been called a
resignation, don't you?

You may be interested to know that when I called customer
service today to inquire about any guarantees for future classes
they had to pull me up on the computer before they could
respond. PLEASE help shut these people down. With travel to
their seminars and all other costs I have lost about $50K. My
retirement. Yes I am an adult and no one had a gun to my head
but I will not let my embarassment over being had keep me from
helping others. Thank you.

7/2/2007

XCN WHT - 00336

Madeline Azarian-Yates
P.O. Box 292
Hubbardston, MA 01452

home/office:(978) 928-3808
cell phone:   (860) 227-1552


Madeline Azarian-Yates
P.O. Box 292
Hubbardston, MA 01452

home/office:(978) 928-3808
cell phone:   (860) 227-1552

7/2/2007

XCN WHT - 00337

From:           ~ ~ [cream_bar@hotmail.com]
Sent:           Sunday, February 19, 2006 4:08 PM
To:             EDitor@ripoffreport.com
Subject:        RE: what you posted is a REBUTTAL and not a new Rip-off Report


fuck yourself, and then die, slowly, asshole.

>From: <EDitor@ripoffreport.com>
>To: "'~ ~'" <cream_bar@hotmail.com>
>Subject: RE: what you posted is a REBUTTAL and not a new Rip-off Report
>Date: Sun, 19 Feb 2006 10:30:49 -0700
>
>  dumbass?
>
>You are reporting something positive.... This is not the good report.
>This is called Rip-off Report for reporting those who rip them off...
>
>What you posted mr shill, is a rebuttal. More than likely, from your
>attitude you were put up to this. But our opinion about this is not
>important.
>
>You have to click on an existing report, and you can put all the BS you
>want, and tell how great they are.
>
>If you read what we said below about, ..filing a NEW Rip-off Report
>WILL NOT benefit them you dumbass.
>
>Positive comments are rebuttals.
>
>Government agencies and all the media who get the contact info of all
>the victims when doing an investigation or a story for TV or
>newspapers... They have all stated. They can see, 99% of all the
>victims DO give their correct phone number... Its those who file the
>rebuttals of positive experiences their info seems to always be bogus
>and more than likely shills ...just like you.
>
>File a rebuttal you jerk.
>
>If I were the editor of this site, I would ban nasty people like you.
>Obvious you are one of those that fill the space on this site with
>nonsense.
>
>Staff////
>
>
>
>-----Original Message-----
>From: ~ ~ [mailto:cream_bar@hotmail.com]
>Sent: Sunday, February 19, 2006 4:01 AM
>To: EDitor@ripoffreport.com
>Subject: RE: what you posted is a REBUTTAL and not a new Rip-off Report
>
>what are you talking about?  this is my actual experience with these
>people, i was THERE, you dumbass.
>
>
> >From: <EDitor@ripoffreport.com>
> >To: <cream_bar@hotmail.com>
> >Subject: what you posted is a REBUTTAL and not a new Rip-off Report
> >Date: Sun, 19 Feb 2006 02:42:40 -0700
> >

1


EXHIBIT NO. 20
magован
01-07
jmsteno.com

```
> >
> >sorry, what you posted is a REBUTTAL and not a new Rip-off Report..
> >
> >you need to click on the REBUTTAL Box at the end of the specific
> >Rip-off Report these comments belong with. no one will know what you
> >are
>referring
> >to, and it is not beneficial for you to file a NEW Rip-off Report...
> >certainly no benefit to the Reported business or individual..
> >
> >here is your copy below for your convenience...
> >
> >
> >Russ Whitney Initial Classes not bad, but outrageous fees for
> >"advanced training" Cape Coral Florida Florida
> >
> >I recently attended the 3 day training week end. We paid $495.00. Is
> >this
>a
> >high pressure sales conference mixed with some good real estate
> >advice
>and
> >lessons? yes it is. If you think you are going to anyones' class
> >similar
>to
> >the CFG and they will not try and sign you up for somthing more
> >though, know this, they all do it. That is what sales people do, of
> >course they do,
>that
> >is how they make their money, don't be naive.
> >
> >Given that, you simply decide if you think they have anything of
> >value
>you
> >can extract from your time and money spent. I typically never sign up
> >at
>an
> >initial free seminar as I have gone to several, this training was for
> >3 full days, and they lay out what they will cover each day right on
> >their website.
> >They did live up to this part of the promise I must say. Some of the
> >real estate investing information is quite valuable, some of it you
> >may
>already
> >know but what you don't can be worth the $495 for 3 whole days "if"
> >it helps you, some of it did help me.
> >
> >The part they don't tell you is that while they are teaching you
> >about
>real
> >estate they will also throw everything at you psychologically they
> >can to convince you that you will never succeed or learn anywhere
> >else but from their "advanced training". They push this message quite
> >a bit between lessons, that you "need" it or you will not succeed.
> >This is cryptically fed to you off and on through the whole 3 days
> >ramping up more and more to
>that
> >end as the weekend unfolds.
> >
> >Do I think they are actually buying and selling real estate? yes I do
>after
> >talking to each of them seperately on breaks. Are they making money
> >doing it, yes I believe they are. How much? that is the grey area.
> >Could you learn some great techniques and make money after their
> >advanced training classes or even just the 3 day class? if you apply
> >it most
```

XCN WHT - 00326

```
>likely
> >yes. Should you have to pay them between $8000.00 being the cheapest
>course
> >and $90,000.00, yes $90,000.00 for all of their courses, no joke, for
>that
> >advanced training to learn the way to profit from real estate investing?
> >absolutley not. Some people in the room actually laughed out loud at
>their
> >fees, some got up and left, others actually signed up.
> >
> >Bottom line is, how much is it worth it to you to sign up for this
> >kind
>of
> >hands on training? they take you out in the field and show you how a
> >deal works with the advanced classes. Do you need them to train you
> >or can you do it on your own? Can you get equivalent training or
> >better for alot less money? I think so, so I took the 3 days of real
> >estate investing information which does give you some good background
> >on opportunities in the market
>as
> >far as what is hot and what is not at least and I will build on that
> >now
>by
> >taking my $8000.00 - $90,000.00 and invest in some actual properties
>rather
> >than give it to them so they can use it for the same purpose..
> >
> >John
> >Atlanta, Georgia
>
>
>
>
```

3