Whitney Information, et al v. Xcentric Ventures, et al     Doc. 153 Att. 10
Case 2:04-cv-00047-MMH-SPC   Document 153-11   Filed 10/19/2007   Page 1 of 8

Rip-Off Report.com - badbusinessbureau.com                          Page 1 of 8



**V**ictim of a consumer Rip-off? Want justice? Rip-off Report™ is a worldwide consumer reporting Website & Publication, by consumers, for consumers, to file & document complaints about Companies or Individuals who ripoff consumers.

Unlike the Better Business Bureau, *bad*businessbureau.com / Rip-off Report™ does not hide Reports of "satisfied" complaints. <u>ALL</u> complaints remain public in order to create a working history on the Company or Individual in question; unedited.

Rip-off Reports cover every category imaginable! You can **Browse the latest Reports, Search the Reports,** or submit your Report now for FREE, by clicking on **File Report**. CLICK HERE to view over 1,000 different Topics & Categories you can file under..

**BY FILING A RIP-OFF REPORT™ IT'S ALMOST LIKE CREATING YOUR OWN WEB SITE ..It's FREE.**
Your Rip-off Report™ will be discovered by millions of consumers! Search engines will automatically discover most Reports. This means that within just a few days or weeks; your Report may be found on search engines when consumers

- File Report
- Update Report
- Search Reports
- Picture Reports
- Editorials
- Thank you!
- Volunteer
- Rip-off Reporters
- Link to Us
- Lawsuits
- Revenge Guide
- Donate
- About Us
- FAQ

Hit Counter
**209,565,872**
visits to the
Rip-Off Report

**63,873**
Reports Entered


Pick any state!


EXHIBIT NO. 1
Magedson
8-1-07

Search a company or indiviual now.

10/10/03, Illinois - Capital Acquisitions & Management Company Scam company tried to get me to pay $10,5 from a debt they couldn't validate Rockford Illinois

10/10/03, Michigan - Paradise Farms/The Paint Zone H Seller ripoff Smiths Creek Michigan

10/10/03, New York - WILHELMINA SCOUTING NETWORK DISHONEST FRAUDULENT NEW YORK New York

10/10/03, Nationwide - Webland #1 FedEx Refunds FedE



Fairbanks Capital Corporation LEADER OF THE PACK IN PREDATORY LENDING owned and operated by The PMI Group, publicly-traded corporation NYSE Lawsuits nationwide under investigation

Lou Pearlman Rip-off - Trans Continental, TC Talent devolves Boy-Bands to Rubber Band Ethics

Bernard Rip-off: allege s tactic existent of hide False r



Carolina Furniture Henry Lee Privette fraud N Carolina Att. General 200 complaints against Privette's furniture company

Ramada Plaza Resort Rip-off: Consumers nationwide: No Slack in Change of Date due to Military Deployment.

Primerica Rip-off: Consumers Complains - Evil Pyramid-schemed Appendix of Citigroup

Bill Chevrol cons nation MSRP



Ugly Duckling now Drive Time, same scam different name, employee inside information

Don Lapre Rip-off: The o making money in this get-r scheme is Don Lap


EXHIBIT Composite "C"





search, using key words relating to your Rip-off Report™.

## HELPING YOU, THE CONSUMER...

Search the Rip-Off Report™ before you do business... Retail stores with bad return policies, checking & credit theft, rebate fraud or other unscrupulous business policies; such as phony auto repairs, auto dealer bait-and-switch tactics, restaurants with bad service or food, corrupt government employees & politicians, police corruption, home builders, contractors, unethical doctors &lawyers, online stores that sell non-existent products, dead beat Dads & Moms, landlords & tenants, employment career business opportunity, and individual con artists who scam consumers. These are just a few of the countless topics available, and the list is continually modified as new categories emerge.

## FILING A CLASS ACTION LAWSUIT & NOTIFYING THE AUTHORITIES

Filing a Rip-Off Report™ is important because you are helping us to help you, and others like you, achieve justice. We are able to accomplish this by working with the proper authorities for prosecution, and working with lawyers by using your Report to help organize lawsuits. It is important that you know that your information is held strictly confidential, and your identity is protected by the First Amendment of the US Constitution.

