Rip-off Report.com - badbusinessbureau.com    Page 1 of 8



**V**ictim of a consumer Rip-off? Want justice? Rip-off Report™ is a worldwide consumer reporting Website & Publication, by consumers, for consumers, to file & document complaints about Companies or Individuals who ripoff consumers.

Unlike the Better Business Bureau, **bad**businessbureau.com / Rip-off Report™ does not hide Reports of "satisfied" complaints. *ALL* complaints remain public in order to create a working history on the Company or Individual in question; unedited.

Rip-off Reports cover every category imaginable! You can **Browse the latest Reports, Search the Reports,** or submit your Report now for FREE, by clicking on **File Report**. CLICK HERE to view over 1,000 different Topics & Categories you can file under..

**BY FILING A RIP-OFF REPORT™ IT'S ALMOST LIKE CREATING YOUR OWN WEB SITE ..It's FREE.**
Your Rip-off Report™ will be discovered by millions of consumers! Search engines will automatically discover most Reports. This means that within just a few days or weeks; your Report may be found on search engines when consumers

Search a company or indivual now.    SE

**Newest Rip-Off Reports**

10/10/03, Illinois - Capital Acquisitions & Management Company Scam company tried to get me to pay $10,5 from a debt they couldn't validate Rockford Illinois

10/10/03, Michigan - Paradise Farms/THe Paint Zone H Saller ripoff Smiths Creek Michigan

10/10/03, New York - WILHELMINA SCOUTING NETWORK DISHONEST FRAUDULENT NEW YORK New York

10/10/03, Nationwide - Webland #1 FedEx Refunds Fed

**Top Rip-Off Reports**



Fairbanks Capital Corporation LEADER OF THE PACK IN PREDATORY LENDING owned and operated by The PMI Group, publicly-traded corporation NYSE Lawsuits nationwide under investigation

Lou Pearlman Rip-off - Trans Continental, TC Talent devolves Boy-Bands to Rubber Band Ethics

Bernard Rip-off: allege si tactic existent of hide False



Carolina Furniture Henry Lee Privette fraud N Carolina Att. General 200 complaints against Privette's furniture company

Ramada Plaza Resort Rip-off: Consumers nationwide: No Slack in Change of Date due to Military Deployment.

Primerica Rip-off: Consumers Complaine - Evil Pyramid-schemed Appendix of Citigroup

Bill Chevrol cons nation MSRP



Ugly Duckling now Drive Time, same scam different name, employee inside information

Don Lapre Rip-off: The o making money in this get-r scheme is Don Lapr

Hit Counter
**209,565,872**
visits to the Rip-Off Report

**63,873**
Reports Entered


Pick any state!


EXHIBIT NO. 2
Magedson
8-1-07


EXHIBIT
Composite
"C"

http://www.ripoffreport.com/    10/10/2003

Dockets.Justia.com




search, using key words relating to your Rip-off Report™.

## HELPING YOU, THE CONSUMER...

Search the Rip-off Report™ before you do business... Retail stores with bad return policies, checking & credit theft, rebate fraud *or* other unscrupulous business policies; such as phony auto repairs, auto dealer bait-and-switch tactics, restaurants with bad service *or* food, corrupt government employees & politicians, police corruption, home builders, contractors, unethical doctors &lawyers, online stores that sell non-existent products, dead beat Dads & Moms, landlords & tenants, employment career business opportunity, and individual con artists who scam consumers. These are just a few of the countless topics available, and the list is continually modified as new categories emerge.

## FILING A CLASS ACTION LAWSUIT & NOTIFYING THE AUTHORITIES

Filing a Rip-Off Report™ is important because you are helping us to help you, and others like you, achieve justice. We are able to accomplish this by working with the proper authorities for prosecution, and working with lawyers by using your Report to help organize lawsuits. It is important that you know that your information is held strictly confidential, and your identity is protected by the First Amendment of the US Constitution.

*We will contact you if a lawsuit is being considered or has been*





OCWEN CLASS ACTION LAWSUIT FILED Ocwen Bank Ripoff racketeering, breach of contract, unfair debt collection practices, overcharging borrowers bogus service, late and escrow fees, harassment, mail fraud | Pizza Hut employee abuses, criminal activity, health code violations | Mesa Police c viola discrim corruptic their ow

**Top Rip-off Links**
- »Alyon Technologies
- »JD Marvel
- »Girls Gone Wild
- »Consolidated Media
- »Tiran Zaken
- »MCI Worldcom
- »MWI Connections
- »First National Credi
- »Consumer First
- »Freedom Resource Lenox Capital
- »Capital Choice Con
- »Gibson Trust
- »Providian

**Featured Rip-Off Reports**




Pulte Homebuilder rip-off Nightmare Homes! | Immigrant workers droppi live inmake-shift tree ho working for $50.00 a w Civil & Human Rights Vic






Dead Beat Dad Donald "Reed" Powers | Dead Beat Dad Daryl ThomasPalmer | Hampton Virginia police & fire department corruption & racism | OSTRIC SCAM Ted Loe Steve I bilk mill se





Bill Groh Mega Tan Salon Ripoff Thousands of consumers | Con Artist MAX Maxwell Ivany | Better Business Bureau Racketeering Enterp fraud to consumer

