Q. My question to you is: When somebody submits a proposed rebuttal, someone at Xcentric is reviewing it to find out whether it fits within the acceptable or the unexceptable category, and if it's unacceptable they won't allow it to be posted, correct?
A. Right.
(Deposition Exhibit No. 12 was marked for identification.)
Q. BY MR. LIPPMAN: I'm handing you now what I've marked as Exhibit 12, which is a string of e-mails between Jeff LeJune, L-e, capital J-u-n-e, and EDitor@ripoffreport.com.
You -- the e-mail address EDitor, E-d in capitals, i-t-o-r, small case, at ripoffreport.com, that's your e-mail address, right?
A. Yes.
Q. I like the way you did that. The "EDitor."
A. Okay.
Q. Very cute. Do you recall these e-mails?
A. From 2003, no.
Q. Okay. Do you know who Jeff LeJune is?
A. No clue.
Q. Okay. And you see here in -- if you go on Page 2 of Exhibit 12, you will see the first e-mail on May 29th, 2003 at 11:41 a.m. Mr. LeJune e-mails to you



Exhibit 1

Dockets.Justia.com

and reports about this employee of Energy Automation Systems, Inc., and how his employer bans him from posting things on the Rip-Off Report, right?

MS. SPETH: Objection, misstates the e-mail.

THE WITNESS: I don't understand. What's the question?

Q. BY MR. LIPPMAN: Mr. LeJune in May sends you an e-mail where he tells you about Energy Automation Systems, Inc., banning its employees from reading Rip-Off Report, right?

A. Okay.

Q. All right. And then you respond to Mr. LeJune, "This is great. Can you post something or part of this e-mail below. This would be great and would definitely piss them off." Do you see that?

A. I see it, but I don't think I wrote that.

Q. Well, that's your e-mail address, right?

A. Well, I get spoofed e-mail all the time. People send out e-mails as editor of Rip-Off Report all the time.

Q. You think somebody else is using your e-mail address?

A. Do I think? I know people are using my e-mail address and sending it out spoof.

Q. You're saying even though that's your e-mail

address you didn't send this e-mail?
A. People --
Q. That's all I'm asking you, sir. Does your --
A. I didn't write this e-mail.
Q. You didn't write this e-mail?
A. No, I didn't write that e-mail.
Q. How do you know you didn't write this? You don't -- you recall this from May --
A. I wouldn't write something like that.
MS. SPETH: Ed --
Q. BY MR. LIPPMAN: Okay.
MS. SPETH: -- let him finish the question, please.
THE WITNESS: Okay. So your question was?
Q. BY MR. LIPPMAN: Well, you see the top one where it says, "Can you file your own detailed Rip-Off Report? Your info will not be revealed. Your source of info" -- "You are a source of info for you." Do you see that? You didn't write that?
A. Well, it's from 2003. It's not something that I would write.
Q. Well, I'm just trying to understand. Are you telling me you don't know whether or not you wrote this or are you telling me that absolutely you did not write this?

A. I wouldn't write something like that. And I'm telling you that my -- more than likely, this is spoofed e-mail.

**Q. And "spoofed e-mail" means it's something that didn't come from you --**

A. Correct.

**Q. -- it came from somebody else --**

A. Yes.

**Q. -- using your e-mail address?**

A. Yes. People can send out e-mail look -- making it look like it's your e-mail.

**Q. I confess --**

A. You said you weren't --

**Q. I confessed earlier I'm not a computer genius.**

A. -- you said you weren't --

**Q. So I've never --**

A. Ask anybody about spoofing e-mails.

**Q. Okay.**

A. And that -- that's not something I would write to somebody.

**Q. Okay. By the way, just so you know, do you see on the bottom of Exhibit 12 where it says "Case" --**

A. Can I get a copy of this? I want to investigate this. Can I get a copy?

MS. SPETH: I have a copy.

Q. BY MR. LIPPMAN: Do you see the bottom of that where it says "Case 3:06"?
A. Where are you?
Q. On the bottom.
MS. SPETH: Bottom of the page.
Q. BY MR. LIPPMAN: Bottom of the page, see where it says, "Case 3:06-cv-010079"?
A. Yeah, um-hum.
Q. All right. I don't know whether this helps you or not, but this document was filed in a federal court proceeding.
MS. SPETH: Is that a question?
Q. BY MR. LIPPMAN: No, no, I'm just telling you. Does that help you know --
MS. SPETH: Is that a question?
Q. BY MR. LIPPMAN: -- whether you sent this or not?
A. I'm -- I wouldn't send something like that.
Q. Okay.
A. Could I be wrong? I don't think so.
Q. Okay.
A. And I think -- I don't think so.
(Deposition Exhibit No. 13 was marked for identification.)
Q. BY MR. LIPPMAN: Let me hand you what I've

**Main Identity**

**From:** <EDitor@ripoffreport.com>
**To:** "Jeff LeJune" <jlejune@email.msn.com>
**Sent:** Wednesday, June 04, 2003 7:36 PM
**Subject:** soon-to-be ex-employee of Energy Automation Systems, Inc

Can you file your own detailed Rip-off Report? Your info WIL NOT BE REVEALED! You are a source of info for you.

-----Original Message-----
From: Jeff LeJune [mailto:jlejune@email.msn.com]
Sent: Wednesday, June 04, 2003 2:43 PM
To: EDitor@ripoffreport.com
Subject: Re: EASI

They have now sent me a threatening letter from their lawyer demanded that I
retract my postings at ripoffreport and other places. Rich and powerful crooks threatening and intimidating people they have driven to the brink of
bankruptcy.

----- Original Message -----
From: <EDitor@ripoffreport.com>
To: "'Jeff LeJune'" <jlejune@email.msn.com>
Sent: Thursday, May 29, 2003 2:33 PM
Subject: RE: EASI

This is great...

Can you post something or part of the e-mail below? This would be great, and it would definitely piss them off!

And, do not worry, I will not be passing this along to anyone...

Thank you

ED Magedson
EDitor@RipoffReport.com
badbusinessbureau.com
www.ripoffreport.com

We are not lawyers.
We are not a collection agency.

We are Consumer Advocates.
.the victims' advocate

EXHIBIT NO. 12
Magedson 8-1-07

LeJune v. EASI
0103937

EXHIBIT
A

12/29/2003

WE are Civil and Human Rights Activists

We are a Nationwide Consumer Reporting News Agency
by consumers, for consumers

DONATIONS may be sent to &
Victims & Volunteers ONLY may respond to:
badbusinessbureau.com
PO Box 1340, Media, Pennsylvania 19063

Florida Message Phone and office FAX: 305-832-2949
Washington office FAX: 425-799-9729

You may also DONATE by Paypal, ..click on the donate ad "Help keep this site Free" at the top left of every Rip-off ReprotT, OR
Click on the ad at the very bottom of every Rip-off RerpotT.

Remember.
Don't let them get away with it!T
Make sure they make the Rip-off ReportT

-----Original Message-----
From: Jeff LeJune [mailto:jlejune@email.msn.com]
Sent: Thursday, May 29, 2003 11:41 AM
To: EDitor@ripoffreport.com
Subject: Fw: EASI

I thought you might enjoy this from a soon-to-be ex-employee of Energy Automation Systems, Inc. The
CON ARTIST owner of the company has banned his employees from reading ripoffreport. SEE BELOW. I promised to protect this employee until he leaves then I will make an update to include this information.

[redacted]

[redacted]

LeJune v. EASI
0103938

12/29/2003