*We will contact you if a lawsuit is being considered or has been*




OCWEN CLASS ACTION LAWSUIT FILED Ocwen Bank Ripoff racketeering, breach of contract, unfair debt collection practices, overcharging borrowers bogus service, late and escrow fees, harassment, mail fraud

Pizza Hut employee abuses, criminal activity, health code violations

Mesa Police c viola discrim corruptic their ow



»Alyon Technologies
»JD Marvel
»Girls Gone Wild
»Consolidated Media
»Tiran Zaken
»MCI Worldcom
»MWI Connections

»First National Credi
»Consumer First
»Freedom Resource
  Lenox Capital
»Capital Choice Con
»Gibson Trust
»Providian



Pulte Homebuilder rip-off Nightmare Homes!

Immigrant workers dropp live in make-shift tree h working for $50.00 a w Civil & Human Rights Vic

Dead Beat Dad Donald "Reed" Powers

Dead Beat Dad Daryl ThomasPalmer

Hampton Virginia police & fire department corruption & racism

OSTRK SCAM Ted Lo Steve I bilk mill




Bill Groh Mega Tan Salon Ripoff Thousands of consumers

Con Artist MAX Maxwell Ivany

Better Business Bureau Racketeering Enterp fraud to consumer

filed which you may want to be a party to. The more Reports filed on a Company or individual, the more likely it is that the authorities and attorneys will want to take action.

## MEDIA ATTENTION
Quite often the media is interested in the Reports you filed and ask us to assist in their investigations giving you the publicity needed to help your cause. **File your Report now!** In the event your Rip-off Report™ is of interest to the media, we will put you in contact with them. Rip-off Report™ works regularly with most TV News Magazines & Networks and their affiliates, NBC, CBS, ABC, Fox News and local and National newspapers including The New York Times the Wall Street Journal to Auto Motive News.

## HELPING YOU, THE REPORTED BUSINESS OR INDIVIDUAL
### MY COMPANY HAS BEEN REPORTED! HOW DO I RESPOND?
If you are a business with a report(s) filed against you, you have a chance to make it right. If handled correctly, your Rip-off Report can actually help improve your reputation. We offer you the opportunity to file a REBUTTAL to any report. (See the REBUTTAL BOX at the end of the specific Rip-off Report™ you wish to rebut). Every company receives complaints, but how they handle those complaints separates good business from bad business.

## EMPLOYEE INSIDER / EX-EMPLOYEE INFORMATION
If you are an employee or ex-


Forecast Homes .. Rip-Off builders out of California


Circuit City stores selling returned merchandise as new!


Credit Card Fraud: Tail O' The Pup Restaurant, NY Adirondack Mts.


New Yc Ripoff Gown C WORL GC


Bank United BIG Texas Rip-Off

BP/Am Station


Wal-Mart Auto Center ruined my car.


CNY Cor Auto Ripper


Sign-A-Rama Franchise Fraud


Storage USA Company Rip-Off


Ryan builde cust


How the City of Mesa Arizona put me and over 300 tenants OUT OF BUSINESS


Realty Executives broke into our home.


Just F charc Auto I not n


Ryder Truck Rental consumer ripoff


Al Collins Graphic Arts School


AAMCO, Americ Transmission Speci

employee with privileged information about the company or individual reported, and you can provide "insider information", please click on the REBUTTAL Box at the end of the specific Rip-off Report™ you wish to give information on. This sort of information is often very helpful to an investigation and always needed.

### WHISTLEBLOWERS
*Employees who want to expose corruption should file a Rip-off Report™. Any employees who do so should be protected by Federal Whistleblower Laws, additionally; Rip-off Report™ treats all victims as a confidential source. Remember, we are a publication; and we will never voluntarily reveal your identity. Instead we will protect our sources under the First Amendment of the US Constitution*

### DOING BUSINESS WITH THE COMPANY OR INDIVIDUAL REPORTED...
Consumers, just because a Company or Individual is reported on Rip-off Report™ does not necessarily mean you should not do business with them. By reading the experiences of other consumers, you will now be able to make more educated decisions, because now you know what to watch out for.

### USE YOUR REPORT TO GET WHAT IS COMING TO YOU
Faxing your Rip-off Report™ to the Company or Individual you have just reported can serve as a very valuable negotiating tool.

Include in your negotiation that you have the ability to **UPDATE your Report and reflect their good business practices by** explaining that their eagerness to satisfy the complaint and make things right will be seen by the entire world. Also, explain that failure to respond/rectify the situation will also be seen.

**YOU MUST <u>NOT</u>** call them threatening to file a report if they do not comply with your demands... this may be construed as Blackmail! You must first file a Rip-off Report™, then fax them a copy, offering them a chance to rectify the wrong that they did to you. Explain that then, and only then, you will UPDATE your Rip-off Report™ in a positive way; if deserved.

## <u>ORGANIZING CLASS ACTION LAWSUITS</u>
### <u>VICTIMS & LAWYERS, WHO WANT TO SUE COMPANIES OR INDIVIDUALS REPORTED</u>

Victims & attorneys who are interested in pursuing litigation against a particular company reported on this website may contact us directly. It is inappropriate to solicit business using this website other than through prior arrangement. This is largely because we need to ensure, the best we can, that our readers are not again being taken advantage of..

If you see a company with a good number of Rip-off Reports™, we have the database of contact information. We will e-mail those victims to contact you. Often we have additional information which does not appear on the victims

Rip-off Report™. We receive thousands of e-mails weekly on Rip-off businesses. We also have contact data on many of those victims as well.

We are anxious and willing to join forces with victims and attorneys to stand up for the rights of consumers and help them get justice. E-mail us. Both victims and attorneys should send their e-mails to: ClassAction@ripoffreport.com

**MORE IMPORTANT TO FILE ON RIP-OFF REPORT™ THAN WITH BBB & WE'RE JUST AS IMPORTANT AS ATTORNEYS GENERAL OR INVESTIGATIVE AGENCIES**
Many government sites (and the BBB) are only in place to collect all the information from you, the consumer; in most cases, never making it available for others to see. Listing your complaint on many Government sites is usually no better than filing with the Better Business Bureau (BBB). In fact, utilizing such sites is often just a waste of time; giving you false hope. Perhaps most frustrating is that the federal agencies tasked to investigate these disreputable enterprises receive tax dollars to do so, yet come to badbusinessbureau.com for the results of our investigations and data, which we collect at no cost to the consumer while benefiting them.

By failing to make this information available publicly, it makes it harder for consumers to get educated about exactly what scams they should watch out for. In addition, when these agencies fail to make these

individual complaints public, **consumers are robbed** of the opportunity to know how bad a Company or Individual really is, and why.

On the other hand, many government agencies have and do come to the Rip-off Report™ for information. We have assisted, and continue to assist many government agencies for some time now, including local and state police departments, the FBI, FTC and Attorney General offices from around the country

Since all the Reports are out in the open for everyone to see, in a way, this embarrasses these agencies into doing something about these scams when they see so many Reports on a Company or Individual.

Unfortunately, many (not all) Attorneys General Offices and government agencies will not move against a rip-off unless there will be some sort of publicity, associated with some political hay to be made. Additionally, they normally won't take action if the Rip-off does not exceed $50,000. However, your Reports have helped to change this. Reporting your experiences on Rip-off Report™ is the next best thing to getting your story on TV or in a newspaper. In fact, many national TV networks and several local TV stations from all around the country come to the Rip-off Report™ for information. They do this because they know that the BBB, Attorneys General, and other agencies are not reliable or cooperative sources when compared to Rip-off

Rip-off Report.com - badbusinessbureau.com                                              Page 8 of 8



Report™. News stations know that they will get information from us that are unobtainable elsewhere.

Rip-off Report™ has instigated many local and national stories that have resulted in help for victims worldwide, in one way or another. Now that the government has cut back spending even more in this area, this dollar amount required to get the attention of investigative agencies will likely get even higher. This means that we can expect even less action, since fewer people and resources will be available to work on all these Rip-offs.

Additionally, by filing a Rip-off Report™, you might be contacted by one of us to notify you to make contact with a law firm that has shown interest in your case. We get requests every week for class action lawsuits; bringing victims together with lawyers willing to sue the company after reading your filed Rip-off Report™.

### Don't let them get away with it!™
### File your Report Now!

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us